United States District Court
Southern District of Texas
FILED

OCT 3 0 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY § § § | |
| V. § § § | CIVIL ACTION NO. B-02-205 |
| AMERICAN STANDARD INC. § | |

### REQUEST FOR JURY TRIAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendant, American Standard Inc., and hereby requests a trial by jury.

Respectfully submitted,

GERMER, BERNSEN & GERTZ, L.L.P.
805 PARK STREET
BEAUMONT, TEXAS 77701
(409) 838-2080 - TELEPHONE
(409) 838-4050 - FACSIMILE

By: _____ w/ permission by
JAMES R. OLD, JR.
STATE BAR NO. 15242500
FEDERAL ID NO. 10751

ATTORNEY-IN-CHARGE FOR DEFENDANT,
AMERICAN STANDARD, INC.

OF COUNSEL:
DALE M. "RETT" HOLIDY
STATE BAR NO. 00792937
FEDERAL ID NO. 21382
GERMER, BERNSEN & GERTZ, L.L.P.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument was served by certified mail, return receipt requested, postage pre-paid and properly addressed on Plaintiff's counsel of record as listed below on this the 28th day of October, 2002.

C. Wesley Vines
COZEN AND O'CONNOR
1717 Main Street, Suite 2300
Dallas, Texas 75201

_____
JAMES R. OLD, JR.