4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

NOV 0 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| TRANSCONTINENTAL INSURANCE | § | |
| COMPANY | § | |
| | § | CIVIL ACTION NO. B-02-205 |
| V. | § | |
| | § | |
| AMERICAN STANDARD INC. | § | |

**DEFENDANT, AMERICAN STANDARD INC.**
**DISCLOSURE OF INTERESTED PERSONS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, **AMERICAN STANDARD INC.**, Defendant in the above-entitled matter,

and pursuant to the Court's order for conference and disclosure of interested persons states as

follows:

The following individuals and entities are identified as being financially interested and/or

potentially financially interested in the outcome of the above captioned litigation:

1.    Transcontinental Insurance Company (Plaintiff);

2.    American Standard Inc. (Defendant); and

3.    Valley Diagnostic Clinic, P.A. (Subrogee of Plaintiff).

Respectfully submitted,

**GERMER, BERNSEN & GERTZ, L.L.P.**
805 PARK STREET
BEAUMONT, TEXAS 77701
(409) 838-2080 - TELEPHONE
(409) 838-4050 - FACSIMILE

By: _____
    JAMES R. OLD, JR.
    STATE BAR NO. 15242500
    FEDERAL ID NO. 10751

**ATTORNEY-IN-CHARGE FOR DEFENDANT,
AMERICAN STANDARD, INC.**

**OF COUNSEL:**
DALE M. "RETT" HOLIDY
STATE BAR NO. 00792937
FEDERAL ID NO. 21382
GERMER, BERNSEN & GERTZ, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served by certified mail, return receipt requested, postage pre-paid and properly addressed on Plaintiff's counsel of record as listed below on this the 31st day of October, 2002.

C. Wesley Vines
COZEN AND O'CONNOR
1717 Main Street, Suite 2300
Dallas, Texas 75201

_____
JAMES R. OLD, JR.