United States District Court
Southern District of Texas
FILED

NOV 0 7 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-205 |
| AMERICAN STANDARD, INC. | § § § | |
| Defendant. | § | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 3.1(f), The following is a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of this case.

1. Valley Diagnostic Clinic, P.A.
   2200 Haine Drive
   Harlingen, TX 78550-8599

2. American Standard, Inc.
   One Centennial Avenue
   P. O. Box 6820
   Piscataway, NJ 08855-6820

3. CNA Insurance Companies
   Transcontinental Insurance Company
   P. O. Box 105233
   Atlanta, GA 30348-5233

4. Winterthur International
   2727 Turtle Creek Blvd., 7 West
   Dallas, TX 75219

5. C. Wesley Vines
   Cozen O'Connor
   1717 Main Street, Suite 2300
   Dallas, Texas 75201

6. James R. Old, Jr., Esq.
   Jay W. Fancher, Esq.
   Germer, Bernsen & Gertz, L.L.P.
   Attorneys at Law
   P. O. Box 4915
   Beaumont, TX 77704

Respectfully submitted,

/s/ C. Wesley Vines
_____
C. WESLEY VINES
Texas Bar No. 20586050
**COZEN O'CONNOR**
2300 BankOne Center
1717 Main Street
Dallas, Texas 75201
Telephone: (214) 462-3008
Telecopier: (214) 462-3299

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on Defendant, by and through its counsel of record, via certified mail, return receipt requested on the 6th day of November, 2002, as addressed below:

*CM/RRR # 7001 0320 0004 8874 0619*
James R. Old, Jr., Esq.
Jay W. Fancher, Esq.
Germer, Bernsen & Gertz, L.L.P.
Attorneys at Law
P. O. Box 4915
Beaumont, TX 77704

_____   C. Wesley Vines / Stephen M. Halbeck
C. WESLEY VINES   (with permission)

DALLAS1\93627\1 112639.000

**CERTIFICATE OF INTERESTED PERSONS – Page 3**