United States District Court
Southern District of Texas
FILED

FEB 2 1 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

IN CHAMBERS HEARING
INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-02-205          DATE & TIME 2/21/03 @ 11:30 - 11:47 am


TRANSCONTINENTAL INSURANCE COMPANY     PLAINTIFFS' CHARLES VINES
                                       COUNSEL
VS

AMERICAN STANDARD INC.                 DEFENDANTS' JAMES OLD, JR.
                                       COUNSEL

---

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard


Charles Vines appeared telephonically for the Plaintiff.
James R. Old, Jr. appeared for Defendant.

The following deadlines were given by the Court:

Joint Pretrial Order to be due by October 10, 2003
Final Pretrial/Docket call is set for October 30, 2003 @ 1:30 pm.
Jury Selection is set for October 31, 2003 @ 9:00 am.

Atty Vines to prepare the agreed scheduling order to include the 3 dates
given by the court and submit it for Judge's signature.  Trial to be set for
the November docket.

Voir dire will be done by attorneys if they so request it.  Court informs the
attorneys that there will be 12 jurors; 10-2 verdict.  No objections from the
attorneys.

Court adjourned.