United States District Court
Southern District of Texas
FILED

FEB 2 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY | § § § | |
| V. | § | CIVIL ACTION NO. B-02-205 |
| AMERICAN STANDARD, INC. | § § § | |

## DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES

A. **Individuals likely to have discoverable information:**

Drew Yuhas
American Standard Inc.
One Centennial Avenue
P.O. Box 6820
Piscataway, NJ 08855-6820
- Mr. Yuhas will testify concerning the manufacture of the component parts of the toilet in question and his opinions as to the cause of the leak.

Pamela Moore
CNA Insurance Company
P. O. Box 105233
Atlanta, GA 30348-5233
Phone: (678) 473-3928
- Ms. Moore will testify as to the handling of the claim, damage sustained to the building and its contents as well as losses associated with business interruption.

Robert Dudek, General Adjuster
CNA Insurance
10 N. Marvine Avenue
P.O. Box 185
Auburn, NY 13021
(315) 258-6962
- Mr. Dudek is an adjuster for Transcontinental Insurance Company and will testify as to the handling of the claim, damage sustained to the building and its contents as well as losses associated with business interruption.

Rod Miller, M.B.A., CMPE
Executive Director
Valley Diagnostic Clinic, P.A.
2200 Haine Drive
Harlingen, TX 78550-8599
- Mr. Miller is the executive director of Valley Diagnostic Clinic and will testify as damages sustained at the clinic.

Ruben Flores, C.M.R.T.
Radiology Manager
Valley Diagnostic Clinic, P.A.
2200 Haine Drive
Harlingen, TX 78550-8599
Phone: (956) 421-5098
- Mr. Flores is the radiology manager at Valley Diagnostic Clinic and will testify as to the damages sustained at the clinic.

Hal Arnold
Beneke/Adjusters International
16225 Park Ten Place Dr., Suite 500
Houston, TX 77084
(281) 433-0421
- Mr. Arnold is a public adjuster for Valley Diagnostic Public and will testify as to the handling of the claim, damage sustained to the building and its contents as well as losses associated with business interruption.

Mr. Paul Carper
Verite Forensic Engineering
P. O. Box 909
Humble, TX 77347
- Mr. Carper will testify as to the cause(s) of the flood.

Dennis Nickoloff, General Adjuster
GAB Robins North America, Inc.
632 Ed Carey Drive, Suite 700
Harlingen, TX 78550-7965
(956) 423-0770
- Mr. Nickoloff is an adjuster for Transcontinental Insurance Company and will testify as to the handling of the claim, damage sustained to the building and its contents as well as losses associated with business interruption.

Ivars Rudzitis, General Adjuster
Hentze McKissic, Quality Assurance Inspecter
Leo F. Malo, Vice President
Dallas Claim Service Center
600 North Pearl Street, Suite 1800
Dallas, TX 75201
(214) 220-5515
- Mr. Rudzitis is an adjuster for Transcontinental Insurance Company and will testify as to the handling of the claim, damage sustained to the building and its contents as well as losses associated with business interruption.

Texas Insurance Managers
410 E. Harrison
Harligen, TX 78550
- These individuals will testify as to the damage sustained to the building and its contents.

Adam Garcia
All Valley Restoration
Rt. 10, Box 15A
Harlingen, Texas 78552
- Mr Garcia will testify as to the damage sustained to the building and its contents.

Kurt Harms, CPA
Buchanan Clarke Schlader LLP
2550 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 760-0300
- Mr. Harms will testify as to the business income claim.

B. **Copy of all documents, data compilations, and tangible things in the possession, custody or control of Defendant that Defendant may use to support its claims.**

Defendant received documents concerning Plaintiff's allegations and damages today. Consequently, it has not had an opportunity to develop documents, data compilations and tangible things to respond to Plaintiff's allegations. These will be supplemented as discovery continues.

Defendant anticipates that the important documents, data compilations and tangible things will concern the design and construction of the building, the equipment involved in the loss, financial documents concerning the loss and documents concerning the toilet.

C. **Computation of damages.**

Defendant is not making a claim for damages.

D. **Any discoverable insurance agreements.**

See attached Declarations Page.

        Respectfully submitted,

        **GERMER, BERNSEN & GERTZ, L.L.P.**
        550 FANNIN, 7TH FLOOR
        BEAUMONT, TEXAS 77701
        (409) 838-2080 - TELEPHONE
        (409) 838-4050 - FACSIMILE

        By: _/s/ James R. Old, Jr. w/ permission by /s/ Rett Holidy_
         JAMES R. OLD, JR.
         STATE BAR NO. 15242500
         FEDERAL ID NO. 10751

        **ATTORNEY-IN-CHARGE FOR DEFENDANT,**
        **AMERICAN STANDARD INC.**

**OF COUNSEL:**
DALE M. "RETT" HOLIDY
STATE BAR NO. 00792937
FEDERAL ID NO. 21382
GERMER, BERNSEN & GERTZ, L.L.P.

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above and foregoing instrument was served by facsimile and certified mail, return receipt requested, postage pre-paid and properly addressed on Plaintiff's counsel of record as listed below on this the 14th day of February, 2003:

C. Wesley Vines
COZEN AND O'CONNOR
1717 Main Street, Suite 2300
Dallas, Texas 75201

_____
JAMES R. OLD, JR.

Winterthur International America Insurance Company

# Commercial Lines Policy

Policy Number   GL 003-06-17-00           Renewal of Number  GL 003-06-17-99

## Common Policy Declarations

| | |
|---|---|
| Named Insured and Mailing Address | American Standard, Inc.<br>One Centennial Avenue<br>Piscataway, NJ 08855-6820 |
| Policy Period | From April 1, 2000 to April 1, 2001 at 12:01 a.m. standard time at your mailing address shown above. |
| Business Description | Manufacturer and distributor of air conditioning, plumbing, air brakes and other related products |
| | In return for the payment of the premium and subject to all the terms of this Policy, we agree with you to provide the Insurance as stated in this Policy. |
| Premium | This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment. |

| | | |
|---|---|---|
| Commercial Property Coverage Part | $ | |
| Commercial General Liability Coverage Part | $ | ▬▬▬▬ |
| Commercial Auto Coverage Part | $ | |
| Commercial Crime Coverage Part | $ | |
| Commercial Inland Marine Coverage Part | $ | |
| Employee Benefits Liability Coverage Part | $ | Included |
| | $ | |
| Total | $ | ▬▬▬▬ |

| | |
|---|---|
| Premium shown is payable  $ ▬▬▬ inception. | |
| Form(s) and Endorsement(s) made a part of this policy at time of issue†:<br>As per CD 108 (5-99) attached. | |
| †Omits applicable Forms and Endorsements if shown in specific Coverage Part/Coverage Form Declarations. | |

Countersigned:

By _____
Authorized Representative

These Declarations together with the Common Policy Conditions, Coverage Part Declarations, Coverage Part Coverage Form(s) and Forms and Endorsements, if any, issued to form a part thereof, complete the above numbered policy.

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**DECLARATIONS**

Policy Number GL 003-06-17-00    Effective Date: 04-01-00,**
                                  12:01 A.M., Standard Time

| LIMITS OF INSURANCE | | |
|---|---|---|
| General Aggregate Limit (Other Than Products – Completed Operations) | $ | 5,000,000 |
| Products – Completed Operations Aggregate Limit | $ | 5,000,000 |
| Personal and Advertising Injury Limit | $ | 2,000,000 |
| Each Occurrence Limit | $ | 2,000,000 |
| Fire Damage Limit | $ | 2,000,000   Any One Fire |
| Medical Expense Limit | $ | 5,000   Any One Person |

**RETROACTIVE DATE (CG 00 02 only)**
Coverage A of this Insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date, if any, shown here:_____
(Enter Date or "None" if no Retroactive Date applies)

**BUSINESS DESCRIPTION AND LOCATION OF PREMISES**
Form of Business:    Organization    (Other than Partnership or Joint Venture)
Business Description*:

Location of All Premises You Own, Rent or Occupy:
As per schedule on file with Company

**PREMIUM**

| Classification | Code No. | Premium Basis | Rate Pr/Co | All Other $ | Advance Premium Pr/Co $ | All Other $ |
|---|---|---|---|---|---|---|
| Plumbing Supplies Manufacturing – NOC | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ |

Premium Basis:
a- Area (per 1,000 Square Feet)
c- Total Cost (per $1,000 Total Cost)
e- Each
m- Admissions (per 1,000 Admissions)
p- Payroll (per $1,000 Payroll)
s- Gross Sales (per $1,000 Gross Sales)
u- Units

Total Advance Premium $ ■■■   $ ■■■

**FORMS AND ENDORSEMENTS** (other than applicable Forms and Endorsements shown elsewhere in the policy)
Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:

As per CD 108 (5-99) attached

*Information omitted if shown elsewhere in the policy.    **Inclusion of date optional.

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD