## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY | § § § | United States District Court<br>Southern District of Texas<br>FILED |
| **Plaintiff** | § § | **MAR 1 4 2003** |
| and | § § | Michael N. Milby<br>Clerk of Court |
| VALLEY DIAGNOSTIC CLINIC, P. A. | § § | CIVIL ACTION NO.  B-02-205 |
| **Intervenor** | § § § | |
| *vs.* | § § § § | |
| AMERICAN STANDARD, INC. | § § | |
| **Defendant** | § | |

### CERTIFICATE OF CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES VALLEY DIAGNOSTIC CLINIC, P.A., by and through its undersigned counsel, and files this Certificate of Conference regarding its Motion for Leave to Intervene.

On March 4, 2003, Valley Diagnostic Clinic, P.A., [hereafter "VDC"] filed its Motion for Leave to Intervene in the above action.  The undersigned counsel for VDC has

---

*Certificate of Conference*                                                         263219.1/1972.03/gdl/420

spoken to counsel for Transcontinental Insurance Company and counsel for American

Standard, Inc. regarding its Motion for Leave to Intervene, and neither Transcontinental

Insurance Company nor American Standard, Inc., has any objection to VDC's Motion for

Leave to Intervene.  Accordingly, the Motion for Leave to Intervene is an unopposed

motion.

Respectfully submitted,

GARY, THOMASSON, HALL & MARKS
Professional Corporation
Attorneys for Valley Diagnostic Clinic, P.A.
P. O. Box 2888
Corpus Christi, Texas  78403
(361) 884-1961  FAX (361) 889-5100

By: _____
     Gordon D. Laws
     State Bar No. 12057650
     Federal Bar No. 12417

_____          2
*Certificate of Conference*

## CERTIFICATE OF SERVICE

I certify that on March 13, 2003, a complete and correct copy of <u>Certificate of Conference</u> was served on the following counsel of record:

*Certified Mail, RRR No. 7001 1940 0005 4571 8945*
Mr. James R. Old, Jr.
GERMER, BERNSEN & GERTZ, L.L.P.
805 Park Street
Beaumont, Texas, 77701

*Certified Mail, RRR No. 7001 1940 0005 4571 8952*
Mr. C. Wesley Vines
COZEN AND O'CONNOR
2300 BankOne Center
1717 Main Street
Dallas, Texas 75201-7335

Gordon D. Laws