# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY | § § § § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO. B-02-205 |
| AMERICAN STANDARD, INC. | § § § | |
| Defendant | § | |

United States District Court
Southern District of Texas
ENTERED

MAR 2 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Came on this day to be considered Valley Diagnostic Clinic, P.A.'s Motion for Leave to Intervene in the above case. The Court having considered the motion, the response, and all things necessary to rule on the motion, finds that the motion is meritorious and should be GRANTED.

It is therefore, ORDERED, ADJUDGED, and DECREED as follows:

1. Valley Diagnostic Clinic, P.A.'s Motion for Leave to Intervene is hereby GRANTED.

2. The Plea in Intervention attached to the Motion for Leave to Intervene shall be filed by the clerk of the Court with the filing of this Order.

Signed this 21st day of March, 2003.

_____
UNITED STATES DISTRICT JUDGE

262674.1/1972.03/gdl/420