IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY | § § § | |
| V. | § § | CIVIL ACTION NO. B-02-205 ANDREW S. HANEN, JUDGE |
| AMERICAN STANDARD INC. | § § | JURY |

### DEFENDANT, AMERICAN STANDARD INC.'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to FED. R. CIV. P. 15, Defendant, American Standard Inc. ("American Standard"), incorrectly sued as "American Standard, Inc.," files this Motion for Leave to File First Amended Answer to Transcontinental Insurance Company's Original Petition and would show the Court the following:

1. Plaintiff filed this matter in the 103rd District Court of the State of Texas seeking to recover for payments it made to its insured, Valley Diagnostic Clinic, P.A. ("Valley Diagnostic").

2. American Standard removed this matter on October 22, 2002.

3. Since that time, the parties have exchanged initial disclosures and Valley Diagnostic has intervened. Evidence has arisen as a result of such which requires American Standard to file affirmative defenses to the allegations made against it.

4. For such reasons, American Standard seeks leave of court to amend its Original Answer to Transcontinental Insurance Company's Original Petition, and counsel for Transcontinental Insurance Company has agreed to this amendment. A true and correct copy of American Standard Inc.'s First Amended Answer is attached hereto as Exhibit A.

5. This amendment is not sought for delay, but only so that justice may be done.

Respectfully submitted,

**GERMER, BERNSEN & GERTZ, L.L.P.**
550 FANNIN, 7TH FLOOR
BEAUMONT, TEXAS 77701
(409) 654-6700 - TELEPHONE
(409) 835-2115 - FACSIMILE

By: _/s/ James R. Old, Jr. (w/ permission by Rett Holidy)_
JAMES R. OLD, JR.
STATE BAR NO. 15242500
FEDERAL ID NO. 10751

**ATTORNEY-IN-CHARGE FOR DEFENDANT,
AMERICAN STANDARD INC.**

OF COUNSEL:
DALE M. "RETT" HOLIDY
STATE BAR NO. 00792937
FEDERAL ID NO. 21382
GERMER, BERNSEN & GERTZ, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served by certified mail, return receipt requested, postage pre-paid and properly addressed on counsel of record as listed below on this the 3rd day of April, 2003.

C. Wesley Vines
COZEN AND O'CONNOR
1717 Main Street, Suite 2300
Dallas, Texas 75201

Gordon D. Laws
GARY, THOMASSON, HALL & MARKS, P.C.
P.O. Box 2888
Corpus Christi, Texas 78403

_/s/ James R. Old, Jr. (w/ permission by Rett Holidy)_
JAMES R. OLD, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| TRANSCONTINENTAL INSURANCE COMPANY | § § § | |
|---|---|---|
| | § | CIVIL ACTION NO. B-02-205 |
| V. | § | ANDREW S. HANEN, JUDGE |
| | § | |
| AMERICAN STANDARD INC. | § | JURY |

## ORDER

ON THIS day, came on to be considered Defendant, American Standard Inc.'s Motion for Leave to File First Amended Answer to Transcontinental Insurance Company's Original Petition, and the Court, having considered said Motion, is of the opinion that said Motion has merit and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that American Standard Inc. is granted leave to file its First Amended Answer to Transcontinental Insurance Company's Original Petition.

SIGNED THIS _____ day of _____, 2003.

_____
PRESIDING JUDGE

APPROVED AS TO FORM AND CONTENT:

**GERMER, BERNSEN & GERTZ, L.L.P.**
550 FANNIN, 7TH FLOOR
BEAUMONT, TEXAS 77701
(409) 654-6700 - TELEPHONE
(409) 835-2115 - FACSIMILE

By: _[signature] w/ permission by [signature] Rett Holidy_
    **JAMES R. OLD, JR.**
    STATE BAR NO. 15242500
    FEDERAL ID NO. 10751

**ATTORNEY-IN-CHARGE FOR DEFENDANT,**
**AMERICAN STANDARD INC.**

**OF COUNSEL:**
DALE M. "RETT" HOLIDY
STATE BAR NO. 00792937
FEDERAL ID NO. 21382
GERMER, BERNSEN & GERTZ, L.L.P.

2