16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY | § § § | |
| V. | § § | CIVIL ACTION NO. B-02-205<br>ANDREW S. HANEN, JUDGE |
| AMERICAN STANDARD INC. | § § | JURY |

## ORDER

ON THIS day, came on to be considered Defendant, American Standard Inc.'s Motion for Leave to File First Amended Answer to Transcontinental Insurance Company's Original Petition, and the Court, having considered said Motion, is of the opinion that said Motion has merit and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that American Standard Inc. is granted leave to file its First Amended Answer to Transcontinental Insurance Company's Original Petition.

SIGNED THIS 12th day of May, 2003.

_____
PRESIDING JUDGE