United States District Court
Southern District of Texas
FILED

MAY 20 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

TELEPHONIC SCHEDULING CONFERENCE

CIVIL ACTION NO. B-02-205          DATE & TIME 5/20/03 @ 2:00-2:05 pm

**COUNSEL:**

| | | |
|---|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY | § | CHARLES VINES |
| Plaintiff | | |
| VALLEY DIAGNOSTIC CLINIC | § | GORDON LAWS |
| Intervenor-Plaintiff | | |
| VS | | |
| AMERICAN STANDARD INC. | § | JAMES OLD, JR. |
| Defendant | | |

Courtroom Deputy: Irma Soto
Law Clerk:
Court Reporter:   Barbara Barnard

Charles Vines appeared for the Plaintiff. James Old appeared for the Defendant. Gordon Laws appeared for the Intervenor-Plaintiff. All parties appeared telephonically.

Oral request by the defendant & plaintiff to change expert deadline to 30 days back is GRANTED by the Court with no objections from the Intervenor-Plaintiff.

Mr. Vines, attorney for Plaintiff, is to submit order with new deadline as ordered by the Court.

Court adjourned.