*19*

United States District Court
Southern District of Texas
FILED

JUL 0 3 2003

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY | § § § | |
| **Plaintiff,** | § § | |
| AND | § § | |
| VALLEY DIAGNOSTIC CLINIC, P.A. | § § | **CIVIL ACTION NO. B-02-205** |
| **Intervenor,** | § § | |
| v. | § § | |
| AMERICAN STANDARD, INC. | § § | |
| **Defendant.** | § | |

### PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW TRANSCONTINENTAL INSURANCE COMPANY, Plaintiff herein and files pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, this its designation of the following expert witnesses who may be called to testify at the trial of this cause. All exhibits are incorporated herein by reference.

1.  Paul Carper, P.E.
    202C FM1960, E. Bypass, Suite 148
    Humble, TX 77338
    Phone: (281) 548-3561LeRoy Terry

    Paul Carper, P.E. is a retained expert and is a Senior Mechanical Engineer and Partner at Verite Forensic Engineering, LLC. Mr. Carper is expected to testify that the American Standard toilet flush valve flooded as a result of the fill valve shank fracturing while in service, allowing the uncontrolled flow of water to the tank, spilling onto the floor. Mr. Carper's résumé, Fee Schedule, Record of Deposition and Trial Testimony

are attached hereto as Exhibit "A". His report is attached hereto as Exhibit "B". All documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for Paul Carper in anticipation of his testimony have been produced, and/or are available for further examination at Paul Carper's office.

2.    Thomas W. Eagar
      Massachusetts Institute of Technology
      Department of Materials Science
          and Engineering
      Building 4, Room 136
      77 Massachusetts Avenue
      Cambridge, MA  02139
      Phone: (617) 253-3229

Dr. Thomas W. Eagar is a retained expert and Professor of Materials Engineering in the Department of Material Science and Engineering at Massachusetts Institute of Technology. He specializes in material analysis and metallurgy and is expected to testify regarding his investigation of the American Standard toilet flush valve. Based upon Dr. Eager's investigation, he has formed the following opinions: 1) the incident valve is made of acetal plastic; 2) acetal plastic is susceptible to degradation and environmentally assisted cracking in waters containing chlorine or other halogens at relatively low concentrations 3) the acetal plastic of the valve is severely degraded 4) acetal is susceptible to cracking, oxidation of the plasticizer, softening, swelling and surface hardening when exposed to calcium hypochlorite 5) plastics have strength and toughness which are 10 to 100 times lower than common metals such as brass, used in plumbing fixtures. Additionally, Dr. Eager will opine that the toilet valve failed due to environmentally assisted cracking and deterioration under normal and expected conditions, making the product defective in its design and unreasonably dangerous for use in its intended application. Dr. Eager's résumé, Litigation Identification and Fee Schedule are attached hereto as Exhibit "C". Dr. Eager's report is attached hereto as Exhibit "D". All documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for Thomas W. Eagar, Sc.D., P.E. in anticipation of his testimony have been produced, and/or are available for further examination at Dr. Eager's office.

3.    Mr. Kurt E. Harms, CPA
      Buchanan Clarke Schlader LLP
      Certified Public Accountants
      2550 Renaissance Tower
      1201 Elm Street
      Dallas, TX  75270
      Phone: (214) 760-0300

---

Kurt Harms is a retained expert and a partner with Buchanan Clarke Schlader, LLP a national Certified Public Accounting firm, which specializes in forensic accounting services. Mr. Harms is expected to testify as to the business income loss value as a result of the flood loss that occurred on March 4, 2001. Mr. Harms bases his opinions on the analysis performed on the financial information, as reflected in his report submitted by Valley Diagnostics Clinic. Mr. Harms further bases his opinions on his education, experience in measuring business income losses and accounting functions performed during his analysis. Mr. Harms' résuméis attached hereto as Exhibit "E". Mr. Harms' report is attached hereto as Exhibit "F". All documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for Kurt Harms in anticipation of his testimony are attached hereto or have been produced, and/or are available for further examination at Kurt Harm's office.

4.     Rod Miller, M.B.A., CMPE
       Executive Director
       Valley Diagnostic Clinic, P.A.
       2200 Haine Drive
       Harlingen, TX 78550-8599

       Rod Miller is a non-retained expert and the executive director of Valley Diagnostic Clinic. He is expected to testify as to the damages sustained at the clinic, business income loss, the reasonable repair and/or replacement costs associated with damage to the building, its contents and business interruption losses at Valley Diagnostics after the water damage that occurred on March 4, 2001. He will testify as to which items of equipment were temporarily damaged, which items were permanently damaged, and, respectively, the reasonable and necessary cost of repair or the diminution in the fair market value and/or the replacement value of the items. Plaintiff is not in possession of a résuméor curriculum vitae for Mr. Miller.

5.     Ruben Flores, C.M.R.T.
       Radiology Manager
       Valley Diagnostic Clinic, P.A.
       2200 Haine Drive
       Harlingen, TX 78550-7965

       Ruben Flores is a non-retained expert and employed with Valley Diagnostic Clinic as the Chief X-Ray Technician. He is expected to testify as to the damages sustained to the clinic, the damages to the diagnostic equipment, damages to the x-ray films. He will testify as to which items of equipment were temporarily damaged, which items were permanently damaged, and, respectively, the reasonable and necessary cost of re-

pair or the diminution in the fair market value and/or the replacement value of the items. Plaintiff is not in possession of a résumé or curriculum vitae for Mr. Flores.

6.    Alan Garcia
      All Valley Restoration
      Rt. 10, Box 15A
      Harlingen, TX 78552

Alan Garcia is a non-retained expert and employed with All Valley Restoration. Mr. Garcia was involved in early clean up work of Valley Diagnostic Clinic after the water damage occurred and was involved with transporting the damaged radiology films to Belfor. He is expected to testify as to the damages sustained to the clinic, and has knowledge of the damages to Valley Diagnostic's real and personal property, including the reasonable and necessary repair costs and/or diminution in the fair market value, depending on whether the subject was temporarily or permanently damaged. Plaintiff is not in possession of a résumé or curriculum vitae for Mr. Garcia.

7.    Mark Mellen
      Jeff M. Falcone
      Diagnostic Imagining, Inc.
      4646 Perrin Creek, Suite 220
      San Antonio, TX 78217
      (210) 655-2160

Mark Mellen and Jeff Falcone are non-retained experts and employees of Diagnostic Imagining, Inc. They examined some of the water damaged radiology equipment and have knowledge of its condition. They are expected to testify as to the damages sustained to Valley Diagnostic's personal property, including the reasonable and necessary repair costs and/or diminution in the fair market value, depending on whether the subject was temporarily or permanently damaged. Plaintiff is not in possession of a résumé or curriculum vitae for Mr. Mellen or Mr. Falcone.

8.    Kevin Jones
      Rachelle Gillis, Media Recovery Manager
      Theresa Williams, Vice President of Marketing
      Belfor USA
      2425 Blue Smoke South Court
      Fort Worth, TX 76105
      (817) 535-6193

Kevin Jones, Rachelle Gillis and Theresa Williams are non-retained experts and employees of Belfor USA. They have knowledge of Belfor's efforts to restore the damaged radiology films. They are expected to testify as to the damages sustained to Val-

ley Diagnostic's personal property, including the reasonable and necessary repair costs and/or diminution in the fair market value, depending on whether the subject was temporarily or permanently damaged.  Plaintiff is not in possession of a résuméor curriculum vitae for Mr. Jones, Ms. Gillis or Ms. Williams.

9.     Palma Sales
       MF Banks
       10631 Harwin Avenue, Suite 616
       Houston, Texas 77036
       (713) 988-8818

       Palma Sales is a non-retained expert and employee of MF Banks.  MF Banks removed the damaged radiology equipment from Valley Diagnostic.  Palma Sales or a representative from MF Banks are expected to testify as to the damages sustained to Valley Diagnotic's personal property, including the reasonable and necessary repair costs and/or diminution in the fair market value, depending on whether the subject was temporarily or permanently damaged.  Plaintiff is not in possession of a résumé or curriculum vitae for Palma Sales.

10.    Jack Schwartz, Project Consultant
       Jamie Murdock
       Jeff Wilson
       NBD International, Inc.
       241 Myrtle Street
       P.O. Box 1003
       Ravenna, Ohio 44266
       (330) 296-0221

       Jack Schwartz, Jamie Murdock and Jeff Wilson are non-retained experts and employees of NBD International, Inc.  NBD International, Inc. was hired by CNA to investigate the Valley Diagnostic claim for damage to its real and personal property.  They are expected to testify as to the damages sustained to Valley Diagnostic's real and personal property, including the reasonable and necessary repair costs and/or diminution in the fair market value, depending on whether the subject was temporarily or permanently damaged.  Plaintiff is not in possession of a résumé or curriculum vitae for Mr. Schwartz, Jamie Murdock or Mr. Wilson.

11.    William H. Newman
       Medical Equipment Transport Specialist
       1508 "C" Street
       Floresville, Texas 78114
       (210) 602-9269

William Newman is a non-retained expert and employee of Medical Equipment Transport Specialist. Mr. Newman has knowledge regarding removal of the damaged radiology equipment from Valley Diagnostic. He is expected to testify as to the damages sustained to Valley Diagnostic's personal property, including the reasonable and necessary repair costs and/or diminution in the fair market value, depending on whether the subject was temporarily or permanently damaged. Plaintiff is not in possession of a résumé or curriculum vitae for Mr. Newman.

12.   Mike Koch
      Flagship Reconstruction
      10661 Haddington, Suite 110
      Houston, TX 77088
      (713) 827-8888

      Mike Koch is a non-retained expert and employee of Flagship Reconstruction. Mr. Koch is expected to testify as to the damages sustained to Valley Diagnostic's real and personal property, including the reasonable and necessary repair costs and/or diminution in the fair market value, depending on whether the subject was temporarily or permanently damaged. Plaintiff is not in possession of a résumé or curriculum vitae for Mr. Koch.

13.   Jim Jenkins
      Regional Quality Control Manager
      Marshall Erdman & Associates
      3001 Summit Avenue, Suite 200
      Plano, TX 75047
      (972) 881-0882

      Jim Jenkins is a non-retained expert and the Regional Quality Control Manager for Marshall Erdman & Associates. He has knowledge of the water damage to plaintiff's building and the requirements for repairing the building. Mr. Jenkins is expected to testify as to the damages sustained to Valley Diagnostic's real and personal property, including the reasonable and necessary repair costs and/or diminution in the fair market value, depending on whether the subject was temporarily or permanently damaged.

Dr. Carlos Maldonado is a non-retained expert and a Radiologist and Radiation Safety Officer employed with Valley Diagnostic. Dr. Maldonado is expected to testify as to the damages sustained to Valley Diagnostic's real and personal property, including the reasonable and necessary repair costs and/or diminution in the fair market value, depending on whether the subject was temporarily or permanently damaged. Plaintiff is not in possession of a résumé or curriculum vitae for Dr. Maldonado.

15.   Edward Lee C. Friederichs, Products Sales Manager
      Siemen Medical Systems, Inc.
      2002 North Highway 360
      Grand Prairie, TX 75050-1423
      (972) 660-2700

      Edward Lee C. Friederichs is a non-retained expert and a Product Sales Manager employed with Siemen Medical Systems, Inc. Mr. Friederichs has examined some of the water damaged radiology equipment and has knowledge of its condition. He is expected to testify as to the damages sustained to Valley Diagnostic's personal property, including the reasonable and necessary repair costs and/or diminution in the fair market value, depending on whether the subject was temporarily or permanently damaged. Plaintiff is not in possession of a résumé or curriculum vitae for Mr. Friederichs.

16.   Keith Holmes, Chief of Maintenance
      Richard Lowe, Maintenance
      Valley Diagnostic Clinic, P.A.
      220 Hayne Drive
      Harlingen, TX 78550
      (956) 425-7200

      Keith Holmes and Richard Lowe are non-retained experts and maintenance employees of Valley Diagnostics. They have knowledge of the damages to Valley Diagnostic's real and personal property and knowledge of the maintenance of the building. Mr. Holmes and Mr. Lowe are expected to testify as to the damages sustained to Valley Diagnostic's real and personal property, including the reasonable and necessary repair costs and/or diminution in the fair market value, depending on whether the subject was temporarily or permanently damaged. Plaintiff is not in possession of a résumé or curriculum vitae for Mr. Holmes and Mr. Lowe.

17.   Pamela Moore
      CNA Insurance Company
      P. O. Box 105233
      Atlanta, GA 30348-5233
      Phone: (678) 473-3928

Ms. Moore is a non-retained expert and employee of CNA Insurance Company who is anticipated to testify regarding damages, her knowledge of the claim, the reasonable costs associated with repair and damage to the building, contents and business interruption losses at Valley Diagnostics after the water loss, including the reasonable and necessary repair costs and/or diminution in the fair market value, depending on whether the subject was temporarily or permanently damaged.  Plaintiff is not in possession of a résumé or curriculum vitae for Ms. Moore.

18.  Robert Dudeck
     General Adjuster
     CNA Insurance
     10 N. Marvine Avenue
     P.O. Box 185
     Auburn, NY 13021
     Phone: (305) 258-6962

Mr. Dudeck is a non-retained expert and the General Adjuster of CNA Insurance Company who is anticipated to testify regarding damages, his knowledge of the claim, the reasonable costs associated with repair and damage to the building, contents and business interruption losses at Valley Diagnostics after the water loss, including the reasonable and necessary repair costs and/or diminution in the fair market value, depending on whether the subject was temporarily or permanently damaged.  Plaintiff is not in possession of a résumé or curriculum vitae for Mr. Dudeck.

19.  Dennis Nickoloff
     General Adjuster
     GAB Robins North America, Inc.
     632 Ed Carey Drive
     Suite 700
     Harlingen, TX  78550-7965
     Phone: (956) 423-0770

Mr. Nickoloff is a non-retained expert and a General Adjuster of GAB Robins North America, Inc. who is anticipated to testify regarding damages, his knowledge of the claim, the reasonable costs associated with repair and damage to the building, contents and business interruption losses at Valley Diagnostics after the water loss, including the reasonable and necessary repair costs and/or diminution in the fair market value, depending on whether the subject was temporarily or permanently damaged.  Plaintiff is not in possession of a résumé or curriculum vitae for Mr. Nickoloff.

20.  Ivars Rudzitis, General Adjuster
     Hentze McKissic, Quality Assurance Inspector
     Leo F. Malo, Vice President

Dallas Claim Service Center
600 North Pearl Street, Suite 1800
Dallas, TX 75201
(214) 220-5515

Mr. Rudzitis is a non-retained expert and a General Adjuster, Hentze McKissic is a non-retained expert and Quality Assurance Inspector, Leo F. Malo is a non-retained expert and Vice President of Dallas Claim Service Center who are anticipated to testify regarding damages, their knowledge of the claim, the reasonable costs associated with repair and damage to the building, contents and business interruption losses at Valley Diagnostics after the water loss, including the reasonable and necessary repair costs and/or diminution in the fair market value, depending on whether the subject was temporarily or permanently damaged. Plaintiff is not in possession of a résumé or curriculum vitae for Mr. Rudzitis, Mr. McKissic or Mr. Malo.

21.    Hal Arnold
       Beneke/Adjusters International
       16225 Park Ten Place Drive,
       Suite 500
       Houston, TX 77084
       (281) 433-0421

       Mr. Arnold is a non-retained expert and a Public Adjuster of Beneke Adjusters International who is anticipated to testify regarding damages, his knowledge of the claim, the reasonable costs associated with repair and damage to the building, contents and business interruption losses at Valley Diagnostics after the water loss, including the reasonable and necessary repair costs and/or diminution in the fair market value, depending on whether the subject was temporarily or permanently damaged. Plaintiff is not in possession of a résumé or curriculum vitae for Mr. Arnold.

22.    Jeff Windschitl
       222 Cavalcade Street, 7709-3213
       P.O. Box 8768
       Houston, TX 77249-8768
       Phone: (713) 692-9151

       Mr. Windschitl is a non-retained expert and a Metallurgy Supervisor in the Metallurgy lab at Southwestern Laboratories. Mr. Windschitl performed the testing of the subject toilet valve at Southwestern Laboratories in order to assist Dr. Eager in his anaylsis. He is expected to testify regarding the test results that were obtained as follows:

       A core section of the sample was analyzed using micro-Fourier transform infrared spectoroscopy (FTIR) in the attenuated total reflectance (ATR) mode. Subsequent library searching and interpretation indicated

that the resulting spectrum exhibited absorption bands consistent with a polyacetal homopolymer, such as DuPont's Delrin, or a polyacetal co-polymer, such as Ticona's Celcon. Because of their chemical simialrities, a polyacetal homopolymer cannot be distinguished from a copoly-mer via FTIR.

23.    A Representative of Border Construction Company
1605 Highway 77 West
P.O. Box 521
San Benito, TX 78586

A representative of Border Construction Company will be a non-retained expert who is anticipated to testify regarding damages, the reasonable costs associated with repair and damage to the building after the water loss. Plaintiff is not in possession of a résuméor curriculum vitae for a representative of Border Construction Company.

Plaintiff also designates the following:

24.    Any and all other experts who have been or may be identified by any party to this law-suit. Additionally, other persons have been identified by other parties as persons with knowledge of relevant facts. Those persons are expected to testify regarding factual matters, and have not been formally retained by this party as expert witnesses. How-ever, to the extent that any testimony by such persons may constitute expert opinions, said persons are hereby designated as experts.

Respectfully submitted,

C. WESLEY VINES
Texas Bar Number  20586050
**COZEN O'CONNOR**
1717 Main Street, Suite 2300
Dallas, Texas  75201
Telephone  (214) 462-3000
Telecopier  (214) 462-3299

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on all parties to this lawsuit, by and through their counsel of record, on the 27th day of June, 2003, addressed as follows:

James R. Old, Jr., Esq.
GERMER GERTZ, L.L.P.
550 Fannin, suite 700
Beaumont, TX 77701
_____ Certified Mail, Return Receipt Requested
_____ Hand-Delivery
__/__ Facsimile Transmission
__✓__ Overnight Delivery
_____ Regular U.S. Mail

Dale M. "Rhett" Holidy, Esq.
GERMER, GERTZ, L.L.P.
Three Allen Center
333 Clay, Suite 4105
Houston, TX 77002
_____ Certified Mail, Return Receipt Requested
_____ Hand-Delivery
__/__ Facsimile Transmission
__✓__ Overnight Delivery
_____ Regular U.S. Mail

Gordon D. Laws, Esq.
GARY, THOMASSON, HALL & MARKS
P. O. Box 2888
Corpus Christi, TX 78403-2888
_____ Certified Mail, Return Receipt Requested
_____ Hand-Delivery
__/__ Facsimile Transmission
__✓__ Overnight Delivery
_____ Regular U.S. Mail

C. WESLEY VINES

DALLAS1\110633\1 112639.000

PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES Page 12

# CURRICULUM VITAE OF PAUL L. CARPER, P.E.

### May 2003

## I.    GENERAL INFORMATION

Senior Mechanical Engineer – Partner
Verité Forensic Engineering, LLC.
1036-A First Street
Humble, Texas 77338
281.548.3561

Mechanical engineering consultant with experience in local, national, and international matters.  Has provided testimony in numerous state and federal court cases.

## II.    PROFESSIONAL SUMMARY

### A.    EDUCATION:

Bachelor of Science in Mechanical Engineering, May 1983
Texas A & M University
College Station, Texas 77843

### B.    PROFESSIONAL REGISTRATION – CERTIFICATION:

Licensed Professional Engineer, State of Texas
Certificate No. 75811

American Society of Nondestructive Testing – Level III Certification in Basic, Ultrasound, and Radiography test methods.

### C.    EXPERIENCE:

Senior Mechanical Engineer – Partner
Verité Forensic Engineering, LLC.
Humble, Texas
August 1998 to present

Forensic engineering analysis of disaster related incidents/accidents, including automotive, pedestrian, commercial trucking and motorcycle accident reconstruction, gas system and appliance testing, and failure analysis of general mechanical systems.

Senior Mechanical Engineer
S.E.A., Inc.
Houston, Texas
December 1993 to July 1998

Senior mechanical engineer responsible for forensic engineering
projects including vehicular accident reconstruction and failure
analysis of mechanical systems.  Vehicular accident investigations
involved automobiles, pedestrians, bicycles, motorcycles and tractor-
trailers.


Senior Engineer
Lockheed Engineering and Sciences Company
Houston, Texas
June 1991 to October 1993

Project engineer responsible for design, manufacture, destructive/
nondestructive material testing, and failure analysis of components at
the NASA – Johnson Space Center facility.   Managed radiography
laboratory and machine shop.


Materials and Processes Engineer – Structures and Design
Lockheed/Ft. Worth (formerly General Dynamics/FW)
Ft. Worth, Texas
November 1985 to January 1991

Responsible for developing and implementing hardware and
procedures for the testing and production of advanced aerospace
materials.  Held secret security clearance.


Applications Engineer
ITL/Veritas Technologies
Houston, Texas 77084
March 1984 to June 1985

Operated test equipment in field assignments involving pipeline and
vessel testing to applicable codes.   Conducted laboratory tests of
engineering materials.

D.     TRAINING – SEMINARS:

Vehicle Related:

Vehicle Fire Investigation – presented by I.A.A.I – Cody, Wyoming, September 2002, 20 hours.

Driving Schools – Included high performance car and motorcycle instruction on closed race courses, with emphasis on vehicle control concepts. August 1997 and June 1998.

Commercial Vehicle Inspection and Accident Investigation – Texas Engineering Extension Service, March 1997, 40 hours.

Motorcycle Accident Investigation – Institute of Police Technology and Management, December 1996, 40 hours.

Advanced Accident Reconstruction – Texas Engineering Extension Service, April 1995, 40 hours.

Nondestructive Testing:

Radiography/Radiation Safety – General Dynamics, Ft. Worth, Texas, 1988, 40 hours.

Ultrasonic Testing – Level I and II, Westinghouse Technical Institute, Pittsburgh, Pennsylvania, 1984, 80 hours.


E.     TEACHING – INSTRUCTION:

State Bar of Texas, Professional Development Program. Advanced Expert Witness Course 2001, faculty member on topic – *The Auto Accident Reconstruction Expert.*

U.S. Bureau of Alcohol, Tobacco & Firearms (ATF), Mechanical Aspects of Fire Investigation, November 2001.

Texas State Fire Marshal's Training School, 2000. Taught topic on natural gas and propane systems at advanced fire investigation class.

Houston Community College and Tomball Community College. Taught topics on gas systems and the investigation of gas appliance fires, 1999 and 2000.

Various presentations given on Accident Reconstruction to claims groups and related organizations, 1996 – on.

F.      PUBLICATIONS:

*Tractor-Trailer Accidents* – Eugene Beckham and Paul L. Carper, "For The Defense," Defense Research Institute, Inc., March 2001.

*Development of Fracture Control Methodology for Threaded Fasteners in the Space Program* – Julie A. Henkener, Attibele R. Shamala, Paul L. Carper, Royce G. Forman, Charles L. Salkowski, ASTM Publication 1236/Structural Integrity of Fasteners.

G.      TECHNICAL COMMITTEES – PROFESSIONAL SOCIETIES:

Member, *Technical Committee for Excellence*, Houston Fire Department, January, 2001.

Member Society of Automotive Engineers (SAE)

Member American Society of Mechanical Engineers (ASME)

Member American Society of Nondestructive Testing (ASNT)

# VERITÉ FORENSIC ENGINEERING, LLC.

June 2003

## FEE SCHEDULE FOR PROFESSIONAL SERVICES

|  |  | Hourly Rate |
|---|---|---|
| David A. Reiter, P.E., CFI | Electrical | $200 |
| Paul L. Carper, P.E. | Mechanical | $185 |
| Mark V. Sutherland, E.E., CFEI | Electrical | $135 |
| Technician |  | $40 to $60 |
| Clerical |  | $35 |

## EXPENSES

Travel and field expenses are billed at cost.

Photographs and reprints are billed at $1.50 per print. Photograph CDs are billed at $10 each. Digital Photographic Albums vary with content.

Travel time, as well as trial and deposition preparation and testimony time, are billed at the standard rates listed above.

Mileage is billed at $0.50 per mile.

Rates are subject to change without notice.

1036 A  First Street   ◆   Humble, TX  77338   ◆   Telephone  281-548-3561   ◆   Fax 281-548-3562
Mailing Address:   P.O. Box 909   Humble, Texas  77347

# RECORD OF DEPOSITION AND TRIAL TESTIMONY

## Paul L. Carper, P.E.

| Case Name | Testimony Type | Date |
|---|---|---|
| Allstate v. Whirlpool, et al | Depo | 5/29/03 |
| Sheila Watts v. Colbert | Depo | 7/22/02 |
| State of Texas v. Proffitt | Trial | 6/6/02 |
| Gonzales v. Bollas and Valsamis, Inc. | Trial | 5/16/02 |
| Cearly v. U-Haul | Depo | 4/15/02 |
| R.K. Adams | Depo | 3/6/02 |

| Case Name | Testimony Type | Date | Court/Case# |
|---|---|---|---|
| Tullis v. Union Pacific, Guajardo v. Union Pacific | Depo | 8/30/01 | 49th District, Webb County, Texas, 2000-CVE-000-914-D1, 2000-CVE-000-915-D1 |
| Stout v. Hallmark | Depo | 7/16/01 | 333rd District, Harris County, Texas, 1999-41989 |
| Mitchell v. Charles Brooks | Trial | 5/22/01 | District Court of Oklahoma County, Oklahoma Case CJ-2000-031-66 |
| Mitchell v. Charles Brooks | Depo | 5/8/01 | District Court of Oklahoma County, Oklahoma Case CJ-2000-031-66 |
| Diaz v. Daro | Trial | 12/12/00 | County Civil Court at Law Number 4, Harris County, TX 653623 |
| Budget Rent A Car Systems v. Romero and Ford Motor Co. | Depo | 10/27/00 | 2nd Judicial District Court, New Mexico, CV 98-10684 |
| Vargas, et al v. Joe Guerra Exxon, et al | Depo | 9/15/00 | 49th District, Webb Co., Texas, 97-CVQ-000034-D1 |
| Olvera v. Garcia, et al | Trial | 6/28/00 | 295th District, Harris Co., Texas, 1998-62871 |

6/23/2003

| Case Name | Testimony Type | Date | Court |
|---|---|---|---|
| Vaswani v. Herbert, et al | Depo | 4/26/00 | Number 1 Probate Court, Travis County, Texas, 70,674-A |
| Washington v. Allen, et al | Trial | 11/10/99 | 239th District, Brazoria Co., Texas, 95-G-2704 |
| Rains v. Elron Enterprises | Depo | 11/3/99 | 125th District, Harris Co., Texas, 98-23939 |
| Quast v. Geo-Air | Depo | 11/2/99 | 152nd District, Harris Co., Texas, 98-36844 |
| Chavarria v. Valley Transit Co., and Roel | Trial | 10/14/99 | 79th District, Jim Wells Co.,Texas, 97-06-35819 |
| Berrones v. Liendo, Zapata Lease and Zapata County | Trial | 9/22/99 | 49th District Court, Zapata County, Texas, Cause 4,221 |
| Marshall v. All States Freight, Miller, and Daimler Chrysler | Trial | 9/8/99 | U.S. District Court, Eastern District of Oklahoma, CIV-99-059-S |

6/23/2003

Page 3

| Case Name | Testimony Type | Date | Court/Case# |
|---|---|---|---|
| Marshall v. All States Freight, Miller, and Daimler Chrysler | Depo | 8/12/99 | U.S. District Court, Eastern District of Oklahoma, CIV-99-059-S |
| Helminger v. U-Haul and Republic Western | Depo | 8/9/99 | U.S. District Court, Eastern District of Louisiana, C.A. 97-0856 |
| Cottonport Gin Co., Inc. v. Millers Mutual | Depo | 7/9/99 | U.S District Court, Western District of Louisiana, C.A. 98-0993 |
| Smith v. Archer | Depo | 6/25/99 | Jefferson County Circuit Court, Alabama, CV-98-199 |
| Berrones v. Liendo, Zapata Lease and Zapata County | Depo | 6/24/99 | 49th District Court, Zapata County, Texas, Cause 4,221 |
| Resendez v. Arrington | Trial | 3/24/99 | County Court at Law No. 2, Fort Bend County, Texas, 15,308 |
| Watson v. Rees Enterprises, Inc. | Depo | 3/10/99 | Division I Circuit Court, City of St. Louis, Missouri, 972-09824, 972-09879 |
| Haynes v. J&B Contractors | Trial | 10/28/98 | 341st District Court, Webb County, Texas, 96-CVE-01543-D3 |

| Case Name | Testimony Type | Date | County/State |
|---|---|---|---|
| McGrew, et ux. v. Walls Industries, Inc. | Depo | 8/24/98 | 267th District Court, Jackson County, Texas, 97-6-10800 |
| McKinney v. Perez and Aguero | Trial | 7/29/98 | 49th District Court, Webb County, Texas, C-965-1370-D1 |
| Randhawa v. Robertshaw and Rimkus | Depo | 6/29/98 | 61st District Court, Harris County, Texas, 93-050250 |
| Dorothy Wilson and Yola Chavis v. Toyota Motor Sales | Depo | 4/30/98 | U.S. District Court, Eastern District of Texas, Lufkin Division, 97CV-00066 |
| Gatens v. Guerrero | Depo | 4/21/98 | 150th District, Bexar County, Texas, 97-CI-04034 |
| Chavarria v. Valley Transit Co., and Roel | Depo | 4/16/98 | 79th District, Jim Wells Co.,Texas, 97-06-35819 |
| Bruun v. Schneider | Depo | 2/4/98 | 295th District, Harris Co., Texas, 96-56850 |

6/23/2003

Page 5

| Case Name | Testimony Type | Date | Court/Case# |
|---|---|---|---|
| Alvarado v. Beach and Morgantown Freight Co. | Trial | 1/15/98 | U.S. District Court, Western District of Texas, El Paso, EP-97-CA-70-H |
| Reeves v. White Industries | Depo | 12/2/97 | 152nd District, Harris Co., Texas, 96-16148 |
| Wicker v. U-Haul, et al. | Depo | 10/13/97 | 285th District, Bexar Co., Texas, 96-CI-18207 |
| Leutz v. Continental Airlines, et al | Trial | 05/06/97-05/07/97 | 152nd District, Harris County, Texas, 95-032674 |
| Leutz v. Continental Airlines, et al | Depo | 05/05/97 | 152nd District, Harris County, Texas, 95-032674 |
| Foster v. Montgomery Ward, et al | Depo | 03/06/97 | 60th District, Jefferson County, Texas, B0151172 |
| McZeal v. Blessing Oil Co. | Trial | 09/05/96 | 58th District, Jefferson County, Texas, A-141,470 |
| Springfield Corp. and L-I v. American Manufacturers Mutual Ins. Co. | Depo | 08/22/96 | U.S. District Court, Eastern District of Louisiana, Section T, Magistrate 4, 95-3611 |

| Case Name | Type (Appeal) | | Court |
|---|---|---|---|
| Gutierrez v. Culberson et al | Trial | 08/08/96 | 229th District, Duval County, Texas, 15,633 |
| Gutierrez v. Culberson et al | Trial | 07/03/96 | 229th District, Duval County, Texas, 15,633 |
| Gutierrez v. Culberson et al | Depo | 05/29/96 | 229th District, Duval County, Texas, 15,633 |
| Riles v. Bell | Depo | 10/30/95 | Probate Court 1, Harris County, Texas, 266,319-401 |
| Lucio v. Ketchum | Depo | 09/07/95 | 79th District, Brooks County, Texas, 94-12-06453-CV |

6/23/2003

Page 7

# **VFE** | VERITÉ FORENSIC ENGINEERING, LLC.

May 27, 2003

Mr. Wes Vines
Cozen O'Connor
2300 BankOne Center
1717 Main Street
Dallas, TX 75201

RE:   ***Toilet Valve Failure Analysis– Preliminary Report***
      DOL:          3/5/01
      VFE File:     010309
      Insured:      Valley Diagnostic Clinic

Dear Mr. Vines,

In accordance with your request, Verité Forensic Engineering (VFE) has examined the subject toilet, which flooded at the Valley Diagnostic Clinic in Harlingen, Texas, causing extensive damage.

VFE was specifically requested to determine the cause of the water damage.

The following work was performed on this project:

- A field trip to Valley Diagnostic Clinic, at 2200 Haine Drive in Harlingen, Texas was conducted on March 19, 2001

- A laboratory examination was conducted on May 15, 2001 at VFE's facility in Humble, Texas.

- A small material sample was removed from the toilet valve on June 5, 2001 for laboratory analysis.

- A second field trip to Valley Diagnostic Clinic was conducted on July 3, 2001.

Photographs and notes were taken to document the condition of the toilet and failed component. These photographs were supplied to you previously.

Mr. Wes Vines                                                          Page 2
Cozen O'Connor
May 27, 2003

## DESCRIPTION

The subject toilet was located in Room 2126 of the Cardiology area, as shown in
**Attachment 1**. The water supply connection was documented, and the toilet was
removed. The toilet was manufactured by American Standard, as was the toilet valve
mechanism, which had model number 3140.

Inspection of the toilet revealed that the shank of the fill valve was fractured around a
majority of its diameter, approximately 2 inches above the bottom of the tank. The shank
of the valve is "upstream" of the valve portion of the device, and is therefore exposed to
water supply pressure constantly. The fracture of the shank would cause an uncontrolled,
substantial flow of water into the tank, beyond the drain capacity of the overflow tube. It
was noted that the pivot pin for the fill valve float arm was partially extended. However,
it was determined that the float arm pivoted freely and functioned properly, actuating the
valve.

Laboratory testing of a small segment taken from the threaded fitting area of the valve
shank indicated that the plastic material it was fabricated from was consistent with a
polyacetal homopolymer such as Delrin or Celcon. The laboratory report is enclosed as
**Attachment 2**. It was observed that the plastic valve material that was constantly
exposed to water was white in appearance, whereas the unexposed areas were gray in
color. This included the areas inside the shank prior to the valve (supply water only), and
those areas exposed to tank water.

## CONCLUSION

- ·The subject toilet flooded as a result of the fill valve shank fracturing while in
  service, allowing the uncontrolled flow of water to the tank, spilling onto the
  floor.

## SIGNATURE AND SEAL

By the signature and seal of the undersigned engineer, Verité Forensic Engineering,
LLC., certifies that the opinions forwarded in this report are based on a reasonable degree
of engineering certainty, the training, knowledge and experience of the engineer, and are
in consideration of all the known facts to date relating to this matter.

Paul L. Carper, P.E.
Texas Registration No. 75811



Attachment 1



**STORK®**



## SOUTHWESTERN LABORATORIES

222 Cavalcade Street, 77009-3213
P.O. Box 8768, Houston, Texas 77249-8768
Tel (713) 692-9151    Fax (713) 696-6307

*Attention:* Paul L. Carper
**Verite Forensic Engineering**
P.O. Box 909
**Humble, TX 77347**
**(281) 548-3561, 281/548-3562**

W/O. No.:  VER025-06-08-14574
Date:  6/25/2001
P.O. No.:  VFE010309

### PROJECT INFORMATION

| | |
|---|---|
| *Material:* | One sample from a ballcock (valve) from a toilet |
| *Identification:* | VEF010309 |
| *Date Received* | 06/08/2001 |
| *Specifications:* | NONE    *Date of Test:*    06/21/2001 |
| *Test Equipment:* | Testing was performed by Stork Technimet, Inc. a sister division of Stork Southwestern Laboratories |

### TEST RESULTS

A core section of the sample was analyzed using micro-Fourier transform infrared spectroscopy
(FTIR) in the attenuated total reflectance (ATR) mode.  Subsequent library searching and
interpretation indicated that the resulting spectrum exhibited absorption bands consistent with a
polyacetal homopolymer, such as DuPont's Delrin®, or a polyacetal copolymer, such as Ticona's
Celcon®.  Because of their chemical similarities, a polyacetal homopolymer cannot be distinguished
from a copolymer via FTIR.

**NOTE:**  The submitted material will be discarded after
a period of 30 days unless otherwise directed.

SOUTHWESTERN LABORATORIES

Our letters and reports are for the exclusive use of the client to whom they are addressed and shall not be reproduced except in full without the approval of the testing laboratory. The use of our name must receive our written
approval. Our letters and reports apply only to the sample tested and/or inspected, and are not indicative of the quantities of apparently identical or similar products.

**Attachment 2**

# THOMAS W. EAGAR

MIT, Room 4-136                                    Home:
77 Massachusetts Ave                               138 Claflin St.
Cambridge, MA  02139                               Belmont, MA  02478
Voice:  (617) 253-3229                             (617) 484-0571
FAX:  (617) 252-1773
tweagar@mit.edu


## PROFESSIONAL INTERESTS:

Materials processing and manufacturing; special interests in welding and joining of metals, ceramics and electronic materials; deformation processing; alternate manufacturing processes; manufacturing management; materials systems analysis; selection of materials and failure analysis.


## EDUCATION:

S.B.    Metallurgy and Materials Science,
            Massachusetts Institute of Technology, 1972
Sc.D.   Metallurgy, Massachusetts Institute of Technology, 1975
---     Business Administration, Lehigh University, 1975-76
---     Program for Senior Executives, Sloan School of Management,
            Massachusetts Institute of Technology, 1988


## EMPLOYMENT:

Bethlehem Steel Corporation
            Homer Research Laboratories
                        Research Engineer, 1974-1976
Massachusetts Institute of Technology
            Department of Materials Science and Engineering
                        Assistant Professor of Materials Engineering, 1976-1980
                        Associate Professor of Materials Engineering, 1980-1987
US Office of Naval Research - Tokyo
                        Liaison Scientist, 1984-1985
Massachusetts Institute of Technology
                        Professor of Materials Engineering, 1987-
                        Professor of Engineering Systems, 2000-
                        Leaders for Manufacturing Professor, 1988-1993
                        Department Head, Materials Science and Engineering (Acting), March 1989
                            –August, 1989

6/20/03

Richard P. Simmons Professor of Materials Engineering, 1990-1993
Director, Materials Processing Center, 1991-1993
POSCO Professor of Materials Engineering, 1993-1999
Co-Director, Leaders for Manufacturing Program, 1993-1995
Department Head, Materials Science & Engineering, 1995-2000
Thomas Lord Professor of Materials Engineering and Engineering Systems, 2001-

## HONORS AND AWARDS:
International Junior Civitan of the Year, 1968
Dennison K. Bullens Scholarship, 1969-1971
Foundry Educational Foundation Scholarship, 1970-1971
Phi Lambda Upsilon, Member 1971
Tau Beta Pi, Member, 1971; Distinguished Service Award, 1980
National Science Foundation Graduate Fellowship, 1972-1974
Metallurgy and Materials Prize, Boston Section AIME, 1972
Adams Memorial Membership Award, American Welding Society, 1979-1983
Charles H. Jennings Memorial Medal, American Welding Society, 1983, 1991
Champion H. Mathewson Gold Medal, TMS-AIME, 1987
Henry Krumb Lecturer, TMS/SME-AIME, 1987
National Science Foundation Creativity Extension Award, 1988-1990
ASM International, Fellow, 1989
Houdremont Lecturer, International Institute of Welding, 1990
Richard P. Simmons Professorship, 1990-1993
Warren F. Savage Award, American Welding Society, 1990, 1996
William Spraragen Award, American Welding Society, 1990, 1993
Comfort A. Adams Lecturer, American Welding Society, 1992
Henry Marion Howe Medal, ASM International, 1992
William Irrgang Award, American Welding Society, 1993
Leaders for Manufacturing Professorship, 1988-1993
Richard P. Simmons Professorship, 1990-1993
POSCO Professorship, 1993-1999
Thomas Lord Professorship, 2001-
American Welding Society, Fellow, 1994, Honorary Member, 1999
Nelson W. Taylor Lecturer, Pennsylvania State University, 1995
National Academy of Engineering, 1997
General Electric Distinguished Lecture, Rensselaer Polytechnic Institute, 2001
Silver Quill Award, American Welding Society, 2002
American Association for the Advancement of Science, Fellow, 2003
## ACTIVITIES:
National Academy of Engineering, Member
American Welding Society, Fellow and Honorary Member; *Welding Journal*, Principal Reviewer;
        Awards Committee, Professional Certification Committee
American Council of International Institute of Welding, Member
ASM International, Fellow
American Institute of Mining, Metallurgical and Petroleum Engineers, Member
Tau Beta Pi, Member, New England District Director (1977-1980), MIT

2

Chapter Advisor, 1977- 2001, Chief Advisor, 2002 -
American Association for the Advancement of Science, Fellow
Society of Automotive Engineers, Member
American Ceramic Society, Member
Society of Manufacturing Engineers, Member
American Society of Mechanical Engineers, Member
American Society for Testing and Materials, Member
Materials Research Society, Member
Registered Professional Engineer, Massachusetts Certificate Number 29726
Navy Joining Center, Technical Advisory Board
Editorial Board, *Science and Technology of Welding and Joining*
National Research Council, Ocean Studies Board, Committee on Future Needs in Deep
    Submergence Science, Member
Automatic Welding Journal (Ukraine), Member International Editorial Council, 2002
National Research Council, Board of Manufacturing and Engineering Design, Member

**TEACHING EXPERIENCE:**

| Undergraduate: | Graduate: | Professional: |
|---|---|---|
| Thermodynamics | Kinetics | Materials Selection |
| Chemical Metallurgy | Deformation Processing | Welding and Joining Processes |
| Physical Metallurgy | Welding and Joining | Failure Analysis |
| Materials Processing |   Processes | Non-destructive Testing |
| Solid State Chemistry | Materials Selection | |
| Physical Chemistry | Product Design | |
| Essentials of Engineering | | |

**PUBLICATIONS:**

1. "Metallurgical Considerations for Optimizing the Superconducting Properties of $Nb_3Al$," J.G. Kohr, T.W. Eagar, and R.M. Rose, *Metall. Trans.*, *3(5),* 1177, 1972.

2. "Preliminary Measurements of the Critical Current Density of $Nb_3Al_{0.8}Ge_{0.2}$ Ribbon", R. Loberg, T. W. Eagar, I. M. Puffer, R. M. Rose, in *Proc of Fourth Int. Conf. on Magnet Technology*, Brookhaven National Lab, 1972.

3. "Fabrication and Jc(H,T) Measurements on $Nb_3Al_{.75}Ge_{.25}$ Ribbon," R. Loberg, T.W. Eagar, I.M. Puffer and R.M. Rose, *Appl. Phys. L.*, *22(2),* 69, 1973.

4. "Resistive Measurements on an Improved NbAlGe Superconducting Ribbon," T.W. Eagar and R.M. Rose, *IEEE Nucl. S., NS-20 (3),* 742, 1973.

5. "Improved Jc in Mechanically Fabricated $Nb_3Al$ Wires and Ribbons," T.W. Eagar and R.M. Rose, *IEEE Magnet., Mag-11(2),* 214, 1975.

6. "LNG Hull Steels with Improved High Heat Input Weldability," T.W. Eagar and J.C.

3

Baker, ASM-ASTM-MPC Symposium on Low Temperature Properties of Ship Plate, 1976.

7.    "Sources of Weld Metal Oxygen Contamination During Submerged Arc Welding," T.W. Eagar, *Welding J., 57(3),* 76s, 1978.

8.    "Electromagnetically and Thermally Driven Flow Phenomena in Electroslag Welding," A.H. Dilawari, J. Szekely and T.W. Eagar, *Metall. Trans., 9B(9),* 371, 1978.

9.    "An Analysis of Heat and Fluid Flow Phenomena in Electroslag Welding," A.H. Dilawari, T.W. Eagar and J. Szekely, *Welding J.. 57(1),* 24s, 1978.

10.   "A Mathematical Model of Heat and Fluid Flow Phenomena in Electroslag Welding," J. Szekely and T.W. Eagar, in *Proc. of IIW Coll. on Applications of Numerical Techniques in Welding*, Dublin, Ire., 1, 1978.

11.   "Oxygen and Nitrogen Contamination During Arc Welding" T.W. Eagar, in *Proc. of Welding-Physical Metallurgy and Failure Phenomena*, R.J. Cristoffel, ed., General Electric, Schenectady, NY, 31, 1979.

12.   "The Analysis of Magnetohydrodynamics and Plasma Dynamics in Metals Processing Operations," C.W. Chang, J. Szekely, and T.W. Eagar, in *Proc. of the Sagamore Conf. on Recent Advances in Metals Processing*, 1, 1977.

13.   "On the Micromechanics of Multifilamentary Superconducting Composites," S.F. Cogan, D.S. Holmes, I.M. Puffer, T.W. Eagar, and R.M. Rose, *IEEE Magnet., Mag-15(1),* 684, 1979.

14.   "Superconducting Cu-Nb$_3$Sn Composites Produced by Cold Extrusion of Fine Powders," R. Flukiger, S. Foner, E.J. McNiff Jr., B.B. Schwartz, J. Adams, S. Forman, T.W. Eagar, and R.M. Rose, *IEEE Magnet., Mag-15(1),* 689, 1979.

15.   "The Modelling of Gas Velocity Fields in Welding Arcs," C.W. Chang, T.W. Eagar and J. Szekely, *Arc Physics and Weld Pool Behavior*, The Welding Institute, Cambridge, Eng., 381, 1980.

16.   "Ductility of Stabilized Ferritic Stainless Steel Welds," G.B. Hunter and T.W. Eagar, *Metall. Trans., 11A(2),* 213, 1980.

17.   "The Effect of SAW Parameters on Weld Metal Chemistry," C.S. Chai and T.W. Eagar, *Welding J., 59(3),* 93s, 1980.

18.   "Heat Generation Patterns and Temperature Profiles in Electroslag Welding," T. DebRoy, J. Szekely and T.W. Eagar, *Metall. Trans., 11B(12),* 593, 1980.

19.   "Temperature Profiles, the Size of the Heat Affected Zone and Dilution in Electroslag Welding," T. DebRoy, J. Szekely and T.W. Eagar, *Mat. Sci. Eng., 56(2),* 181, 1982.

4

20. "Oxygen and Nitrogen Contamination During Submerged Arc Welding of Titanium," T.W. Eagar, in *Proc. of the Int. Conf. on Welding Research in the 1980's*, Osaka University, Osaka, Japan, 113, 1980.

21. "Slag-metal Equilibrium During Submerged Arc Welding," C.S. Chai and T.W. Eagar, *Metall. Trans., 12B(3),* 539, 1981.

22. "Automated Welding--Research Needs," T.W. Eagar, in *Modeling of Casting and Welding Processes*, AIME, Warrendale, PA, 487, 1981.

23. "Mathematical Modeling of the Temperature Profiles and Weld Dilution in Electroslag Welding of Steel Plates," T. DebRoy, J. Szekely and T.W. Eagar, in *Modeling of Casting and Welding Processes,* AIME, Warrendale, PA, 197, 1981.

24. "Physics of Arc Welding," T.W. Eagar, in *AIP/AISI Conf. on Applications of Physics in the Steel Industry*, AIP, New York, 272, 1981.

25. "Slag-Metal Reactions in Binary CaF2-Metal Oxide Welding Fluxes," C.S. Chai and T.W. Eagar, *Welding J., 61(7),* 229s, 1982.

26. "The Effect of Electrical Resistance on Nugget Formation During Spot Welding," J.G. Kaiser, G.J. Dunn and T.W. Eagar, *Welding J., 61(6),* 167s, 1982.

27. "High Cycle Fatigue of Weld Repaired Cast Ti-6Al-4V," G.B. Hunter, F.S. Hodi and T.W. Eagar, *Metall. Trans., 13A(9),* 1589, 1982.

28. "A Parametric Study of the Electroslag Welding Process," W.S. Ricci and T.W. Eagar, *Welding J., 61(12*), 397s, 1982.

29. "Selective Evaporation of Metals From Weld Pools," A. Block-Bolten and T.W. Eagar, *Trends in Welding Research in the United States*, S.A. David, ed., ASM International, Metals Park, OH, 53, 1982.

30. "Laser Welding of Aluminum and Aluminum Alloys," C.A. Huntington and T.W. Eagar, *Welding J., 62(4),* 105, 1983.

31. "Measurements of the Force Exerted by a Welding Arc," T.D. Burleigh and T.W. Eagar, *Metall. Trans., 14A(6),* 1223, 1983.

32. "Changes of Weld Pool Shape by Variations in the Distribution of Heat Source in Arc Welding," N.S. Tsai and T.W. Eagar, in *Modelling of Casting and Welding Processes II*, J.A. Dantzig and J.T. Berry, eds., AIME, New York, 317, 1984.

33. "Comparison of Theoretically Predicted and Experimentally Determined Submerged Arc Weld Deposit Compositions," U. Mitra, R.D. Sutton, and T.W. Eagar, *Metall. Trans., 14B(9),* 510, 1983.

34.    "Slag Metal Reactions During Submerged Arc Welding of Alloy Steels," U. Mitra and T.W. Eagar, *Metall. Trans., 15A(1),* 217, 1983.

35.    "Convection in Arc Weld Pools," G.M. Oreper, T.W. Eagar, and J. Szekely, *Welding J., 62(11),* 307, 1983.

36.    "Temperature Fields Produced by Travelling Distributed Heat Sources," N.S. Tsai and T.W. Eagar, *Welding J., 62(12),* 346s, 1983.

37.    "Influence of Surface Depression and Convection on Arc Weld Pool Geometry," M.L. Lin and T.W. Eagar, in *Transport Phenomena in Material Processing,* PED, Vol. l0/HTD, 29, M.M. Chen, J. Mazumder, and C.L. Tucker III, eds., ASME, New York, 63, 1983.

38.    "Metal Vaporization From Weld Pools," A. Block-Bolten and T.W. Eagar, *Metall. Trans., 15B(3),* 461, 1984.

39.    "Prediction of Weld Metal Composition During Flux Shielded Welding," C.S. Chai and T.W. Eagar, *J. Mat. Energy Sys., 5(3),* 160, 1983.

40.    "Selection of Processes for Welding Steel Rails," N.S. Tsai and T.W. Eagar, *Railroad Rail Welding*, Railway Systems and Management Assoc., Northfield, NJ, 421, 1985.

41.    "Metallurgical and Process Variables Affecting The Resistance Spot Weldability of Galvanized Sheet Steels," S.A. Gedeon, D. Schrock, J. LaPointe, T.W. Eagar, SAE Technical Paper 840113, Warrendale, PA, 1984.

42.    "Distribution of the Heat and Current Fluxes in Gas Tungsten Arcs," N.S. Tsai and T.W. Eagar, *Metall. Trans., 16B(4),* 841, 1985.

43.    "The Size of the Sensitization Zone in 304 Stainless Steel Welds," N.S. Tsai and T.W. Eagar, *J. Mat. Energy Sys., 6(1),* 33, 1984.

44.    "A Method of Filming Metal Transfer in Welding," C.D. Allemand, R. Schoeder, D.E. Ries and T.W. Eagar, *Welding J., 64(1),* 45, 1985.

45.    "Influence of Arc Pressure on Weld Pool Geometry," M.L. Lin and T.W. Eagar, *Welding J., 64(6),* 163s, 1985.

46.    "Slag Metal Reactions During Submerged Arc Welding of Steel," U. Mitra and T.W. Eagar, in *Proc. of Int. Conf. on Quality and Reliability in Welding*, 2, Chinese Mech. Eng. Soc., Harbin, PRC, B.24.1, 1984.

47.    "An Improved Method of Multiwavelength Pyrometry," G.B. Hunter, C.D. Allemand, and T.W. Eagar, in *Thermosense VII, Proc. SPIE 520*, SPIE, Bellingham, WA, 40, 1985.

48.  "Multiwavelength Pyrometry: An Improved Method," G.B. Hunter, C.D. Allemand, and T.W. Eagar, *Opt. Eng., 24(6),* 1081, 1985.

49.  "Electron Beam and Laser Materials Processing in Japan," T.W. Eagar, *Welding J., 65(7),* 19, 1986.

50.  "Pressures Produced by Gas Tungsten Arcs," M.L. Lin and T.W. Eagar, *Metall. Trans., 17B(9),* 601, 1986.

51.  "Resistance Spot Welding of Galvanized Steel: Part I, Materials Variations and Process Modifications," S.A. Gedeon and T.W. Eagar, *Metall. Trans., 17B(12),* 879, 1986.

52.  "Resistance Spot Welding of Galvanized Steel: Part II, Mechanisms of Spot Weld Nugget Formation," S.A. Gedeon and T.W. Eagar, *Metall. Trans., 17B(12),* 887, 1986.

53.  "Measurement of Dynamic Electrical and Mechanical Properties of Resistance Spot Welds," S.A. Gedeon, C.D. Sorensen, K.T. Ulrich, and T.W. Eagar, *Welding J., 66(12),* 387s, 1987.

54.  "Metal Vapors in Gas Tungsten Arcs Part I: Spectroscopy and Monochromatic Photography," G.J. Dunn, C.D. Allemand, and T.W. Eagar, *Metall. Trans., 17A(10),* 1863, 1986.

55.  "Metal Vapors in Gas Tungsten Arcs Part II: Theoretical Calculations of Transport Properties," G.J. Dunn and T.W. Eagar, *Metall. Trans., 17A(10),* 1871, 1986.

56.  "Cinematography of Resistance Spot Welding of Galvanized Steel Sheet," C.T. Lane, C.D. Sorensen, G.B. Hunter, S.A. Gedeon, and T.W. Eagar, *Welding J., 66(9),* 260s, 1987.

57.  "Prototype Device for Multiwavelength Pyrometry," G.B. Hunter, C.D. Allemand, and T.W. Eagar, *Opt. Eng., 25(11),* 1222, 1986.

58.  "The Role of Transient Convection in the Melting and Solidification in Arc Weldpools," G.M. Oreper, J. Szekely and T.W. Eagar, *Metall. Trans., 17B(4),* 735, 1986.

59.  "Effects of Surface Depression and Convection in GTA Welding," M.L. Lin and T.W. Eagar, *Advances in Welding Science & Technology*, S.A. David, ed., ASM International, Metals Park, OH, 47, 1986.

60.  "Digital Signal Processing as a Diagnostic Tool for Gas Tungsten Arc Welding," C.D. Sorensen and T.W. Eagar, *Advances in Welding Science & Technology,* S.A. David, ed., ASM International, Metals Park, OH, 467, 1986.

61.  "The Physics and Chemistry of Welding Processes," T.W. Eagar, *Advances in Welding Science & Technology*, S.A. David, ed., ASM International, Metals Park, OH, 291, 1986.

7

62.  "Non-Uniform Current Distribution in Spot Welding," R. Bowers and T.W. Eagar, in *AWS Sheet Metal Welding Conference*, Detroit, MI, October, 1986.

63.  "Visible Light Emissions During Gas Tungsten Arc Welding and its Applications to Weld Image Improvement," E. Kim, C. Allemand and T.W. Eagar, *Welding J., 66(12)*, 369s, 1987.

64.  "The Real Challenge in Materials Engineering," T.W. Eagar, *Technology Review, 90* (2), 24, 1987 (also published in Japanese in Berufu, 43, 1987).

65.  "Materials Science and Engineering in the US - Past, Present & Future," T.W. Eagar, *Bulletin of Japan Institute of Metals, 26(2),* 119, 1987 (Japanese).

66.  "The Promise of New Materials - Real or Imaginary," T.W. Eagar, *J. of Metals,* 20, 1987.

67.  "Transient Thermal Behavior in Resistance Spot Welding," E.Kim and T.W. Eagar, in *AWS Detroit Section Sheet Metal Welding Conference III*, Southfield, MI, 1988.

68.  "Brazing Alloy Design for Metal/Ceramic Joints," R.R. Kapoor and T.W. Eagar, *Ceramic Engineering Science Proceedings, 10 (11-12)*, 1613, American Ceramic Society, Westerville, OH, 1989.

69.  "Parametric Analysis of Resistance Spot Welding Lobe Curve," E.W. Kim and T. W. Eagar, *SAE 1988 Transactions, J. of Materials, 97(2)*, 1989, SAE paper 880278.

70.  "Ceramic-Metal Bonding Research in Japan," T.W. Eagar, *Welding J., 66(11)*, 35, 1987.

71.  "Slag-Metal Reactions During Welding - Part I: Evaluation and Reassessment of Existing Theories," U. Mitra and T.W. Eagar, *Metall. Trans., 22B(2)*, 65, 1991.

72.  "Slag-Metal Reactions During Welding - Part II: Theory," U. Mitra and T.W. Eagar, *Metall. Trans., 22B(2)*, 73, 1991.

73.  "Slag-Metal Reactions During Welding - Part III: Experimental Verification of the Theory," U. Mitra and T.W. Eagar, *Metall. Trans., 22B(2),* 83, 1991.

74.  "Modelling of Oscillations in Partially Penetrated Weld Pools," C.D. Sorensen and T.W. Eagar, *J. Dynamic Systems and Control, 112(9)*, 469, 1990.

75.  "Measurement of Oscillations in Partially Penetrated Weld Pools Through Spectral Analysis," C.D. Sorensen and T.W. Eagar, *J. Dynamic Systems and Control, 112(9)*, 463, 1990.

76.  Electrode Geometry in Resistance Spot Welding," R.J. Bowers, C.D. Sorensen and T.W. Eagar, *Welding J., 69(2)*, 45s, 1990.

77.  "Assessing Hydrogen Assisted Cracking Fracture Modes in High Strength Steel

Weldments," S.A. Gedeon and T.W. Eagar, *Welding J., 69(6),* 213s, 1990.

78. "Wettability of Silver Based Reactive Metal Brazing Alloys on Alumina," R.R. Kapoor, E.S. Podszus and T.W. Eagar, *Scripta Metallurgica, 22,* 1277, August 1988.

79. "Oxidation Behavior of Silver and Copper Based Brazing Filler Metals for Silicon Nitride/Metal Joints," R.R. Kapoor and T.W. Eagar, *J. of the American Ceramic Society, 72(3),* 448, 1989.

80. "Thermochemical Analysis of Hydrogen Absorption in Welding," S.A. Gedeon and T.W. Eagar, *Welding J., 69(7),* 264-s, 1990.

81. "Analyses of Electrode Heat Transfer in Gas Metal Arc Welding," Y-S. Kim, D. McEligot, T.W. Eagar, *Welding J., 70(1),* 20s, 1991.

82. "Enhancement of the Weldability in Resistance Welding," C.M. Calva and T.W. Eagar, in *AWS Detroit Section Sheet Metal Welding Conference IV*, Southfield, MI, 1990.

83. "Modelling of Metal Transfer in Gas Metal Arc Welding," Y-S. Kim and T.W. Eagar, in *Edison Welding Institute Annual North American Welding Research Seminar*, Columbus, OH, 1988.

84. "Modeling of Welding Distortion in Complex Structures," A. Moshaiov and T.W. Eagar, *Automation in the Design and Manufacture of Large Marine Systems*, C. Chryssostomidis, ed., Hemisphere Publishing Corporation, New York, 235, 1990.

85. "Measuring the Residual Ferrite Content of Rapidly Solidified Stainless Steel Alloys," J.W. Elmer and T.W. Eagar, *Welding J., 69(4),* 141s, 1990.

86. "Measurement of Transient Temperature Response During Resistance Spot Welding," E.W. Kim and T.W. Eagar, *Welding J., 60(8),* 303s, 1989.

87. "Microstructural Development During Solidification of Stainless Steel Alloys," J.W. Elmer, S.M. Allen and T.W. Eagar, *Metall. Trans., 20A(10),* 2117, 1989.

88. "Technology Transfer and Cooperative Research in Japan," T.W. Eagar, *Welding J.,* 39, 1989.

89. "Fundamental Aspects of Electroslag Welding of Titanium Alloys," T.W. Eagar, J.H. Devletian, S.J. Chen, W.E. Wood and I.L. Caplan, *Recent Trends in Welding Science and Technology*, S.A. David and J. M. Vitek, eds., ASM International, Materials Park, OH, 419, 1990.

90. "The Influence of Cooling Rate on the Ferrite Content of Stainless Steel Alloys," J.W. Elmer, S.M. Allen and T.W. Eagar, *Recent Trends in Welding Science and Technology*, S.A. David and J. M. Vitek, eds., ASM International, Materials Park, OH, 165, 1990.

9

91.  "Non-Contact True Temperature Measurements for Process Diagnostics," M.A. Khan, C.D. Allemand and T.W. Eagar, in *Proc. of Materials Research Society Symposium on Process Diagnostics: Materials, Combustion, Fusion, 117*, 119, 1988.

92.  "Parametric Study of Heat Flow During Resistance Spot Welding," E.W. Kim and T.W. Eagar, *Modeling and Control of Casting and Welding Processes IV*, A.F. Giamei and G.J. Abbaschian, eds., TMS, Warrendale, PA, 1988.

93.  "An Iconoclast's View of the Physics of Welding - Rethinking Old Ideas," T.W. Eagar, *Recent Trends in Welding Science and Technology*, S.A. David and J. M. Vitek, eds., ASM International, Materials Park, OH, 341, 1990.

94.  "Temperature Distribution and Energy Balance in the Electrode During GMAW," Y-S. Kim and T.W. Eagar, *Recent Trends in Welding Science and Technology*, S.A. David and J.M. Vitek, eds., ASM International, Materials Park, OH, 13, 1990.

95.  "The Transition from Shallow to Deep Penetration During Electron Beam Welding," J.Elmer, W.H. Giedt and T.W. Eagar, *Welding J., 69(5),* 167s, 1990.

96.  "Characterization of Spatter in Low Current GMAW of Titanium Plate," S.T. Eickhoff and T.W. Eagar, *Welding J., 69(10),* 382s, 1990.

97.  "Metal Transfer in Pulsed Current Gas Metal Arc Welding," Y-S. Kim and T.W. Eagar, *Welding J.,72 (7),* 279-s, 1993.

98.  "Improving the Calculation of Interdiffusion Coefficients," R.R. Kapoor and T.W. Eagar, *Metall. Trans., 21A(12),* 3039, 1990.

99.  "Effect of Second Phase Particles on Direct Brazing of Alumina Dispersion Hardened Copper," A.A. McFayden, R.R. Kapoor and T.W. Eagar, *Welding J., 69(11),* 399s, 1990.

100.  "Tin-Based Reactive Solders for Ceramic/Metal Joints," R.R. Kapoor and T.W. Eagar, *Metall. Trans., 20B(12),* 919, 1989.

101.  "Thermochemistry of Joining," T.W. Eagar, in *Elliott Symposium on Chemical Process Metallurgy*, P.J. Koros and G.R. St. Pierre, eds., Iron and Steel Society, Warrendale, PA, 197, 1991.

102.  "Challenges in Joining Emerging Materials," T.W. Eagar, in *Proc. of International Conference on Advances in Joining Newer Structural Materials*, Montreal, Canada, 1990, Pergamon Press, Oxford, 3, 1990. (English and French)

103.  "Physics of Arc Welding Processes," T.W. Eagar, *Advanced Joining Technologies*, T.H. North, ed., Chapman and Hall, London, U.K., 61, 1990.

104.  "Thermodynamic Data from Diffusion Couples - I," R.R. Kapoor and T.W. Eagar, *Acta Metallurgica, 38(12),* 2741, 1990.

10

105.    "Thermodynamic Data from Diffusion Couples - II," R.R. Kapoor and T.W. Eagar, *Acta Metallurgica, 38(12),* 2755, 1990.

106.    "Non-Contact Temperature Measurement - I: Interpolation-Based Techniques," M.A. Khan, C. Allemand and T.W. Eagar, *Review of Scientific Instruments, 62(2),* 392, 1991.

107.    "Non-Contact Temperature Measurement - II: Least Squares-Based Techniques," M.A. Khan, C. Allemand and T.W. Eagar, *Review of Scientific Instruments, 62(2),* 403, 1991.

108.    "Whither Advanced Materials," T.W. Eagar, *Advanced Materials & Processes, 139(6),* 25, 1991.

109.    "The Future of Metals," T.W. Eagar, *Welding J., 70(6),* 69, 1991.

110.    "Single-Phase Solidification During Rapid-Resolidification of Stainless Steel Alloys," J.W. Elmer, T.W. Eagar and S.M. Allen, in *Proc. of the Materials Weldability Symposium*, ASM International, Materials Park, OH, 143, 1990.

111.    "Analysis of Metal Transfer in Gas Metal Arc Welding," Y-S. Kim and T.W. Eagar, *Welding J. 4,* 269s-276s, 1993.

112.    "Calculation of Electrical and Thermal Conductivities of Metallurgical Plasmas," G.J. Dunn and T.W. Eagar, *Welding Research Council Bulletin 357*, Welding Research Council, New York, 1, 1990.

113.    "Joining of Aluminum Matrix Composites by Plasma Spraying," T. Itsukaichi, M. Umemoto, I. Okane, T.W. Eagar and K. Fukui, in *Proc. of the International Conference on New Advances in Welding and Allied Processes, Vol II*, International Academic Publishers, Beijing, China, May 1991.

114.    "Plasma Spray Joining of Aluminum Matrix Composites Using Osprey Composite Powder," T. Itsukaichi, T.W. Eagar, M. Umemoto, and I. Okane, *Transactions of the Japan Welding Society, 10(2),* 309, 1992. (Japanese)

115.    "Transient Liquid Phase Bonding Processes," W.D. MacDonald and T.W. Eagar, *The Metal Science of Joining*, M.J. Cieslak, J.H. Perepezko, S. Kang, M.E. Glicksman, eds., Metallurgical Society, Warrendale, PA, 93, 1991.

116.    "Infrared Radiation from an Arc Plasma and Its Application to Plasma Diagnostics," T. Ohji and T.W. Eagar, *J. of Plasma Physics and Chemistry, 12(4)*, 403, 1992.

117.    "Transient Liquid Phase Bonding," W.D. MacDonald and T.W. Eagar, *Annual Review of Materials Science, 22,* 23, 1992.

118.    "Materials Manufacturing," T.W. Eagar, *MRS Bulletin, 4,* 27, 1992.

11

119.   "Problems in Engineering and Science Education:  Why Do We Have a Weakness in Materials Synthesis and Processing?," T.W. Eagar, *MRS Bulletin, 9,* 36, 1992.

120.   "Resistance Welding:  A Fast, Inexpensive and Deceptively Simple Process," T.W. Eagar, in *International Trends in Welding Science and Technology*, S.A. David and J.M. Vitek, eds., ASM International, Materials Park,OH, 347, 1992.

121.   "Low Temperature Transient Liquid Phase Bonding of Ti-6Al-4V," W.D. MacDonald and T.W. Eagar, *International Trends in Welding Science and Technology*, S.A. David and J.M. Vitek, eds., ASM International, Materials Park, OH, 1083, 1992.

122.   "Investigations of Drop Detachment Control in Gas Metal Arc Welding," L.A. Jones, T.W. Eagar, J.H. Lang, *International Trends in Welding Science and Technology*, S.A. David and J.M. Vitek, eds., ASM International, Materials Park, OH, 1009, 1992.

123.   "Metal Transfer Control in Gas Metal Arc Welding," L.A. Jones, T.W. Eagar, J.H. Lang, in *Tenth Symposium on Energy Engineering Sciences*, Argonne National Laboratory, Argonne, IL, May, 1992.

124.   "Low Temperature Transient Liquid Phase (LTTLP) Bonding for Au/Cu and Cu/Cu Interconnections," M. Hou and T.W. Eagar, Trans. of ASME, *J. of Electronic Packaging, 114*, 443, 1992.

125.   "Low Stress Die Attach by Low Temperature Transient Liquid Phase Bonding," J.W. Roman and T.W. Eagar, in *1992 International Symposium on Microelectronics, 52,* (sponsored by the International Society for Hybrid Microelectronics, ISHM), San Francisco, CA, 81, 1992.

126.   "Characterization of Spatter in Low-Current GMAW of Titanium Alloy Plate," S.T. Eickhoff and T.W. Eagar, in *Proc. of the Technical Program from the 1990 TDA International Conference on Products and Applications*, Orlando, FL, October 1990.

127.   "High Energy Electron Beam Welding & Materials Processing," V.R. Dave, D.L. Goodman, T.W. Eagar, K.C. Russell, in *Proc. of AWS High Energy Electron Beam Welding & Materials Processing*, 156, 1993.

128.   "High Energy Electron Beam (HEEB) Processing of Advanced Materials," V.R. Dave, D.L. Goodman, M. Farnush, T.W. Eagar, K.C. Russell, in *Proc. of AWS-HEEB Processing of Advanced Materials*, Chicago, IL, 537, 1992.

129.   "Joining of 6061 Aluminum Matrix-Ceramic Particle Reinforced Composites," R. Klehn, T.W.Eagar, *WRC Bulletin 385,* 1, 1993.

130.   "In-Space Welding, Visions and Realities," D. Tamir, T. A. Siewert, K. Masubuchi, L. Flanigan, R. Su, and T.W. Eagar, in *Proc. of Thirtieth Space Congress: "Yesterday's Vision is Tomorrow's Reality", (4),* 1.9, Cocoa Beach, Florida, 1993.

131.   "Evolving Manufacturing Practices: Lessons for the Quality Control Engineer," T.W. Eagar, *Materials Evaluation, 51(10)*, 1184, 1993.

132.   "Joining of Advanced Materials," T.W. Eagar, W.A. Baeslack, R. Kapoor, *Encyclopedia of Advanced Materials*, D.Bloor, M. Flemings, R. Brook, S. Mahajan, eds., Pergamon Press, Oxford, 1207, 1994.

133.   "Advanced Joining Processes," T.W. Eagar, W.A. Baeslack, *Encyclopedia of Advanced Materials*, D. Bloor, M. Flemings, R. Brook, S. Mahajan, eds., Pergamon Press, Oxford, 1221, 1994.

134.   "Leaders for Manufacturing: Educating for the Future," T.W. Eagar, *AAAS Science and Technology Policy Yearbook*, A.H. Teich, S.D. Nelson, C. McEnaney, eds., AAAS, 229, 1994.

135.   "Welding Process Decoupling for Improved Control," D.E. Hardt, T.W. Eagar, J.H. Lang and L. Jones in *Proc. of 11th Symp. on Energy Engineering Sciences*, Argonne National Laboratory, Argonne, IL, 287, 1993.

136.   "Heat and Metal Transfer in Gas Metal Arc Welding using Argon and Helium," P.G. Jonsson, T.W. Eagar and J. Szekeley, *Metall. Trans., 26B(4)*, 383, 1995.

137.   "The Only Constant is Change," T.W. Eagar,*Welding Journal, 74(12)*, 63, 1995.

138.   "Cleaning and Reflow of Pb-Sn-C4 Solder Bumps," C. Lee, D. Crafts, T.W, Eagar, Trans. of ASME, *J. of Electronic Packaging, 117(4)*, 277, 1995.

139.   "Redefining the University-Industry Relationship for Manufacturing Excellence," T.W. Eagar, W. C. Hanson, T.L. Magnanti and D.B. Rosenfield, in *Proc. of the 4th Annual Pittsburgh Manufacturing Systems Engineering Conf.*, 1993.

140.   "Bringing New Materials to Market," T.W. Eagar, *Technology Review, 42*, February/March, 1995.

141.   "Welding and Joining: Moving from Art to Science," *Welding Journal, 74(6)*, 49, 1995.

142.   "Evaluation Method for Electrochemical Migration Susceptibility in Pure Water," (Japanese), T. Takemoto, R.M. Latanision, T.W. Eagar and A. Matsunawa, in *Proc. of 1st Symposium on Microjoining and Assembly Technology in Electronics*, Japan Welding Society Committee of Microjoining, Tokyo, 105, 1995.

143.   "The Temporal Nature of Forces Acting on Metal Drops in Gas Metal Arc Welding," L.A. Jones, T.W. Eagar, J.H. Lang, *Trends in Welding Research*, H.B. Smartt, J.A. Johnson, S.A. David, eds., ASM International, Materials Park, OH, 365, 1996.

144.   "Plasma Spray Joining of Al-Matrix Particulate Reinforced Composites," T. Itsukaichi, T.W. Eagar, M. Umemoto and I. Okane, *Welding Journal, 75(9)*, 285s, 1996.

1998.

159. 'The Quiet Revolution in Materials Processing," T.W. Eagar, in *Proc. of Third Pacific Rim International Conference on Advanced Materials and Processing*, M.A. Imam, R. DeNale, S. Hanada, et al., eds., TMS, Warrendale, PA, 1, 1998.

160. "Magnitude Scaling of Free Surface Depression During High Current Arc Welding, P.F. Mendez and T.W. Eagar, in *Trends in Welding Research*, ASM International, 13-18, June 1-5, 1998.

161. "In Search of the Perfect Weld," T.W. Eagar, *Trends in Welding Research*, J.M. Vitek, S.A. David *et al*, eds., ASM International, Materials Park, OH, 261, 1999.

162. "Study of Chromium in Gas Metal Arc Welding Fume," T.W. Eagar, P. Sreekanthan, N.T. Jenkins *et al.,Trends in Welding Research*, J.M. Vitek, S.A. David *et al*, eds., ASM International, Materials Park, OH, 374, 1999.

163. "Magnitude Scaling of Free Surface Depression during High Current Arc Welding," P.F. Mendez and T.W. Eagar, *Trends in Welding Research*, , J.M. Vitek, S.A. David *et al*, eds., ASM International, Materials Park, OH, 13, 1999.

164. "Liquid Infiltrated Powder Interlayer Bonding (LIPIB) - A Process for Large Gap Joining," W.D. Zhuang and T.W. Eagar, *Science and Technology of Welding and Joining,* 2000 Volume 5, Number 3, 125-134.

165. "Images of a Steel Electrode in Ar-2%O2 During Constant-Current Gas Metal Arc Welding," L.A. Jones, T.W. Eagar and J.H. Lang, *Welding Journal*, Welding Research Supplement, April 1998, 135-s-141-s.

166. "Estimation of the Characteristic Properties of the Weld Pool During High Productivity Arc Welding," P.F. Mendez and T.W. Eagar in 5th International Seminar "Numerical Analysis of Weldability," 1999. Graz-Seggau, Austria.

167. "Order of Magnitude Scaling of Complex Engineering Problems," P.F. Mendez and T.W. Eagar, *Seventeenth Symposium on Energy Engineering Sciences*, Argonne, IL, pp. 106-113, May 13-14, 1999.

168. "Humping Formation in High Current GTA Welding," P.F. Mendez, K.L. Niece and T.W. Eagar, in *Proceedings of the International Conference on Joining of Advanced and Specialty Materials II*, Cincinnati, OH, November 1999.

169. "Order of Magnitude Scaling of the Cathode Region in an Axisymmetric Transferred Electric Arc," P.F. Mendez, M.A. Ramirez, G. Trapaga, T.W. Eagar in *Metallurgical and Materials Transactions B*, June 2001, Vol. 32B, p.547-554.

170. "Modeling of Materials Processing Using Dimensional Analysis and Asymptotic Considerations," P.F. Mendez and T.W. Eagar in Proc. of THERMEC'2000, International

145. "Abrasion Resistant Active Braze Alloys for Metal Single Layer Technology," R.K. Shiue, S.T. Buljan and T.W. Eagar, *Science and Technology of Welding and Joining 2(2)*, 71, 1997.

146. "Large Gap Joining of Ti-6Al-4V with Mixed Powder Interlayers," W.D. Zhuang and T.W. Eagar, *Science and Technology of Welding and Joining 2(4)*, 139, 1997.

147. "Diffusional Breakdown of Nickel Protective Coatings on Copper Substrate in Silver-Copper Eutectic Melts," W.D. Zhuang and T.W. Eagar, *Metall. Trans., 28A(4)*, 969, 1997.

148. "Transient Liquid Phase (TLP) Bonding using Coated Metal Powders," W.D. Zhuang and T.W. Eagar, *Welding Journal, 76(4)*, 157s, 1997.

149. "High Temperature Brazing by Liquid Infiltration," W.D. Zhuang and T.W. Eagar, *Welding Journal, 76(12)*, 526s, 1997.

150. "Dynamic Behavior of Gas Metal Arc Welding," L.A. Jones, P. Mendez, D. Weiss, and T.W. Eagar, presented at the 9th Annual Conference on Iron and Steel Technology, Pohang,
Korea, August 1997.

151. "A Systematic Strategy for Optimizing Manufacturing Operations," J. Kerkhoff, T.W. Eagar, and J. Utterback, *Production and Operations Management, (7)1*, 67, 1998.

152. "Isothermal Solidification Kinetics of Diffusion Brazing," W.D. MacDonald and T.W. Eagar, *Metall. Trans., 29A(1)*, 315, 1998.

153. "Magnetic Forces Acting on Molten Drops in Gas Metal Arc Welding," L.A. Jones, T.W. Eagar and J.H. Lang, *Journal of Physics, Part D: Applied Physics, 31(1)*, 93, 1998.

154. "A Dynamic Model of Drops Detaching from a Gas Metal Arc Welding Electrode," L.A. Jones, T.W. Eagar and J.H. Lang, *Journal of Physics, Part D: Applied Physics 31(1)*, 107, 1998.

155. "Electrochemical Migration Tests of Solder Alloys in Pure Water," T. Takemoto, R.M. Latanision, T.W. Eagar and A. Matsunawa, *Corrosion Science, 39(8)*, 1415, 1997.

156. "Quiet Revolution in Materials Manufacturing and Production," T.W. Eagar, *Journal of Metals, 50(4)*, 19, 1998.

157. "The Plasma-Enabled Recovery of Titanium Metal by the Electrolysis of Titanate Slags," H.R. Larson and T.W. Eagar, *Journal of Metals, 50(9)*, 56, 1998.

158. "How Welding Fumes Affect the Welder," J.M. Antonini, G.G. Krishna Murthy, R.A. Rogers, R. Albert, T.W. Eagar, G.D. Ulrich, and J.D. Brain, *Welding Journal, 77(10)*, 55,

Conference on Processing and Manufacturing of Advanced Materials, Las Vegas, NV, December 4-8, 2000.

171.    "Scaling of the Cathode Region of a Long GTA Welding Arc," P.F. Mendez, M.A. Ramirez, G. Trapaga and T.W. Eagar, *Advances in Computational Engineering & Sciences*, Volume I, Tech Science Press, Palmdale, CA, 689-694, 2000.

172.    "Effect of Electrode Droplet Size on Evaporation and Fume Generation in GMAW," P.F. Mendez, N.T. Jenkins, T.W. Eagar, Gas Metal Arc Welding for the 21st Century, Orlando, FL, American Welding Society, December 6-8, 2000.

173.    "Strain Energy Distribution in Ceramic/Metal Joints," J.-W. Park, P.F. Mendez and T.W. Eagar, *Acta Materialia*, Volume 50, issue 5, pp.883-899, March 2002.

174.    "Modeling of Welding Processes through Order of Magnitude Scaling," P.F. Mendez and T.W. Eagar, Metal Technologies, MMT-2000, Ariel, Israel, November 13-15, 2000.

175.    "Modeling of Materials Processing Using Dimensional Analysis and Asymptotic Considerations," P.F. Mendez and T.W. Eagar, accepted by *Journal of Materials Processing Technology*, 2001.

176.    "Welding Processes for Aeronautics," P.F. Mendez and T.W. Eagar, *Advanced Materials & Processes*, 159 (5), pp. 39-43, 2001.

177.    "Why Did the World Trade Center Collapse? Science, Engineering and Speculation," C. Musso and T.W. Eagar, *Journal of Materials*, pp. 8-11, December 2001.

178.    "Strain Energy Release in Ceramic-to-Metal Joints with Patterned Interlayers," J.-W. Park, J.J. Kim, T.W. Eagar, *Journal of the American Ceramic Society*, submitted September 2001.

179.    "Strain Energy in the Filler Metal and the Shear Strength of the Concentric Ceramic-to-Metal Brazed Joints," J.L. Wiese, J.-W. Park, T.W. Eagar, *Scripta Materialia*, submitted 2001.

180.    "Thermodynamic Model of the Zr-O System," R. Arroyave and T.W. Eagar, *Calphad*, submitted 2001.

181.    "Scaling Laws in the Welding Arc," P.F. Mendez, M.A. Ramirez, G. Trapaga and T.W. Eagar, *Mathematical Modelling of Weld Phenomena 6*, Institute of Materials, London, UK, 2002.

182.    "Residual Stress Release in Ceramic-to-Metal Joints by Ductile Metal Interlayers," J.W. Park, P.F. Mendez and T.W. Eagar, *Scripta Metallurgica et Materialia*, submitted 2002.

183.    "Carbide Formation in Alloy 718 During Electron Beam Solid Freeform Fabrication," J.E. Matz and T.W. Eagar, accepted by *Metall. Trans.*, 2002.

16

184.  "Application of the Transient Liquid Phase Bonding to Microelectronics and MEMS Packaging," J.W. Park and T.W. Eagar, IEEE Conference Proceedings on Advanced Packaging Materials and Processes, 2002.

185.  "Interfacial Microstructure of Partial Transient Liquid Phase Bonded $Si_3N_4$-to-INCONEL 718 Joints," J.J. Kim, J.-W. Park and T.W. Eagar, accepted *Materials Science and Engineering A* (2001).

186.  "Elastoplastic Behavior of Dissimilar Material Joints, Part 1 Theory and Numerical Analysis," M. Tateno and T.W. Eagar, submitted to Transactions of the ASME, *Journal of Applied Mechanics*, 2002.

187.  "Experimental Characterization of Temperature Profiles in One Dimensionally Simulated Resistance Spot Welding of Bare and Zinc Coated Steel," E. Kim and T.W. Eagar, *Welding Journal*, submitted July 2002.

188.  "Manganese in Welding Fume and Worker Health," M.C. Balmforth, N.T. Jenkins, T.W. Eagar, *Welding Journal*, submitted 2002.

189.  "Freshly generated stainless steel welding fume induces greater lung inflammation in rats as compared to aged fume," J.M. Antonini, R.W. Clarke, G.G. Krishna Murthy, P. Sreekanthan, N. Jenkins, T.W. Eagar, J.D. Brain, Elsevier Science *Toxicology Letters* 98 (1998), 77-86.

190.  "New Trends in Welding in the Aeronautic Industry," P.F. Mendez and T.W. Eagar, 2nd Conference of New Manufacturing Trends, Bilboa, Spain, November 19 – 20, 2002.

191.  "Metal Substrate Effects on the Thermochemistry of Active Brazing Interfaces," R. Arroyave and T.W. Eagar, Acta Materialia, accepted June, 2003.

192.  "Feasibility of Using Earth-bounded NDT Techniques for the Space Environment," V. Nikou, P.F. Mendez, K. Masubuchi, T.W. Eagar, Conference on Emerging Technologies in Non-Destructive Testing, Thessaloniki, Greece, May 26-28, 2003.

193.  "Joining $LaMO_3$ Perovskite Ceramics to Nickel-based Super Alloys Using Brazing/TLPB Techniques," R. Arroyave, T.W. Eagar, H.R. Larson, Abstracts of Papers, 225th ACS National Meeting, New Orleans, LA, United States, March 23-27, 2003, FUEL-111 (CODEN: 69DSA4 AN 2003:182444 CAPLUS)

194.  "Hollow-Cored, Long-Fiber Metal Matrix Composites for Thermal Packaging Applications," Christopher Musso and Thomas Eagar, *Proceedings of ICCE/9*, July 2002, p.549-550.

195.  "Submicron Particle Chemistry: Vapor Condensation Analogous to Liquid Solidification," Neil T. Jenkins and Thomas W. Eagar, *Journal of Materials*, June 2003, Volume 55, No. 6, p.44-47.

17

**PATENTS:**

1.    "Method of Resistance Welding," T.W. Eagar, J.G. Kaiser, and G.J. Dunn, Patent No. 4,365,134, Dec. 21, 1982.

2.    "Non-hygroscopic Welding Flux Binders," E.A. Barringer and T.W. Eagar, Patent No. 4,512,822, April 23, 1985.

3.    "Large Diameter Stud and Method and Apparatus for Welding Same," T.E. Shoup, D.J. Maykut, and T.W. Eagar, Patent No. 4,531,042, July 23, 1985.

4.    "Non-Hygroscopic Welding Flux Binders," E.A. Barringer and T.W. Eagar, Patent No. 4,557,768; December 10, 1985.

5.    "Laser Instrument," R.J. Cabrera, T.W. Eagar and J. Santangelo, Patent No. 4,580,558, April 8, 1986.

6.    "Laser Instrument," R.J. Cabrera and T.W. Eagar, Patent No. 4,646,734, March 3, 1987.

7.    "Non-Hygroscopic Welding Flux Binders," E.A. Barringer and T.W. Eagar, Patent No. 4,662,952, May 5, 1987.

8.    "Age-Hardenable Sterling Silver," T.W. Eagar, D.P. Agarwal, L.L. Bourguignon and R.E. Marcotte, Patent No. 4,810,308, March 7, 1989.

9.    "Emissivity Independent Multiwavelength Pyrometry," M.A. Khan, C.D. Allemand and T.W. Eagar, Patent No. 5,132,922, July 21, 1992.

10.    "Silver Alloys of Exceptional and Reversible Hardness," T.W. Eagar, D.P. Agarwal, L.L. Bourguignon and R.E. Marcotte, Patent No. 4,869,757, September 26, 1989.

11.    "Wear Resistant Bond for an Abrasive Tool," R.K. Shiue, R. Andrews, T.W. Eagar, B. Miller and S-T. Buljan, Patent No. 5,846,269, December 8, 1998.

12.    "Abrasive Tool Containing Coated Abrasive Grain,"R.K. Shiue, B. Miller, S.T. Buljan, E. Schulz and T.W. Eagar, Patent No. 5,855,314, January 5, 1999.

13.    "Removable Bond for an Abrasive Tool," R.K. Shiue, T.W. Eagar, B. Miller and S-T. Buljan, Patent No. 6,245,443, June 12, 2001.


**PATENTS PENDING:**

"Filtration Element for Severe Service Applications," M. Mutsakis, J.P. Puglia, G.M. Freedland, T.W. Eagar and H.R. Larson, Patent Application No. 09/809,818, filed March 16, 2001.

**PATENT APPLICATION:**

"Methods for Forming Articles Having Very Small Channels Therethrough, and Such Articles, and Method of Using Such Articles," C.S. Musso and T.W. Eagar, filed March 12, 2002.

## Thomas W. Eagar
## Litigation Identification
### June 17, 2003

1. <u>Welding Asbestos Litigation</u> – deposition in Cambridge, MA on May 24, 1995 re: Asbestos Litigation, New Castle County Delaware, and telephonic deposition in Boston, MA on July 7, 1999 re: Shipe et al. v Lincoln Electric, Company et al.; Ralph Davies, Davies McFarland and Carroll, defendant's attorney.

2. <u>Bicycle Failure</u> – deposition in Boston, MA on December 18, 1997, re: Jeffrey Crawn v. Benteler; trial in Easton, PA, May 21, 1999; James Dodd-O; Thomas, Thomas, and Hafer, Harrisburg, PA, plaintiff's attorney.

3. <u>Failure of Machinery</u> – deposition in Raynham, MA on May 29, 1998 and trial in Boston, MA on May 14, 1999 re: Hartford Steam Boiler v. Sentinel Products, Rosemary Connolly, Robins, Kaplan, Miller and Ciresi, plaintiff's attorney.

4. <u>Helicopter Mishap</u> – deposition in Boston, MA on May 3, 1999 and trial testimony in Bisbee, AZ on October 5 and 6, 1999 re: Jenkins v. Bell Helicopter; Steve Yost, Goodwin Raup, defendant's attorney.

5. <u>Fall From Ladder</u> – deposition in New York City, NY on June 29, 1999 re: Borchers' v. Werner; Dan McNamara, DeCicco, Gibbons and McNamara, defendant's attorney.

6. <u>Steel Bearings</u> – deposition in Boston, MA on June 30, 1999 and trial in Los Angeles, January 22, 2001 re: United States v. NMB Corporation; John McKay, Shaw Pittman, defendant's attorney.

7. <u>Truck Accident</u> – trial in Somerville, MA on July 28, 1999 re: Commonwealth of Massachusetts v. Dana Smith; Ed Mahoney Law Offices of Richard W. McLeod, defendant's attorney.  Trial in Cambridge, MA on October 31 and November 5, 2002, John Nelson, Law Offices of Brian Cullen, defendant's attorney.

8. <u>Failure of Hydraulic Cylinder</u> – deposition in Boston, MA on July 28, 1999, and November 5, 1999 re: Marcantonio v. Sterling Industrial; Richard Edwards, Campbell, Campbell, and Edwards, defendant's attorney.

Thomas W. Eagar
Litigation Identification
June 17, 2003
Page 2

9.    Screw Failure – trial in Rochester, NY on October 8, 1999 re:
      Torchia v. Van Dorn DeMag; Beryl Nussbaum, Woods Oviatt,
      Gilman, defendant's attorney.

10.   Aerial Bucket Truck – deposition in Boston, MA, on October 26,
      1999 re: Christopher Finney v. Asplundh Tree Expert Company;
      Darrell Warta, Foulston & Siefkin, defendant's attorney.

11.   Pipe Failure – arbitration in New York City on October 27, 1999,
      re: Winter Club v. Burley Construction; Richard Flanagan,
      Flanagan and Cooke, plaintiff's attorney.

12.   Ladder Accident – trial in New Brunswick, NJ on December 10,
      1999 re: Norcross v. Werner, Don Crowley, Methfessel and Werbel,
      defense attorney.

13.   Ladder Collapse – deposition in Cambridge, MA, December 13,
      1999, re: Landou v. Werner, J. Scott Donington, Champi and
      Donington, defense attorney.

14.   Welding Fume – deposition in San Francisco, CA, January 17,
      2000, re: Thornsby v. Lincoln Electric Company et al., Al Norris,
      Crosby, Heafey, Roach & May, defense attorney.

15.   Copper Wire – Dispute Resolution Board, January 25-27, 2000 and
      March 5, 2000, Westbrooke, CT, BBC/MEC v. Amtrak, Nancy
      Feinrider, Kalkines, Arky, Zall and Bernstein, defense attorney.

16.   Failed Hose Coupling – deposition in Weslaco, TX, March 3,
      2000, re: Rivera v. Van Dorn DeMag, Mark Ferris, Jones, Galligan,
      Key and Lozano, defense attorney.

17.   Copper Elbow Failure – deposition in New York City, March 16,
      2000, Turner Construction v. Elkhart Products, Mark Mullen,
      Cozen & O'Connor, plaintiff's attorney.

18.   Ladder Collapse – trial in Brooklyn, NY, April 14-17, 2000, Santata
      v. Seagrave et al, Herb Waichman, Parker & Waichman, plaintiff's
      attorney.

Thomas W. Eagar
Litigation Identification
June 17, 2003
Page 3

19.   Patent Infringement – trial in Madison, WI, May 24 and 25, 2000,
      Rayovac v. Duracell, Ed DeFranco, Fish & Neave, defendant's
      attorney.

20.   Metal Bellows – deposition in Cambridge, MA, June 8, 2000,
      Apache Oil v. Titeflex Corporation, Michael Quinn, Bonenberger &
      Quinn, plaintiff's attorney.

21.   Building Fire – trial in Rochester, NY, June 16, 2000, Sodoma
      Farms Inc. v. Niagara Mohawk, Chris Fallon, Cozen & O'Connor,
      plaintiff's attorney.

22.   Pipe Failure – trial in Brooklyn, NY, June 27, 2000, Flight Safety
      International v. The Port Authority of New York and New Jersey,
      Jack Brown, Cozen & O'Connor, plaintiff's attorney.

23.   Cable Failure – deposition in Houston, TX, November 10, 2000,
      Salazar v. Morse Industries, Mark Farris, Jones, Galligan Key and
      Lozano, plaintiff's attorney.  Trial in Edinburgh, TX, September 18
      – 19, 2002, Roger Braugh, Sico White &  Braugh, plaintiff's
      attorney.

24.   Broken Weld – trial in Dedham, MA, November 15, 2000, Anderson
      v. Braintree Hospital, John Bruce, Foster & Eldridge, defendant's
      attorney.

25.   Helicopter Accident – deposition in Cambridge, MA, November 21,
      2000, Kennedy v. Bell Helicopter, Dan Laurence, Mills Meyer &
      Swartling, defendant's attorney.

26.   Electrical Contacts – deposition in Cambridge, MA, December 7,
      2000, Campbell v. GE, William Clark, Cozen & O'Connor, plaintiff's
      attorney.

27.   Medical Instrument – telephonic deposition in Cambridge, MA,
      December 28, 2000, Jerome v. Codman, Thomas Lucas, Cassiday
      Schade and Gloor, defendant's attorney.

28.   Aircraft Mishap – deposition in Kansas City, MO, January 10 and
      11, 2001, Snyder et al. v. Teledyne Continental Motors, John
      Turner, Turner & Sweeney, plaintiff's attorney.

Thomas W. Eagar
Litigation Identification
June 17, 2003
Page 4

29. <u>Steel Cutting</u> – trial in New York City, February 5 and 6, 2001, Liberty Mutual v. Design Build, E. Rinaldi, Cozen & O'Connor, plaintiff's attorney.

30. <u>Helicopter Engine Failure</u> – deposition in New Orleans, LA, February 15, 2001 and trial in Lafayette, LA, April 25-26, 2001, Bertrand v. Air Logistics, Robert Kerrigan, Deutsch, Kerrigan & Stiles, defendant's attorney.

31. <u>Brazed Joints</u> – deposition in Montpelier, VT, March 2, 2001, Northeast Granite v. Pyramid Supply, William Clark, Cozen & O'Connor, plaintiff's attorney.

32. <u>Broken Screw</u> – deposition in Boston, MA, March 9, 2001, Krueger v. Codman. Robert Houghton, Shuttleworth & Ingersoll, defendant's attorney.

33. <u>Automobile Accident</u> – deposition in Beaumont, Texas, April 6, 2001, Thornton v. Ford, Ken Lewis, Bush Lewis & Roebuck, plaintiff's attorney.

34. <u>Automobile Accident</u> – deposition in Norwood, MA, April 27, 2001, Pierce v. GM, Ralph Monaco, Conway and Londregan, plaintiff's attorney.  Trial in New London, CT, July 18, 2001, Pierce v. GM, Ralph Monaco, plaintiff's attorney.

35. <u>Fan Motor Failure</u> – deposition in Hartford, CT, June 5, 2001, Colorpix v. Broan, Stuart Blackburn, Law Offices of Stuart Blackburn, plaintiff's attorney.

36. <u>Helicopter Mishap</u> – deposition in San Antonio, TX, June 18, 2001, Stutzman v. Torrington, Ernest Cannon, plaintiff's attorney.

37. <u>Electrical Arc</u> – deposition in Cambridge, MA, July 17, 2001, Chryczyk v. The Prime Group, Kathy McCabe, Cassiday Schade & Gloor, defendant's attorney.

38. <u>Brake Spring Failure</u> – deposition in Chicago, IL, July 20, 2001 and January 31, 2002.  Trial in Chicago, IL, March 19, 2002, Dexter Axle v. Omiotek, Pat Gloor, Cassiday Schade & Gloor, plaintiff's attorney.

Thomas W. Eagar
Litigation Identification
June 17, 2003
Page 5

39. <u>Helicopter Mishap</u> – deposition in Seattle, WA, August 3, 2001,
Wehling v. Bell, Dan Laurence, Mills Meyers & Swartling,
defendant's attorneys.  Trial in Seattle, WA, October 3 and 4, 2001.

40. <u>Aluminum Casting Failure</u> – trial in Brockton, MA, October 10,
2001, Davidson v. Polaris, Tim Mattson, Bowman & Brooke,
defendant's attorney.

41. <u>Gas Heater Corrosion</u> – deposition in Cambridge, MA, October 16
and 29, 2001, Copco Steel and Atlas Steel v. Document Services,
John Schleiter, Daar, Fisher, Kanaris & Vanek, plaintiff's attorney.

42. <u>Weld Failures</u> – deposition in Cambridge, MA, October 19, 2001,
JWR Resources v. Long Airdox, Shawn George, George & Lorenson,
defendant's attorney.

43. <u>Helicopter Mishap</u> – deposition in Cambridge, MA, October 24,
2001, Harvey v. Bell Helicopter, Jim Doran, Waller Lansden
Dortsch & Davis, defendant's attorney.

44. <u>Patent Infringement</u> – trial in Washington, D.C., October 25 and
30, 2001, 3M v. Kinik, Anthony Roth, Morgan Lewis & Bochius,
defendant's attorney.

45. <u>Offshore Oil Rig</u>  -  hearing in Houston, TX, October 26, 2001, Ed
Murphy, Beirne Maynard & Parsons, defendant's attorney.

46. <u>Steel Shaft Fracture</u> – deposition in Cambridge, MA, November 9,
2001, Epsilon Products v. Krupp Mannesmann, Brian Lincicome,
Cozen & O'Connor, plaintiff's attorney.

47. <u>Oil Tank Failure</u> – deposition in Cambridge, MA, January 25,
2002, Farlee v. L.K. Walton, Scott Donington, Donington and Sena,
plaintiff's attorney.

48. <u>Fire</u> – deposition in Boston, MA, February 12, 2002, Rotando v.
Atlantic Heating and Air Conditioning, David Groth, Cozen &
O'Connor, plaintiff's attorney.

49. <u>Fire</u> – deposition taken in Philadelphia, PA, February 22, 2002.
Trial in Newark, NJ, May 9, 2002, O'Brien v. GEC Alstohm,
Thomas McKay, Cozen & O'Connor, plaintiff's attorney.

Thomas W. Eagar
Litigation Identification
June 17, 2003
Page 6

50.　Broken Steel Stud – deposition in Los Angeles, CA, March 27, 2002, Souza v. Van Dorn DeMag, Craig Sears; Harrington, Foxx, Dubrow and Canter, defense attorney.

51.　Electrical Fire – deposition in Baltimore, MD, March 28, 2002, Hoon v. Lightolier, Peter Rossi, Cozen & O'Connor, plaintiff's attorney.

52.　Fatigue Failure – deposition in Philadelphia, PA, April 12, 2002. Trial in Philadelphia, PA, May 21, 2002, TCM v. Standard Steel, Bruce McKissock, McKissock & Hoffman, defendant's attorney.

53.　Hydrogen Cracking – trial in Clearfield, PA, April 23, 2002, Equimeter v. Charkan, James DeVittorio, Law Offices of James DeVittorio, defendant's attorney.

54.　Metal Pan – deposition in Cambridge, MA, May 3, 2002, Good v. Alcan. Paul Casteleiro, Law Offices of Paul Casteleiro, defendant's attorney.

55.　Electrical Contacts – hearing in Brownsville, TX, May 16, 2002, Manuel Cruz v. BRK Brands, Inc., James Heller, Cozen & O'Connor, defendant's attorney.  Deposition in Philadelphia, PA on June 20, 2002.

56.　Automobile Accident – deposition in Cambridge, MA, June 11, 2002, Stone v. Subaru, Shawn George, George and Lorsenson, plaintiff's attorney.

57.　Fire – trial in Whitehorse, Yukon, Canada, July 9 and 10, 2002, Trans North Turbo v. North 60 Petro, Rick Davison, Parlee McLaws, defendant's attorney.

58.　Paint Adhesion – deposition in Chicago, IL, September 11, 2002, Holden v. Wismarq, Kathy McCabe, Cassiday Schade & Gloor, defendant's attorney.

59.　Fan Motor Failure – deposition in Charlotte, NC, October 10, 2002, Automotive Parts Express v. Broan Nu-Tone, Tracey Eggleston, Cozen & O'Connor, plaintiff's attorney.

Thomas W. Eagar
Litigation Identification
June 17, 2003
Page 7

60.   Electrical Arc – deposition in Cambridge, MA, October 21, 2002, Great
      Northern Insurance v. Magnetek, Inc., Richard Bailey, Cozen &
      O'Connor, plaintiff's attorney.

61.   Weld Failure – deposition in Cambridge, MA, November 8, 2002, Brown
      v. Homes of Merit, Ren Werrenrath, Fisher Rushmer & Werrenrath,
      defense attorney.

62.   Copper Corrosion – trial in Cambridge, MA, November 18, 2002, Smith
      v. Gill Services, David Volkin, Fitzhugh, Parker & Alvaro, defendant's
      attorney.

63.   Bolt Failure – deposition in Cambridge, MA, December 11, 2002, Boettge
      v. Karis Family Enterprises, Kathy McCabe, Cassiday Schade & Gloor,
      defendant's attorney.

64.   Aircraft Engine Failure – trial in Cambridge, MA, January 30, 2003,
      Snyder v. Superior Air Parts, David Cook, Kreindler and Kreindler,
      plaintiff's attorney.

65.   Compressed Gas Tank Failure – deposition in Milwaukee, WI, February
      11, 2003, Choates v. Western Industries, Mark Foley, Foley & Lardner,
      defense attorney.

66.   Explosion – deposition in Dallas, TX, March 5, 2003, Cain Foods v.
      Whirlwind, Duane Hermes, Hermes Sargent Bates, defendant's attorney.

67.   Electrical Contacts – deposition in Philadelphia, PA, March 7, 2003,
      Morales v. BRK, Jim Heller, Cozen & O'Connor, defendant's attorney.

68.   Helicopter Mishap – deposition in Cambridge, MA, April 2, 2003,
      Auerbach v. Cav-Air, Greg Palmer, Wicker Smith O'Hara, McCoy
      Graham & Ford, defense attorney.

69.   Ladder Mishap – deposition in Boston, MA, April 3, 2003; hearing on
      April 14, 2003 in Boston, MA, Erickson v. Werner, Brian Voke, Campbell
      Campbell Edwards & Conroy, defense attorney.

70.   Grinding Wheel Mishap – telephonic deposition in Cambridge, MA, April
      14, 2003, Zach Wamsley v. CSC Holding Corporation, John Turner,
      Turner & Sweeney, plaintiff's attorney.

Thomas W. Eagar
Litigation Identification
June 17, 2003
Page 8

71.  Electric Motor Failure – deposition in Philadelphia, PA, on April 16,
     2003, Lapp v. Emerson Electric, Marty Duffey, Cozen & O'Connor,
     plaintiff's attorney.

72.  Electrical Fire – deposition in Boston, MA, April 29, 2003 and May 20,
     2003, Freidlander v. Bunker Electric, Jim Cullen, Cozen & O'Connor,
     plaintiff's attorney.

73.  Electrical Cable Failure – deposition in Newark, NJ, May 13, 2003 and
     deposition in Cambridge, MA, May 19, 2003, PSE&G v. Co-Steel,
     Andrew Gibbs, Cozen & O'Connor, defendant's attorney.

74.  Hose Coupling Failure – deposition in Albany, NY, May 14, 2003,
     Citicorp v. Dustbusters, David Groth, Cozen & O'Connor, plaintiff's
     attorney.

75.  Gas Explosion – deposition in New York City, NY, May 23, 2003, Shalit
     v. Apple Tree Construction, Michael Sommi, Cozen & O'Connor,
     plaintiff's attorney.

76.  Welding Fume – trial in New York City, June 17, 2003, Gomez v. Lincoln
     Electric Company, Jay Maylish, Kaye Scholer, defendant's attorney.

# FEE SCHEDULE

## DR. THOMAS W. EAGAR

All work including investigative, deposition
and trial                                                    $325.00/hour plus expenses

## WORK PERFORMED BY STAFF

Senior Engineer                          $150.00/hour

Engineer                                 $100.00/hour

Administrative Support                   $ 60.00/hour

THOMAS W. EAGAR, Sc.D., P.E.
ROOM 4-136
MASSACHUSETTS INSTITUTE OF TECHNOLOGY
CAMBRIDGE, MA 02139-4307
617-253-3229
FAX 617-252-1773

June 27, 2003

Cozen & O'Connor
2300 Bankone Center
1717 Main Street
Dallas, Texas 75201-7335

Attention:      Wes Vines

RE:             Valley Diagnostics

Dear Mr. Vines,

At your request, I have investigated the failure of an American Standard toilet valve, which failed at Valley Diagnostics causing extensive damage. My investigation has consisted of the following:

1.  Inspection visually and with aided magnification of the failed valve.

2.  Review of photographs of the valve as installed in the water closet after the failure.

3.  Review of the scientific literature.

4.  Review of chemical analysis of valve plastic as reported by Paul L. Carper of Verite Forensic Engineering.

Based upon this investigation, I have made the following observations and I have formed the following opinions within a reasonable degree of engineering certainty.

1.  The incident valve is made of acetal plastic.

2.  Acetal plastic is susceptible to degradation and environmentally assisted cracking in waters containing chlorine or other halogens at relatively low concentrations.

3.  One manufacturer of acetal toilet valves indicates that chlorine concentrations greater than 30 ppm are harmful to the acetal plastic.

4.  The Nalco Water Handbook notes that the Mississippi River at Vicksburg, MS contains more than 30-ppm chlorine.

5.  The acetal plastic of the incident valve is severely degraded. It has changed from medium gray to white. The surface is rough and has the texture of a dried riverbed. There is an extensive crack, the fracture surfaces of which have turned white due to exposure.

Wes Vines
June 27, 2003
Page Two

6.  *Chemical Resistance*, Volume 1, of the Plastics Design Library 1994, rates acetal as susceptible to cracking, oxidation of the plasticizer, softening, swelling and surface hardening when exposed to calcium hypochlorite.

7.  Plastics have strength and toughness ratios which are 10 to 100 times lower than common metals, such as brass, used in plumbing fixtures. (See e.g. M.F. Ashby, *Materials Selection in Mechanical Design*.)

Based upon this investigation, it is my opinion that the toilet valve failed due to environmentally assisted cracking and deterioration of the plastic due to exposure to the warm, chlorine containing water in the water supplies of the Rio Grande Valley. Since these temperatures and salinity levels are normal and expected in a number of municipal water supplies throughout the United States, this toilet valve was defectively designed and is unreasonably dangerous for use in its intended application. There were no warnings attached or molded into the incident valve alerting the user of these foreseeable hazards.

These opinions are based upon the information available. If further information becomes available, such information will also be considered.

Sincerely yours,

Thomas W. Eagar

**BUCHANAN CLARKE SCHLADER LLP**
certified public accountants

Kurt E. Harms, CPA

Kurt Harms is a partner with Buchanan Clarke Schlader, LLP a national Certified Public Accounting firm, which specializes in forensic accounting services. Mr. Harms holds a bachelors degree in business administration, with a specialization in accounting. He is a Certified Public Accountant in the states of New Jersey and Texas, and is a member of the American Institute of Certified Public Accountants, the New Jersey Society of Certified Public Accountants and the Texas Society of Certified Public Accountants. He is an expert in forensic accounting. A copy of Mr. Harms' curriculum vitae is attached as Exhibit A. He has not published any articles in the past 10 years.

Mr. Harms has formed an opinion as to the business income loss value as a result of the loss that occurred on March 4, 2001 in Harlingen, Texas. Mr. Harms bases his opinions on the analysis performed on the financial information submitted by Valley Diagnostics Clinic. Mr. Harms further bases his opinions on his education, experience in measuring business income losses and accounting functions performed during his analysis. Mr. Harms has relied upon the documents enclosed and as listed on Exhibit B.

Mr. Harms has testified in the following cases in the past four years, Vanderver vs. Hartford Insurance Company (May 2000), G. Hirsch vs. Chubb Group of Insurance Companies (April 1999 and July 2000), Riceland Foods vs. Kentucky Tennessee Clay (March 2001), OPPD vs. Siemens AG and Argus Gesellschaft (August and December 2001) Matchmaker.com vs. Bedford Central Joint Venture (December 2002) and Oakridge Baptist Church v. Utica National Insurance Company (June 2003).

Mr. Harms is being compensated at the rate of $175 per hour for consulting and testifying services related to this case.

Mr. Harms reserves the right to supplement this report as necessary pursuant to Federal Rule of Civil Procedure 26(e)(2).

Kurt E. Harms

ALBUQUERQUE    ATLANTA    DALLAS
HOUSTON    INDIANAPOLIS    KANSAS CITY    NEW YORK

**BCS**

**BUCHANAN CLARKE SCHLADER LLP**

certified public accountants

John Buchanan
Michael Clarke
Diana Ebling
Suzanne Francisco
Ashley Hanser
Kurt Harms
Peter Jone
Steven Meil
David Schlade

**Exhibit A**

# Kurt E. Harms

| | |
|---|---|
| **Summary of qualifications** | <ul><li>Professional accountant since 1985. Domestic and international experience in the field of forensic accounting and investigative auditing. Consultation and expertise in the measurement of economic damages in both property and liability insurance claims as well as commercial litigation.</li><li>Significant experience attained in the measurement of financial damages concerning manufacturing operations throughout the world.</li><li>Expert testimony experience in deposition and at trial.</li><li>Clients include law firms, corporations, sole proprietorships, partnerships and major commercial and casualty insurance companies.</li><li>Fraud detection training obtained from the United States Treasury Department. Experience in detection of tax avoidance, corporate employee fidelity and embezzlement.</li></ul> |

**Professional experience**

**May 1, 1999 onwards**
**Partner**

**Buchanan Clarke Schlader, LLP**
**Dallas, Texas**

**January 1 to April 30, 1999**
**Partner**

**Baliban Clarke Schlader, LLP**
**Dallas, Texas**

**September 1990 to December 1998**
**Manager**

**Campos & Stratis, LLP**
**Dallas, Texas**

- Worked on numerous commercial and industrial insurance losses both domestically and internationally.
- Attained forensic, auditing and accounting skills during progression from hire date to present.
- Significant experience in measuring manufacturing losses involving business interruption and extra expense.
- Assisted general adjusters, engineers and contractors in determining methods to mitigate business interruption losses.
- Performed various physical inventory counts and valuations of both in site and out of site inventory losses for raw materials, work in process and finished goods.

CIS

**BUCHANAN CLARKE SCHLADER LLP**
certified public accountants

|  |  |
|---|---|
| 1985 – 1990 | **Internal Revenue Service** |
| Revenue Agent | **Newark, New Jersey** |

Audited Federal Income tax returns of corporations, partnerships and individuals to ascertain their correct federal tax liability and compliance with tax laws. Assisted Criminal Investigations Division and District Council in investigating and testifying on criminal tax matters. Developed an expertise of income tax laws, audit skills, effective interviewing techniques, fraud detection, and indirect methods of verifying the accuracy of books and records. Applied accounting and auditing techniques in re-construction and corroboration of taxpayer financial statements, tax returns and documents. Instructor of computer classes and revenue training.

**Education and qualifications**

|  |  |
|---|---|
| 1982 – 1987 | **Glassboro State College** |
|  | **Glassboro, New Jersey** |

Bachelor of Science—Business Administration
Concentration in Accounting

**Certified Public Accountant**
- Texas 1991, Certificate Number 56179
- New Jersey 1991, Certificate Number 19687

**Additional professional activities**

Provided seminars to insurance personnel and professionals with in the insurance industry. Topics have included basic and intermediate business interruption measurements, and inventory losses. Seminars also given to the Texas Arson Society and various other professional groups.

**Summary of experience**

Petrochemical industries, energy, telecommunications, manufacturing, retail, banking and financial institutions, real estate, technology, semiconductor and computer industries, restaurants and food distribution, automobile dealerships, hotel and hospitality, insurance brokerage, professional practices, clothing and fashion.

**Professional affiliations**

- American Institute of Certified Public Accountants
- Texas Society of Certified Public Accountants
- New Jersey Society of Certified Public Accountants

BUCHANAN CLARKE SCHLADER LLP
certified public accountants

# Exhibit B

List of documents relied upon:

1. Detailed Trial Balance – General Ledger for the radiology salaries, benefits – FICA, for the period November 1, 2000 through January 18, 2002.

2. Detailed Trial Balance – General Ledger for the radiology - supplies – medical for the period November 1 through December 31, 2000 and March 3 through June 11, 2001, radiology – supplies – other for the period November 1 through December 31, 2000, January 1 through 31, 2001 and March 5 through June 7, 2001, radiology – supplies – film for the period November 1 through December 31, 2000, January 1 through 31, 2001 and November 1 through December 31, 2000, January 1 through 31, 2001 and March 14 through June 6, 2001 and radiology – supplies, instruments and equipment for March 1, 2001, radiology – other fees – license for the period November 1 through December 31, 2000, radiology – other fees – outside services for the period November 1 through December 31, 2000 and January 1 through 31, 2001 and radiology – repairs and maintenance – general for January 1 through 31, 2001.

3. Correspondence between our firm and Valley Diagnostics Clinic.

4. Daily radiology charges by CPT for the period March 5, 2001 through January 31, 2002.

5. Radiology charges and collections by month for January 2000 through February 2002.

6. Monthly consolidated income statement for Valley Diagnostic Clinic for November 2000 through January 2001 and July 2001. This statement includes the current month, same month last year, year to date and year to date last year.

**B|C|S**

**BUCHANAN CLARKE SCHLADER LLP**

certified public accountants

John Buchanan
Michael Clarke
Diana Ebling
Suzanne Francisco
Ashley Hansen
Kurt Harms
Peter Jones
Steven Meils
David Schlader

June 24, 2003

Wes Vines, Esquire
Cozen & O' Connor
2300 Bankone Center
1717 Main Street
Dallas, Texas 75201-7335

Re:    Valley Diagnostics Clinic
       Harlingen, Texas
       Business Income Loss
       Date of Loss:       March 4, 2001
       Claim Number:     64673311P6
       Our File Number:   76030

Dear Mr. Vines:

The purpose of this report is to evaluate the above-captioned matter and to state our findings and opinions thereon. Our analysis was limited to the scope of work outlined by the adjuster and to the available books, records and information that we considered pertinent and necessary to evaluate the claim. Use of this report is strictly limited to you and your principals involved in the above-captioned matter. The following comments relate to the extent of our work and the results of our analysis.

**Background**

Valley Diagnostics Clinic operates a medical clinic in Harlingen, Texas. We understand that on March 4, 2001, the facility was damaged by water resulting in the partial shutdown of the radiology department. As a result, Valley Diagnostic Clinic states that they have suffered a business income loss however no claim has been provided to our office. We have been requested to provide an analysis of the business income loss for the period of March 4 through December 31, 2001.

**Conclusion**

Based on our analysis of the available books, records and information provided to-date, we calculate a business income loss for March 4 through December 31, 2001 totaling $66,515, as shown on Schedule 1. Our analysis considers the decreased revenue as a result of the partial shutdown of the radiology department, the continuing expenses, actual technician payroll costs

BUCHANAN CLARKE SCHLADER LLP
certified public accountants

**Mr. Wes Vines**
**June 24, 2003**                                    2

and the co insurance provision provided by the policy in effect at the time of the loss. Please note that we have not compiled, reviewed or audited the statements and financial information provided to us by Valley Diagnostics Clinic and accordingly do not comment on their accuracy. The statements provided are the reflection of the financial condition as presented by Valley Diagnostics Clinic. Our firm has not undertaken any procedures to determine the accuracy of these reports, thus any errors, omissions or mistakes in the presentation of these reports are responsibility of Valley Diagnostics Clinic.

We attach the CV for Kurt Harms, Partner who authored this report, as Exhibit A. The documents relied upon to arrive at our conclusions are listed on Exhibit B. The Schedules prepared by this firm to arrive at our conclusions are provided with this report. We trust the above explanation and attached exhibits are clear. However should you require additional information please feel free to contact Kurt Harms at our office.

We provide our findings in the following paragraphs and attached schedules.

**Analysis**

**Projected daily charges**

In order to determine the historical charges and collections we requested access to the financial information for the Radiology Department, which was operated by Dr. Moldonado. It is our understanding that Dr. Moldonado practice was the most severely affected area of the clinic. Mr. Rod Miller, Executive Director of Valley Diagnostic Clinic provided us with the radiology department monthly charges (amounts billed for services performed) and collections (amounts collected for services performed) for the period January 2000 through February 2001, as shown on Schedule 2. Charges during this period of time equate to $3,471,986, which when divided by the number of operating days (295) yields an average daily charge of $11,769, as shown on Schedule 2 and summarized on Schedule 1. Based upon our analysis of the monthly charges, it does not appear that seasonality is a factor in the ability to generate revenue. Accordingly, we use the historical average daily charge to project charges during the period of restoration.

**Lost charges**

We obtained the number of days in each month the clinic was open for the period March 4 through December 30, 2001, as shown on Schedule 1. Multiplying the daily average charge of $11,769 by the number of days in the loss period (209) yields projected charges of $2,459,721. We were provided the daily general ledger – radiology charges for the same period of time, which indicates that the clinic achieved charges totaling $818,562, as shown on Schedule 3 and summarized by month on Schedule 1. We understand that some operating equipment was relocated to temporary offices and rental equipment was brought to the clinic to mitigate the

BUCHANAN CLARKE SCHLADER LLP
certified public accountants

**Mr. Wes Vines**
**June 24, 2003**                                    3

loss of revenue. Subtracting the charges achieved from the projected charges of $2,459,721 yields lost charges of $1,641,159, as shown on Schedule 1.

## Charges vs. collections

As with most doctor offices, it is common that charges are reduced by insurance companies for office visits and procedures performed as well as balance due from patients are written off due to the inability to collect. Accordingly, not all amounts charged can be collected from patients or their insurance companies due to limitations of coverage or limits on the types of services provided. Utilizing the historical charges and collection information, we compute fees collected for the fourteen months ended February 28, 2001 of $2,010,260, as shown on Schedule 2. Dividing this amount by the charges billed for the same period of $3,471,986 yields a collection rate of 57.90%, as summarized on Schedule 1 and detailed on Schedule 2. Applying this rate to reduced charges of $1,641,159, yields collectible reduced revenue of $950,231 for the period March 4 through December 31, 2001, as shown on Schedule 1.

## Business income value and rate

Valley Diagnostic Clinic does not prepare income statements for the individual operating departments. Accordingly, we utilize the Detail Trial Balance – General Ledger for the radiology department to determine the operating expenses for the twelve months ended December 31, 2000. We utilize the historical collections to determine the revenue received for the twelve months ended December 31, 2000. Please note that we did not audit or compile this information and, therefore, do not comment on its accuracy. However, we utilize this information to calculate a business income rate (net income plus fixed and continuing expenses expressed as a percentage of revenue collected) of 73.49%, as summarized on Schedule 1 and detailed on Schedule 4. Please note that we have not continued any portion of the payroll expense as we were provided the actual continuing payroll and benefits during the period of interruption, as discussed in the following paragraph. Applying this rate to reduced revenue of $950,231 yields a business income loss, prior to consideration of continuing payroll expenses, totaling $698,325 for the period March 4 through December 31, 2001, as shown on Schedule 1.

## Continuing payroll expense

Valley Diagnostic Clinic, the radiology department in particular, continued to pay its key employees – Registered Vascular Ultrasonographer, Nuclear Medicine Technologists, Registered Radiological Technologists and Certified Scan Technologists during the period of interruption. These employees and the radiology staff also assisted in restoring confidential patient records and examined x-ray film to determine if it could still be used in patient related matters. We obtained the bi-weekly general ledger payroll expenses and benefits (FICA) for the pre and post loss period. Based upon the payroll expenses for the periods ended November 13, 2000 through February 16, 2001, payroll expenses for the radiology department averaged $10,584 / pay period, as shown on Schedule 5. We confirmed that during the period of

Mr. Wes Vines
**June 24, 2003**                                  **4**

restoration, bi-weekly payroll expenses did not exceed this amount. As shown on Schedule 5, we list the payroll and benefits incurred for each pay period and monthly total. We utilize these totals to determine the actual payroll expenses during the loss period of $182,119, as shown on Schedule 1. Since some technicians and radiology staff personnel were working with patients that ultimately generated revenue, a portion of the payroll expenses should not be considered as expenses associated with the business income loss. As shown on Schedule 8, we compare the projected charges to the actual charges achieved to yield the lost charges. Dividing the lost charges by the projected charges yields the percentage of lost revenue, which when multiplied by the actual continuing payroll expenses on a monthly basis yields the lost portion of payroll expense. As shown on Schedule 1, we provide the percentage of lost revenue and continuing payroll expenses on a monthly basis, which yields a total of continuing payroll expenses related to the loss event totaling $121,844.

Combining the business income loss (excluding payroll as a continuing expense) of $698,325 and the loss related continuing payroll expenses of $121,844 yields a total loss value of $820,169, as shown on Schedule 1.

Co-insurance value and collectible percentage

The policy in effect at the time of loss provides a business income loss limit of $562,000 with 80% coinsurance for Valley Diagnostics Clinic. We obtained the consolidated income statement for the twelve months ended January 31, 2001, as shown on Schedule 7. Please note that we did not audit or compile this information and, therefore, do not comment on its accuracy. However, we utilize this information to calculate a gross earnings rate, which is the net income plus all expenses that are insured under the policy at the time of loss excluding materials and supplies consumed during the treatment of patients and goods or services purchased from others and consumed in the treatment of patients totaling $8,667,087, as shown on Schedule 7. Multiplying this amount by the co-insurance percentage of 80% yields the value at risk of $6,933,670, as shown on Schedule 6. Dividing the policy limit of $562,000 by the value at risk of $6,933,670 yields the collectible percentage of 8.11%, as summarized on Schedule 1 and detailed on Schedule 6. Multiplying the collectible percentage of 8.11% by the combined business income loss yields a collectible loss value of $66,515, as shown on Schedule 1.

Summary

Based on our analysis of the available books, records and information provided to-date, we calculate a business income loss for March 4 through December 31, 2001 totaling $66,515, as shown on Schedule 1. Our analysis considers the decreased revenue as a result of the partial shutdown of the radiology department, the continuing expenses, actual technician payroll costs and the co insurance provision provided by the policy in effect at the time of the loss. Please note that we have not compiled, reviewed or audited the statements and financial information provided to us by Valley Diagnostics Clinic and accordingly do not comment on their accuracy. The statements provided are the reflection of the financial condition as presented by Valley

**Mr. Wes Vines**
**June 24, 2003**                                     5

Diagnostics Clinic.  Our firm has not undertaken any procedures to determine the accuracy of these reports, thus any errors, omissions or mistakes in the presentation of these reports are responsibility of Valley Diagnostics Clinic.

We trust the foregoing comments and attached schedules are clear.  However, should you require any clarification from our workpapers please feel free to contact Kurt Harms at our office.

Very truly yours,

**Buchanan Clarke Schlader LLP**
Certified Public Accountants

**BCS**

**BUCHANAN CLARKE SCHLADER LLP**

certified public accountants

Schedule 1

CNA Insurance Companies
Re: Valley Diagnostics Clinic
Date of Loss: March 4, 2001

Analysis of Business Income Loss
March 4, 2001 through December 31, 2001
Radiology Department
As Calculated

| | June 1 through 30, 2001 | July 1 through 31, 2001 | August 1 through 31, 2001 | September 1 through 30, 2001 | October 1 through 31, 2001 | November 1 through 30, 2001 | December 1 through 31, 2001 | Total | Schedule reference |
|---|---|---|---|---|---|---|---|---|---|
| | $11,769 | $11,769 | $11,769 | $11,769 | $11,769 | $11,769 | $11,769 | $11,769 | 2 |
| | 21 | 21 | 23 | 19 | 23 | 20 | 19 | 209 | 3 |
| | 247,149 | 247,149 | 270,687 | 223,611 | 270,687 | 235,380 | 223,611 | 2,459,721 | 3 |
| | 98,823 | 90,934 | 93,935 | 90,524 | 78,485 | 115,188 | 73,812 | 818,562 | |
| | 148,326 | 156,215 | 176,752 | 133,087 | 192,202 | 120,192 | 149,799 | 1,641,159 | 2 |
| | 57.90% | 57.90% | 57.90% | 57.90% | 57.90% | 57.90% | 57.90% | 57.90% | |
| | 85,881 | 90,448 | 102,339 | 77,057 | 111,285 | 69,591 | 86,734 | 950,231 | 4 |
| | 73.49% | 73.49% | 73.49% | 73.49% | 73.49% | 73.49% | 73.49% | 73.49% | |
| | 63,114 | 66,470 | 75,209 | 56,629 | 81,783 | 51,142 | 63,741 | 698,325 | |
| | 18,045 | 15,831 | 23,892 | 14,768 | 15,234 | 17,797 | 19,653 | 182,119 | 5 |
| | 60.01% | 63.21% | 65.30% | 59.52% | 71.01% | 51.06% | 66.99% | | 8 |
| | 10,830 | 10,006 | 15,601 | 8,789 | 10,817 | 9,088 | 13,166 | 121,844 | |
| | 73,944 | 76,476 | 90,810 | 65,418 | 92,600 | 60,230 | 76,907 | 820,169 | 6 |
| | 8.11% | 8.11% | 8.11% | 8.11% | 8.11% | 8.11% | 8.11% | 8.11% | |
| | $5,997 | $7,365 | $5,305 | $7,510 | $4,885 | $6,237 | $66,515 | | |
| | $29,011 | $35,213 | $42,578 | $47,883 | $55,393 | $60,278 | $66,515 | | |

*Accompanying text is an integral part of this report.*

CIS

BUCHANAN CLARKE SCHLADER LLP
certified public accountants

CNA Insurance Companies                                                Schedule 2
Re:  Valley Diagnostics Clinic
Date of Loss:  March 4, 2001

**Analysis of Charges and Collections**
**Radiology Department**
**For The Period January 2000 Through February 2001**
**As Calculated**

| Description | Charges | Collections | Collections as a % of charges |
|---|---|---|---|
| January 2000 | $214,942 | $143,529 | 66.78% |
| February | 280,097 | 128,480 | 45.87% |
| March | 279,515 | 176,671 | 63.21% |
| April | 217,674 | 131,886 | 60.59% |
| May | 234,540 | 132,235 | 56.38% |
| June | 212,441 | 133,613 | 62.89% |
| July | 265,560 | 132,365 | 49.84% |
| August | 242,560 | 150,977 | 62.24% |
| September | 218,689 | 134,798 | 61.64% |
| October | 218,689 | 157,708 | 72.12% |
| November | 250,034 | 125,137 | 50.05% |
| December | 249,937 | 136,809 | 54.74% |
| January 2001 | 301,203 | 156,166 | 51.85% |
| February | 286,105 | 169,886 | 59.38% |
| Total | 3,471,986 | 2,010,260 | 57.90% |
| Divided by number of operating days (A) | 295 | 295 | |
| Daily average | $11,769 | $6,814 | 57.90% |

(A) Valley Diagnostic Clinic informed us that the radiology department worked 253 days for the period January through
December 2000 and 42 days for the period January through February 2001, or a combined total of
295 days for the period January 2000 through February 2001.

*Accompanying text is an integral part of this report.*

BUCHANAN CLARKE SCHLADER LLP
certified public accountants

CNA Insurance Companies                                  Schedule 3
Re:  Valley Diagnostics Clinic
Date of Loss:  March 4, 2001

**Analysis of Actual Charges**
**As Calculated**

| Day of month | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | $0.00 | $4,923.00 | $3,643.00 | $0.00 | $7,599.25 | $0.00 | $1,119.00 | $4,695.00 | $0.00 |
| 2 | | 2,828.00 | 4,607.00 | 0.00 | 6,822.00 | 5,647.50 | 0.00 | 2,413.00 | 4,572.00 | 0.00 |
| 3 | | 1,667.00 | 2,472.00 | 0.00 | 5,207.00 | 6,043.00 | 0.00 | 2,300.00 | 0.00 | 6,003.59 |
| 4 | | 2,006.00 | 1,327.00 | 4,448.00 | 0.00 | 0.00 | 4,443.12 | 2,361.00 | 0.00 | 5,865.00 |
| 5 | $4,161.00 | 1,725.00 | 0.00 | 3,619.00 | 3,267.00 | 0.00 | 8,571.00 | 2,087.00 | 6,071.00 | 5,818.00 |
| 6 | 6,980.00 | 1,985.00 | 0.00 | 5,061.00 | 3,334.00 | 3,712.00 | 5,799.00 | 0.00 | 6,765.50 | 3,500.00 |
| 7 | 2,272.00 | 0.00 | 1,592.00 | 5,214.00 | 0.00 | 4,540.00 | 6,429.00 | 0.00 | 8,255.00 | 4,051.00 |
| 8 | 1,528.00 | 0.00 | 2,477.00 | 2,728.00 | 0.00 | 2,844.00 | 0.00 | 4,159.87 | 7,820.00 | 0.00 |
| 9 | 2,625.00 | 1,230.00 | 2,446.00 | 0.00 | 4,054.00 | 2,643.00 | 54.00 | 2,727.00 | 6,291.59 | 0.00 |
| 10 | 0.00 | 1,788.00 | 4,122.00 | 0.00 | 3,990.00 | 2,835.00 | 4,825.00 | 2,963.00 | 0.00 | 3,852.00 |
| 11 | 0.00 | 1,132.00 | 2,442.00 | 8,211.00 | 3,944.00 | 0.00 | 5,888.00 | 1,347.00 | 0.00 | 3,829.00 |
| 12 | 750.00 | 1,956.00 | 0.00 | 5,869.00 | 3,068.18 | 0.00 | 5,356.00 | 1,952.00 | 3,922.00 | 4,832.00 |
| 13 | 936.00 | 1,073.00 | 0.00 | 6,167.00 | 2,608.09 | 3,798.00 | 5,155.00 | 54.00 | 5,064.50 | 4,298.75 |
| 14 | 2,085.00 | 0.00 | 2,997.00 | 1,029.00 | 0.00 | 5,307.00 | 5,616.00 | 0.00 | 5,588.00 | 4,881.00 |
| 15 | 2,655.00 | 0.00 | 4,027.00 | 2,830.00 | 0.00 | 7,651.00 | 0.00 | 2,174.00 | 4,966.00 | 0.00 |
| 16 | 2,205.00 | 3,569.00 | 3,106.00 | 0.00 | 2,065.00 | 2,359.00 | 0.00 | 2,438.00 | 7,521.00 | 0.00 |
| 17 | 0.00 | 1,766.00 | 4,347.18 | 0.00 | 4,709.00 | 3,321.00 | 3,522.00 | 1,839.00 | 0.00 | 3,398.75 |
| 18 | 0.00 | 2,143.00 | 3,564.41 | 3,449.00 | 4,682.25 | 0.00 | 5,371.00 | 3,191.00 | 0.00 | 3,115.00 |
| 19 | 1,401.00 | 3,991.00 | 0.00 | 5,883.00 | 4,783.00 | 0.00 | 2,307.00 | 3,352.09 | 6,394.00 | 2,610.00 |
| 20 | 2,067.00 | 5,453.00 | 0.00 | 3,598.00 | 4,303.00 | 4,205.00 | 5,882.00 | 0.00 | 3,481.00 | 3,412.00 |
| 21 | 2,025.00 | 0.00 | 2,602.00 | 5,785.00 | 0.00 | 2,697.00 | 6,583.00 | 0.00 | 5,594.50 | 3,752.00 |
| 22 | 1,987.00 | 0.00 | 3,525.00 | 6,348.00 | 0.00 | 4,263.00 | 0.00 | 4,341.00 | 0.00 | 0.00 |
| 23 | 1,775.00 | 2,971.00 | 3,518.00 | 0.00 | 3,897.00 | 3,166.00 | 0.00 | 4,856.00 | 0.00 | 0.00 |
| 24 | 0.00 | 2,873.41 | 3,841.09 | 0.00 | 5,919.00 | 4,723.00 | 4,467.00 | 5,302.09 | 0.00 | 0.00 |
| 25 | 0.00 | 4,333.00 | 3,481.00 | 5,432.00 | 5,681.00 | 0.00 | 3,304.00 | 4,074.00 | 0.00 | 0.00 |
| 26 | 2,573.50 | 3,100.00 | 0.00 | 3,737.00 | 3,321.00 | 0.00 | 2,545.00 | 5,283.00 | 5,525.00 | 2,713.00 |
| 27 | 2,819.00 | 3,786.00 | 0.00 | 4,951.00 | 5,367.00 | 3,954.00 | 1,776.00 | 0.00 | 4,588.00 | 3,122.00 |
| 28 | 2,322.00 | 0.00 | 0.00 | 5,593.00 | 0.00 | 2,255.00 | 2,631.00 | 0.00 | 7,783.00 | 2,815.00 |
| 29 | 1,714.00 | | 4,985.00 | 5,228.00 | 0.00 | 4,546.00 | | 5,798.09 | 5,373.00 | 0.00 |
| 30 | 2,414.00 | 2,276.00 | 4,808.00 | 0.00 | 3,598.00 | 2,463.00 | 0.00 | 6,025.00 | 4,917.50 | 0.00 |
| 31 | | | 4,705.00 | | 6,314.09 | 3,363.00 | 0.00 | 6,329.00 | | 1,944.00 |
| Total | $47,294.50 | $53,651.41 | $75,914.68 | $98,823.00 | $90,933.61 | $93,934.75 | $90,524.12 | $78,485.14 | $115,187.59 | $73,812.09 |
| Number of operating days | 20 | 21 | 22 | 21 | 21 | 23 | 19 | 23 | 20 | 19 |

(A) Source: General Ledger - daily radiology charges

*Accompanying text is an integral part of this report.*

BUCHANAN CLARKE SCHLADER LLP
certified public accountants

CNA Insurance Companies                                                    Schedule 4
Re: Valley Diagnostics Clinic
Date of Loss: March 4, 2001

**Analysis of Business Income Value and Rate**
**Radiology Department**
**Based Upon The Twelve Months Ended December 31, 2000**
**As Calculated**

| Description | Amount | Percentage of revenue | Business income Value | Business income Rate |
|---|---|---|---|---|
| Revenue (A) | $1,684,208 | 100.00% | $1,684,208 | 100.00% |
| | | | | |
| Less: expenses: | | | | |
| Salaries - technicians | 234,752 | 13.94% | | |
| Benefits - FICA | 17,482 | 1.04% | | |
| Supplies: | | | | |
| Medical | 69,511 | 4.13% | | |
| Other | 16,862 | 1.00% | | |
| Film | 19,229 | 1.14% | | |
| Instruments and equipment | 14,757 | 0.88% | | |
| Other fees: | | | | |
| License | 2,022 | 0.12% | $2,022 | 0.12% |
| Outside services | 12,156 | 0.72% | | |
| Travel and entertainment | 1,319 | 0.08% | 1,319 | 0.08% |
| Education | 1,363 | 0.08% | 1,363 | 0.08% |
| Meals and entertainment | 14 | 0.00% | 14 | 0.00% |
| Repairs and maintenance - general | 61,742 | 3.67% | | |
| Subtotal | 451,209 | 26.79% | | |
| | | | | |
| Net income | $1,232,999 | 73.21% | 1,232,999 | 73.21% |
| | | | | |
| Net income plus fixed and continuing expenses | | | $1,237,717 | 73.49% |

(A)  Revenue is based upon actual collections for the twelve months ended December 31, 2000.  Refer to Schedule 2.

*Accompanying text is an integral part of this report.*

BUCHANAN CLARKE SCHLADER LLP
certified public accountants

CNA Insurance Companies                                    Schedule 5
Re: Valley Diagnostics Clinic                              Page 1 of 2
Date of Loss: March 4, 2001

**Analysis of Continuing Payroll Expense**
**As Calculated**

| Payroll period | Gross pay | Benefits FICA | Combined total |
|---|---|---|---|
| 11/13/2000 | $9,506.56 | $704.88 | $10,211.44 |
| 11/24/2000 | 9,631.33 | 714.37 | 10,345.70 |
| 12/8/2000 | 9,333.21 | 691.63 | 10,024.84 |
| 12/22/2000 | 10,244.74 | 761.35 | 11,006.09 |
| 1/3/2001 | 10,137.31 | 750.12 | 10,887.43 |
| 1/19/2001 | 9,663.23 | 713.84 | 10,377.07 |
| 2/2/2001 | 10,026.49 | 741.66 | 10,768.15 |
| 2/16/2001 | 10,290.42 | 761.81 | 11,052.23 |
| Total | $78,833.29 | $5,839.66 | $84,672.95 |
| Average | $9,854.16 | $729.96 | $10,584.12 |
| March: | | | |
| 3/16/2001 | $9,844.21 | $727.67 | $10,571.88 |
| 3/30/2001 | 8,659.76 | 626.49 | 9,286.25 |
| Total | $18,503.97 | $1,354.16 | $19,858.13 |
| April: | | | |
| 4/13/2001 | $9,366.58 | $471.92 | $9,838.50 |
| 4/27/2001 | 9,168.34 | 678.56 | 9,846.90 |
| Total | $18,534.92 | $1,150.48 | $19,685.40 |
| May: | | | |
| 5/11/2001 | $7,998.01 | $589.89 | $8,587.90 |
| 5/25/2001 | 8,165.52 | 602.77 | 8,768.29 |
| Total | $16,163.53 | $1,192.66 | $17,356.19 |
| June: | | | |
| 6/8/2001 | $8,237.17 | $608.20 | $8,845.37 |
| 6/22/2001 | 8,566.00 | 633.24 | 9,199.24 |
| Total | $16,803.17 | $1,241.44 | $18,044.61 |
| July | | | |
| 7/11/2001 | $7,810.31 | $576.40 | $8,386.71 |
| 7/25/2001 | 6,934.56 | 509.43 | 7,443.99 |
| Total | $14,744.87 | $1,085.83 | $15,830.70 |

*Accompanying text is an integral part of this report.*

BUCHANAN CLARKE SCHLADER LLP
certified public accountants

CNA Insurance Companies
Re: Valley Diagnostics Clinic
Date of Loss: March 4, 2001

Schedule 5
Page 2 of 2

**Analysis of Continuing Payroll Expense**
**As Calculated**

| Payroll period | | Gross pay | Benefits FICA | Combined total |
|---|---|---|---|---|
| **August** | | | | |
| | 8/3/2001 | $7,259.95 | $534.33 | $7,794.28 |
| | 8/17/2001 | 9,238.74 | 685.69 | 9,924.43 |
| | 8/31/2001 | 5,734.28 | 438.67 | 6,172.95 |
| Total | | $22,232.97 | $1,658.69 | $23,891.66 |
| **September** | | | | |
| | 9/17/2001 | $6,497.66 | $479.01 | $6,976.67 |
| | 9/28/2001 | 7,254.84 | 536.95 | 7,791.79 |
| Total | | $13,752.50 | $1,015.96 | $14,768.46 |
| **October** | | | | |
| | 10/12/2001 | $6,449.56 | $475.33 | $6,924.89 |
| | 10/26/2001 | 7,735.03 | 573.70 | $8,308.73 |
| Total | | $14,184.59 | $1,049.03 | $15,233.62 |
| **November** | | | | |
| | 11/9/2001 | $7,225.53 | $534.24 | $7,759.77 |
| | 11/21/2001 | 9,341.51 | 696.13 | $10,037.64 |
| Total | | $16,567.04 | $1,230.37 | $17,797.41 |
| **December** | | | | |
| | 12/7/2001 | $9,542.21 | $700.35 | $10,242.56 |
| | 12/21/2001 | 8,767.09 | 643.57 | $9,410.66 |
| Total | | $18,309.30 | $1,343.92 | $19,653.22 |

*Accompanying text is an integral part of this report.*

BUCHANAN CLARKE SCHLADER LLP
certified public accountants

CNA Insurance Companies                                    Schedule 6
Re: Valley Diagnostics Clinic
Date of Loss: March 4, 2001

**Analysis of Coinsurance Collectible Percentage**
**As Calculated**

| Description | Amount |
|---|---|
| Gross earnings value (A) | $8,667,087 |
| Times: coinsurance percentage | 80.00% |
| Value at risk | $6,933,670 |
| Policy limit | $562,000 |
| Collectible percentage | 8.11% |

(A) Refer to Schedule 7.

*Accompanying text is an integral part of this report.*

BUCHANAN CLARKE SCHLADER LLP
certified public accountants

CNA Insurance Companies                                  Schedule 7
Re:  Valley Diagnostics Clinic
Date of Loss:  March 4, 2001

**Analysis of Gross Earnings Value**
**Based Upon The Twelve Months Ended January 31, 2001**
**As Calculated**

| Description | Amount | Percentage of revenue | Gross earnings |
|---|---|---|---|
| Revenue: | | | |
| Patient revenue | $9,583,237 | 95.99% | |
| Other | 400,219 | 4.01% | |
| Subtotal | 9,983,456 | 100.00% | |
| | | | |
| Less: operating expenses: | | | |
| Salaries - physicians | 3,399,326 | 34.05% | $3,399,326 |
| Salaries - staff | 2,557,619 | 25.62% | 2,557,619 |
| Fringe benefits | 599,708 | 6.01% | 599,708 |
| Supplies - medical | 419,050 | 4.20% | |
| Supplies - other | 359,420 | 3.60% | |
| Purchased services - referral lab | 114,570 | 1.15% | |
| Purchased services - transcriptions | 173,271 | 1.74% | |
| Repairs and maintenance | 88,126 | 0.88% | 88,126 |
| Utilities | 178,310 | 1.79% | 178,310 |
| Insurance | 229,234 | 2.30% | 229,234 |
| Legal | 83,913 | 0.84% | 83,913 |
| Recruitment/advertising | 143,609 | 1.44% | 143,609 |
| Computer/software support | 197,168 | 1.97% | 197,168 |
| Contractual services | 250,058 | 2.50% | |
| Other | 44,718 | 0.45% | 44,718 |
| Subtotal | 8,838,100 | 88.53% | |
| | | | |
| Operating income | 1,145,356 | 11.47% | |
| | | | |
| Less:  capital expenses: | | | |
| Non-income taxes | 55,018 | 0.55% | 55,018 |
| Lease expense | 789,477 | 7.91% | 789,477 |
| Interest expense | 97,390 | 0.98% | 97,390 |
| Subtotal | 941,885 | 9.43% | |
| | | | |
| Net income | $203,471 | 2.04% | 203,471 |
| | | | |
| Gross earnings value | | | $8,667,087 |

*Accompanying text is an integral part of this report.*

CNA Insurance Compa...
Re: Valley Diagnostics C...
Date of Loss: March 4, ...

**Analysis of Percentage of Decrease**
**March 4, 2001 Through Decem...**
**Radiology Departme...**
**As Calculated**

| Description | March 4 through 31, 2001 | April 1 through 30, 2001 | May 1 through 31, 2001 | June 1 through 30, 2001 | July 1 through 31, 200... |
|---|---|---|---|---|---|
| Average daily charges | $11,769 | $11,769 | $11,769 | $11,769 | $11,76... |
| Times: number of operating days | 20 | 21 | 22 | 21 | 2... |
| Projected charges | 235,380 | 247,149 | 258,918 | 247,149 | 247,14... |
| Less: actual charges | 47,295 | 53,651 | 75,915 | 98,823 | 90,93... |
| Lost charges | $188,085 | $193,498 | $183,003 | $148,326 | $156,21... |
| Decreased percentage of revenue | 79.91% | 78.29% | 70.68% | 60.01% | 63.21... |

*Accompanying text is an integral pa...*