2O

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY | § § § | |
| Plaintiff, | § § | |
| AND | § § | |
| VALLEY DIAGNOSTIC CLINIC, P.A. | § § | CIVIL ACTION NO. B-02-205 |
| Intervenor, | § § | |
| v. | § § | |
| AMERICAN STANDARD, INC. | § § | |
| Defendant. | § | |

## INTERVENOR'S DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Valley Diagnostic Clinic, P.A. [hereafter "VDC"], Intervenor herein and files its designation of expert witnesses and designates the following expert witnesses who may be called to testify at the trial of this cause.

1.      Paul Carper, P.E.
        202C FM1960, E. Bypass, Suite 148
        Humble, TX 77338
        Phone: (281) 548-3561LeRoy Terry

        Paul Carper, P.E. is a retained expert and is a Senior Mechanical Engineer and Partner at Verite Forensic Engineering, LLC. Mr. Carper is expected to testify that the American Standard toilet flush valve flooded as a result of the fill valve shank fracturing while in service, allowing the uncontrolled flow of water to the tank, spilling onto the floor. Mr. Carper's résumé, Fee Schedule, Record of Deposition and Trial Testimony are attached hereto as Exhibit "A". His report is attached hereto as Exhibit "B". All documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for Paul Carper in anticipation of his testimony have been produced, have been examined by all parties, and are available for further examination at Paul Carper's office.

2.      Thomas W. Eagar

---

Massachusetts Institute of Technology
Department of Materials Science
  and Engineering
Building 4, Room 136
77 Massachusetts Avenue
Cambridge, MA 02139
Phone: (617) 253-3229

Dr. Thomas W. Eager is a retained expert and Professor of Materials Engineering in the Department of Material Science and Engineering at Massachusetts Institute of Technology. He specializes in material analysis and metallurgy and is expected to testify regarding his investigation of the American Standard toilet flush valve. Based upon Dr. Eager's investigation, he has formed the following opinions: 1) the incident valve is made of acetal plastic; 2) acetal plastic is susceptible to degradation and environmentally assisted cracking in waters containing chlorine or other halogens at relatively low concentrations 3) the acetal plastic of the valve is severely degraded 4) acetal is susceptible to cracking, oxidation of the plasticizer, softening, swelling and surface hardening when exposed to calcium hypochlorite 5) plastics have strength and toughness which are 10 to 100 times lower than common metals such as brass, used in plumbing fixtures. Dr. Eager's résumé, Litigation Identification and Fee Schedule are attached hereto as Exhibit "C". Dr. Eager's report is attached hereto as Exhibit "D". All documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for Thomas W. Eagar, Sc.D., P.E. in anticipation of his testimony have been produced, have been examined by all parties, and are available for further examination at Dr. Eager's office.

3.    Mr. Kurt E. Harms, CPA
      Buchanan Clarke Schlader LLP
      Certified Public Accountants
      2550 Renaissance Tower
      1201 Elm Street
      Dallas, TX 75270
      Phone: (214) 760-0300

Kurt Harms is a retained expert and a partner with Buchanan Clarke Schlader, LLP a national Certified Public Accounting firm, which specializes in forensic accounting services. Mr. Harms is expected to testify as to the business income loss suffered by VDC as a result of the flood loss that occurred on March 4, 2001. Mr. Harms bases his opinions on the analysis performed on the financial information submitted by Valley Diagnostics Clinic. Mr. Harms further bases his opinions on his education, experience in measuring business income losses and accounting functions performed during his analysis. Mr. Harms' résumé is attached hereto as Exhibit "E". Mr. Harms' report is attached hereto as Exhibit "F". All documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for Kurt Harms in anticipation of his testimony are attached hereto and have been produced, examined by all parties, and are available for further examination at Kurt Harm's office.

The following individuals have not been retained as expert witnesses and their duties as employees do not involve regularly giving expert testimony:

4.    Rod Miller, M.B.A., CMPE
      Executive Director
      Valley Diagnostic Clinic, P.A.
      2200 Haine Drive
      Harlingen, TX 78550-8599

      Rod Miller is the Executive Director of VDC. He is expected to testify as to the
      damages sustained by VDC as a result of the water damage, including damage to real
      and personal property, business income loss, and extra expenses incurred to mitigate
      damages.

5.    Ruben Flores, C.M.R.T.
      Radiology Manager
      Valley Diagnostic Clinic, P.A.
      2200 Haine Drive
      Harlingen, TX 78550-7965

      Ruben Flores is employed by VDC as the Chief Radiology Technician. He is expected
      to testify as to the damages sustained to the clinic, the damages to the diagnostic
      equipment, and damages to the x-ray films.

6.    Dr. Carlos Maldonado
      Radiologist and Radiation Safety Officer
      Valley Diagnostic Clinic, P.A.
      2200 Haine Drive
      Harlingen, TX 78550
      (956) 425-7200

      Dr. Carlos Maldonado is a Radiologist and Radiation Safety Officer employed by
      VDC. Dr. Maldonado is expected to testify as to the damages sustained to VDC's real
      and personal property, including x-ray film.

7.    Keith Holmes, Chief of Maintenance
      Richard Lowe, Maintenance
      Valley Diagnostic Clinic, P.A.
      220 Hayne Drive
      Harlingen, TX 78550
      (956) 425-7200

      Keith Holmes and Richard Lowe are maintenance employees of VDC. They have
      knowledge of the damages to VDC's real and personal property and knowledge of the
      maintenance of the building. Mr. Holmes and Mr. Lowe are expected to testify as to
      the damages sustained to VDC's real and personal property.

8.     Mark Mellen
       Jeff M. Falcone
       Diagnostic Imagining, Inc.
       4646 Perrin Creek, Suite 220
       San Antonio, TX 78217
       (210) 655-2160

       Mark Mellen and Jeff Falcone are non-retained experts and employees of Diagnostic
       Imagining, Inc.  They examined some of the water damaged radiology equipment and
       have knowledge of its condition.  They are expected to testify as to the damages
       sustained to VDC's personal property.  A copy of their assessment of the damage to the
       equipment is attached hereto as Exhibit G.

9.     Jim Jenkins
       Regional Quality Control Manager
       Marshall Erdman & Associates
       3001 Summit Avenue, Suite 200
       Plano, TX 75047
       (972) 881-0882

       Jim Jenkins is a non-retained expert and the Regional Quality Control Manager for
       Marshall Erdman & Associates.  He has knowledge of the water damage to VDC's
       building and the requirements for repairing the building.  Mr. Jenkins is expected to
       testify as to the damages sustained to VDC's real property.  A copy of his assessments of
       damages to the building is attached as Exhibit H.

10.    Edward Lee C. Friederichs, Products Sales Manager
       Siemen Medical Systems, Inc.
       2002 North Highway 360
       Grand Prairie, TX 75050-1423
       (972) 660-2700

       Edward Lee C. Friederichs is a non-retained expert and a Product Sales Manager
       employed with Siemen Medical Systems, Inc.  Mr. Friederichs has examined some of
       the water damaged radiology equipment and has knowledge of its condition.  He is
       expected to testify as to the damages sustained to Valley Diagnostic's personal
       property.  A copy of his assessment of damages to VDC's personal property is attached
       as Exhibit I.

11.    Hal Arnold
       Beneke/Adjusters International
       16225 Park Ten Place Drive, Suite 500
       Houston, Texas 77084
       (281) 994-4001

Mr. Arnold is a public adjuster who was retained by VDC to assist in presenting its claim to Transcontinental Insurance Company. He may testify regarding the damages to VDC's real and personal property.

12.   Adam Garcia
      All Valley Restoration
      Rt. 10, Box 15A
      Harlingen, TX 78552

Adam Garcia is a non-retained expert and employed with All Valley Restoration. Mr. Garcia was involved in early clean up work of Valley Diagnostic Clinic after the water damage occurred and was involved with transporting the damaged radiology films to Belfor. He is expected to testify as to the damages sustained to the clinic, and has knowledge of the damages to VDC's real and personal property.

13.   Walden Gibbs
      201 East Young
      Liano, Texas 78643
      (915) 247-1067

Mr. Gibbs is an expert in diagnostic equipment. He examined VDC's damaged equipment to determine whether it could be repaired and he has knowledge of the diagnostic equipment shortly after it was damaged by water. He is expected to testify regarding the damage caused by water to VDC's diagnostic equipment. A copy of Mr. Gibbs' assessment of the damage to VDC's diagnostic equipment is attached hereto as Exhibit J.

14.   David Hanawa
      Chemical Response and Remediation Contractors, Inc.
      P. O. Box 2686
      Harlingen, Texas 78511
      (956) 365-4252

Chemical Response and Remediation Contractors, Inc. ("CRRC") performed the remediation of the mold in the walls of the Radiology Department and the Cardiology Department caused by the water damage. Mr. Hanawa is the President of CRRC, and he may be called to testify regarding the remediation of the mold and the damage caused by mold to VDC's real property.

15.   Paula Vance
      Microbiology Specialists, Inc.
      8911 Interchange Drive
      Harlingen, Texas 77054-2507
      (713) 663-6888

Ms. Vance was retained to perform a mold investigation at VDC. She confirmed the presence of mold in the walls of the Radiology and Cardiology Departments, caused by

the water flooding from the subject toilet. She also performed the clearance testing following the remediation performed by CRRC. Ms. Vance's résumé and findings are attached as Exhibit K.

16.   Carroll Stratton
      Border Construction Company
      1605 Highway 77 West
      P.O. Box 521
      San Benito, TX 78586

      Carroll Stratton, owner of Border Construction Company, is a non-retained expert who is anticipated to testify regarding damages to VDC's real property, the reasonable costs associated with repair of the damage to the building after the water loss.

17.   Douglas Rice, Ph.d.
      Colorado State University
      Fort Collins, Colorado 80523
      (970) 491-1101

      Dr. Rice is a non-retained expert who was retained by Transcontinental Insurance Company to inspect VDC's building for mold growth within the walls of the Radiology and Cardiology Departments. He identified such mold growth and provided a remediation protocol for its remediation. He has knowledge of the damage to VDC's real property. Dr. Rice's résumé and findings are attached as Exhibit L.

18.   Kevin Jones
      Rachelle Gillis, Media Recovery Manager
      Theresa Williams, Vice President of Marketing
      Belfor USA
      2425 Blue Smoke South Court
      Fort Worth, TX 76105
      (817) 535-6193

      Kevin Jones, Rachelle Gillis and Theresa Williams are non-retained experts and employees of Belfor USA. They have knowledge of Belfor's efforts to restore the damaged radiology films. They are expected to testify as to the damages sustained to Valley Diagnostic's personal property. Intervenor is not in possession of a résumé or curriculum vitae for Mr. Jones. Ms. Gillis or Ms. Williams.

      The following are either adjusters employed by Transcontinental Insurance Company or

persons retained by Transcontinental Insurance Company to investigate the damages sustained

by VDC as a result of the overflow of the subject toilet. While their testimony will most likely to

factual in nature, they are designated as experts, because some of their testimony may be deemed

to be expert testimony under the Federal Rules of Civil Procedure.

19. Palma Sales
    MF Banks
    10631 Harwin Avenue, Suite 616
    Houston, Texas 77036
    (713) 988-8818

    Palma Sales is an employee of MF Banks. MF Banks removed the damaged radiology
    equipment from Valley Diagnostic. Palma Sales or a representative from MF Banks is
    expected to testify as to the damages sustained to Valley Diagnostic's personal property.
    Intervenor is not in possession of a résumé or curriculum vitae for Palma Sales.

20. Jack Schwartz, Project Consultant
    Jamie Murdock
    Jeff Wilson
    NBD International, Inc.
    241 Myrtle Street
    P.O. Box 1003
    Ravenna, Ohio 44266
    (330) 296-0221

    Jack Schwartz, Jamie Murdock and Jeff Wilson are employees of NBD International, Inc.
    NBD International, Inc. was hired by Transcontinental Insurance Company to investigate
    VDC's claim for damage to its real and personal property. They are expected to testify as
    to the damages sustained to VDC's real and personal property. Intervenor is not in
    possession of a résumé or curriculum vitae for Mr. Schwartz, Jamie Murdock or Mr.
    Wilson.

21. William H. Newman
    Medical Equipment Transport Specialist
    1508 "C" Street
    Floresville, Texas 78114
    (210) 602-9269

    William Newman is an employee of Medical Equipment Transport Specialist. Mr.
    Newman has knowledge regarding removal of the damaged radiology equipment from
    VDC. He is expected to testify as to the damages sustained to VDC's personal property.
    Intervenor is not in possession of a résumé or curriculum vitae for Mr. Newman.

22. Mike Koch
    Flagship Reconstruction
    10661 Haddington, Suite 110
    Houston, TX 77088
    (713) 827-8888

    Mike Koch is an employee of Flagship Reconstruction. Mr. Koch is expected to testify
    as to the damages sustained to VDC's real and personal property. Intervenor is not in
    possession of a résumé or curriculum vitae for Mr. Koch.

---

**INTERVENOR'S DESIGNATION OF EXPERT WITNESSES    Page 7**

23.    Pamela Moore
       CNA Insurance Company
       P. O. Box 105233
       Atlanta, GA  30348-5233
       Phone:  (678) 473-3928

       Ms. Moore is an employee of CNA Insurance Company who is anticipated to testify regarding damages, her knowledge of the claim, the reasonable costs associated with repair and damage to the building, contents and business interruption losses at VDC after the water loss.  Intervenor is not in possession of a résumé or curriculum vitae for Ms. Moore.

24.    Robert Dudek
       P. O. Box 185
       Auburn, New York 13021
       (315) 258-6962

       Mr. Dudek is a senior adjuster for Transcontinental Insurance Company.  He has knowledge of VDC's claims and of the damages to VDC's real and personal property, extra expenses incurred by VDC, and VDC's business interruption losses.  Intervenor is not in possession of a résumé or curriculum vitae for Mr. Dudek.

25.    Christopher Flowers
       Dallas Claims Center
       P. O. Box 219011
       Dallas, Texas 75221-9011

       Mr. Flowers is an adjuster who was employed by Transcontinental Insurance Company who has knowledge of VDC's damages.  Intervenor is not in possession of a résumé or curriculum vitae for Mr. Flowers.

26.    Ivars Rudzitis
       Transcontinental Insurance Company
       P. O. Box 5545
       Sarasota, Florida 34227
       (941) 924-0419

       Mr. Rudzitis is an adjuster with Transcontinental Insurance Company who has knowledge of VDC's claims and of the damages to VDC's real and personal property, extra expenses incurred by VDC, and VDC's business interruption losses.  Intervenor is not in possession of a résumé or curriculum vitae for Mr. Rudzitis.

Intervenor also designates the following:

27.    Any and all other experts who have been or may be identified by any party to this lawsuit.  Additionally, other persons have been identified by other parties as persons with knowledge of relevant facts.  Those persons are expected to testify regarding factual matters, and have not been formally retained by this party as expert witnesses.

However, to the extent that any testimony by such persons may constitute expert opinions, said persons are hereby designated as experts.

Respectfully submitted,

GARY, THOMASSON, HALL & MARKS
Professional Corporation

Gordon D. Laws
Federal Bar No. 12417
State Bar No. 12057650
Christopher H. Hall for Gordon D. Laws
Federal Bar No. 19536
State Bar No. 00793881
P. O. Box 2888
Corpus Christi, Texas 78403
(361) 884-1961
(361) 889-5100 FAX

**ATTORNEYS FOR INTERVENOR**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing document was served on all parties to this lawsuit, by and through their counsel of record, on the 30th day of June, 2003, addressed as follows:

*Federal Express*
Mr. James R. Old, Jr., Esq.
GERMER GERTZ, L.L.P.
550 Fannin, Suite 700
Beaumont, Texas 77701

*Federal Express*
Mr. C. Wesley Vines
COZEN O'CONNOR
1717 Main Street, Suite 2300
Dallas, Texas 75201

Christopher H. Hall

# CURRICULUM VITAE OF PAUL L. CARPER, P.E.

May 2003

I.    **GENERAL INFORMATION**

Senior Mechanical Engineer – Partner
Verité Forensic Engineering, LLC.
1036-A First Street
Humble, Texas 77338
281.548.3561

Mechanical engineering consultant with experience in local, national, and international matters.  Has provided testimony in numerous state and federal court cases.

II.    **PROFESSIONAL SUMMARY**

A.    EDUCATION:

Bachelor of Science in Mechanical Engineering, May 1983
Texas A & M University
College Station, Texas 77843

B.    PROFESSIONAL REGISTRATION – CERTIFICATION:

Licensed Professional Engineer, State of Texas
Certificate No. 75811

American Society of Nondestructive Testing – Level III Certification in Basic, Ultrasound, and Radiography test methods.

C.    EXPERIENCE:

Senior Mechanical Engineer – Partner
Verité Forensic Engineering, LLC.
Humble, Texas
August 1998 to present

Forensic engineering analysis of disaster related incidents/accidents, including automotive, pedestrian, commercial trucking and motorcycle accident reconstruction, gas system and appliance testing, and failure analysis of general mechanical systems.

Senior Mechanical Engineer
S.E.A., Inc.
Houston, Texas
December 1993 to July 1998

Senior mechanical engineer responsible for forensic engineering projects including vehicular accident reconstruction and failure analysis of mechanical systems. Vehicular accident investigations involved automobiles, pedestrians, bicycles, motorcycles and tractor-trailers.

Senior Engineer
Lockheed Engineering and Sciences Company
Houston, Texas
June 1991 to October 1993

Project engineer responsible for design, manufacture, destructive/ nondestructive material testing, and failure analysis of components at the NASA – Johnson Space Center facility. Managed radiography laboratory and machine shop.

Materials and Processes Engineer – Structures and Design
Lockheed/Ft. Worth (formerly General Dynamics/FW)
Ft. Worth, Texas
November 1985 to January 1991

Responsible for developing and implementing hardware and procedures for the testing and production of advanced aerospace materials. Held secret security clearance.

Applications Engineer
ITL/Veritas Technologies
Houston, Texas 77084
March 1984 to June 1985

Operated test equipment in field assignments involving pipeline and vessel testing to applicable codes. Conducted laboratory tests of engineering materials.

D.    TRAINING – SEMINARS:

Vehicle Related:

Vehicle Fire Investigation – presented by I.A.A.I – Cody, Wyoming,
September 2002, 20 hours.

Driving Schools – Included high performance car and motorcycle
instruction on closed race courses, with emphasis on vehicle control
concepts.  August 1997 and June 1998.

Commercial Vehicle Inspection and Accident Investigation – Texas
Engineering Extension Service, March 1997, 40 hours.

Motorcycle Accident Investigation – Institute of Police Technology
and Management, December 1996, 40 hours.

Advanced Accident Reconstruction – Texas Engineering Extension
Service, April 1995, 40 hours.

Nondestructive Testing:

Radiography/Radiation Safety – General Dynamics, Ft. Worth, Texas,
1988, 40 hours.

Ultrasonic Testing – Level I and II, Westinghouse Technical Institute,
Pittsburgh, Pennsylvania, 1984, 80 hours.

E.    TEACHING – INSTRUCTION:

State Bar of Texas, Professional Development Program.  Advanced
Expert Witness Course 2001, faculty member on topic – *The Auto
Accident Reconstruction Expert.*

U.S. Bureau of Alcohol, Tobacco & Firearms (ATF), Mechanical
Aspects of Fire Investigation, November 2001.

Texas State Fire Marshal's Training School, 2000.  Taught topic on
natural gas and propane systems at advanced fire investigation class.

Houston Community College and Tomball Community College.
Taught topics on gas systems and the investigation of gas appliance
fires, 1999 and 2000.

Various presentations given on Accident Reconstruction to claims groups and related organizations, 1996 – on.

F.     PUBLICATIONS:

*Tractor-Trailer Accidents* – Eugene Beckham and Paul L. Carper, "For The Defense," Defense Research Institute, Inc., March 2001.

*Development of Fracture Control Methodology for Threaded Fasteners in the Space Program* – Julie A. Henkener, Attibele R. Shamala, Paul L. Carper, Royce G. Forman, Charles L. Salkowski, ASTM Publication 1236/Structural Integrity of Fasteners.

G.     TECHNICAL COMMITTEES – PROFESSIONAL SOCIETIES:

Member, *Technical Committee for Excellence*, Houston Fire Department, January, 2001.

Member Society of Automotive Engineers (SAE)

Member American Society of Mechanical Engineers (ASME)

Member American Society of Nondestructive Testing (ASNT)

 # VERITÉ FORENSIC ENGINEERING, LLC.

June 2003

## FEE SCHEDULE FOR PROFESSIONAL SERVICES

|  |  | Hourly Rate |
|---|---|---|
| David A. Reiter, P.E., CFI | Electrical | $200 |
| Paul L. Carper, P.E. | Mechanical | $185 |
| Mark V. Sutherland, E.E., CFEI | Electrical | $135 |
| Technician |  | $40 to $60 |
| Clerical |  | $35 |

## EXPENSES

Travel and field expenses are billed at cost.

Photographs and reprints are billed at $1.50 per print.  Photograph CDs are billed at $10 each.  Digital Photographic Albums vary with content.

Travel time, as well as trial and deposition preparation and testimony time, are billed at the standard rates listed above.

Mileage is billed at $0.50 per mile.

Rates are subject to change without notice.

1036 A First Street    ♦    Humble, TX  77338    ♦    Telephone  281-548-3561    ♦    Fax  281-548-3562
Mailing Address:  P.O. Box 909    Humble, Texas  77347

# RECORD OF DEPOSITION AND TRIAL TESTIMONY

## Paul L. Carper, P.E.

| Case Name | Testimony Type | Date |
|---|---|---|
| Allstate v. Whirlpool, et al | Depo | 5/29/03 |
| Sheila Watts v. Colbert | Depo | 7/22/02 |
| State of Texas v. Proffitt | Trial | 6/6/02 |
| Gonzales v. Bollas and Valsamis, Inc. | Trial | 5/16/02 |
| Cearly v. U-Haul | Depo | 4/15/02 |
| R.K. Adams | Depo | 3/6/02 |

| Case Name | Testimony Type | Date | County/Court |
|---|---|---|---|
| Tullis v. Union Pacific, Guajardo v. Union Pacific | Depo | 8/30/01 | 49th District, Webb County, Texas, 2000-CVE-000-914-D1, 2000-CVE-000-915-D1 |
| Stout v. Hallmark | Depo | 7/16/01 | 333rd District, Harris County, Texas, 1999-41989 |
| Mitchell v. Charles Brooks | Trial | 5/22/01 | District Court of Oklahoma County, Oklahoma Case CJ-2000-031-66 |
| Mitchell v. Charles Brooks | Depo | 5/8/01 | District Court of Oklahoma County, Oklahoma Case CJ-2000-031-66 |
| Diaz v. Daro | Trial | 12/12/00 | County Civil Court at Law Number 4, Harris County, TX 653623 |
| Budget Rent A Car Systems v. Romero and Ford Motor Co. | Depo | 10/27/00 | 2nd Judicial District Court, New Mexico, CV 98-10684 |
| Vargas, et al v. Joe Guerra Exxon, et al | Depo | 9/15/00 | 49th District, Webb Co., Texas, 97-CVQ-000034-D1 |
| Olvera v. Garcia, et al | Trial | 6/28/00 | 295th District, Harris Co., Texas, 1998-62871 |

6/23/2003    .    .    Page 2

| Case Name | Testimony Type | Date | |
|---|---|---|---|
| Vaswani v. Herbert, et al | Depo | 4/26/00 | Number 1 Probate Court, Travis County, Texas, 70,674-A |
| Washington v. Allen, et al | Trial | 11/10/99 | 239th District, Brazoria Co., Texas, 95-G-2704 |
| Rains v. Elton Enterprises | Depo | 11/3/99 | 125th District, Harris Co., Texas, 98-23939 |
| Quast v. Geo-Air | Depo | 11/2/99 | 152nd District, Harris Co., Texas, 98-36844 |
| Chavarria v. Valley Transit Co., and Roel | Trial | 10/14/99 | 79th District, Jim Wells Co., Texas, 97-06-35819 |
| Berrones v. Liendo, Zapata Lease and Zapata County | Trial | 9/22/99 | 49th District Court, Zapata County, Texas, Cause 4,221 |
| Marshall v. All States Freight, Miller, and Daimler Chrysler | Trial | 9/8/99 | U.S. District Court, Eastern District of Oklahoma, CIV-99-059-S |

6/23/2003

Page 3

| Case Name | Testimony Type | Date | |
|---|---|---|---|
| Marshall v. All States Freight, Miller, and Daimler Chrysler | Depo | 8/12/99 | U.S. District Court, Eastern District of Oklahoma, CIV-99-059-S |
| Helminger v. U-Haul and Republic Western | Depo | 8/9/99 | U.S. District Court, Eastern District of Louisiana, C.A. 97-0856 |
| Cottonport Gin Co., Inc. v. Millers Mutual | Depo | 7/9/99 | U.S District Court, Western District of Louisiana, C.A. 98-0993 |
| Smith v. Archer | Depo | 6/25/99 | Jefferson County Circuit Court, Alabama, CV-98-199 |
| Bertones v. Liendo, Zapata Lease and Zapata County | Depo | 6/24/99 | 49th District Court, Zapata County, Texas, Cause 4,221 |
| Resendez v. Arrington | Trial | 3/24/99 | County Court at Law No. 2, Fort Bend County, Texas, 15,308 |
| Watson v. Rees Enterprises, Inc. | Depo | 3/1/99 | Division I Circuit Court, City of St. Louis, Missouri, 972-09824, 972-09879 |
| Haynes v. J&B Contractors | Trial | 10/28/98 | 341st District Court, Webb County, Texas, 96-CVE-01543-D3 |

| Case Name | Testimony Type | Date | Court/Cause |
|---|---|---|---|
| McGrew, et ux. v. Walls Industries, Inc. | Depo | 8/24/98 | 267th District Court, Jackson County, Texas, 97-6-10800 |
| McKinney v. Perez and Aguero | Trial | 7/29/98 | 49th District Court, Webb County, Texas, C-965-1370-D1 |
| Randhawa v. Robertshaw and Rimkus | Depo | 6/29/98 | 61st District Court, Harris County, Texas, 93-050250 |
| Dorothy Wilson and Yola Chavis v. Toyota Motor Sales | Depo | 4/30/98 | U.S. District Court, Eastern District of Texas, Lufkin Division, 97CV-00066 |
| Gatens v. Guerrero | Depo | 4/21/98 | 150th District, Bexar County, Texas, 97-CI-04034 |
| Chavarria v. Valley Transit Co., and Roel | Depo | 4/16/98 | 79th District, Jim Wells Co.,Texas, 97-06-35819 |
| Bruun v. Schneider | Depo | 2/4/98 | 295th District, Harris Co., Texas, 96-56850 |

6/23/2003

Page 5

| Client Name | Testimony Type | Date | Court Info |
|---|---|---|---|
| Alvarado v. Beach and Morgantown Freight Co. | Trial | 1/15/98 | U.S. District Court, Western District of Texas, El Paso, EP-97-CA-70-H |
| Reeves v. White Industries | Depo | 12/2/97 | 152nd District, Harris Co., Texas, 96-16148 |
| Wicker v. U-Haul, et al. | Depo | 10/13/97 | 285th District, Bexar Co., Texas, 96-CI-18207 |
| Leutz v. Continental Airlines, et al | Trial | 05/06/97-05/07/97 | 152nd District, Harris County, Texas, 95-032674 |
| Leutz v. Continental Airlines, et al | Depo | 05/05/97 | 152nd District, Harris County, Texas, 95-032674 |
| Foster v. Montgomery Ward, et al | Depo | 03/06/97 | 60th District, Jefferson County, Texas, B015172 |
| McZeal v. Blessing Oil Co. | Trial | 09/05/96 | 58th District, Jefferson County, Texas, A-141,470 |
| Springfield Corp. and L-I v. American Manufacturers Mutual Ins. Co. | Depo | 08/22/96 | U.S. District Court, Eastern District of Louisiana, Section T, Magistrate 4, 95-3611 |

| Case | Type | Date | Court |
|---|---|---|---|
| Gutierrez v. Culberson et al | Trial | 08/08/96 | 229th District, Duval County, Texas, 15,633 |
| Gutierrez v. Culberson et al | Trial | 07/03/96 | 229th District, Duval County, Texas, 15,633 |
| Gutierrez v. Culberson et al | Depo | 05/29/96 | 229th District, Duval County, Texas, 15,633 |
| Riles v. Bell | Depo | 10/30/95 | Probate Court 1, Harris County, Texas, 266,319-401 |
| Lucio v. Ketchum | Depo | 09/07/95 | 79th District, Brooks County, Texas, 94-12-06453-CV |

6/23/2003



# VERITÉ FORENSIC ENGINEERING, LLC.

May 27, 2003

Mr. Wes Vines
Cozen O'Connor
2300 BankOne Center
1717 Main Street
Dallas, TX  75201

RE:    *Toilet Valve Failure Analysis- Preliminary Report*
       DOL:        3/5/01
       VFE File:    010309
       Insured:     Valley Diagnostic Clinic

Dear Mr. Vines,

In accordance with your request, Verité Forensic Engineering (VFE) has examined the subject toilet, which flooded at the Valley Diagnostic Clinic in Harlingen, Texas, causing extensive damage.

VFE was specifically requested to determine the cause of the water damage.

The following work was performed on this project:

- A field trip to Valley Diagnostic Clinic, at 2200 Haine Drive in Harlingen, Texas was conducted on March 19, 2001

- A laboratory examination was conducted on May 15, 2001 at VFE's facility in Humble, Texas.

- A small material sample was removed from the toilet valve on June 5, 2001 for laboratory analysis.

- A second field trip to Valley Diagnostic Clinic was conducted on July 3, 2001.

Photographs and notes were taken to document the condition of the toilet and failed component. These photographs were supplied to you previously.

Mr. Wes Vines                                                    **Page 2**
Cozen O'Connor
May 27, 2003

## DESCRIPTION

The subject toilet was located in Room 2126 of the Cardiology area, as shown in **Attachment 1.** The water supply connection was documented, and the toilet was removed. The toilet was manufactured by American Standard, as was the toilet valve mechanism, which had model number 3140.

Inspection of the toilet revealed that the shank of the fill valve was fractured around a majority of its diameter, approximately 2 inches above the bottom of the tank. The shank of the valve is "upstream" of the valve portion of the device, and is therefore exposed to water supply pressure constantly. The fracture of the shank would cause an uncontrolled, substantial flow of water into the tank, beyond the drain capacity of the overflow tube. It was noted that the pivot pin for the fill valve float arm was partially extended. However, it was determined that the float arm pivoted freely and functioned properly, actuating the valve.

Laboratory testing of a small segment taken from the threaded fitting area of the valve shank indicated that the plastic material it was fabricated from was consistent with a polyacetal homopolymer such as Delrin or Celcon. The laboratory report is enclosed as **Attachment 2.** It was observed that the plastic valve material that was constantly exposed to water was white in appearance, whereas the unexposed areas were gray in color. This included the areas inside the shank prior to the valve (supply water only), and those areas exposed to tank water.

## CONCLUSION

- The subject toilet flooded as a result of the fill valve shank fracturing while in service, allowing the uncontrolled flow of water to the tank, spilling onto the floor.

## SIGNATURE AND SEAL

By the signature and seal of the undersigned engineer, Verité Forensic Engineering, LLC., certifies that the opinions forwarded in this report are based on a reasonable degree of engineering certainty, the training, knowledge and experience of the engineer, and are in consideration of all the known facts to date relating to this matter.

Paul L. Carper, P.E.
Texas Registration No. 75811



 STORK®

SwL

SOUTHWESTERN LABORATORIES

222 Cavalcade Street, 77009-3213
P.O. Box 8768, Houston, Texas 77249-8768
Tel (713) 692-9151 Fax (713) 696-6307

*Attention:* *Paul L. Carper*
**Verite Forensic Engineering**
P.O. Box 909
**Humble, TX 77347**
**(281) 548-3561, 281/548-3562**

W/O. No.: VER025-06-08-14574
Date: 6/25/2001
P.O. No.: VFE010309

**PROJECT INFORMATION**

| | | | |
|---|---|---|---|
| *Material*: | One sample from a ballcock (valve) from a toilet | | |
| *Identification:* | VEF010309 | | |
| *Date Received* | 06/08/2001 | | |
| *Specifications:* | NONE | *Date of Test:* | 06/21/2001 |
| *Test Equipment*: | Testing was performed by Stork Technimet, Inc. a sister division of Stork Southwestern Laboratories | | |

## TEST RESULTS

A core section of the sample was analyzed using micro-Fourier transform infrared spectroscopy (FTIR) in the attenuated total reflectance (ATR) mode. Subsequent library searching and interpretation indicated that the resulting spectrum exhibited absorption bands consistent with a polyacetal homopolymer, such as DuPont's Delrin®, or a polyacetal copolymer, such as Ticona's Celcon®. Because of their chemical similarities, a polyacetal homopolymer cannot be distinguished from a copolymer via FTIR.

**NOTE: The submitted material will be discarded after a period of 30 days unless otherwise directed.**

**SOUTHWESTERN LABORATORIES**

Our letters and reports are for the exclusive use of the client to whom they are addressed and shall not be reproduced except in full without the approval of the testing laboratory. The use of our name must receive our ... approval. Our letters and reports apply only to the sample tested and/or inspected, and are not indicative of the quantities of apparently identical or similar products.

**Attachment 2**

# THOMAS W. EAGAR

MIT, Room 4-136                          Home:
77 Massachusetts Ave                     138 Claflin St.
Cambridge, MA  02139                     Belmont, MA  02478
Voice:  (617) 253-3229                   (617) 484-0571
FAX:  (617) 252-1773
tweagar@mit.edu

## PROFESSIONAL INTERESTS:

Materials processing and manufacturing; special interests in welding and joining of metals, ceramics and electronic materials; deformation processing; alternate manufacturing processes; manufacturing management; materials systems analysis; selection of materials and failure analysis.

## EDUCATION:

S.B.    Metallurgy and Materials Science,
           Massachusetts Institute of Technology, 1972
Sc.D.   Metallurgy, Massachusetts Institute of Technology, 1975
---      Business Administration, Lehigh University, 1975-76
---      Program for Senior Executives, Sloan School of Management,
           Massachusetts Institute of Technology, 1988

## EMPLOYMENT:

Bethlehem Steel Corporation
           Homer Research Laboratories
                     Research Engineer, 1974-1976
Massachusetts Institute of Technology
           Department of Materials Science and Engineering
                     Assistant Professor of Materials Engineering, 1976-1980
                     Associate Professor of Materials Engineering, 1980-1987
US Office of Naval Research - Tokyo
                     Liaison Scientist, 1984-1985
Massachusetts Institute of Technology
                     Professor of Materials Engineering, 1987-
                     Professor of Engineering Systems, 2000-
                     Leaders for Manufacturing Professor, 1988-1993
                     Department Head, Materials Science and Engineering (Acting), March 1989
                      –August, 1989

Richard P. Simmons Professor of Materials Engineering, 1990-1993
Director, Materials Processing Center, 1991-1993
POSCO Professor of Materials Engineering, 1993-1999
Co-Director, Leaders for Manufacturing Program, 1993-1995
Department Head, Materials Science & Engineering, 1995-2000
Thomas Lord Professor of Materials Engineering and Engineering Systems, 2001-

**HONORS AND AWARDS:**
International Junior Civitan of the Year, 1968
Dennison K. Bullens Scholarship, 1969-1971
Foundry Educational Foundation Scholarship, 1970-1971
Phi Lambda Upsilon, Member 1971
Tau Beta Pi, Member, 1971; Distinguished Service Award, 1980
National Science Foundation Graduate Fellowship, 1972-1974
Metallurgy and Materials Prize, Boston Section AIME, 1972
Adams Memorial Membership Award, American Welding Society, 1979-1983
Charles H. Jennings Memorial Medal, American Welding Society, 1983, 1991
Champion H. Mathewson Gold Medal, TMS-AIME, 1987
Henry Krumb Lecturer, TMS/SME-AIME, 1987
National Science Foundation Creativity Extension Award, 1988-1990
ASM International, Fellow, 1989
Houdremont Lecturer, International Institute of Welding, 1990
Richard P. Simmons Professorship, 1990-1993
Warren F. Savage Award, American Welding Society, 1990, 1996
William Spraragen Award, American Welding Society, 1990, 1993
Comfort A. Adams Lecturer, American Welding Society, 1992
Henry Marion Howe Medal, ASM International, 1992
William Irrgang Award, American Welding Society, 1993
Leaders for Manufacturing Professorship, 1988-1993
Richard P. Simmons Professorship, 1990-1993
POSCO Professorship, 1993-1999
Thomas Lord Professorship, 2001-
American Welding Society, Fellow, 1994, Honorary Member, 1999
Nelson W. Taylor Lecturer, Pennsylvania State University, 1995
National Academy of Engineering, 1997
General Electric Distinguished Lecture, Rensselaer Polytechnic Institute, 2001
Silver Quill Award, American Welding Society, 2002
American Association for the Advancement of Science, Fellow, 2003
**ACTIVITIES:**
National Academy of Engineering, Member
American Welding Society, Fellow and Honorary Member; *Welding Journal*, Principal Reviewer;
        Awards Committee, Professional Certification Committee
American Council of International Institute of Welding, Member
ASM International, Fellow
American Institute of Mining, Metallurgical and Petroleum Engineers, Member
Tau Beta Pi, Member, New England District Director (1977-1980), MIT

2

Chapter Advisor, 1977- 2001, Chief Advisor, 2002 -
American Association for the Advancement of Science, Fellow
Society of Automotive Engineers, Member
American Ceramic Society, Member
Society of Manufacturing Engineers, Member
American Society of Mechanical Engineers, Member
American Society for Testing and Materials, Member
Materials Research Society, Member
Registered Professional Engineer, Massachusetts Certificate Number 29726
Navy Joining Center, Technical Advisory Board
Editorial Board, *Science and Technology of Welding and Joining*
National Research Council, Ocean Studies Board, Committee on Future Needs in Deep
       Submergence Science, Member
Automatic Welding Journal (Ukraine), Member International Editorial Council, 2002
National Research Council, Board of Manufacturing and Engineering Design, Member

**TEACHING EXPERIENCE:**

| Undergraduate: | Graduate: | Professional: |
|---|---|---|
| Thermodynamics | Kinetics | Materials Selection |
| Chemical Metallurgy | Deformation Processing | Welding and Joining Processes |
| Physical Metallurgy | Welding and Joining | Failure Analysis |
| Materials Processing |   Processes | Non-destructive Testing |
| Solid State Chemistry | Materials Selection | |
| Physical Chemistry | Product Design | |
| Essentials of Engineering | | |

**PUBLICATIONS:**

1.      "Metallurgical Considerations for Optimizing the Superconducting Properties of $Nb_3Al$," J.G. Kohr, T.W. Eagar, and R.M. Rose, *Metall. Trans.*, *3(5)*, 1177,-1972.

2.      "Preliminary Measurements of the Critical Current Density of $Nb_3Al_{0.8}Ge_{0.2}$ Ribbon", R. Loberg, T. W. Eagar, I. M. Puffer, R. M. Rose, in *Proc of Fourth Int. Conf. on Magnet Technology*, Brookhaven National Lab, 1972.

3.      "Fabrication and Jc(H,T) Measurements on $Nb_3Al_{.75}Ge_{.25}$ Ribbon," R. Loberg, T.W. Eagar, I.M. Puffer and R.M. Rose, *Appl. Phys. L.*, *22(2)*, 69, 1973.

4.      "Resistive Measurements on an Improved NbAlGe Superconducting Ribbon," T.W. Eagar and R.M. Rose, *IEEE Nucl. S., NS-20 (3)*, 742, 1973.

5.      "Improved Jc in Mechanically Fabricated $Nb_3Al$ Wires and Ribbons," T.W. Eagar and R.M. Rose, *IEEE Magnet., Mag-11(2)*, 214, 1975.

6.      "LNG Hull Steels with Improved High Heat Input Weldability," T.W. Eagar and J.C.

Baker, ASM-ASTM-MPC Symposium on Low Temperature Properties of Ship Plate, 1976.

7. "Sources of Weld Metal Oxygen Contamination During Submerged Arc Welding," T.W. Eagar, *Welding J., 57(3)*, 76s, 1978.

8. "Electromagnetically and Thermally Driven Flow Phenomena in Electroslag Welding," A.H. Dilawari, J. Szekely and T.W. Eagar, *Metall. Trans., 9B(9)*, 371, 1978.

9. "An Analysis of Heat and Fluid Flow Phenomena in Electroslag Welding," A.H. Dilawari, T.W. Eagar and J. Szekely, *Welding J., 57(1)*, 24s, 1978.

10. "A Mathematical Model of Heat and Fluid Flow Phenomena in Electroslag Welding," J. Szekely and T.W. Eagar, in *Proc. of IIW Coll. on Applications of Numerical Techniques in Welding*, Dublin, Ire., 1, 1978.

11. "Oxygen and Nitrogen Contamination During Arc Welding" T.W. Eagar, in *Proc. of Welding-Physical Metallurgy and Failure Phenomena*, R.J. Cristoffel, ed., General Electric, Schenectady, NY, 31, 1979.

12. "The Analysis of Magnetohydrodynamics and Plasma Dynamics in Metals Processing Operations," C.W. Chang, J. Szekely, and T.W. Eagar, in *Proc. of the Sagamore Conf. on Recent Advances in Metals Processing*, 1, 1977.

13. "On the Micromechanics of Multifilamentary Superconducting Composites," S.F. Cogan, D.S. Holmes, I.M. Puffer, T.W. Eagar, and R.M. Rose, *IEEE Magnet., Mag-15(1)*, 684, 1979.

14. "Superconducting Cu-Nb$_3$Sn Composites Produced by Cold Extrusion of Fine Powders," R. Flukiger, S. Foner, E.J. McNiff Jr., B.B. Schwartz, J. Adams, S. Forman, T.W. Eagar, and R.M. Rose, *IEEE Magnet., Mag-15(1)*, 689, 1979.

15. "The Modelling of Gas Velocity Fields in Welding Arcs," C.W. Chang, T.W. Eagar and J. Szekely, *Arc Physics and Weld Pool Behavior*, The Welding Institute, Cambridge, Eng., 381, 1980.

16. "Ductility of Stabilized Ferritic Stainless Steel Welds," G.B. Hunter and T.W. Eagar, *Metall. Trans., 11A(2)*, 213, 1980.

17. "The Effect of SAW Parameters on Weld Metal Chemistry," C.S. Chai and T.W. Eagar, *Welding J., 59(3)*, 93s, 1980.

18. "Heat Generation Patterns and Temperature Profiles in Electroslag Welding," T. DebRoy, J. Szekely and T.W. Eagar, *Metall. Trans., 11B(12)*, 593, 1980.

19. "Temperature Profiles, the Size of the Heat Affected Zone and Dilution in Electroslag Welding," T. DebRoy, J. Szekely and T.W. Eagar, *Mat. Sci. Eng., 56(2)*, 181, 1982.

4

20.    "Oxygen and Nitrogen Contamination During Submerged Arc Welding of Titanium," T.W. Eagar, in *Proc. of the Int. Conf. on Welding Research in the 1980's*, Osaka University, Osaka, Japan, 113, 1980.

21.    "Slag-metal Equilibrium During Submerged Arc Welding," C.S. Chai and T.W. Eagar, *Metall. Trans., 12B(3),* 539, 1981.

22.    "Automated Welding--Research Needs," T.W. Eagar, in *Modeling of Casting and Welding Processes*, AIME, Warrendale, PA, 487, 1981.

23.    "Mathematical Modeling of the Temperature Profiles and Weld Dilution in Electroslag Welding of Steel Plates," T. DebRoy, J. Szekely and T.W. Eagar, in *Modeling of Casting and Welding Processes,* AIME, Warrendale, PA, 197, 1981.

24.    "Physics of Arc Welding," T.W. Eagar, in *AIP/AISI Conf. on Applications of Physics in the Steel Industry*, AIP, New York, 272, 1981.

25.    "Slag-Metal Reactions in Binary CaF2-Metal Oxide Welding Fluxes," C.S. Chai and T.W. Eagar, *Welding J., 61(7),* 229s, 1982.

26.    "The Effect of Electrical Resistance on Nugget Formation During Spot Welding," J.G. Kaiser, G.J. Dunn and T.W. Eagar, *Welding J., 61(6),* 167s, 1982.

27.    "High Cycle Fatigue of Weld Repaired Cast Ti-6Al-4V," G.B. Hunter, F.S. Hodi and T.W. Eagar, *Metall. Trans., 13A(9),* 1589, 1982.

28.    "A Parametric Study of the Electroslag Welding Process," W.S. Ricci and T.W. Eagar, *Welding J., 61(12)*, 397s, 1982.

29.    "Selective Evaporation of Metals From Weld Pools," A. Block-Bolten and T.W. Eagar, *Trends in Welding Research in the United States*, S.A. David, ed., ASM International, Metals Park, OH, 53, 1982.

30.    "Laser Welding of Aluminum and Aluminum Alloys," C.A. Huntington and T.W. Eagar, *Welding J., 62(4),* 105, 1983.

31.    "Measurements of the Force Exerted by a Welding Arc," T.D. Burleigh and T.W. Eagar, *Metall. Trans., 14A(6),* 1223, 1983.

32.    "Changes of Weld Pool Shape by Variations in the Distribution of Heat Source in Arc Welding," N.S. Tsai and T.W. Eagar, in *Modelling of Casting and Welding Processes II*, J.A. Dantzig and J.T. Berry, eds., AIME, New York, 317, 1984.

33.    "Comparison of Theoretically Predicted and Experimentally Determined Submerged Arc Weld Deposit Compositions," U. Mitra, R.D. Sutton, and T.W. Eagar, *Metall. Trans., 14B(9),* 510, 1983.

34.  "Slag Metal Reactions During Submerged Arc Welding of Alloy Steels," U. Mitra and T.W. Eagar, *Metall. Trans., 15A(1),* 217, 1983.

35.  "Convection in Arc Weld Pools," G.M. Oreper, T.W. Eagar, and J. Szekely, *Welding J., 62(11),* 307, 1983.

36.  "Temperature Fields Produced by Travelling Distributed Heat Sources," N.S. Tsai and T.W. Eagar, *Welding J., 62(12),* 346s, 1983.

37.  "Influence of Surface Depression and Convection on Arc Weld Pool Geometry," M.L. Lin and T.W. Eagar, in *Transport Phenomena in Material Processing,* PED, Vol. 10/HTD, 29, M.M. Chen, J. Mazumder, and C.L. Tucker III, eds., ASME, New York, 63, 1983.

38.  "Metal Vaporization From Weld Pools," A. Block-Bolten and T.W. Eagar, *Metall. Trans., 15B(3),* 461, 1984.

39.  "Prediction of Weld Metal Composition During Flux Shielded Welding," C.S. Chai and T.W. Eagar, *J. Mat. Energy Sys., 5(3),* 160, 1983.

40.  "Selection of Processes for Welding Steel Rails," N.S. Tsai and T.W. Eagar, *Railroad Rail Welding*, Railway Systems and Management Assoc., Northfield, NJ, 421, 1985.

41.  "Metallurgical and Process Variables Affecting The Resistance Spot Weldability of Galvanized Sheet Steels," S.A. Gedeon, D. Schrock, J. LaPointe, T.W. Eagar, SAE Technical Paper 840113, Warrendale, PA, 1984.

42.  "Distribution of the Heat and Current Fluxes in Gas Tungsten Arcs," N.S. Tsai and T.W. Eagar, *Metall. Trans., 16B(4),* 841, 1985.

43.  "The Size of the Sensitization Zone in 304 Stainless Steel Welds," N.S. Tsai and T.W. Eagar, *J. Mat. Energy Sys., 6(1),* 33, 1984.

44.  "A Method of Filming Metal Transfer in Welding," C.D. Allemand, R. Schoeder, D.E. Ries and T.W. Eagar, *Welding J., 64(1),* 45, 1985.

45.  "Influence of Arc Pressure on Weld Pool Geometry," M.L. Lin and T.W. Eagar, *Welding J., 64(6),* 163s, 1985.

46.  "Slag Metal Reactions During Submerged Arc Welding of Steel," U. Mitra and T.W. Eagar, in *Proc. of Int. Conf. on Quality and Reliability in Welding*, 2, Chinese Mech. Eng. Soc., Harbin, PRC, B.24.1, 1984.

47.  "An Improved Method of Multiwavelength Pyrometry," G.B. Hunter, C.D. Allemand, and T.W. Eagar, in *Thermosense VII, Proc. SPIE 520*, SPIE, Bellingham, WA, 40, 1985.

48. "Multiwavelength Pyrometry: An Improved Method," G.B. Hunter, C.D. Allemand, and T.W. Eagar, *Opt. Eng., 24(6),* 1081, 1985.

49. "Electron Beam and Laser Materials Processing in Japan," T.W. Eagar, *Welding J., 65(7),* 19, 1986.

50. "Pressures Produced by Gas Tungsten Arcs," M.L. Lin and T.W. Eagar, *Metall. Trans., 17B(9),* 601, 1986.

51. "Resistance Spot Welding of Galvanized Steel: Part I, Materials Variations and Process Modifications," S.A. Gedeon and T.W. Eagar, *Metall. Trans., 17B(12),* 879, 1986.

52. "Resistance Spot Welding of Galvanized Steel: Part II, Mechanisms of Spot Weld Nugget Formation," S.A. Gedeon and T.W. Eagar, *Metall. Trans., 17B(12),* 887, 1986.

53. "Measurement of Dynamic Electrical and Mechanical Properties of Resistance Spot Welds," S.A. Gedeon, C.D. Sorensen, K.T. Ulrich, and T.W. Eagar, *Welding J., 66(12),* 387s, 1987.

54. "Metal Vapors in Gas Tungsten Arcs Part I: Spectroscopy and Monochromatic Photography," G.J. Dunn, C.D. Allemand, and T.W. Eagar, *Metall. Trans., 17A(10),* 1863, 1986.

55. "Metal Vapors in Gas Tungsten Arcs Part II: Theoretical Calculations of Transport Properties," G.J. Dunn and T.W. Eagar, *Metall. Trans., 17A(10),* 1871, 1986.

56. "Cinematography of Resistance Spot Welding of Galvanized Steel Sheet," C.T. Lane, C.D. Sorensen, G.B. Hunter, S.A. Gedeon, and T.W. Eagar, *Welding J., 66(9),* 260s, 1987.

57. "Prototype Device for Multiwavelength Pyrometry," G.B. Hunter, C.D. Allemand, and T.W. Eagar, *Opt. Eng., 25(11),* 1222, 1986.

58. "The Role of Transient Convection in the Melting and Solidification in Arc Weldpools," G.M. Oreper, J. Szekely and T.W. Eagar, *Metall. Trans., 17B(4),* 735, 1986.

59. "Effects of Surface Depression and Convection in GTA Welding," M.L. Lin and T.W. Eagar, *Advances in Welding Science & Technology*, S.A. David, ed., ASM International, Metals Park, OH, 47, 1986.

60. "Digital Signal Processing as a Diagnostic Tool for Gas Tungsten Arc Welding," C.D. Sorensen and T.W. Eagar, *Advances in Welding Science & Technology,* S.A. David, ed., ASM International, Metals Park, OH, 467, 1986.

61. "The Physics and Chemistry of Welding Processes," T.W. Eagar, *Advances in Welding Science & Technology*, S.A. David, ed., ASM International, Metals Park, OH, 291, 1986.

7

62.   "Non-Uniform Current Distribution in Spot Welding," R. Bowers and T.W. Eagar, in *AWS Sheet Metal Welding Conference*, Detroit, MI, October, 1986.

63.   "Visible Light Emissions During Gas Tungsten Arc Welding and its Applications to Weld Image Improvement," E. Kim, C. Allemand and T.W. Eagar, *Welding J., 66(12)*, 369s, 1987.

64.   "The Real Challenge in Materials Engineering," T.W. Eagar, *Technology Review*, *90* (2), 24, 1987 (also published in Japanese in Berufu, 43, 1987).

65.   "Materials Science and Engineering in the US - Past, Present & Future," T.W. Eagar, *Bulletin of Japan Institute of Metals, 26(2)*, 119, 1987 (Japanese).

66.   "The Promise of New Materials - Real or Imaginary," T.W. Eagar, *J. of Metals,* 20, 1987.

67.   "Transient Thermal Behavior in Resistance Spot Welding," E.Kim and T.W. Eagar, in *AWS Detroit Section Sheet Metal Welding Conference III*, Southfield, MI, 1988.

68.   "Brazing Alloy Design for Metal/Ceramic Joints," R.R. Kapoor and T.W. Eagar, *Ceramic Engineering Science Proceedings*, *10 (11-12)*, 1613, American Ceramic Society, Westerville, OH, 1989.

69.   "Parametric Analysis of Resistance Spot Welding Lobe Curve," E.W. Kim and T. W. Eagar, *SAE 1988 Transactions, J. of Materials, 97(2)*, 1989, SAE paper 880278.

70.   "Ceramic-Metal Bonding Research in Japan," T.W. Eagar, *Welding J., 66(11)*, 35, 1987.

71.   "Slag-Metal Reactions During Welding - Part I: Evaluation and Reassessment of Existing Theories," U. Mitra and T.W. Eagar, *Metall. Trans., 22B(2)*, 65, 1991.

72.   "Slag-Metal Reactions During Welding - Part II: Theory," U. Mitra and T.W. Eagar, *Metall. Trans., 22B(2)*, 73, 1991.

73.   "Slag-Metal Reactions During Welding - Part III: Experimental Verification of the Theory," U. Mitra and T.W. Eagar, *Metall. Trans., 22B(2)*, 83, 1991.

74.   "Modelling of Oscillations in Partially Penetrated Weld Pools," C.D. Sorensen and T.W. Eagar, *J. Dynamic Systems and Control, 112(9)*, 469, 1990.

75.   "Measurement of Oscillations in Partially Penetrated Weld Pools Through Spectral Analysis," C.D. Sorensen and T.W. Eagar, *J. Dynamic Systems and Control, 112(9)*, 463, 1990.

76.   Electrode Geometry in Resistance Spot Welding," R.J. Bowers, C.D. Sorensen and T.W. Eagar, *Welding J., 69(2)*, 45s, 1990.

77.   "Assessing Hydrogen Assisted Cracking Fracture Modes in High Strength Steel

Weldments," S.A. Gedeon and T.W. Eagar, *Welding J., 69(6)*, 213s, 1990.

78.  "Wettability of Silver Based Reactive Metal Brazing Alloys on Alumina," R.R. Kapoor, E.S. Podszus and T.W. Eagar, *Scripta Metallurgica, 22*, 1277, August 1988.

79.  "Oxidation Behavior of Silver and Copper Based Brazing Filler Metals for Silicon Nitride/Metal Joints," R.R. Kapoor and T.W. Eagar, *J. of the American Ceramic Society, 72(3)*, 448, 1989.

80.  "Thermochemical Analysis of Hydrogen Absorption in Welding," S.A. Gedeon and T.W. Eagar, *Welding J., 69(7)*, 264-s, 1990.

81.  "Analyses of Electrode Heat Transfer in Gas Metal Arc Welding," Y-S. Kim, D. McEligot, T.W. Eagar, *Welding J., 70(1)*, 20s, 1991.

82.  "Enhancement of the Weldability in Resistance Welding," C.M. Calva and T.W. Eagar, in *AWS Detroit Section Sheet Metal Welding Conference IV*, Southfield, MI, 1990.

83.  "Modelling of Metal Transfer in Gas Metal Arc Welding," Y-S. Kim and T.W. Eagar, in *Edison Welding Institute Annual North American Welding Research Seminar*, Columbus, OH, 1988.

84.  "Modeling of Welding Distortion in Complex Structures," A. Moshaiov and T.W. Eagar, *Automation in the Design and Manufacture of Large Marine Systems*, C. Chryssostomidis, ed., Hemisphere Publishing Corporation, New York, 235, 1990.

85.  "Measuring the Residual Ferrite Content of Rapidly Solidified Stainless Steel Alloys," J.W. Elmer and T.W. Eagar, *Welding J., 69(4)*, 141s, 1990.

86.  "Measurement of Transient Temperature Response During Resistance Spot Welding," E.W. Kim and T.W. Eagar, *Welding J., 60(8)*, 303s, 1989.

87.  "Microstructural Development During Solidification of Stainless Steel Alloys," J.W. Elmer, S.M. Allen and T.W. Eagar, *Metall. Trans., 20A(10)*, 2117, 1989.

88.  "Technology Transfer and Cooperative Research in Japan," T.W. Eagar, *Welding J.,* 39, 1989.

89.  "Fundamental Aspects of Electroslag Welding of Titanium Alloys," T.W. Eagar, J.H. Devletian, S.J. Chen, W.E. Wood and I.L. Caplan, *Recent Trends in Welding Science and Technology*, S.A. David and J. M. Vitek, eds., ASM International, Materials Park, OH, 419, 1990.

90.  "The Influence of Cooling Rate on the Ferrite Content of Stainless Steel Alloys," J.W. Elmer, S.M. Allen and T.W. Eagar, *Recent Trends in Welding Science and Technology*, S.A. David and J. M. Vitek, eds., ASM International, Materials Park, OH, 165, 1990.

91. "Non-Contact True Temperature Measurements for Process Diagnostics," M.A. Khan, C.D. Allemand and T.W. Eagar, in *Proc. of Materials Research Society Symposium on Process Diagnostics: Materials, Combustion, Fusion, 117*, 119, 1988.

92. "Parametric Study of Heat Flow During Resistance Spot Welding," E.W. Kim and T.W. Eagar, *Modeling and Control of Casting and Welding Processes IV*, A.F. Giamei and G.J. Abbaschian, eds., TMS, Warrendale, PA, 1988.

93. "An Iconoclast's View of the Physics of Welding - Rethinking Old Ideas," T.W. Eagar, *Recent Trends in Welding Science and Technology*, S.A. David and J. M. Vitek, eds., ASM International, Materials Park, OH, 341, 1990.

94. "Temperature Distribution and Energy Balance in the Electrode During GMAW," Y-S. Kim and T.W. Eagar, *Recent Trends in Welding Science and Technology*, S.A. David and J.M. Vitek, eds., ASM International, Materials Park, OH, 13, 1990.

95. "The Transition from Shallow to Deep Penetration During Electron Beam Welding," J.Elmer, W.H. Giedt and T.W. Eagar, *Welding J., 69(5)*, 167s, 1990.

96. "Characterization of Spatter in Low Current GMAW of Titanium Plate," S.T. Eickhoff and T.W. Eagar, *Welding J., 69(10)*, 382s, 1990.

97. "Metal Transfer in Pulsed Current Gas Metal Arc Welding," Y-S. Kim and T.W. Eagar, *Welding J.,72 (7)*, 279-s, 1993.

98. "Improving the Calculation of Interdiffusion Coefficients," R.R. Kapoor and T.W. Eagar, *Metall. Trans., 21A(12)*, 3039, 1990.

99. "Effect of Second Phase Particles on Direct Brazing of Alumina Dispersion Hardened Copper," A.A. McFayden, R.R. Kapoor and T.W. Eagar, *Welding J., 69(11)*, 399s, 1990.

100. "Tin-Based Reactive Solders for Ceramic/Metal Joints," R.R. Kapoor and T.W. Eagar, *Metall. Trans., 20B(12)*, 919, 1989.

101. "Thermochemistry of Joining," T.W. Eagar, in *Elliott Symposium on Chemical Process Metallurgy*, P.J. Koros and G.R. St. Pierre, eds., Iron and Steel Society, Warrendale, PA, 197, 1991.

102. "Challenges in Joining Emerging Materials," T.W. Eagar, in *Proc. of International Conference on Advances in Joining Newer Structural Materials*, Montreal, Canada, 1990, Pergamon Press, Oxford, 3, 1990. (English and French)

103. "Physics of Arc Welding Processes," T.W. Eagar, *Advanced Joining Technologies*, T.H. North, ed., Chapman and Hall, London, U.K., 61, 1990.

104. "Thermodynamic Data from Diffusion Couples - I," R.R. Kapoor and T.W. Eagar, *Acta Metallurgica, 38(12)*, 2741, 1990.

10

105.  "Thermodynamic Data from Diffusion Couples - II," R.R. Kapoor and T.W. Eagar, *Acta Metallurgica, 38(12),* 2755, 1990.

106.  "Non-Contact Temperature Measurement - I:  Interpolation-Based Techniques," M.A. Khan, C. Allemand and T.W. Eagar, *Review of Scientific Instruments, 62(2),* 392, 1991.

107.  "Non-Contact Temperature Measurement - II:  Least Squares-Based Techniques," M.A. Khan, C. Allemand and T.W. Eagar, *Review of Scientific Instruments, 62(2),* 403, 1991.

108.  "Whither Advanced Materials," T.W. Eagar, *Advanced Materials & Processes, 139(6),* 25, 1991.

109.  "The Future of Metals," T.W. Eagar, *Welding J., 70(6),* 69, 1991.

110.  "Single-Phase Solidification During Rapid-Resolidification of Stainless Steel Alloys," J.W. Elmer, T.W. Eagar and S.M. Allen, in *Proc. of the Materials Weldability Symposium*, ASM International, Materials Park, OH, 143, 1990.

111.  "Analysis of Metal Transfer in Gas Metal Arc Welding," Y-S. Kim and T.W. Eagar, *Welding J. 4,* 269s-276s, 1993.

112.  "Calculation of Electrical and Thermal Conductivities of Metallurgical Plasmas," G.J. Dunn and T.W. Eagar, *Welding Research Council Bulletin 357*, Welding Research Council, New York, 1, 1990.

113.  "Joining of Aluminum Matrix Composites by Plasma Spraying," T. Itsukaichi, M. Umemoto, I. Okane, T.W. Eagar and K. Fukui, in *Proc. of the International Conference on New Advances in Welding and Allied Processes, Vol II*, International Academic Publishers, Beijing, China, May 1991.

114.  "Plasma Spray Joining of Aluminum Matrix Composites Using Osprey Composite Powder," T. Itsukaichi, T.W. Eagar, M. Umemoto, and I. Okane, *Transactions of the Japan Welding Society, 10(2),* 309, 1992. (Japanese)

115.  "Transient Liquid Phase Bonding Processes," W.D. MacDonald and T.W. Eagar, *The Metal Science of Joining*, M.J. Cieslak, J.H. Perepezko, S. Kang, M.E. Glicksman, eds., Metallurgical Society, Warrendale, PA, 93, 1991.

116.  "Infrared Radiation from an Arc Plasma and Its Application to Plasma Diagnostics," T. Ohji and T.W. Eagar, *J. of Plasma Physics and Chemistry, 12(4),* 403, 1992.

117.  "Transient Liquid Phase Bonding," W.D. MacDonald and T.W. Eagar, *Annual Review of Materials Science, 22,* 23, 1992.

118.  "Materials Manufacturing," T.W. Eagar, *MRS Bulletin, 4,* 27, 1992.

119. "Problems in Engineering and Science Education:  Why Do We Have a Weakness in Materials Synthesis and Processing?," T.W. Eagar, *MRS Bulletin, 9,* 36, 1992.

120. "Resistance Welding:  A Fast, Inexpensive and Deceptively Simple Process," T.W. Eagar, in *International Trends in Welding Science and Technology*, S.A. David and J.M. Vitek, eds., ASM International, Materials Park,OH, 347, 1992.

121. "Low Temperature Transient Liquid Phase Bonding of Ti-6Al-4V," W.D. MacDonald and T.W. Eagar, *International Trends in Welding Science and Technology*, S.A. David and J.M. Vitek, eds., ASM International, Materials Park, OH, 1083, 1992.

122. "Investigations of Drop Detachment Control in Gas Metal Arc Welding," L.A. Jones, T.W. Eagar, J.H. Lang, *International Trends in Welding Science and Technology*, S.A. David and J.M. Vitek, eds., ASM International, Materials Park, OH, 1009, 1992.

123. "Metal Transfer Control in Gas Metal Arc Welding," L.A. Jones, T.W. Eagar, J.H. Lang, in *Tenth Symposium on Energy Engineering Sciences*, Argonne National Laboratory, Argonne, IL, May, 1992.

124. "Low Temperature Transient Liquid Phase (LTTLP) Bonding for Au/Cu and Cu/Cu Interconnections," M. Hou and T.W. Eagar, Trans. of ASME, *J. of Electronic Packaging, 114,* 443, 1992.

125. "Low Stress Die Attach by Low Temperature Transient Liquid Phase Bonding," J.W. Roman and T.W. Eagar, in *1992 International Symposium on Microelectronics, 52,* (sponsored by the International Society for Hybrid Microelectronics, ISHM), San Francisco, CA, 81, 1992.

126. "Characterization of Spatter in Low-Current GMAW of Titanium Alloy Plate," S.T. Eickhoff and T.W. Eagar, in *Proc. of the Technical Program from the 1990 TDA International Conference on Products and Applications*, Orlando, FL, October 1990.

127. "High Energy Electron Beam Welding & Materials Processing," V.R. Dave, D.L. Goodman, T.W. Eagar, K.C. Russell, in *Proc. of AWS High Energy Electron Beam Welding & Materials Processing*, 156, 1993.

128. "High Energy Electron Beam (HEEB) Processing of Advanced Materials," V.R. Dave, D.L. Goodman, M. Farnush, T.W. Eagar, K.C. Russell, in *Proc. of AWS-HEEB Processing of Advanced Materials*, Chicago, IL, 537, 1992.

129. "Joining of 6061 Aluminum Matrix-Ceramic Particle Reinforced Composites," R. Klehn, T.W.Eagar, *WRC Bulletin 385,* 1, 1993.

130. "In-Space Welding, Visions and Realities," D. Tamir, T. A. Siewert, K. Masubuchi, L. Flanigan, R. Su, and T.W. Eagar, in *Proc. of Thirtieth Space Congress: "Yesterday's Vision is Tomorrow's Reality", (4),* 1.9, Cocoa Beach, Florida, 1993.

131.  "Evolving Manufacturing Practices: Lessons for the Quality Control Engineer," T.W. Eagar, *Materials Evaluation, 51(10)*, 1184, 1993.

132.  "Joining of Advanced Materials," T.W. Eagar, W.A. Baeslack, R. Kapoor, *Encyclopedia of Advanced Materials*, D.Bloor, M. Flemings, R. Brook, S. Mahajan, eds., Pergamon Press, Oxford, 1207, 1994.

133.  "Advanced Joining Processes," T.W. Eagar, W.A. Baeslack, *Encyclopedia of Advanced Materials*, D. Bloor, M. Flemings, R. Brook, S. Mahajan, eds., Pergamon Press, Oxford, 1221, 1994.

134.  "Leaders for Manufacturing: Educating for the Future," T.W. Eagar, *AAAS Science and Technology Policy Yearbook*, A.H. Teich, S.D. Nelson, C. McEnaney, eds., AAAS, 229, 1994.

135.  "Welding Process Decoupling for Improved Control," D.E. Hardt, T.W. Eagar, J.H. Lang and L. Jones in *Proc. of 11th Symp. on Energy Engineering Sciences*, Argonne National Laboratory, Argonne, IL, 287, 1993.

136.  "Heat and Metal Transfer in Gas Metal Arc Welding using Argon and Helium," P.G. Jonsson, T.W. Eagar and J. Szekeley, *Metall. Trans., 26B(4)*, 383, 1995.

137.  "The Only Constant is Change," T.W. Eagar,*Welding Journal, 74(12)*, 63, 1995.

138.  "Cleaning and Reflow of Pb-Sn-C4 Solder Bumps," C. Lee, D. Crafts, T.W, Eagar, Trans. of ASME, *J. of Electronic Packaging, 117(4)*, 277, 1995.

139.  "Redefining the University-Industry Relationship for Manufacturing Excellence," T.W. Eagar, W. C. Hanson, T.L. Magnanti and D.B. Rosenfield, in *Proc. of the 4th Annual Pittsburgh Manufacturing Systems Engineering Conf.*, 1993.

140.  "Bringing New Materials to Market," T.W. Eagar, *Technology Review,* 42, February/March, 1995.

141.  "Welding and Joining: Moving from Art to Science," *Welding Journal, 74(6)*, 49, 1995.

142.  "Evaluation Method for Electrochemical Migration Susceptibility in Pure Water," (Japanese), T. Takemoto, R.M. Latanision, T.W. Eagar and A. Matsunawa, in *Proc. of 1st Symposium on Microjoining and Assembly Technology in Electronics,* Japan Welding Society Committee of Microjoining, Tokyo, 105, 1995.

143.  "The Temporal Nature of Forces Acting on Metal Drops in Gas Metal Arc Welding," L.A. Jones, T.W. Eagar, J.H. Lang, *Trends in Welding Research,* H.B. Smartt, J.A. Johnson, S.A. David, eds., ASM International, Materials Park, OH, 365, 1996.

144.  "Plasma Spray Joining of Al-Matrix Particulate Reinforced Composites," T. Itsukaichi, T.W. Eagar, M. Umemoto and I. Okane, *Welding Journal, 75(9)*, 285s, 1996.

1998.

159. 'The Quiet Revolution in Materials Processing," T.W. Eagar, in *Proc. of Third Pacific Rim International Conference on Advanced Materials and Processing*, M.A. Imam, R. DeNale, S. Hanada, et al., eds.,TMS, Warrendale, PA, 1, 1998.

160. "Magnitude Scaling of Free Surface Depression During High Current Arc Welding, P.F. Mendez and T.W. Eagar, in *Trends in Welding Research*, ASM International, 13-18, June 1-5, 1998.

161. "In Search of the Perfect Weld," T.W. Eagar, *Trends in Welding Research*, J.M. Vitek, S.A. David *et al*, eds., ASM International, Materials Park, OH, 261, 1999.

162. "Study of Chromium in Gas Metal Arc Welding Fume," T.W. Eagar, P. Sreekanthan, N.T. Jenkins *et al.,Trends in Welding Research*, J.M. Vitek, S.A. David *et al*, eds., ASM International, Materials Park, OH, 374, 1999.

163. "Magnitude Scaling of Free Surface Depression during High Current Arc Welding," P.F. Mendez and T.W. Eagar, *Trends in Welding Research, ,* J.M. Vitek, S.A. David *et al*, eds., ASM International, Materials Park, OH, 13, 1999.

164. "Liquid Infiltrated Powder Interlayer Bonding (LIPIB) - A Process for Large Gap Joining," W.D. Zhuang and T.W. Eagar, *Science and Technology of Welding and Joining,* 2000 Volume 5, Number 3, 125-134.

165. "Images of a Steel Electrode in Ar-2%O2 During Constant-Current Gas Metal Arc Welding," L.A. Jones, T.W. Eagar and J.H. Lang, *Welding Journal*, Welding Research Supplement, April 1998, 135-s-141-s.

166. "Estimation of the Characteristic Properties of the Weld Pool During High Productivity Arc Welding," P.F. Mendez and T.W. Eagar in 5th International Seminar "Numerical Analysis of Weldability," 1999. Graz-Seggau, Austria.

167. "Order of Magnitude Scaling of Complex Engineering Problems," P.F. Mendez and T.W. Eagar, *Seventeenth Symposium on Energy Engineering Sciences*, Argonne, IL, pp. 106-113, May 13-14, 1999.

168. "Humping Formation in High Current GTA Welding," P.F. Mendez, K.L. Niece and T.W. Eagar, in *Proceedings of the International Conference on Joining of Advanced and Specialty Materials II*, Cincinnati, OH, November 1999.

169. "Order of Magnitude Scaling of the Cathode Region in an Axisymmetric Transferred Electric Arc," P.F. Mendez, M.A. Ramirez, G. Trapaga, T.W. Eagar in *Metallurgical and Materials Transactions B*, June 2001, Vol. 32B, p.547-554.

170. "Modeling of Materials Processing Using Dimensional Analysis and Asymptotic Considerations," P.F. Mendez and T.W. Eagar in Proc. of THERMEC'2000, International

145. "Abrasion Resistant Active Braze Alloys for Metal Single Layer Technology," R.K. Shiue, S.T. Buljan and T.W. Eagar, *Science and Technology of Welding and Joining 2(2)*, 71, 1997.

146. "Large Gap Joining of Ti-6Al-4V with Mixed Powder Interlayers," W.D. Zhuang and T.W. Eagar, *Science and Technology of Welding and Joining 2(4)*, 139, 1997.

147. "Diffusional Breakdown of Nickel Protective Coatings on Copper Substrate in Silver-Copper Eutectic Melts," W.D. Zhuang and T.W. Eagar, *Metall. Trans., 28A(4)*, 969, 1997.

148. "Transient Liquid Phase (TLP) Bonding using Coated Metal Powders," W.D. Zhuang and T.W. Eagar, *Welding Journal, 76(4)*, 157s, 1997.

149. "High Temperature Brazing by Liquid Infiltration," W.D. Zhuang and T.W. Eagar, *Welding Journal, 76(12)*, 526s, 1997.

150. "Dynamic Behavior of Gas Metal Arc Welding," L.A. Jones, P. Mendez, D. Weiss, and T.W. Eagar, presented at the 9th Annual Conference on Iron and Steel Technology, Pohang,
Korea, August 1997.

151. "A Systematic Strategy for Optimizing Manufacturing Operations," J. Kerkhoff, T.W. Eagar, and J. Utterback, *Production and Operations Management, (7)1*, 67, 1998.

152. "Isothermal Solidification Kinetics of Diffusion Brazing," W.D. MacDonald and T.W. Eagar, *Metall. Trans., 29A(1)*, 315, 1998.

153. "Magnetic Forces Acting on Molten Drops in Gas Metal Arc Welding," L.A. Jones, T.W. Eagar and J.H. Lang, *Journal of Physics, Part D: Applied Physics, 31(1)*, 93, 1998.

154. "A Dynamic Model of Drops Detaching from a Gas Metal Arc Welding Electrode," L.A. Jones, T.W. Eagar and J.H. Lang, *Journal of Physics, Part D: Applied Physics 31(1)*, 107, 1998.

155. "Electrochemical Migration Tests of Solder Alloys in Pure Water," T. Takemoto, R.M. Latanision, T.W. Eagar and A. Matsunawa, *Corrosion Science, 39(8)*, 1415, 1997.

156. "Quiet Revolution in Materials Manufacturing and Production," T.W. Eagar, *Journal of Metals, 50(4)*, 19, 1998.

157. "The Plasma-Enabled Recovery of Titanium Metal by the Electrolysis of Titanate Slags," H.R. Larson and T.W. Eagar, *Journal of Metals, 50(9)*, 56, 1998.

158. "How Welding Fumes Affect the Welder," J.M. Antonini, G.G. Krishna Murthy, R.A. Rogers, R. Albert, T.W. Eagar, G.D. Ulrich, and J.D. Brain, *Welding Journal, 77(10)*, 55,

Conference on Processing and Manufacturing of Advanced Materials, Las Vegas, NV, December 4-8, 2000.

171.  "Scaling of the Cathode Region of a Long GTA Welding Arc," P.F. Mendez, M.A. Ramirez, G. Trapaga and T.W. Eagar, *Advances in Computational Engineering & Sciences*, Volume I, Tech Science Press, Palmdale, CA, 689-694, 2000.

172.  "Effect of Electrode Droplet Size on Evaporation and Fume Generation in GMAW," P.F. Mendez, N.T. Jenkins, T.W. Eagar, Gas Metal Arc Welding for the 21st Century, Orlando, FL, American Welding Society, December 6-8, 2000.

173.  "Strain Energy Distribution in Ceramic/Metal Joints," J.-W. Park, P.F. Mendez and T.W. Eagar, *Acta Materialia*, Volume 50, issue 5, pp.883-899, March 2002.

174.  "Modeling of Welding Processes through Order of Magnitude Scaling," P.F. Mendez and T.W. Eagar, Metal Technologies, MMT-2000, Ariel, Israel, November 13-15, 2000.

175.  "Modeling of Materials Processing Using Dimensional Analysis and Asymptotic Considerations," P.F. Mendez and T.W. Eagar, accepted by *Journal of Materials Processing Technology*, 2001.

176.  "Welding Processes for Aeronautics," P.F. Mendez and T.W. Eagar, *Advanced Materials & Processes*, 159 (5), pp. 39-43, 2001.

177.  "Why Did the World Trade Center Collapse? Science, Engineering and Speculation," C. Musso and T.W. Eagar, *Journal of Materials*, pp. 8-11, December 2001.

178.  "Strain Energy Release in Ceramic-to-Metal Joints with Patterned Interlayers," J.-W. Park, J.J. Kim, T.W. Eagar, *Journal of the American Ceramic Society*, submitted September 2001.

179.  "Strain Energy in the Filler Metal and the Shear Strength of the Concentric Ceramic-to-Metal Brazed Joints," J.L. Wiese, J.-W. Park, T.W. Eagar, *Scripta Materialia*, submitted 2001.

180.  "Thermodynamic Model of the Zr-O System," R. Arroyave and T.W. Eagar, *Calphad*, submitted 2001.

181.  "Scaling Laws in the Welding Arc," P.F. Mendez, M.A. Ramirez, G. Trapaga and T.W. Eagar, *Mathematical Modelling of Weld Phenomena 6*, Institute of Materials, London, UK, 2002.

182.  "Residual Stress Release in Ceramic-to-Metal Joints by Ductile Metal Interlayers," J.W. Park, P.F. Mendez and T.W. Eagar, *Scripta Metallurgica et Materialia*, submitted 2002.

183.  "Carbide Formation in Alloy 718 During Electron Beam Solid Freeform Fabrication," J.E. Matz and T.W. Eagar, accepted by *Metall. Trans.*, 2002.

184.    "Application of the Transient Liquid Phase Bonding to Microelectronics and MEMS
        Packaging," J.W. Park and T.W. Eagar, IEEE Conference Proceedings on Advanced
        Packaging Materials and Processes, 2002.

185.    "Interfacial Microstructure of Partial Transient Liquid Phase Bonded $Si_3N_4$-to-INCONEL
        718 Joints," J.J. Kim, J.-W. Park and T.W. Eagar, accepted *Materials Science and
        Engineering A* (2001).

186.    "Elastoplastic Behavior of Dissimilar Material Joints, Part 1 Theory and Numerical
        Analysis," M. Tateno and T.W. Eagar, submitted to Transactions of the ASME, *Journal
        of Applied Mechanics*, 2002.

187.    "Experimental Characterization of Temperature Profiles in One Dimensionally Simulated
        Resistance Spot Welding of Bare and Zinc Coated Steel," E. Kim and T.W. Eagar,
        *Welding Journal*, submitted July 2002.

188.    "Manganese in Welding Fume and Worker Health," M.C. Balmforth, N.T. Jenkins, T.W.
        Eagar, *Welding Journal*, submitted 2002.

189.    "Freshly generated stainless steel welding fume induces greater lung inflammation in rats
        as compared to aged fume," J.M. Antonini, R.W. Clarke, G.G. Krishna Murthy, P.
        Sreekanthan, N. Jenkins, T.W. Eagar, J.D. Brain, Elsevier Science *Toxicology Letters* 98
        (1998), 77-86.

190.    "New Trends in Welding in the Aeronautic Industry," P.F. Mendez and T.W. Eagar, 2nd
        Conference of New Manufacturing Trends, Bilboa, Spain, November 19 – 20, 2002.

191.    "Metal Substrate Effects on the Thermochemistry of Active Brazing Interfaces," R.
        Arroyave and T.W. Eagar, Acta Materialia, accepted June, 2003.

192.    "Feasibility of Using Earth-bounded NDT Techniques for the Space Environment," V.
        Nikou, P.F. Mendez, K. Masubuchi, T.W. Eagar, Conference on Emerging Technologies
        in Non-Destructive Testing, Thessaloniki, Greece, May 26-28, 2003.

193.    "Joining $LaMO_3$ Perovskite Ceramics to Nickel-based Super Alloys Using Brazing/TLPB
        Techniques," R. Arroyave, T.W. Eagar, H.R. Larson, Abstracts of Papers, 225th ACS
        National Meeting, New Orleans, LA, United States, March 23-27, 2003, FUEL-111
        (CODEN: 69DSA4 AN 2003:182444 CAPLUS)

194.    "Hollow-Cored, Long-Fiber Metal Matrix Composites for Thermal Packaging Applications,"
        Christopher Musso and Thomas Eagar, *Proceedings of ICCE/9*, July 2002, p.549-550.

195.    "Submicron Particle Chemistry: Vapor Condensation Analogous to Liquid Solidification," Neil T.
        Jenkins and Thomas W. Eagar, *Journal of Materials*, June 2003, Volume 55, No. 6, p.44-47.

**PATENTS:**

1.  "Method of Resistance Welding," T.W. Eagar, J.G. Kaiser, and G.J. Dunn, Patent No. 4,365,134, Dec. 21, 1982.

2.  "Non-hygroscopic Welding Flux Binders," E.A. Barringer and T.W. Eagar, Patent No. 4,512,822, April 23, 1985.

3.  "Large Diameter Stud and Method and Apparatus for Welding Same," T.E. Shoup, D.J. Maykut, and T.W. Eagar, Patent No. 4,531,042, July 23, 1985.

4.  "Non-Hygroscopic Welding Flux Binders," E.A. Barringer and T.W. Eagar, Patent No. 4,557,768; December 10, 1985.

5.  "Laser Instrument," R.J. Cabrera, T.W. Eagar and J. Santangelo, Patent No. 4,580,558, April 8, 1986.

6.  "Laser Instrument," R.J. Cabrera and T.W. Eagar, Patent No. 4,646,734, March 3, 1987.

7.  "Non-Hygroscopic Welding Flux Binders," E.A. Barringer and T.W. Eagar, Patent No. 4,662,952, May 5, 1987.

8.  "Age-Hardenable Sterling Silver," T.W. Eagar, D.P. Agarwal, L.L. Bourguignon and R.E. Marcotte, Patent No. 4,810,308, March 7, 1989.

9.  "Emissivity Independent Multiwavelength Pyrometry," M.A. Khan, C.D. Allemand and T.W. Eagar, Patent No. 5,132,922, July 21, 1992.

10. "Silver Alloys of Exceptional and Reversible Hardness," T.W. Eagar, D.P. Agarwal, L.L. Bourguignon and R.E. Marcotte, Patent No. 4,869,757, September 26, 1989.

11. "Wear Resistant Bond for an Abrasive Tool," R.K. Shiue, R. Andrews, T.W. Eagar, B. Miller and S-T. Buljan, Patent No. 5,846,269, December 8, 1998.

12. "Abrasive Tool Containing Coated Abrasive Grain,"R.K. Shiue, B. Miller, S.T. Buljan, E. Schulz and T.W. Eagar, Patent No. 5,855,314, January 5, 1999.

13. "Removable Bond for an Abrasive Tool," R.K. Shiue, T.W. Eagar, B. Miller and S-T. Buljan, Patent No. 6,245,443, June 12, 2001.


**PATENTS PENDING:**

"Filtration Element for Severe Service Applications," M. Mutsakis, J.P. Puglia, G.M. Freedland, T.W. Eagar and H.R. Larson, Patent Application No. 09/809,818, filed March 16, 2001.

**PATENT APPLICATION:**

"Methods for Forming Articles Having Very Small Channels Therethrough, and Such Articles, and Method of Using Such Articles," C.S. Musso and T.W. Eagar, filed March 12, 2002.

**Thomas W. Eagar**
**Litigation Identification**
**June 17, 2003**

1. <u>Welding Asbestos Litigation</u> – deposition in Cambridge, MA on May 24, 1995 re: Asbestos Litigation, New Castle County Delaware, and telephonic deposition in Boston, MA on July 7, 1999 re: Shipe et al. v Lincoln Electric, Company et al.; Ralph Davies, Davies McFarland and Carroll, defendant's attorney.

2. <u>Bicycle Failure</u> – deposition in Boston, MA on December 18, 1997, re: Jeffrey Crawn v. Benteler; trial in Easton, PA, May 21, 1999; James Dodd-O; Thomas, Thomas, and Hafer, Harrisburg, PA, plaintiff's attorney.

3. <u>Failure of Machinery</u> – deposition in Raynham, MA on May 29, 1998 and trial in Boston, MA on May 14, 1999 re: Hartford Steam Boiler v. Sentinel Products, Rosemary Connolly, Robins, Kaplan, Miller and Ciresi, plaintiff's attorney.

4. <u>Helicopter Mishap</u> – deposition in Boston, MA on May 3, 1999 and trial testimony in Bisbee, AZ on October 5 and 6, 1999 re: Jenkins v. Bell Helicopter; Steve Yost, Goodwin Raup, defendant's attorney.

5. <u>Fall From Ladder</u> – deposition in New York City, NY on June 29, 1999 re: Borchers' v. Werner; Dan McNamara, DeCicco, Gibbons and McNamara, defendant's attorney.

6. <u>Steel Bearings</u> – deposition in Boston, MA on June 30, 1999 and trial in Los Angeles, January 22, 2001 re: United States v. NMB Corporation; John McKay, Shaw Pittman, defendant's attorney.

7. <u>Truck Accident</u> – trial in Somerville, MA on July 28, 1999 re: Commonwealth of Massachusetts v. Dana Smith; Ed Mahoney Law Offices of Richard W. McLeod, defendant's attorney. Trial in Cambridge, MA on October 31 and November 5, 2002, John Nelson, Law Offices of Brian Cullen, defendant's attorney.

8. <u>Failure of Hydraulic Cylinder</u> – deposition in Boston, MA on July 28, 1999, and November 5, 1999 re: Marcantonio v. Sterling Industrial; Richard Edwards, Campbell, Campbell, and Edwards, defendant's attorney.

Thomas W. Eagar
Litigation Identification
June 17, 2003
Page 2

9.  <u>Screw Failure</u> – trial in Rochester, NY on October 8, 1999 re:
    Torchia v. Van Dorn DeMag; Beryl Nussbaum, Woods Oviatt,
    Gilman, defendant's attorney.

10. <u>Aerial Bucket Truck</u> – deposition in Boston, MA, on October 26,
    1999 re: Christopher Finney v. Asplundh Tree Expert Company;
    Darrell Warta, Foulston & Siefkin, defendant's attorney.

11. <u>Pipe Failure</u> – arbitration in New York City on October 27, 1999,
    re: Winter Club v. Burley Construction; Richard Flanagan,
    Flanagan and Cooke, plaintiff's attorney.

12. <u>Ladder Accident</u> – trial in New Brunswick, NJ on December 10,
    1999 re: Norcross v. Werner, Don Crowley, Methfessel and Werbel,
    defense attorney.

13. <u>Ladder Collapse</u> – deposition in Cambridge, MA, December 13,
    1999, re: Landou v. Werner, J. Scott Donington, Champi and
    Donington, defense attorney.

14. <u>Welding Fume</u> – deposition in San Francisco, CA, January 17,
    2000, re: Thornsby v. Lincoln Electric Company et al., Al Norris,
    Crosby, Heafey, Roach & May, defense attorney.

15. <u>Copper Wire</u> – Dispute Resolution Board, January 25-27, 2000 and
    March 5, 2000, Westbrooke, CT, BBC/MEC v. Amtrak, Nancy
    Feinrider, Kalkines, Arky, Zall and Bernstein, defense attorney.

16. <u>Failed Hose Coupling</u> – deposition in Weslaco, TX, March 3,
    2000, re: Rivera v. Van Dorn DeMag, Mark Ferris, Jones, Galligan,
    Key and Lozano, defense attorney.

17. <u>Copper Elbow Failure</u> – deposition in New York City, March 16,
    2000, Turner Construction v. Elkhart Products, Mark Mullen,
    Cozen & O'Connor, plaintiff's attorney.

18. <u>Ladder Collapse</u> – trial in Brooklyn, NY, April 14-17, 2000, Santata
    v. Seagrave et al, Herb Waichman, Parker & Waichman, plaintiff's
    attorney.

Thomas W. Eagar
Litigation Identification
June 17, 2003
Page 3

19.  Patent Infringement – trial in Madison, WI, May 24 and 25, 2000, Rayovac v. Duracell, Ed DeFranco, Fish & Neave, defendant's attorney.

20.  Metal Bellows – deposition in Cambridge, MA, June 8, 2000, Apache Oil v. Titeflex Corporation, Michael Quinn, Bonenberger & Quinn, plaintiff's attorney.

21.  Building Fire – trial in Rochester, NY, June 16, 2000, Sodoma Farms Inc. v. Niagara Mohawk, Chris Fallon, Cozen & O'Connor, plaintiff's attorney.

22.  Pipe Failure – trial in Brooklyn, NY, June 27, 2000, Flight Safety International v. The Port Authority of New York and New Jersey, Jack Brown, Cozen & O'Connor, plaintiff's attorney.

23.  Cable Failure – deposition in Houston, TX, November 10, 2000, Salazar v. Morse Industries, Mark Farris, Jones, Galligan Key and Lozano, plaintiff's attorney.  Trial in Edinburg, TX, September 18 – 19, 2002, Roger Braugh, Sico White &  Braugh, plaintiff's attorney.

24.  Broken Weld – trial in Dedham, MA, November 15, 2000, Anderson v. Braintree Hospital, John Bruce, Foster & Eldridge, defendant's attorney.

25.  Helicopter Accident – deposition in Cambridge, MA, November 21, 2000, Kennedy v. Bell Helicopter, Dan Laurence, Mills Meyer & Swartling, defendant's attorney.

26.  Electrical Contacts – deposition in Cambridge, MA, December 7, 2000, Campbell v. GE, William Clark, Cozen & O'Connor, plaintiff's attorney.

27.  Medical Instrument – telephonic deposition in Cambridge, MA, December 28, 2000, Jerome v. Codman, Thomas Lucas, Cassiday Schade and Gloor, defendant's attorney.

28.  Aircraft Mishap – deposition in Kansas City, MO, January 10 and 11, 2001, Snyder et al. v. Teledyne Continental Motors, John Turner, Turner & Sweeney, plaintiff's attorney.

Thomas W. Eagar
Litigation Identification
June 17, 2003
Page 4

29.  Steel Cutting – trial in New York City, February 5 and 6, 2001,
     Liberty Mutual v. Design Build, E. Rinaldi, Cozen & O'Connor,
     plaintiff's attorney.

30.  Helicopter Engine Failure – deposition in New Orleans, LA,
     February 15, 2001 and trial in Lafayette, LA, April 25-26, 2001,
     Bertrand v. Air Logistics, Robert Kerrigan, Deutsch, Kerrigan &
     Stiles, defendant's attorney.

31.  Brazed Joints – deposition in Montpelier, VT, March 2, 2001,
     Northeast Granite v. Pyramid Supply, William Clark, Cozen &
     O'Connor, plaintiff's attorney.

32.  Broken Screw – deposition in Boston, MA, March 9, 2001, Krueger
     v. Codman. Robert Houghton, Shuttleworth & Ingersoll,
     defendant's attorney.

33.  Automobile Accident – deposition in Beaumont, Texas, April 6,
     2001, Thornton v. Ford, Ken Lewis, Bush Lewis & Roebuck,
     plaintiff's attorney.

34.  Automobile Accident – deposition in Norwood, MA, April 27, 2001,
     Pierce v. GM, Ralph Monaco, Conway and Londregan, plaintiff's
     attorney.  Trial in New London, CT, July 18, 2001, Pierce v. GM,
     Ralph Monaco, plaintiff's attorney.

35.  Fan Motor Failure – deposition in Hartford, CT, June 5, 2001,
     Colorpix v. Broan, Stuart Blackburn, Law Offices of Stuart
     Blackburn, plaintiff's attorney.

36.  Helicopter Mishap – deposition in San Antonio, TX, June 18, 2001,
     Stutzman v. Torrington, Ernest Cannon, plaintiff's attorney.

37.  Electrical Arc – deposition in Cambridge, MA, July 17, 2001,
     Chryczyk v. The Prime Group, Kathy McCabe, Cassiday Schade &
     Gloor, defendant's attorney.

38.  Brake Spring Failure – deposition in Chicago, IL, July 20, 2001
     and January 31, 2002.  Trial in Chicago, IL, March 19, 2002,
     Dexter Axle v. Omiotek, Pat Gloor, Cassiday Schade & Gloor,
     plaintiff's attorney.

Thomas W. Eagar
Litigation Identification
June 17, 2003
Page 5

39.   Helicopter Mishap – deposition in Seattle, WA, August 3, 2001,
      Wehling v. Bell, Dan Laurence, Mills Meyers & Swartling,
      defendant's attorneys.  Trial in Seattle, WA, October 3 and 4, 2001.

40.   Aluminum Casting Failure – trial in Brockton, MA, October 10,
      2001, Davidson v. Polaris, Tim Mattson, Bowman & Brooke,
      defendant's attorney.

41.   Gas Heater Corrosion – deposition in Cambridge, MA, October 16
      and 29, 2001, Copco Steel and Atlas Steel v. Document Services,
      John Schleiter, Daar, Fisher, Kanaris & Vanek, plaintiff's attorney.

42.   Weld Failures – deposition in Cambridge, MA, October 19, 2001,
      JWR Resources v. Long Airdox, Shawn George, George & Lorenson,
      defendant's attorney.

43.   Helicopter Mishap – deposition in Cambridge, MA, October 24,
      2001, Harvey v. Bell Helicopter, Jim Doran, Waller Lansden
      Dortsch & Davis, defendant's attorney.

44.   Patent Infringement – trial in Washington, D.C., October 25 and
      30, 2001, 3M v. Kinik, Anthony Roth, Morgan Lewis & Bochius,
      defendant's attorney.

45.   Offshore Oil Rig - hearing in Houston, TX, October 26, 2001, Ed
      Murphy, Beirne Maynard & Parsons, defendant's attorney.

46.   Steel Shaft Fracture – deposition in Cambridge, MA, November 9,
      2001, Epsilon Products v. Krupp Mannesmann, Brian Lincicome,
      Cozen & O'Connor, plaintiff's attorney.

47.   Oil Tank Failure – deposition in Cambridge, MA, January 25,
      2002, Farlee v. L.K. Walton, Scott Donington, Donington and Sena,
      plaintiff's attorney.

48.   Fire – deposition in Boston, MA, February 12, 2002, Rotando v.
      Atlantic Heating and Air Conditioning, David Groth, Cozen &
      O'Connor, plaintiff's attorney.

49.   Fire – deposition taken in Philadelphia, PA, February 22, 2002.
      Trial in Newark, NJ, May 9, 2002, O'Brien v. GEC Alstohm,
      Thomas McKay, Cozen & O'Connor, plaintiff's attorney.

Thomas W. Eagar
Litigation Identification
June 17, 2003
Page 6

50.    <u>Broken Steel Stud</u> – deposition in Los Angeles, CA, March 27, 2002, Souza v. Van Dorn DeMag, Craig Sears; Harrington, Foxx, Dubrow and Canter, defense attorney.

51.    <u>Electrical Fire</u> – deposition in Baltimore, MD, March 28, 2002, Hoon v. Lightolier, Peter Rossi, Cozen & O'Connor, plaintiff's attorney.

52.    <u>Fatigue Failure</u> – deposition in Philadelphia, PA, April 12, 2002. Trial in Philadelphia, PA, May 21, 2002, TCM v. Standard Steel, Bruce McKissock, McKissock & Hoffman, defendant's attorney.

53.    <u>Hydrogen Cracking</u> – trial in Clearfield, PA, April 23, 2002, Equimeter v. Charkan, James DeVittorio, Law Offices of James DeVittorio, defendant's attorney.

54.    <u>Metal Pan</u> – deposition in Cambridge, MA, May 3, 2002, Good v. Alcan. Paul Casteleiro, Law Offices of Paul Casteleiro, defendant's attorney.

55.    <u>Electrical Contacts</u> – hearing in Brownsville, TX, May 16, 2002, Manuel Cruz v. BRK Brands, Inc., James Heller, Cozen & O'Connor, defendant's attorney.  Deposition in Philadelphia, PA on June 20, 2002.

56.    <u>Automobile Accident</u> – deposition in Cambridge, MA, June 11, 2002, Stone v. Subaru, Shawn George, George and Lorsenson, plaintiff's attorney.

57.    <u>Fire</u> – trial in Whitehorse, Yukon, Canada, July 9 and 10, 2002, Trans North Turbo v. North 60 Petro, Rick Davison, Parlee McLaws, defendant's attorney.

58.    <u>Paint Adhesion</u> – deposition in Chicago, IL, September 11, 2002, Holden v. Wismarq, Kathy McCabe, Cassiday Schade & Gloor, defendant's attorney.

59.    <u>Fan Motor Failure</u> – deposition in Charlotte, NC, October 10, 2002, Automotive Parts Express v. Broan Nu-Tone, Tracey Eggleston, Cozen & O'Connor, plaintiff's attorney.

Thomas W. Eagar
Litigation Identification
June 17, 2003
Page 7

60.  Electrical Arc – deposition in Cambridge, MA, October 21, 2002, Great
     Northern Insurance v. Magnetek, Inc., Richard Bailey, Cozen &
     O'Connor, plaintiff's attorney.

61.  Weld Failure – deposition in Cambridge, MA, November 8, 2002, Brown
     v. Homes of Merit, Ren Werrenrath, Fisher Rushmer & Werrenrath,
     defense attorney.

62.  Copper Corrosion – trial in Cambridge, MA, November 18, 2002, Smith
     v. Gill Services, David Volkin, Fitzhugh, Parker & Alvaro, defendant's
     attorney.

63.  Bolt Failure – deposition in Cambridge, MA, December 11, 2002, Boettge
     v. Karis Family Enterprises, Kathy McCabe, Cassiday Schade & Gloor,
     defendant's attorney.

64.  Aircraft Engine Failure – trial in Cambridge, MA, January 30, 2003,
     Snyder v. Superior Air Parts, David Cook, Kreindler and Kreindler,
     plaintiff's attorney.

65.  Compressed Gas Tank Failure – deposition in Milwaukee, WI, February
     11, 2003, Choates v. Western Industries, Mark Foley, Foley & Lardner,
     defense attorney.

66.  Explosion – deposition in Dallas, TX, March 5, 2003, Cain Foods v.
     Whirlwind, Duane Hermes, Hermes Sargent Bates, defendant's attorney.

67.  Electrical Contacts – deposition in Philadelphia, PA, March 7, 2003,
     Morales v. BRK, Jim Heller, Cozen & O'Connor, defendant's attorney.

68.  Helicopter Mishap – deposition in Cambridge, MA, April 2, 2003,
     Auerbach v. Cav-Air, Greg Palmer, Wicker Smith O'Hara, McCoy
     Graham & Ford, defense attorney.

69.  Ladder Mishap – deposition in Boston, MA, April 3, 2003; hearing on
     April 14, 2003 in Boston, MA, Erickson v. Werner, Brian Voke, Campbell
     Campbell Edwards & Conroy, defense attorney.

70.  Grinding Wheel Mishap – telephonic deposition in Cambridge, MA, April
     14, 2003, Zach Wamsley v. CSC Holding Corporation, John Turner,
     Turner & Sweeney, plaintiff's attorney.

Thomas W. Eagar
Litigation Identification
June 17, 2003
Page 8

71.   Electric Motor Failure – deposition in Philadelphia, PA, on April 16,
      2003, Lapp v. Emerson Electric, Marty Duffey, Cozen & O'Connor,
      plaintiff's attorney.

72.   Electrical Fire – deposition in Boston, MA, April 29, 2003 and May 20,
      2003, Freidlander v. Bunker Electric, Jim Cullen, Cozen & O'Connor,
      plaintiff's attorney.

73.   Electrical Cable Failure – deposition in Newark, NJ, May 13, 2003 and
      deposition in Cambridge, MA, May 19, 2003, PSE&G v. Co-Steel,
      Andrew Gibbs, Cozen & O'Connor, defendant's attorney.

74.   Hose Coupling Failure – deposition in Albany, NY, May 14, 2003,
      Citicorp v. Dustbusters, David Groth, Cozen & O'Connor, plaintiff's
      attorney.

75.   Gas Explosion – deposition in New York City, NY, May 23, 2003, Shalit
      v. Apple Tree Construction, Michael Sommi, Cozen & O'Connor,
      plaintiff's attorney.

76.   Welding Fume – trial in New York City, June 17, 2003, Gomez v. Lincoln
      Electric Company, Jay Maylish, Kaye Scholer, defendant's attorney.

# FEE SCHEDULE

## DR. THOMAS W. EAGAR

All work including investigative, deposition
and trial                                          $325.00/hour plus expenses

## WORK PERFORMED BY STAFF

Senior Engineer                            $150.00/hour

Engineer                                   $100.00/hour

Administrative Support                     $ 60.00/hour



THOMAS W. EAGAR, Sc.D., P.E.
ROOM 4-136
MASSACHUSETTS INSTITUTE OF TECHNOLOGY
CAMBRIDGE, MA 02139-4307
617-253-3229
FAX 617-252-1773

June 27, 2003

Cozen & O'Connor
2300 Bankone Center
1717 Main Street
Dallas, Texas 75201-7335

Attention:    Wes Vines

RE:    Valley Diagnostics

Dear Mr. Vines,

At your request, I have investigated the failure of an American Standard toilet valve, which failed at Valley Diagnostics causing extensive damage. My investigation has consisted of the following:

1.  Inspection visually and with aided magnification of the failed valve.

2.  Review of photographs of the valve as installed in the water closet after the failure.

3.  Review of the scientific literature.

4.  Review of chemical analysis of valve plastic as reported by Paul L. Carper of Verite Forensic Engineering.

Based upon this investigation, I have made the following observations and I have formed the following opinions within a reasonable degree of engineering certainty.

1.  The incident valve is made of acetal plastic.

2.  Acetal plastic is susceptible to degradation and environmentally assisted cracking in waters containing chlorine or other halogens at relatively low concentrations.

3.  One manufacturer of acetal toilet valves indicates that chlorine concentrations greater than 30 ppm are harmful to the acetal plastic.

4.  The Nalco Water Handbook notes that the Mississippi River at Vicksburg, MS contains more than 30-ppm chlorine.

5.  The acetal plastic of the incident valve is severely degraded. It has changed from medium gray to white. The surface is rough and has the texture of a dried riverbed. There is an extensive crack, the fracture surfaces of which have turned white due to exposure.

Wes Vines
June 27, 2003
Page Two

6. *Chemical Resistance*, Volume 1, of the Plastics Design Library 1994, rates acetal as susceptible to cracking, oxidation of the plasticizer, softening, swelling and surface hardening when exposed to calcium hypochlorite.

7. Plastics have strength and toughness ratios which are 10 to 100 times lower than common metals, such as brass, used in plumbing fixtures. (See e.g. M.F. Ashby, *Materials Selection in Mechanical Design.*)

Based upon this investigation, it is my opinion that the toilet valve failed due to environmentally assisted cracking and deterioration of the plastic due to exposure to the warm, chlorine containing water in the water supplies of the Rio Grande Valley. Since these temperatures and salinity levels are normal and expected in a number of municipal water supplies throughout the United States, this toilet valve was defectively designed and is unreasonably dangerous for use in its intended application. There were no warnings attached or molded into the incident valve alerting the user of these foreseeable hazards.

These opinions are based upon the information available. If further information becomes available, such information will also be considered.

Sincerely yours,

Thomas W. Eagar

jh

BCS

BUCHANAN CLARKE SCHLADER LLP
c e r t i f i e d   p u b l i c   a c c o u n t a n t s

### Kurt E. Harms, CPA

Kurt Harms is a partner with Buchanan Clarke Schlader, LLP a national Certified Public Accounting firm, which specializes in forensic accounting services. Mr. Harms holds a bachelors degree in business administration, with a specialization in accounting. He is a Certified Public Accountant in the states of New Jersey and Texas, and is a member of the American Institute of Certified Public Accountants, the New Jersey Society of Certified Public Accountants and the Texas Society of Certified Public Accountants. He is an expert in forensic accounting. A copy of Mr. Harms' curriculum vitae is attached as Exhibit A. He has not published any articles in the past 10 years.

Mr. Harms has formed an opinion as to the business income loss value as a result of the loss that occurred on March 4, 2001 in Harlingen, Texas. Mr. Harms bases his opinions on the analysis performed on the financial information submitted by Valley Diagnostics Clinic. Mr. Harms further bases his opinions on his education, experience in measuring business income losses and accounting functions performed during his analysis. Mr. Harms has relied upon the documents enclosed and as listed on Exhibit B.

Mr. Harms has testified in the following cases in the past four years, Vanderver vs. Hartford Insurance Company (May 2000), G. Hirsch vs. Chubb Group of Insurance Companies (April 1999 and July 2000), Riceland Foods vs. Kentucky Tennessee Clay (March 2001), OPPD vs. Siemens AG and Argus Gesellschaft (August and December 2001) Matchmaker.com vs. Bedford Central Joint Venture (December 2002) and Oakridge Baptist Church v. Utica National Insurance Company (June 2003).

Mr. Harms is being compensated at the rate of $175 per hour for consulting and testifying services related to this case.

Mr. Harms reserves the right to supplement this report as necessary pursuant to Federal Rule of Civil Procedure 26(e)(2).

Kurt E. Harms



ALBUQUERQUE        ATLANTA        DALLAS

HOUSTON        INDIANAPOLIS        KANSAS CITY        NEW YORK

**BCS**

**BUCHANAN CLARKE SCHLADER LLP**

c e r t i f i e d   p u b l i c   a c c o u n t a n t s

John Bu.....

Michael C:

Diana :''

Suzanne Fran:

Ashley ...

Kurt ...

Peter ...

Steven ...

David ...

## Exhibit A

# Kurt E. Harms

| | |
|---|---|
| **Summary of qualifications** | ▪ Professional accountant since 1985.  Domestic and international experience in the field of forensic accounting and investigative auditing.  Consultation and expertise in the measurement of economic damages in both property and liability insurance claims as well as commercial litigation. |
| | ▪ Significant experience attained in the measurement of financial damages concerning manufacturing operations throughout the world. |
| | ▪ Expert testimony experience in deposition and at trial. |
| | ▪ Clients include law firms, corporations, sole proprietorships, partnerships and major commercial and casualty insurance companies. |
| | ▪ Fraud detection training obtained from the United States Treasury Department.  Experience in detection of tax avoidance, corporate employee fidelity and embezzlement. |

| | | |
|---|---|---|
| **Professional experience** | **May 1, 1999 onwards**<br>**Partner** | **Buchanan Clarke Schlader, LLP**<br>**Dallas, Texas** |
| | **January 1 to April 30, 1999**<br>**Partner** | **Baliban Clarke Schlader, LLP**<br>**Dallas, Texas** |
| | **September 1990 to**<br>**December 1998**<br>**Manager** | **Campos & Stratis, LLP**<br>**Dallas, Texas** |

▪ Worked on numerous commercial and industrial insurance losses both domestically and internationally.
▪ Attained forensic, auditing and accounting skills during progression from hire date to present.
▪ Significant experience in measuring manufacturing losses involving business interruption and extra expense.
▪ Assisted general adjusters, engineers and contractors in determining methods to mitigate business interruption losses.
▪ Performed various physical inventory counts and valuations of both in site and out of site inventory losses for raw materials, work in process and finished goods.



**BUCHANAN CLARKE SCHLADER LLP**
certified public accountants

| | |
|---|---|
| **1985 – 1990** | **Internal Revenue Service** |
| **Revenue Agent** | **Newark, New Jersey** |

Audited Federal Income tax returns of corporations, partnerships and individuals to ascertain their correct federal tax liability and compliance with tax laws. Assisted Criminal Investigations Division and District Council in investigating and testifying on criminal tax matters. Developed an expertise of income tax laws, audit skills, effective interviewing techniques, fraud detection, and indirect methods of verifying the accuracy of books and records. Applied accounting and auditing techniques in re-construction and corroboration of taxpayer financial statements, tax returns and documents. Instructor of computer classes and revenue training.

**Education and qualifications**

| | |
|---|---|
| **1982 – 1987** | **Glassboro State College** |
| | **Glassboro, New Jersey** |

Bachelor of Science—Business Administration
Concentration in Accounting

**Certified Public Accountant**
- Texas 1991, Certificate Number 56179
- New Jersey 1991, Certificate Number 19687

**Additional professional activities**

Provided seminars to insurance personnel and professionals with in the insurance industry. Topics have included basic and intermediate business interruption measurements, and inventory losses. Seminars also given to the Texas Arson Society and various other professional groups.

**Summary of experience**

Petrochemical industries, energy, telecommunications, manufacturing, retail, banking and financial institutions, real estate, technology, semiconductor and computer industries, restaurants and food distribution, automobile dealerships, hotel and hospitality, insurance brokerage, professional practices, clothing and fashion.

**Professional affiliations**
- American Institute of Certified Public Accountants
- Texas Society of Certified Public Accountants
- New Jersey Society of Certified Public Accountants

B|C|S    BUCHANAN CLARKE SCHLADER LLP
certified public accountants

## Exhibit B

List of documents relied upon:

1. Detailed Trial Balance – General Ledger for the radiology salaries, benefits – FICA, for the period November 1, 2000 through January 18, 2002.

2. Detailed Trial Balance – General Ledger for the radiology - supplies – medical for the period November 1 through December 31, 2000 and March 3 through June 11, 2001, radiology – supplies – other for the period November 1 through December 31, 2000, January 1 through 31, 2001 and  March 5 through June 7, 2001, radiology – supplies – film for the period November 1 through December 31, 2000, January 1 through 31, 2001 and November 1 through December 31, 2000, January 1 through 31, 2001 and March 14 through June 6, 2001 and radiology – supplies, instruments and equipment for March 1, 2001, radiology – other fees – license for the period November 1 through December 31, 2000, radiology – other fees – outside services for the period November 1 through December 31, 2000 and January 1 through 31,  2001 and radiology – repairs and maintenance – general for January 1 through 31, 2001.

3. Correspondence between our firm and Valley Diagnostics Clinic.

4. Daily radiology charges by CPT for the period March 5, 2001 through January 31, 2002.

5. Radiology charges and collections by month for January 2000 through February 2002.

6. Monthly consolidated income statement for Valley Diagnostic Clinic for November 2000 through January 2001 and July 2001.  This statement includes the current month, same month last year, year to date and year to date last year.

**BCS**

**BUCHANAN CLARKE SCHLADER LLP**

certified public accountants

ALBUQUERQUE        ATLANTA        DALLAS
HOUSTON        INDIANAPOLIS        KANSAS CITY        NEW YORK

John Buchanan
Michael Clarke
Diana Ebling
Suzanne Francisco
Ashley Hansen
Kurt Harm
Peter Jone
Steven Meil
David Schlade

June 24, 2003

Wes Vines, Esquire
Cozen & O' Connor
2300 Bankone Center
1717 Main Street
Dallas, Texas 75201-7335

Re:     Valley Diagnostics Clinic
        Harlingen, Texas
        Business Income Loss
        Date of Loss:          March 4, 2001
        Claim Number:          64673311P6
        Our File Number:       76030

Dear Mr. Vines:

The purpose of this report is to evaluate the above-captioned matter and to state our findings and opinions thereon. Our analysis was limited to the scope of work outlined by the adjuster and to the available books, records and information that we considered pertinent and necessary to evaluate the claim. Use of this report is strictly limited to you and your principals involved in the above-captioned matter. The following comments relate to the extent of our work and the results of our analysis.

**Background**

Valley Diagnostics Clinic operates a medical clinic in Harlingen, Texas. We understand that on March 4, 2001, the facility was damaged by water resulting in the partial shutdown of the radiology department. As a result, Valley Diagnostic Clinic states that they have suffered a business income loss however no claim has been provided to our office. We have been requested to provide an analysis of the business income loss for the period of March 4 through December 31, 2001.

**Conclusion**

Based on our analysis of the available books, records and information provided to-date, we calculate a business income loss for March 4 through December 31, 2001 totaling $66,515, as shown on Schedule 1. Our analysis considers the decreased revenue as a result of the partial shutdown of the radiology department, the continuing expenses, actual technician payroll costs



and the co insurance provision provided by the policy in effect at the time of the loss.  Please note that we have not compiled, reviewed or audited the statements and financial information provided to us by Valley Diagnostics Clinic and accordingly do not comment on their accuracy. The statements provided are the reflection of the financial condition as presented by Valley Diagnostics Clinic.  Our firm has not undertaken any procedures to determine the accuracy of these reports, thus any errors, omissions or mistakes in the presentation of these reports are responsibility of Valley Diagnostics Clinic.

We attach the CV for Kurt Harms, Partner who authored this report, as Exhibit A.  The documents relied upon to arrive at our conclusions are listed on Exhibit B.  The Schedules prepared by this firm to arrive at our conclusions are provided with this report.  We trust the above explanation and attached exhibits are clear.  However should you require additional information please feel free to contact Kurt Harms at our office.

We provide our findings in the following paragraphs and attached schedules.

<u>**Analysis**</u>

**Projected daily charges**

. In order to determine the historical charges and collections we requested access to the financial information for the Radiology Department, which was operated by Dr. Moldonado.  It is our understanding that Dr. Moldonado practice was the most severely affected area of the clinic. Mr. Rod Miller, Executive Director of Valley Diagnostic Clinic provided us with the radiology department monthly charges (amounts billed for services performed) and collections (amounts collected for services performed) for the period January 2000 through February 2001, as shown on Schedule 2.  Charges during this period of time equate to $3,471,986, which when divided by the number of operating days (295) yields an average daily charge of $11,769, as shown on Schedule 2 and summarized on Schedule 1.  Based upon our analysis of the monthly charges, it does not appear that seasonality is a factor in the ability to generate revenue.  Accordingly, we use the historical average daily charge to project charges during the period of restoration.

**Lost charges**

We obtained the number of days in each month the clinic was open for the period March 4 through December 30, 2001, as shown on Schedule 1.  Multiplying the daily average charge of $11,769 by the number of days in the loss period (209) yields projected charges of $2,459,721. We were provided the daily general ledger – radiology charges for the same period of time, which indicates that the clinic achieved charges totaling $818,562, as shown on Schedule 3 and summarized by month on Schedule 1.  We understand that some operating equipment was relocated to temporary offices and rental equipment was brought to the clinic to mitigate the

BᴵCᴵS    BUCHANAN CLARKE SCHLADER LLP
certified public accountants

**Mr. Wes Vines**
**June 24, 2003**                                      3

loss of revenue. Subtracting the charges achieved from the projected charges of $2,459,721 yields lost charges of $1,641,159, as shown on Schedule 1.

### Charges vs. collections

As with most doctor offices, it is common that charges are reduced by insurance companies for office visits and procedures performed as well as balance due from patients are written off due to the inability to collect. Accordingly, not all amounts charged can be collected from patients or their insurance companies due to limitations of coverage or limits on the types of services provided. Utilizing the historical charges and collection information, we compute fees collected for the fourteen months ended February 28, 2001 of $2,010,260, as shown on Schedule 2. Dividing this amount by the charges billed for the same period of $3,471,986 yields a collection rate of 57.90%, as summarized on Schedule 1 and detailed on Schedule 2. Applying this rate to reduced charges of $1,641,159, yields collectible reduced revenue of $950,231 for the period March 4 through December 31, 2001, as shown on Schedule 1.

### Business income value and rate

Valley Diagnostic Clinic does not prepare income statements for the individual operating departments. Accordingly, we utilize the Detail Trial Balance – General Ledger for the radiology department to determine the operating expenses for the twelve months ended December 31, 2000. We utilize the historical collections to determine the revenue received for the twelve months ended December 31, 2000. Please note that we did not audit or compile this information and, therefore, do not comment on its accuracy. However, we utilize this information to calculate a business income rate (net income plus fixed and continuing expenses expressed as a percentage of revenue collected) of 73.49%, as summarized on Schedule 1 and detailed on Schedule 4. Please note that we have not continued any portion of the payroll expense as we were provided the actual continuing payroll and benefits during the period of interruption, as discussed in the following paragraph. Applying this rate to reduced revenue of $950,231 yields a business income loss, prior to consideration of continuing payroll expenses, totaling $698,325 for the period March 4 through December 31, 2001, as shown on Schedule 1.

### Continuing payroll expense

Valley Diagnostic Clinic, the radiology department in particular, continued to pay its key employees – Registered Vascular Ultrasonographer, Nuclear Medicine Technologists, Registered Radiological Technologists and Certified Scan Technologists during the period of interruption. These employees and the radiology staff also assisted in restoring confidential patient records and examined x-ray film to determine if it could still be used in patient related matters. We obtained the bi-weekly general ledger payroll expenses and benefits (FICA) for the pre and post loss period. Based upon the payroll expenses for the periods ended November 13, 2000 through February 16, 2001, payroll expenses for the radiology department averaged $10,584 / pay period, as shown on Schedule 5. We confirmed that during the period of

B|C|S    BUCHANAN CLARKE SCHLADER LLP
                                        certified public accountants

**Mr. Wes Vines**
**June 24, 2003**                    4

restoration, bi-weekly payroll expenses did not exceed this amount. As shown on Schedule 5, we list the payroll and benefits incurred for each pay period and monthly total. We utilize these totals to determine the actual payroll expenses during the loss period of $182,119, as shown on Schedule 1. Since some technicians and radiology staff personnel were working with patients that ultimately generated revenue, a portion of the payroll expenses should not be considered as expenses associated with the business income loss. As shown on Schedule 8, we compare the projected charges to the actual charges achieved to yield the lost charges. Dividing the lost charges by the projected charges yields the percentage of lost revenue, which when multiplied by the actual continuing payroll expenses on a monthly basis yields the lost portion of payroll expense. As shown on Schedule 1, we provide the percentage of lost revenue and continuing payroll expenses on a monthly basis, which yields a total of continuing payroll expenses related to the loss event totaling $121,844.

Combining the business income loss (excluding payroll as a continuing expense) of $698,325 and the loss related continuing payroll expenses of $121,844 yields a total loss value of $820,169, as shown on Schedule 1.

## Co-insurance value and collectible percentage

The policy in effect at the time of loss provides a business income loss limit of $562,000 with 80% coinsurance for Valley Diagnostics Clinic. We obtained the consolidated income statement for the twelve months ended January 31, 2001, as shown on Schedule 7. Please note that we did not audit or compile this information and, therefore, do not comment on its accuracy. However, we utilize this information to calculate a gross earnings rate, which is the net income plus all expenses that are insured under the policy at the time of loss excluding materials and supplies consumed during the treatment of patients and goods or services purchased from others and consumed in the treatment of patients totaling $8,667,087, as shown on Schedule 7. Multiplying this amount by the co-insurance percentage of 80% yields the value at risk of $6,933,670, as shown on Schedule 6. Dividing the policy limit of $562,000 by the value at risk of $6,933,670 yields the collectible percentage of 8.11%, as summarized on Schedule 1 and detailed on Schedule 6. Multiplying the collectible percentage of 8.11% by the combined business income loss yields a collectible loss value of $66,515, as shown on Schedule 1.

## Summary

Based on our analysis of the available books, records and information provided to-date, we calculate a business income loss for March 4 through December 31, 2001 totaling $66,515, as shown on Schedule 1. Our analysis considers the decreased revenue as a result of the partial shutdown of the radiology department, the continuing expenses, actual technician payroll costs and the co insurance provision provided by the policy in effect at the time of the loss. Please note that we have not compiled, reviewed or audited the statements and financial information provided to us by Valley Diagnostics Clinic and accordingly do not comment on their accuracy. The statements provided are the reflection of the financial condition as presented by Valley

**B|C|S**    BUCHANAN CLARKE SCHLADER LLP
certified public accountants

**Mr. Wes Vines**
**June 21, 2003**                                   **5**

Diagnostics Clinic. Our firm has not undertaken any procedures to determine the accuracy of these reports, thus any errors, omissions or mistakes in the presentation of these reports are responsibility of Valley Diagnostics Clinic.

We trust the foregoing comments and attached schedules are clear. However, should you require any clarification from our workpapers please feel free to contact Kurt Harms at our office.

Very truly yours,

**Buchanan Clarke Schlader LLP**
Certified Public Accountants

**BCIS** — BUCHANAN CLARKE SCHLADER LLP · certified public accountants

Schedule 1

CNA Insurance Companies
Re: Valley Diagnostics Clinic
Date of Loss: March 4, 2001

**Analysis of Business Income Loss**
**March 4, 2001 through December 31, 2001**
**Radiology Department**
**As Calculated**

| | June 1 through 30, 2001 | July 1 through 31, 2001 | August 1 through 31, 2001 | September 1 through 30, 2001 | October 1 through 31, 2001 | November 1 through 30, 2001 | December 1 through 31, 2001 | Total | Schedule reference |
|---|---|---|---|---|---|---|---|---|---|
| | $11,769 | $11,769 | $11,769 | $11,769 | $11,769 | $11,769 | $11,769 | $11,769 | 2 |
| | 21 | 21 | 23 | 19 | 23 | 20 | 19 | 209 | 3 |
| | 247,149 | 247,149 | 270,687 | 223,611 | 270,687 | 235,380 | 223,611 | 2,459,721 | 3 |
| | 98,823 | 90,934 | 93,935 | 90,524 | 78,485 | 115,188 | 73,812 | 818,562 | |
| | 148,326 | 156,215 | 176,752 | 133,087 | 192,202 | 120,192 | 149,799 | 1,641,159 | 2 |
| | 57.90% | 57.90% | 57.90% | 57.90% | 57.90% | 57.90% | 57.90% | 57.90% | |
| | 85,881 | 90,448 | 102,339 | 77,057 | 111,285 | 69,591 | 86,734 | 950,231 | 4 |
| | 73.49% | 73.49% | 73.49% | 73.49% | 73.49% | 73.49% | 73.49% | 73.49% | |
| | 63,114 | 66,470 | 75,209 | 56,629 | 81,783 | 51,142 | 63,741 | 698,325 | |
| | 18,045 | 15,831 | 23,892 | 14,768 | 15,234 | 17,797 | 19,653 | 182,119 | 5 |
| | 60.01% | 63.21% | 65.30% | 59.52% | 71.01% | 51.06% | 66.99% | | 8 |
| | 10,830 | 10,006 | 15,601 | 8,789 | 10,817 | 9,088 | 13,166 | 121,844 | |
| | 73,944 | 76,476 | 90,810 | 65,418 | 92,600 | 60,230 | 76,907 | 820,169 | 6 |
| | 8.11% | 8.11% | 8.11% | 8.11% | 8.11% | 8.11% | 8.11% | 8.11% | |
| | $5,997 | $6,202 | $7,365 | $5,305 | $7,510 | $4,885 | $6,237 | $66,515 | |
| | $29,011 | $35,213 | $42,578 | $47,883 | $55,393 | $60,278 | $66,515 | | |

*Accompanying text is an integral part of this report.*

**B|C|S**
BUCHANAN CLARKE SCHLADER LLP
c e r t i f i e d   p u b l i c   a c c o u n t a n t s

CNA Insurance Companies                                      Schedule 2
Re: Valley Diagnostics Clinic
Date of Loss: March 4, 2001

**Analysis of Charges and Collections**
**Radiology Department**
**For The Period January 2000 Through February 2001**
**As Calculated**

| Description | Charges | Collections | Collections as a % of charges |
|---|---|---|---|
| January 2000 | $214,942 | $143,529 | 66.78% |
| February | 280,097 | 128,480 | 45.87% |
| March | 279,515 | 176,671 | 63.21% |
| April | 217,674 | 131,886 | 60.59% |
| May | 234,540 | 132,235 | 56.38% |
| June | 212,441 | 133,613 | 62.89% |
| July | 265,560 | 132,365 | 49.84% |
| August | 242,560 | 150,977 | 62.24% |
| September | 218,689 | 134,798 | 61.64% |
| October | 218,689 | 157,708 | 72.12% |
| November | 250,034 | 125,137 | 50.05% |
| December | 249,937 | 136,809 | 54.74% |
| January 2001 | 301,203 | 156,166 | 51.85% |
| February | 286,105 | 169,886 | 59.38% |
| Total | 3,471,986 | 2,010,260 | 57.90% |
| Divided by number of operating days (A) | 295 | 295 | |
| Daily average | $11,769 | $6,814 | 57.90% |

(A) Valley Diagnostic Clinic informed us that the radiology department worked 253 days for the period January through December 2000 and 42 days for the period January through February 2001, or a combined total of 295 days for the period January 2000 through February 2001.

*Accompanying text is an integral part of this report.*

BCS

**BUCHANAN CLARKE SCHLADER LLP**
certified public accountants

CNA Insurance Companies                                    Schedule 3
Re:  Valley Diagnostics Clinic
Date of Loss:  March 4, 2001

**Analysis of Actual Charges**
**As Calculated**

| Day of month | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | $0.00 | $4,923.00 | $3,643.00 | $0.00 | $7,599.25 | $0.00 | $1,119.00 | $4,695.00 | $0.00 |
| 2 | | 2,828.00 | 4,607.00 | 0.00 | 6,822.00 | 5,647.50 | 0.00 | 2,413.00 | 4,572.00 | 0.00 |
| 3 | | 1,667.00 | 2,472.00 | 0.00 | 5,207.00 | 6,043.00 | 0.00 | 2,300.00 | 0.00 | 6,003.59 |
| 4 | | 2,006.00 | 1,327.00 | 4,448.00 | 0.00 | 0.00 | 4,443.12 | 2,361.00 | 0.00 | 5,865.00 |
| 5 | $4,161.00 | 1,725.00 | 0.00 | 3,619.00 | 3,267.00 | 0.00 | 8,571.00 | 2,087.00 | 6,071.00 | 5,818.00 |
| 6 | 6,980.00 | 1,985.00 | 0.00 | 5,061.00 | 3,334.00 | 3,712.00 | 5,799.00 | 0.00 | 6,765.50 | 3,500.00 |
| 7 | 2,272.00 | 0.00 | 1,592.00 | 5,214.00 | 0.00 | 4,540.00 | 6,429.00 | 0.00 | 8,255.00 | 4,051.00 |
| 8 | 1,528.00 | 0.00 | 2,477.00 | 2,728.00 | 0.00 | 2,844.00 | 0.00 | 4,159.87 | 7,820.00 | 0.00 |
| 9 | 2,625.00 | 1,230.00 | 2,446.00 | 0.00 | 4,054.00 | 2,643.00 | 54.00 | 2,727.00 | 6,291.59 | 0.00 |
| 10 | 0.00 | 1,788.00 | 4,122.00 | 0.00 | 3,990.00 | 2,835.00 | 4,825.00 | 2,963.00 | 0.00 | 3,852.00 |
| 11 | 0.00 | 1,132.00 | 2,442.00 | 8,211.00 | 3,944.00 | 0.00 | 5,888.00 | 1,347.00 | 0.00 | 3,829.00 |
| 12 | 750.00 | 1,956.00 | 0.00 | 5,869.00 | 3,068.18 | 0.00 | 5,356.00 | 1,952.00 | 3,922.00 | 4,832.00 |
| 13 | 936.00 | 1,073.00 | 0.00 | 6,167.00 | 2,608.09 | 3,798.00 | 5,155.00 | 54.00 | 5,064.50 | 4,298.75 |
| 14 | 2,085.00 | 0.00 | 2,997.00 | 1,029.00 | 0.00 | 5,307.00 | 5,616.00 | 0.00 | 5,588.00 | 4,881.00 |
| 15 | 2,655.00 | 0.00 | 4,027.00 | 2,830.00 | 0.00 | 7,651.00 | 0.00 | 2,174.00 | 4,966.00 | 0.00 |
| 16 | 2,205.00 | 3,569.00 | 3,106.00 | 0.00 | 2,065.00 | 2,359.00 | 0.00 | 2,438.00 | 7,521.00 | 0.00 |
| 17 | 0.00 | 1,766.00 | 4,347.18 | 0.00 | 4,709.00 | 3,321.00 | 3,522.00 | 1,839.00 | 0.00 | 3,398.75 |
| 18 | 0.00 | 2,143.00 | 3,564.41 | 3,449.00 | 4,682.25 | 0.00 | 5,371.00 | 3,191.00 | 0.00 | 3,115.00 |
| 19 | 1,401.00 | 3,991.00 | 0.00 | 5,883.00 | 4,783.00 | 0.00 | 2,307.00 | 3,352.09 | 6,394.00 | 2,610.00 |
| 20 | 2,067.00 | 5,453.00 | 0.00 | 3,598.00 | 4,303.00 | 4,205.00 | 5,882.00 | 0.00 | 3,481.00 | 3,412.00 |
| 21 | 2,025.00 | 0.00 | 2,602.00 | 5,785.00 | 0.00 | 2,697.00 | 6,583.00 | 0.00 | 5,594.50 | 3,752.00 |
| 22 | 1,987.00 | 0.00 | 3,525.00 | 6,348.00 | 0.00 | 4,263.00 | 0.00 | 4,341.00 | 0.00 | 0.00 |
| 23 | 1,775.00 | 2,971.00 | 3,518.00 | 0.00 | 3,897.00 | 3,166.00 | 0.00 | 4,856.00 | 0.00 | 0.00 |
| 24 | 0.00 | 2,873.41 | 3,841.09 | 0.00 | 5,919.00 | 4,723.00 | 4,467.00 | 5,302.09 | 0.00 | 0.00 |
| 25 | 0.00 | 4,333.00 | 3,481.00 | 5,432.00 | 5,681.00 | 0.00 | 3,304.00 | 4,074.00 | 0.00 | 0.00 |
| 26 | 2,573.50 | 3,100.00 | 0.00 | 3,737.00 | 3,321.00 | 0.00 | 2,545.00 | 5,283.00 | 5,525.00 | 2,713.00 |
| 27 | 2,819.00 | 3,786.00 | 0.00 | 4,951.00 | 5,367.00 | 3,954.00 | 1,776.00 | 0.00 | 4,588.00 | 3,122.00 |
| 28 | 2,322.00 | 0.00 | 0.00 | 5,593.00 | 0.00 | 2,255.00 | 2,631.00 | 0.00 | 7,783.00 | 2,815.00 |
| 29 | 1,714.00 | 0.00 | 4,985.00 | 5,228.00 | 0.00 | 4,546.00 | 408 | 5,798.09 | 5,373.00 | 0.00 |
| 30 | 2,414.00 | 2,276.00 | 0.00 | 0.00 | 3,598.00 | 2,463.00 | 0.00 | 6,025.00 | 4,917.50 | 0.00 |
| 31 | | | 4,705.00 | | 6,314.09 | 3,363.00 | 0.00 | 6,329.00 | | 1,944.00 |
| **Total** | **$47,294.50** | **$53,651.41** | **$75,914.68** | **$98,823.00** | **$90,933.61** | **$93,934.75** | **$90,524.12** | **$78,485.14** | **$115,187.59** | **$73,812.09** |
| Number of operating days | 20 | 21 | 22 | 21 | 21 | 23 | 19 | 23 | 20 | 19 |

(A) Source: General Ledger - daily radiology charges

*Accompanying text is an integral part of this report.*

BCS

**BUCHANAN CLARKE SCHLADER LLP**
certified public accountants

CNA Insurance Companies
Re: Valley Diagnostics Clinic
Date of Loss: March 4, 2001

Schedule 4

**Analysis of Business Income Value and Rate**
**Radiology Department**
**Based Upon The Twelve Months Ended December 31, 2000**
**As Calculated**

| Description | Amount | Percentage of revenue | Business income Value | Business income Rate |
|---|---|---|---|---|
| Revenue (A) | $1,684,208 | 100.00% | $1,684,208 | 100.00% |
| | | | | |
| Less: expenses: | | | | |
| Salaries - technicians | 234,752 | 13.94% | | |
| Benefits - FICA | 17,482 | 1.04% | | |
| Supplies: | | | | |
| Medical | 69,511 | 4.13% | | |
| Other | 16,862 | 1.00% | | |
| Film | 19,229 | 1.14% | | |
| Instruments and equipment | 14,757 | 0.88% | | |
| Other fees: | | | | |
| License | 2,022 | 0.12% | $2,022 | 0.12% |
| Outside services | 12,156 | 0.72% | | |
| Travel and entertainment | 1,319 | 0.08% | 1,319 | 0.08% |
| Education | 1,363 | 0.08% | 1,363 | 0.08% |
| Meals and entertainment | 14 | 0.00% | 14 | 0.00% |
| Repairs and maintenance - general | 61,742 | 3.67% | | |
| Subtotal | 451,209 | 26.79% | | |
| | | | | |
| Net income | $1,232,999 | 73.21% | 1,232,999 | 73.21% |
| | | | | |
| Net income plus fixed and continuing expenses | | | $1,237,717 | 73.49% |

(A)  Revenue is based upon actual collections for the twelve months ended December 31, 2000.  Refer to Schedule 2.

*Accompanying text is an integral part of this report.*

BCS
**BUCHANAN CLARKE SCHLADER LLP**
certified public accountants

CNA Insurance Companies
Re: Valley Diagnostics Clinic
Date of Loss: March 4, 2001

Schedule 5
Page 1 of 2

**Analysis of Continuing Payroll Expense**
**As Calculated**

| Payroll period | Gross pay | Benefits FICA | Combined total |
|---|---|---|---|
| 11/13/2000 | $9,506.56 | $704.88 | $10,211.44 |
| 11/24/2000 | 9,631.33 | 714.37 | 10,345.70 |
| 12/8/2000 | 9,333.21 | 691.63 | 10,024.84 |
| 12/22/2000 | 10,244.74 | 761.35 | 11,006.09 |
| 1/3/2001 | 10,137.31 | 750.12 | 10,887.43 |
| 1/19/2001 | 9,663.23 | 713.84 | 10,377.07 |
| 2/2/2001 | 10,026.49 | 741.66 | 10,768.15 |
| 2/16/2001 | 10,290.42 | 761.81 | 11,052.23 |
| Total | $78,833.29 | $5,839.66 | $84,672.95 |
| Average | $9,854.16 | $729.96 | $10,584.12 |
| March: | | | |
| 3/16/2001 | $9,844.21 | $727.67 | $10,571.88 |
| 3/30/2001 | 8,659.76 | 626.49 | 9,286.25 |
| Total | $18,503.97 | $1,354.16 | $19,858.13 |
| April: | | | |
| 4/13/2001 | $9,366.58 | $471.92 | $9,838.50 |
| 4/27/2001 | 9,168.34 | 678.56 | 9,846.90 |
| Total | $18,534.92 | $1,150.48 | $19,685.40 |
| May: | | | |
| 5/11/2001 | $7,998.01 | $589.89 | $8,587.90 |
| 5/25/2001 | 8,165.52 | 602.77 | 8,768.29 |
| Total | $16,163.53 | $1,192.66 | $17,356.19 |
| June: | | | |
| 6/8/2001 | $8,237.17 | $608.20 | $8,845.37 |
| 6/22/2001 | 8,566.00 | 633.24 | 9,199.24 |
| Total | $16,803.17 | $1,241.44 | $18,044.61 |
| July: | | | |
| 7/11/2001 | $7,810.31 | $576.40 | $8,386.71 |
| 7/25/2001 | 6,934.56 | 509.43 | 7,443.99 |
| Total | $14,744.87 | $1,085.83 | $15,830.70 |

*Accompanying text is an integral part of this report.*

BICIS | BUCHANAN CLARKE SCHLADER LLP
certified public accountants

CNA Insurance Companies                    Schedule 5
Re: Valley Diagnostics Clinic              Page 2 of 2
Date of Loss: March 4, 2001

**Analysis of Continuing Payroll Expense**
**As Calculated**

| Payroll period | Gross pay | Benefits FICA | Combined total |
|---|---|---|---|
| **August** | | | |
| 8/3/2001 | $7,259.95 | $534.33 | $7,794.28 |
| 8/17/2001 | 9,238.74 | 685.69 | 9,924.43 |
| 8/31/2001 | 5,734.28 | 438.67 | 6,172.95 |
| Total | $22,232.97 | $1,658.69 | $23,891.66 |
| **September** | | | |
| 9/17/2001 | $6,497.66 | $479.01 | $6,976.67 |
| 9/28/2001 | 7,254.84 | 536.95 | 7,791.79 |
| Total | $13,752.50 | $1,015.96 | $14,768.46 |
| **October** | | | |
| 10/12/2001 | $6,449.56 | $475.33 | $6,924.89 |
| 10/26/2001 | 7,735.03 | 573.70 | $8,308.73 |
| Total | $14,184.59 | $1,049.03 | $15,233.62 |
| **November** | | | |
| 11/9/2001 | $7,225.53 | $534.24 | $7,759.77 |
| 11/21/2001 | 9,341.51 | 696.13 | $10,037.64 |
| Total | $16,567.04 | $1,230.37 | $17,797.41 |
| **December** | | | |
| 12/7/2001 | $9,542.21 | $700.35 | $10,242.56 |
| 12/21/2001 | 8,767.09 | 643.57 | $9,410.66 |
| Total | $18,309.30 | $1,343.92 | $19,653.22 |

*Accompanying text is an integral part of this report.*

BCS

BUCHANAN CLARKE SCHLADER LLP
certified public accountants

CNA Insurance Companies                                      Schedule 6
Re: Valley Diagnostics Clinic
Date of Loss: March 4, 2001

**Analysis of Coinsurance Collectible Percentage**
**As Calculated**

| Description | Amount |
|---|---|
| Gross earnings value (A) | $8,667,087 |
| Times: coinsurance percentage | 80.00% |
| Value at risk | $6,933,670 |
| Policy limit | $562,000 |
| Collectible percentage | 8.11% |

(A) Refer to Schedule 7.

*Accompanying text is an integral part of this report.*



CNA Insurance Companies                                    Schedule 7
Re: Valley Diagnostics Clinic
Date of Loss: March 4, 2001

**Analysis of Gross Earnings Value**
**Based Upon The Twelve Months Ended January 31, 2001**
**As Calculated**

| Description | Amount | Percentage of revenue | Gross earnings |
|---|---|---|---|
| Revenue: | | | |
| Patient revenue | $9,583,237 | 95.99% | |
| Other | 400,219 | 4.01% | |
| Subtotal | 9,983,456 | 100.00% | |
| | | | |
| Less: operating expenses: | | | |
| Salaries - physicians | 3,399,326 | 34.05% | $3,399,326 |
| Salaries - staff | 2,557,619 | 25.62% | 2,557,619 |
| Fringe benefits | 599,708 | 6.01% | 599,708 |
| Supplies - medical | 419,050 | 4.20% | |
| Supplies - other | 359,420 | 3.60% | |
| Purchased services - referral lab | 114,570 | 1.15% | |
| Purchased services - transcriptions | 173,271 | 1.74% | |
| Repairs and maintenance | 88,126 | 0.88% | 88,126 |
| Utilities | 178,310 | 1.79% | 178,310 |
| Insurance | 229,234 | 2.30% | 229,234 |
| Legal | 83,913 | 0.84% | 83,913 |
| Recruitment/advertising | 143,609 | 1.44% | 143,609 |
| Computer/software support | 197,168 | 1.97% | 197,168 |
| Contractual services | 250,058 | 2.50% | |
| Other | 44,718 | 0.45% | 44,718 |
| Subtotal | 8,838,100 | 88.53% | |
| | | | |
| Operating income | 1,145,356 | 11.47% | |
| | | | |
| Less: capital expenses: | | | |
| Non-income taxes | 55,018 | 0.55% | 55,018 |
| Lease expense | 789,477 | 7.91% | 789,477 |
| Interest expense | 97,390 | 0.98% | 97,390 |
| Subtotal | 941,885 | 9.43% | |
| | | | |
| Net income | $203,471 | 2.04% | 203,471 |
| | | | |
| Gross earnings value | | | $8,667,087 |

*Accompanying text is an integral part of this report.*

CNA Insurance Companies
Re: Valley Diagnostics Clinic
Date of Loss: March 4, 2001

Analysis of Percentage of Decreased Daily C
March 4, 2001 Through December 31, 20
Radiology Department
As Calculated

| Description | March 4 through 31, 2001 | April 1 through 30, 2001 | May 1 through 31, 2001 | June 1 through 30, 2001 | July 1 through 31, 2001 | Aug through |
|---|---|---|---|---|---|---|
| Average daily charges | $11,769 | $11,769 | $11,769 | $11,769 | $11,769 | |
| Times: number of operating days | 20 | 21 | 22 | 21 | 21 | |
| Projected charges | 235,380 | 247,149 | 258,918 | 247,149 | 247,149 | |
| Less: actual charges | 47,295 | 53,651 | 75,915 | 98,823 | 90,934 | |
| Lost charges | $188,085 | $193,498 | $183,003 | $148,326 | $156,215 | |
| Decreased percentage of revenue | 79.91% | 78.29% | 70.68% | 60.01% | 63.21% | |

Accompanying text is an integral part of this


**Diagnostic Imaging Inc.**

Mr. Rod Miller, MBS, CMPE                                        March 16, 2001
Executive Director
Valley Diagnostic Clinic
2200 Haine Drive
Harlingen, Texas 78550

Dear Mr. Miller:

Thank you for the opportunity to visit with you and your facility. In doing so, we looked at all of the x-ray equipment and found that it had been saturated by water leaking from upstairs. We have very serious concerns about your equipment. These concerns are as follows:

1.  The equipment has very high voltage (480VAC). This is dangerous to work with under normal circumstances. Now that it has been saturated, I would not feel safe having my employees working with it. If this equipment is turned on, voltage could go anywhere, shorting out anything and/or everything.

2.  Moisture and condensation are two things we try to prevent in an x-ray department. There are fans in the equipment to keep it cool and in a dry environment. There are cables in the floor of each piece of equipment, which is still standing in water 4" deep. These cables have been saturated for more than one week, and are now, themselves, saturated with moisture.

3.  Diagnostic Imaging Inc. could not put any type of long or short term service contract on this equipment. Should we determine this equipment repairable it would be quite costly and it still may not function properly.

In closing, it is Diagnostic Imaging Inc.'s recommendation that this equipment not be turned on at all. The 480VAC should be disconnected from each piece of equipment A.S.A.P.

**THIS EQUIPMENT HAS THE POTENTIAL TO HARM EITHER THE OPERATOR OR THE PATIENT!!**

If there is anything we can do for you, please don't hesitate to call.

Sincerely,

Mark Mellen                                        Cc: Jeff Falcone
Service Leader                                          Account Manager

4701 Commercial Park Drive • Austin, Texas 78723 • (512) 929-9211 • Fax: (512) 926-0148



Mr. Rod Miller, MBS, CMPE                                    March 27, 2001
Executive Director
Valley Diagnostic Clinic
2200 Haine Drive
Harlingen, Texas 78550

Dear Mr. Miller:

The following is a detailed description of a few of the problems we typically see in the
scenario you are currently experiencing:

## CABLES:

Cable covers are permeable and will allow significant moisture to penetrate the jackets
covering the copper wires.  The electrical cables are covered with a PVC jacket.
Bundles of cables are contained within the main jacket.  Each of these internal cables
contain their own electrical insulating sheath of PVC.  In multiple-conductor cables, as
used in this type of equipment, many individual wires with their own PVC jackets are
wound about a central support binder made of paper or another material.  Outer winding
support binders are also commonly used to support the multi-conductor bundle.  When
electrical cable is exposed such as in a conduit filled with water, several problems
develop.

1. The water penetrates all PVC insulating jackets.
2. The binders absorb the water.
3. The electrical conductors (copper wire and RF shields) get soaked.

This results in:

1. The PVC insulation jackets retain significant moisture and are
   impossible to completely dry.  The insulating value of the PVC
   jackets are compromised.
2. The copper wires inside the jackets chemically react with the
   water and insulation and begin to corrode. This causes resistance
   to electrical signals and generates heat.  This heat causes
   additional corrosion and heat.  The excess resistance caused by
   the corrosion can eventually cause an electrical fire or an
   electrical failure.
3. There is no way to reverse this process once the cables have
   been exposed to water.  Repairs of cables exposed to water are
   made by the total replacement of the cables.

4040 Perrin Creek • Suite 220 • San Antonio, Texas 78217 • (210) 655-2160 • Fax (210) 655 1270

## HIGH TENSION TRANSFORMER:

The high-tension transformer converts high voltage/high current to very high voltage (150,000 volts)/medium currents. High voltage and water don't mix. The results of any mixture of moisture and high voltage are sudden and severe flashover (arcing), which can result in electrical and/or heat damage. This damage can occur suddenly and without warning to equipment, operators, patients or anyone/anything within the range of the electrical arc. If a high voltage transformer had water on its top surface, you can bet it found its way inside. There are several areas on a transformer that water can penetrate. Example: terminations, access covers, HV cable sockets, tank vent, etc.

Since a HV transformer is designed to hold oil in the tub-type configuration, and the transformer doesn't move, access to service these units is made only from the top side. Water draining into any of these many access points will cause catastrophic failure and risk for potential injury. There is no known way to remove water from the transformer's windings. A transformer exposed to water is only repaired by replacement.

## ELECTRICAL CONNECTORS:

There are numerous electrical cable connections throughout these systems. When water, copper, or dissimilar metals mix, corrosion is eminent. (Examples such as in a connector pin/PC board component and a PCB land on a solder connection.) This usually results in intermittent, failed or incorrect electrical operations. Manufacturers have environmental specifications that must be met to allow their components to work as designed. These usually are related to a percent of relative humidity and non-condensating moisture levels. If water (liquid) or humidity levels (water vapor) have been exceeded, the manufacturer knows failure is eminent.

## CONCLUSION:

Manufacturers of electrical equipment have specific environmental conditions that their equipment is designed to work within. They know that excessive moisture conditions will cause failed operations and major safety issues with their products. As a result of exceeding operational parameters, all vendors will void warranties and performance guarantees because they know reliability is severely compromised. I know of no manufacturer who would enter into a warranty or performance agreement, knowing equipment has been exposed to water. This equipment would normally be considered "condemned" by any public organization which considers safety of its patients, operators, and equipment reliability, as sources of concern.

Sincerely,

Mark Mellen
ServiceLeader

Jeff Falcone
Advanced Technology Specialist

 **Marshall Erdman & Associates**
Architecture ▪ Engineering ▪ Manufacturing ▪ Construction
3001 Summit Avenue, Suite 200  Plano, TX 75074  (972) 881-0582  Fax (972) 881-0314

3-12-01

Valley Diagnostic Clinic
2200 Haine Drive
Harlingen, TX 78550-8599
Rod Miller, Executive Director

Dear Rod:

Aside from the regrettable water leak situation, it was my pleasure to meet and talk with you last week. We are proud to have enjoyed a close working relationship with the Valley Diagnostic Clinic for over 20 years. We are also pleased to be of service to you regarding this incident.

After inspecting the facility with Keith Holm last week, and based on passed experience, we can make some definite conclusions regarding the condition of the water soaked area of the building. Most important of which is the strong possibility of mold and mildew growth within the wall cavity.

The wall construction used in your Erdman Building differs in several ways from standard construction. It consists of a steel stud wall with two layers of Sheetrock with vinyl covering on both sides. The walls are also insulated for sound control. This creates a strong, quiet wall assembly that is easily cleaned. It is however nearly impossible to dry if it becomes watersoaked due to the multi-layers of rock, vinyl surface, and insulation. A wet wall cavity is a perfect environment for rapid mold development.

Erdman has built over 4000 medical facilities in the last 50 years. On occasion some of these buildings have incurred water damage such as yours. It has been our experience that mold and mildew will most definitely develop in the wall but may not become evident for 2 to 4 months. This condition begins with a mildew smell followed by discoloration that becomes visible behind the vinyl wallcovering. The top of the wall is open to the return air plenum space above the ceiling, which can expose this area and the ductwork to rapid mold growth. Serious contamination of the building can occur. Notably, elevated concentrations of Penicillium, Cladisporium, and Aspergillus can develop all of which have been judged as potential health risks.

Remedial work performed after contamination is very difficult and expensive since it becomes a full-blown abatement process. This means isolation of the affected area, use of special equipment and attire, and extended disruption of clinic operations. It can also look very frightening to patients and employees alike.

It is our recommendation that the remedial work be done quickly and thoroughly. This means total demolition and reconstruction of all suspected areas before the extensive formation of microbial contamination occurs. The dry look and feel of the wall surface can lead to a false sense of security. Investigation there has shown high moisture content inside the walls. There may already be mold forming in the wetter areas.

I hope that this bit of information can be of use to you and help prevent a potentially serious situation. Please feel free to call if you have any questions or need assistance regarding this or any other matter concerning the facility.

Sincerely,
Marshall Erdman & Associates

Jim Jenkins
Regional Quality Control Manager

**Madison   Hartford   Washington, DC   Atlanta   Dallas   Denver   San Jose**

# Marshall Erdman & Associates
### Architecture ▪ Engineering ▪ Manufacturing ▪ Construction
3001 Summit Avenue, Suite 200  Plano, TX 75074  (972) 881-0582  Fax (972) 881-0314

Valley Diagnostic Clinic
2200 Haine Drive
Harlingen, TX 78550-8599
Rod Miller, Executive Director

Dear Rod:

This is pursuant to your inquiry regarding the original building design and it's inclusion of a permanent radiology department.

The original facility was designed and built to accommodate a complete radiology department including all structural and electrical components to facilitate a permanent installation of X ray and dark room equipment. Specifically: shielding, overhead superstructure, electrical transformers, panels, and wire raceways.

The clinic's equipment vendor, to assure proper construction preparation for the permanently installed machines, furnished certain design criteria and guidelines to Marshall Erdman & Associates. This is standard procedure in a complex installation of this type.

Please call if you have additional questions regarding this or any other issue we may help you with.

Sincerely,
Marshall Erdman & Associates

Jim Jenkins
Regional Construction Coordinator / Q.C. Manager

**Madison    Hartford    Washington, DC    Atlanta    Dallas    Denver    San Jose**

# SIEMENS

March 14, 2001


Ruben Flores
Valley Diagnostic Clinic
2200 Haine Dr.
Harlingen, Texas 78550

Dear Ruben,

In affirmation of our telephone discussion, water and electricity do not mix and cause disastrous conditions.  Once water enters inside a system, corrosion immediately begins and aged electrical cables will seep.


Furthermore, the crystal in a nuclear camera is hydroscopic.   The invasion of water tends to make the crystal turn yellow, lose efficiency and resolution, thus compromising all studies.


Under the existing condition, our service manager for the area will not write a service contract servicing the equipment.  Lastly, we have concerns regarding the safe use of the equipment.

Sincerely yours,

Edward Lee C. Friederichs
Product Sales Manager Nuclear Medicine


## Siemens Medical Systems, Inc.

Sales and Service          2002 North Highway 360        Tel: (972) 660-2700
                           Grand Prairie, TX 75050-1423   Fax:(972) 660-4615

MAR-22-01 THU 08:02 AM VDC ADMINISTRATION Case 1:02-cv-00205 Document 20 Filed in TXSD on 07/08/2003 FAX NO 9564256829 Page 80 of 112 P. 02/04

Mar-22-01 08:32A THE I /ING STONE 915-; 7 3177 P.02

# WALDEN GIBBS & ASSOCIATES
## 201 E. Young
### LLANO, TEXAS 78643

*Mr. Rod Miller*
*Executive Director*
*Valley Diagnostic Clinic*
*2200 Haine Drive*
*Harlingen, Texas 78550*

*Dear Mr. Miller,*

*I have completed my evaluation of your water damaged x-ray equipment. I have examined the possibilities of repairing this equipment and have decided that it would be almost impossible to put this equipment back in service.*

*In my inspection I have found, examined and photographed the following items of equipment that have had damage due to direct exposure to water. This includes water cascading from overhead into the vital components of the equipment, as well as standing water saturation to under floor components.*

*Equipment Inspected:*

*R&F room 2*
*GE R&F Unit*
*Unit had water from overhead flooding the generator, table, overhead tube crane with all components exposed to heavy water contamination.*

*R&F room 1*
*Pickart Digital R&F Unit*
*Unit had water from overhead flooding the generator, table, overhead tube crane with all components, tube head, and digital controls.*

*Radiographic Room 3*
*GE Radiographic Unit*
*Unit had water from overhead flooding the generator, table and control panel.*

*Pickart Catscan Unit*

*Unit had the under floor cables submerged in standing water, additionally the unit had heavy moisture accumulation in all components.*

*Siemons Nuclear Gantry Camera*
*Unit had standing water exposure and heavy moisture accumulation in all components.*

*Acuson Ultrasound*
*Unit had standing water exposure and heavy moisture accumulation in all components.*

*Film Processors*
*2 Kodak M6 series, 1 Kodak digital film processor*
*All three units and related components had direct water flooding from overhead, as well as falling debris from the tiles. Standing water exposure as well as heavy moisture accumulation.*

*In addition to these units having direct or standing water damage, all electronic equipment in the x-ray department suffered damage due to moisture accumulation.*

*In determining that the equipment damaged by the water should be replaced, I have used my past experience with medical electronics, as well as my experience in designing medical diagnostic equipment. I have listed in nine category's my reasons for replacing the equipment. They are as follow:*

1. *Water damaged equipment will always present an ongoing service liability. This is because even though a repair is attempted, the high possibility of future related failures would always be present. The corrosion process from water damage is almost impossible to control, or predict what failures may occur. Any repair facility will always blame any failure on the fact that the equipment was exposed to heavy water contamination.*
2. *You will have contingent liabilities from possible injury to both patients and operators. This equipment uses high voltage electronics, and the possibility of exposing either the operator or patient to lethal levels of electricity is not acceptable to anyone concerned.*
3. *The equipment has lost all value for salvage or trade-in. I am not aware of any vendor that would be bold enough to resale water damaged diagnostic equipment. If this equipment was sold or traded without the full disclosure of the water damage, the selling party would expose themselves to a liability that would far exceed any selling price.*
4. *Water damaged equipment would not be eligible for a service contract (extended warranty) because the service organization would have no way of predicting their future cost in servicing the equipment.*
5. *In assessing possible future damage to electronic equipment that has been exposed to water damage, it needs to be noted that electronic circuit cards have lead traces that will oxidize. The spacing between these traces can be as little as 1\1000 of an inch, allowing a bridge between them, thus causing a short.*

6. *When operating water damaged equipment, confidence in delivered diagnostic information or therapy is lost.*

7. *Manufactures specifically limit their liability when equipment is operated outside of design specifications. This equipment has specified operating limits as to the relative humidity limits. The amount of water present far exceeds any limits I am aware of.*

8. *Further loses will occur when the damaged equipment is used due to down time. Each time a service is interrupted the clinic will loose possible revenues from diagnostic procedures.*

9. *I have enlisted outside sources to establish the possible value of water damaged equipment. Mr. Richard Zuber C.B.E.T. is a Bio-Medical Engineer that is also a licensed appraiser. His experience in the medical diagnostic industry lends a great deal of value to his opinions. He has stated that in an appraisal of water damaged equipment, the value of that equipment is virtually erased due to the same reasons I have listed above. I have also contacted Mr. Randy Qualls, who is involved in the re-marketing of used diagnostic equipment. When asked if he would be interested in purchasing the equipment in question, he said absolutely not. His reasons for this statement are reflected in the above also.*

*I have noted that Carlos E. Maldonado, D.O., is your Radiation Safety Officer, and he has notified the State of Texas of the total loss of the equipment. He has rightly determined that any effort in trying to recover the equipment would present an unsafe situation for both repairpersons as well as operators. In light of this, I see no reason for me to notify the F.D.A. of the situation. Should this change, I will notify you via registered mail prior to my reporting this incident to the F.D.A.*

*If I can be of further assistance please feel free to call.*

*Respectfully Submitted,*

*Walden Gibbs*

*CC:*

*Richard Zuber C.B.E.T.*
*Randy Qualls*
*Harry Marks Esq.*
*Gordon Laws Esq.*

03/08/01  TUE 15:17 FAX 913 821 1003    →→→ AI - COLORADO    ☒004



# Curriculum Vitae

# Paula Heinz Vance

| | |
|---|---|
| **Position** | Vice President, Environmental Consulting and Technical Services<br>Microbiology Specialists Incorporated<br>Houston, Texas |
| **Mailing Address** | Microbiology Specialists Incorporated<br>8911 Interchange Boulevard<br>Houston, Texas  77054<br>713-663-6888 |
| **Birthplace** | Corpus Christi, Texas |
| **Birthdate** | 25 November 1952 |
| **Education** | B.A., Microbiology, University of Texas at Austin, 1974 |

## Certification

| | |
|---|---|
| 1978 | Registered Microbiologist (Pathogenic Bacteriology and Mycology), The National Registry of Microbiologists, #1814. |
| 1979 | Technologist in Microbiology, The American Society of Clinical Pathologists, #M-1413. |
| 1980 | Clinical Laboratory Specialist (Microbiology), The National Certification Agency, #0830822. |
| 1994 | Specialist Microbiologist (Public Health and Medical Laboratory Microbiology), The National Registry of Microbiologists, #1558. |
| 1995 | Specialist in Microbiology, The American Society of Clinical Pathologists, #SM-2440. |

## Academic Appointments

| | |
|---|---|
| 1990 | MLT Instructor, Houston Community College, Houston, Texas. |

## Full-time Work Experience

| | |
|---|---|
| 1974 to 1975 | Laboratory Technician I (Chemistry and Mycobacteriology), Texas Bureau of Health Resources, Austin, Texas and Houston City Health Department Laboratory, Houston, Texas. |
| 1976 to 1978 | Microbiologist I (Medical Microbiology and Mycology), Houston City Health Department Laboratory, Houston, Texas. |
| 1978 to 1980 | Microbiologist II (Medical Microbiology and Mycology), Houston City Health Department Laboratory, Houston, Texas. |
| 1980 to 1984 | Microbiologist II (In-charge of mycology and quality control; clinical instructor for pathology residents and postdoctoral fellows in microbiology and infectious disease), Houston City Health Department Laboratory, Houston, Texas. |
| 1984 | Microbiologist III (Supervisor, Riverside Health Clinic Laboratory), Houston City Health Department Laboratory, Houston, Texas. |

1

*** AI - COLORADO      @006

Weisfeld, A. S., P. A. Fesaler, P. H. Vance, and K. Lamprecht. 1997. Retrospective review of the suitability of viral transport for respiratory syncytial virus (RSV) direct exams. Abstr. Thirteenth Annual Clinical Virology Symposium, Abstr. 730.

Weisfeld, A. S., G. E. Sepulveda, P. R. Clerner, C. Melendez, P. H. Vance, V. Polonio, and O. V. Torres. 1997. Incidence and prevalence of Mycobacterium avium complex bacteremia and pneumonia in HIV-positive patients in Puerto Rico. Abstr. Ann. Meeting Am. Soc. Microbiol., Abstr. C463, p. 199.

Publications

Wallace, Jr., R. J., P. H. Vance, A. S. Weissfeld, and R. R. Martin. 1978. Beta-lactamase production and resistance to beta-lactam antibiotics in Nocardia. Antimicrob. Agents Chemother. 14:704-709.

Wallace, Jr., R. J., D. M. Musher, E. J. Septimus, J. E. McGowan, Jr., F. J. Quinones, K. Wiss, P. H. Vance, and P. A. Trier. 1981. Haemophilus influenzae infections in adults: characterization of strains by serotypes, biotypes, and β-lactamase production. J. Inf. Dis. 144:101-106.

Wallace, Jr., R. J., K. Wiss, R. Curvey, P. H. Vance, and J. Steadham. 1983. Differences among Nocardia spp. in susceptibility to aminoglycosides and β-lactam antibiotics and their potential use in taxonomy. Antimicrob. Agents Chemother. 23: 19-21.

Davis, M., Lowe, L., A. Rios, E. MacDonald, and P. Vance. 1987. Superficial phaeophyphomycosis of the scrotum in a patient with the acquired immunodeficiency Arch. Dermatol.

03/05/01  THE 15:17 FAX 913 611 1008                    *** AI - COLORADO      @006

| | |
|---|---|
| 1984 to Present | Vice-President, Environmental Consulting and Technical Services, Microbiology Specialists Incorporated, Houston, Texas. |

Part-time Work Experience

| | |
|---|---|
| 1976 | Technologist at Venereal Disease Night Clinic Stat Laboratory, Houston City Health Department, Houston, Texas. |
| 1980 to 1982 | Special Technologist in Mycobacteriology and Mycology, Memorial City General Hospital, Houston, Texas. |
| 1981 | Weekend Technologist in Bacteriology, Bellaire General Hospital, Houston, Texas. |

Professional Societies

American Association of Bioanalysts
American Industrial Hygiene Association
American Society for Microbiology
American Society for Microbiology, Texas branch
Houston Association of Medical Microbiology
Medical Mycological Society of the Americas
Society for Industrial Microbiology
Southwestern Association of Clinical Microbiology

Abstracts

Clerner, P. R., D. E. Simmons, P. Vance, and A. Weissfeld. 1992. Evaluation of a reformulated DNA probe for Mycobacterium avium complex (Gen-Probe) and comparison to the SNAP Mycobacterium avium complex DNA probe (Syngene). Abstr. Ann. Meeting Am. Soc. Microbiol. Abstr. C185, p.451.

Jemschke, W. J., E. Trevino, P. H. Vance, and A. S. Weissfeld. 1993. Comparison of direct urine and standard Kirby Bauer sensitivities. Abstr. Ann. Meeting Am. Soc. Microbiol. Abstr. C190, p. 479.

Morey, P. R., J. Gallup, P. Vance, D. Walther, and A. Weissfeld. 1994. Air sampling for environmental fungi: comparison of analytical results from three independent laboratories. Abstr. Am. Meeting American Industrial Hygiene Conference and Exposition Abstr. 210, p. 70.

Weissfeld, A. S., D. E. Simmons, P. H. Vance, E. Trevino, M. Haber, D. Jhala, J. Horton, S. Kidd, and P. Greski-Rose. 1996. Comparison between isolation of Helicobacter pylori from gastric biopsies transported at 4°C in Stuart's medium and histological evidence of infection. Abstr. Digestive Disease Week, Abstr. 1219, p. A-305.

Weissfeld, A. S., D. E. Simmons, P. H. Vance, E. Trevino, S. Kidd, and P. Greski-Rose. 1996. In vitro susceptibility of pretreatment isolates of Helicobacter pylori from two multicenter United States clinical trials. Abstr. Digestive Disease Week, Abstr. 3612, p. A975.

Vance, P. H., A. S. Weissfeld, B. J. Marino, and E. Trevino. 1997. Use of direct specimen examination to detect parasites in bulk samples from indoor environments. Abstr. Ann. Meeting Am. Soc. Microbiol., Abstr. Q40, p. 462.

2                                                    Revised 01/03/2001

1996 Indoor Air Quality – Case Studies. 23rd Annual ASSE, Region III Professional Development Conference, Dallas, Texas.

1997 Coming InDirectly to the Point! A discussion of direct microscopic exams. ACGIH's Applied Bioaerosols Workshop, San Diego, California.

1997 A Discussion of Direct Microscopic Exams: How Direct Microscopic Exams Can Save Your Client Time and Money. Greater Houston Industrial Hygiene Council, Houston, Texas.

1997 2-day Professional Educational Course: Health Effects and Risk Assessment of Biological Contamination in Indoor Environment (A Clinical Approach to Environmental Issues), Sponsored by the World Health Organization and the Department of Health, National Centre for Occupational Health, South Africa. Course presented in Johannesburg, Durban, and Cape Town, South Africa.

1998 Travelers/Aetna Insurance Forum: IAQ Investigations/Case Studies *Legionella*, Metal Working Fluid, Atlanta, Georgia.

1999 Is Your Building Bugged? Florida Section Air and Waste Management Association Annual Meeting, Orlando, Florida.

1999 Is Your Building Bugged? Seminar on Indoor Air Quality: Good Air, Bad Air. Occupational & Environmental Training Program. University of Texas Health Science Center at Tyler. Dallas, Texas.

2000 The Prevention of Nosocomial Infections in a Bone Marrow Transplant Unit During Building Renovations. 4th Decennial International Conference on Nosocomial and HealthCare-Associated Infections, Atlanta, Georgia.

2000 Case Studies of Indoor Air Quality Conundrums: Microbiological Contamination. Texas Children's Hospital. Houston, Texas.

2000 Mold Remediation: Worker Training Course. Envirotest, Inc. Houston, Texas.

**Consultations**

Identification of molds and pollens for environmental studies, University of Texas School of Public Health at Houston, Houston, Texas.

Identification of fungus isolates from infected sea turtles, University of Texas Medical Branch at Galveston, Galveston, Texas.

Mycology consultations for Department of Dermatology, University of Texas Medical School at Houston, Houston, Texas.

Mycology consultations for Ministry of Health, Health Protection and Safety Division, Environmental Health Assessment, Victoria, British Columbia, Canada.

Indoor Air Quality consultation for National Aeronautics & Space Administration, Johnson Space Center, Houston, Texas.

03/06/01  TUE 15:19 FAX 913 621 1003                    →→→ AI - COLORADO        ☒008



## Laboratory Personnel

| Laboratory employee | Position | Experience |
|---|---|---|
| Alice S. Weissfeld, PhD, (D)ABMM | Director | 24 years |
| Paula Vance, SM(NRM), SM(ASCP), CLS(M) | Vice President, Environmental Consulting and Technical Services | 26 years |
| Ernest Trevino, MT(ASCP) | Director of Operations | 12 years |
| Pam Barbe, MT(ASCP) | Technical Specialist | 24 years |
| Rhonda Halliday, MT(ASCP) | Technical Supervisor | 19 years |
| Dawn Simmons, SM(ASCP), MT(ASCP), CLS | Quality Assurance Coordinator | 13 years |
| Marcus Rankin, MS, IHIT, M(ASCP) | Environmental Laboratory Supervisor & Safety Officer | 6  years |

| | | |
|---|---|---|
| Bernard Marino, MT(ASCP) | Clinical Microbiologist | 29 years |
| Uma Rajguru, MS, SM(ASCP) | Clinical Microbiologist | 24 years |
| Paula Clamer, MT(ASCP), CLS | Clinical Microbiologist | 13 years |
| Debra Walther, MT(ASCP), CLS | Clinical Microbiologist | 12 years |
| Mark Lee, M(ASCP) | Clinical Microbiologist | 11 years |
| Marcus Mpwo, MS, M(ASCP) | Clinical Microbiologist | 11 years |
| Shelby Ward, M(ASCP) | Clinical Microbiologist | 1 year |

| | | |
|---|---|---|
| Deborah Mandvia* | Laboratory Technician | 13 years |
| Catalina Gonzalez* | Laboratory Technician | 12 years |
| Lisa Cardenas* | Laboratory Technician | 3 years |
| Ann Hightower* | Laboratory Technician | 3 years |
| Lillian Segura-Jones, MS | Laboratory Technician | 0.5 years |

* These Lab Technicians are CLIA-certified.

Revised 01/18/2001

03/06/01  TUE 15:20 FAX 913 621 1003                    →→→ AI - COLORADO        @009



| Laboratory employee | Position | Microbiology Experience Beginning |
|---|---|---|
| Alice S. Weissfeld, PhD, (D)ABMM | Director | 07-1976 |
| Paula Vance, SM(NRM), SM(ASCP), CLS(M) | Vice President, Environmental Consulting and Technical Services | 05-1974 |
| Ernest Trevino, MT(ASCP) | Director of Operations | 12-1987 |
| Pam Barbe, MT(ASCP) | Technical Specialist | 10-1975 |
| Rhonda Halliday, MT(ASCP) | Technical Supervisor | 06-1980 |
| Dawn Simmons, SM(ASCP), MT(ASCP), CLS | Quality Assurance Coordinator | 01-1987 |
| Marcus Rankin, MS, IHIT, M(ASCP) | Environmental Laboratory Supervisor & Safety Officer | 05-1994 |

| Laboratory employee | Position | Microbiology Experience Beginning |
|---|---|---|
| Bernard Marino, MT(ASCP) | Clinical Microbiologist | 02-1971 |
| Uma Rajguru, MS, SM(ASCP) | Clinical Microbiologist | 07-1976 |
| Paula Clarner, MT(ASCP), CLS | Clinical Microbiologist | 06-1987 |
| Debra Walther, MT(ASCP), CLS | Clinical Microbiologist | 07-1987 |
| Marcus Mpwo, MS, M(ASCP) | Clinical Microbiologist | 06-1988 |
| Mark Lee, M(ASCP) | Clinical Microbiologist | 10-1988 |
| Shelby Ward, M(ASCP) | Clinical Microbiologist | 01-1999 |

| Laboratory employee | Position | Microbiology Experience Beginning |
|---|---|---|
| Deborah Mandvia* | Laboratory Technician | 08-1987 |
| Catalina Gonzalez* | Laboratory Technician | 09-1987 |
| Lisa Cardenas* | Laboratory Technician | 12-1996 |
| Ann Hightower* | Laboratory Technician | 04-1997 |
| Lillian Segura-Jones, MS | Laboratory Technician | 06-2000 |

* These Lab Technicians are CLIA certified.

03/06/01  TUE 15:20 FAX 913 821 1003                              →→→ AI – COLORADO      ✎010



### Microbiology Specialists Inc.
### Consultative Fee Schedule

## Alice S. Weissfeld, PhD, (D)ABMM

| | |
|---|---|
| Legal matters and depositions | $350.00/hour |
| Written consultation | $225.00/hour |
| On-site verbal consultation | $175.00/hour |
| Telephone verbal consultation | $125.00/hour |

## Paula H. Vance, SM(NRM), SM(ASCP), CLS(M)

| | |
|---|---|
| Legal matters and depositions | $250.00/hour |
| Written consultation | $175.00/hour |
| On-site verbal consultation | $130.00/hour |
| Telephone verbal consultation | $100.00/hour |

| | | |
|---|---|---|
| Technical services: | Sample collection (to be analyzed at msi®) | $100.00/hour |
| | Technical Assistant | $ 45.00 to 65.00/hour |

## Additional Expenses:

- Travel expenses (air and ground). Travel time charges will be negotiated depending on the mode and length of time of travel. Usual travel charge is $45.00/hour.

- Lodging expenses.

- Dining expenses up to $75.00 per diem.

- Clerical support or office services required to complete the job onsite (e.g., copies, facsimiles, photo processing, etc.).

- Rush job (PRIORITY) charges.

- Technical services, travel expenses and other fees will be charged at 1½ times the quoted rates for evenings, weekends and holidays.

- Shipping charges incurred to maintain the integrity of the sample for transport to the lab.

Revised 01/18/2001



# ENVIRONMENTAL FEE SCHEDULE

| Code | Test Description | Price | Turn-Around |
|------|-----------------|-------|-------------|

### Collection Kits

The following prices include the costs for kits supplied by msi® (including collection media, collection instructions, and transport vessels) and microbial analysis of the samples received; delivery/shipping of kits and samples is not included in the test cost and will be billed to the client. For all kits, excluding air sampling kits, unused media may be returned at no additional charge; media that has been opened or that is not returned to msi® for microbial analysis will be billed at the rate shown below. For air sampling kits, unused media may not be returned due to quality control issues; all air sampling kit media, not used for sampling, will be billed at the rate shown below.

| Code | Test Description | Price |
|------|-----------------|-------|
| E231 | Bulk sampling kit, per kit | $5.00 |
| E230 | Swab sampling kit, per kit | $5.00 |
| E229 | Slide sampling kit, per kit | $5.00 |
| E228 | Air sampling kit, per kit | $10.00 |
| E226 | Water sampling kit, per kit | $10.00 |

### Direct Exam                                                    3 to 5 days††

The direct exam is performed on bulk samples to quantitate fungus, bacteria, and pollen.

| Code | Test Description | Price |
|------|-----------------|-------|
| E162 | Bulk sample (e.g., drain pans, filters, carpet, wall molding) ‡ | $45.00 to 85.00† |
| E238 | Air-O-Cell, per sample | $60.00 |

### Culture Screen                                                  2 to 5 wks.*

This report includes quantitation of bacteria and fungi; identification of up to 3 significant, pure or predominant, fungi; and a glossary of terms containing information pertaining to the clinical significance of fungal isolates. Additional moulds may be mentioned or identified to clarify quantitation. Bacteria will be quantitated but not identified.

| Code | Test Description | Price |
|------|-----------------|-------|
| E191 | Air sample | $125.00 to 150.00 |
| E192 | Bulk sample (e.g., drain pans, filters, carpet, wall molding) ‡ | $125.00 to 150.00 |
| E193 | Bacterial identification, per isolate | $75.00 to 125.00 |
| E186 | Field control plates | $ 25.00 |
| E237 | Extra Media (duplicate collection per analysis) | $ 10.00 |

Page 1 of 3

---

| | |
|---|---|
| * | Turn-around time is indicated in a range; in all cases, positives are reported as information becomes available. |
| ** | Legionella cultures must be ordered separately due to special temperature and nutritional requirements. |
| † | Price is dependant upon type of specimen and number of preps required. Direct exams submitted without culture or culture screen will be $60.00 to $85.00. |
| †† | Turn-around times for direct exams fluctuate with the current laboratory workload; therefore, please call for the current turn-around time. |
| ‡ | Bulk sample cultures and culture screens may be done in conjunction with direct exams. |

Prices subject to change.
Microbiology Specialists Incorporated can customize testing to satisfy your needs.
Also, pricing is available for bioremediation follow-up, periodic monitoring or
other special requests for bids and proposals.

Revised 01/18/200

→→→ AI - COLORADO        ☒012



# ENVIRONMENTAL FEE SCHEDULE

| Code | Test Description | Price | Turn-Around |
|------|------------------|-------|-------------|

### Culture

2 to 5 wks.*

This report includes quantitation of bacteria and fungi; identification of <u>all</u> fungi and/or any one significant, pure or predominant, bacteria; photographs of agar plates; and a glossary of terms containing information pertaining to the clinical significance of fungal or bacterial identifications.

| | | |
|---|---|---|
| E159 | Air sample ............................................................ | $185.00 |
| E163 | Air sample without photographs ............................... | $160.00 |
| E161 | Bulk sample (e.g., drain pans, filters, carpet, wall molding)‡ ........ | $185.00 |
| E164 | Bulk sample without photographs ............................. | $160.00 |
| E193 | Additional bacterial identification, per isolate ................. $75.00 to 125.00 | |
| E186 | Field control plates ............................................... | $25.00 |
| E237 | Extra Media (duplicate collection per analysis) ........................... | $10.00 |

### Endotoxin Testing

24 hrs.

| | | |
|---|---|---|
| E055 | Individual test ......................................... | Please call for current pricing |
| E146 | Multiple tests, per test ............................... | Please call for current pricing |

### Environmental *Legionella* spp.

1 to 7 days

| | | |
|---|---|---|
| E117 | Culture normally collected from water sources, includes unreported wet mount of concentrate .............................. | $85.00** |
| E178 | Direct Fluorescent Antibody (DFA) confirmation test for positive cultures ............................................... | $50.00 |
| E239 | DFA performed from concentrate ............................... | $75.00 |
| E149 | Serogrouping ...................................................... | $50.00 |
| E240 | Composite Charge    (large volume samples or any pooling of samples from more than one location) ............... | $30.00 |

Page 2 of 3

| | |
|---|---|
| * | Turn-around time is indicated in a range; in all cases, positives are reported as information becomes available. |
| ** | *Legionella* cultures must be ordered separately due to special temperature and nutritional requirements. |
| † | Price is dependent upon type of specimen and number of preps required   Direct exams submitted without culture or culture screen will be $50.00 to $85.00. |
| †† | Turn-around times for direct exams fluctuate with the current laboratory workload; therefore, please call for the current turn-around time. |
| ‡ | Bulk sample cultures and culture screens may be done in conjunction with direct exams. |

Prices subject to change.
Microbiology Specialists Incorporated can customize testing to satisfy your needs.
Also, pricing is available for bioremediation follow-up, periodic monitoring or
other special requests for bids and proposals.

Revised 01/18/200

03/06/01  TUE 15:22 FAX 913 821 1003                            →→→ AI - COLORADO    ☒013



## ENVIRONMENTAL FEE SCHEDULE

| Code | Test Description | Price | Turn-Around |
|------|------------------|-------|-------------|
| | **Potable Water** | | **2 to 7 days** |
| | The results for this test include a heterotrophic bacterial count and coliform screen. | | |
| E137 | Water sample ............................................................ | $75.00 | |
| | **Enteric Bacteria** | | **1 to 2 wks.** |
| E232 | Coliform screen ........................................................ | $40.00 | |
| E233 | Basic enteric bacteria screen (includes determination of the presence/absence of enteric bacteria and quantitation)....... | $75.00 | |
| E234 | Comprehensive enteric bacteria screen (includes determination of the presence/absence of enteric bacteria, quantitation, and identification of primary enteric pathogens) ............................................... | $125.00 | |
| E193 | Bacterial identification, per isolate .......................... | $75.00 to 125.00 | |
| | **Metal Working Fluids** | | **1 to 6 wks.** |
| | This report includes a *Legionella* spp. screen, aerobic bacteria screen, fungal screen, and mycobacteria screen. It includes identification of one significant, pure, or predominate bacteria and up to 3 significant, pure, or predominant fungi (additional bacteria and fungi will be quantitated and may be identified to clarify quantitation). If colonies suspicious for *Legionella* spp. or mycobacteria are isolated, additional tests, including confirmation and/or biochemical tests, may be necessary. This report also includes a glossary of terms containing information pertaining to the clinical significance of the microorganisms isolated. | | |
| E227 | Metal Working Fluids Culture (price will vary depending on the scope of organisms screened for) ................................. | $325.00 | |
| | **Thermophilic Actinomycetes** | | **1 to 3 wks.** |
| E160 | Individual request ..................................................... | $100.00 | |
| E194 | Supplemental request with air or bulk sample culture ................... | $50.00 | |

Page 3 of 3

| * | Turn-around time is indicated in a range; in all cases, positives are reported as information becomes available. |
| ** | *Legionella* cultures must be ordered separately due to special temperature and nutritional requirements. |
| † | Price is dependent upon type of specimen and number of preps required. Direct exams submitted without culture or culture screen will be $60.00 to $85.00. |
| †† | Turn-around times for direct exams fluctuate with the current laboratory workload; therefore, please call for the current turn-around time. |
| ‡ | Bulk sample cultures and culture screens may be done in conjunction with direct exams. |

Prices subject to change.
Microbiology Specialists Incorporated can customize testing to satisfy your needs.
Also, pricing is available for bioremediation follow-up, periodic monitoring or
other special requests for bids and proposals.

Revised 01/18/200

03/06/01  TUE 15:23 FAX 913 621 1003                    →→→ AI - COLORADO        @014



## ENVIRONMENTAL FEE SCHEDULE

| Code   Test Description | Price | Turn-Around |
|---|---|---|

**Other Services**

CONS03  Consultation, per hour ........................ Please refer to consultation fee schedule
E241    Labor (on-site sample collection) ......... ............................. $65.00 to 130.00
E242    Priority Fee (1-3 day turn-around time) ....................................... $25.00
E244    Additional original reports (excluding photographs), per report ......... $25.00
E245    Additional original reports (with photographs), per report ................ $50.00
E235    Guidelines/Recommendations for Remediation (pricing
             based on the complexity of the report) ................... $400.00 to $800.00

Page 4 of 3

| | |
|---|---|
| * | Turn-around time is indicated in a range; in all cases, positives are reported as information becomes available. |
| ** | *Legionella* cultures must be ordered separately due to special temperature and nutritional requirements. |
| † | Price is dependent upon type of specimen and number of preps required. Direct exams submitted without culture or culture screen will be $60.00 to $85.00. |
| †† | Turn-around times for direct exams fluctuate with the current laboratory workload; therefore, please call for the current turn-around time. |
| ‡ | Bulk sample cultures and culture screens may be done in conjunction with direct exams. |

Prices subject to change.
Microbiology Specialists Incorporated can customize testing to satisfy your needs.
Also, pricing is available for bioremediation follow-up, periodic monitoring or
other special requests for bids and proposals.

Revised 01/18/200



July 3, 2001

# microbiology specialists inc.

### Adjusters International
### Project: Valley Diagnostic Clinic
### 22 Haine Drive, Harlingen, Texas

## LAB REPORT - ENV 0668

| Send report to: | Send invoice to: |
|---|---|
| Rod Miller<br>VALLEY DIAGNOSTIC CLINIC<br>22 Haine Drive<br>Harlingen, Texas 78550 | Rod Miller<br>VALLEY DIAGNOSTIC CLINIC<br>22 Haine Drive<br>Harlingen, Texas 78550 |
| **Telephone number** | **Fax number** |
| 956-425-7200 | 956-425-5829 |
| **Samples** | **Purchase order** |
| 7 bulk, slide, and swab samples for direct exam | Verbal |
| **Collection date** | **Delivery date** |
| 6/11/2001 | 6/12/2001 |
| **Special Instruction - Additional Information** | |
| Fax a copy of the report to Hal Arnold, Adjusters International (phone # 713-974-1020, fax # 281-994-4001). | |

8911 Interchange Drive • Houston, Texas 77054-2507
Tel: 713-663-6888 • Fax: 713-663-7722
Email: micro@microbiologyspecialist.com • Website: www.microbiologyspecialist.com
• Madison CI 0515 • New York State 3965 844052A1

# LAB REPORT - ENV 0668

## ENV 0668-4080: (VDC-6-11-01) Cardiology - 2"x12" wood support for cabinets
### Direct exam results:
#### fungal content
moderate ascocarps
moderate ascospores
moderate *Chaetomium* spp.
moderate *Cladosporium* spp.
moderate dematiaceous hyphae
moderate unidentified dematiaceous conidia/spores
few *Aspergillus* spp.
few conidia/spores suggestive of *Epicoccum/Epicoccum*-like group
few conidia/spores suggestive of *Paecilomyces* spp.
rare to few *Alternaria* spp.
rare to few *Curvularia* spp.

#### miscellaneous content
many debris


## ENV 0668-4081: (VDC-6-11-02) Cardiology - Sheetrock adjacent to AHU room
### Direct exam results:
#### fungal content
many *Aspergillus* spp., 2 morphotypes
many *Chaetomium* spp.
many dematiaceous hyphae
many hyaline hyphae
moderate to many *Ulocladium* spp.
moderate ascocarps
moderate *Penicillium* spp.

#### parasite content
rare *Rhabditis* spp., rhabditiform larvae

#### miscellaneous content
moderate debris


## ENV 0668-4082: (VDC-6-11-03) Cardiology - Ceiling tile (3 rooms) left in ceiling grid
### Direct exam results:
#### fungal content
moderate to many *Chaetomium* spp.
few *Alternaria* spp.
few conidia/spores suggestive of *Aspergillus/Penicillium* group
few conidia/spores suggestive of *Bipolaris/Drechslera* group
few *Curvularia* spp.

#### miscellaneous content
moderate to many debris
few pollen

© 2001 Microbiology Specialists Incorporated   All rights reserved.

<u>ENV 0668-4083; (VDC-6-11-04) Cardiology - Insulation supply duct</u>
<u>Direct exam results:</u>
<u>fungal content</u>
few *Cladosporium* spp.
few yeast with and without pseudohyphae
rare conidia/spores suggestive of *Chaetomium* spp.
rare dematiaceous hyphae

<u>bacterial content</u>
moderate bacterial rods/cocci

<u>miscellaneous content</u>
moderate to many debris


<u>ENV 0668-4084; (VDC-6-11-05) Cardiology exam room and office - Backside of wall to HWH room</u>
<u>Direct exam results:</u>
<u>fungal content</u>
moderate *Aspergillus* spp.
moderate *Chaetomium* spp.
moderate dematiaceous hyphae
few to moderate hyaline hyphae
few *Alternaria* spp.
few ascocarps
few ascospores
few conidia/spores suggestive of *Bipolaris/Drechslera* group

<u>miscellaneous content</u>
many debris


<u>ENV 0668-4085; (VDC-6-11-06) Radiology - Exterior wallboard</u>
<u>Direct exam results:</u>
<u>fungal content</u>
many dematiaceous hyphae
many *Stachybotrys* spp.
moderate to many *Aspergillus* spp.
moderate *Alternaria* spp.
moderate ascocarps
moderate *Chaetomium* spp.
few conidia/spores suggestive of *Bipolaris/Drechslera* group

<u>miscellaneous content</u>
moderate to many debris
few mites

© 2001 Microbiology Specialists Incorporated. All rights reserved.

**ENV 0668-4088: (VDC-6-11-07) Radiology - Supply duct board/insulation**
**Direct exam results:**
**fungal content**
moderate *Cladosporium* spp.
moderate dematiaceous hyphae
moderate hyaline hyphae
moderate unidentified dematiaceous conidia/spores

**miscellaneous content**
many debris
rare to few mites

Tech _____    Date ___7/3/01___

Reviewer _____    Date ___7/8/01___

© 2001 Microbiology Specialists Incorporated. All rights reserved.

This testing has been performed according to MSI procedure number _____

## Glossary - ENV 0668

**Alternaria spp.[1]**

Commonly implicated in allergies and mycotic keratitis, *Alternaria* spp. rarely cause cutaneous mycoses, although they will colonize injured skin. They occur as common environmental moulds which are parasitic on plant material, especially grasses. Their growth on logs can lead to allergic pneumonitis or hypersensitive. Some strains can grow on grain and produce a toxin which can cause necrotic skin rashes and other symptoms, including aphasia and death. *Alternaria* spp. cause corneal infections, phaeohyphomycosis and other opportunistic infections. They also cause allergic rhinitis and more severe sinus invasions (chronic sinusitis). Their spores are frequently implicated in human asthma. They usually show growth within 5 days, but may take longer to sporulate.

**ascocarps**

Ascocarp are the fruiting bodies produced during the sexual reproduction of a class of fungi called the Ascomycetes. Ascomycetes reproduce by several different methods of sexual reproduction. Ascomycetous fungi include *Pseudellescheria boydii* as well as some of the *Aspergillus* spp. and *Chaetomium* spp.

**ascospores**

Ascospores are sexual reproductive spores formed in sac-like structure, called asci. These spores are only formed by certain fungi, called Ascomycetes. Ascomycetes reproduce by several different methods of sexual reproduction. Ascomycetous fungi include *Pseudellescheria boydii*, as well as some of the *Aspergillus* spp. and *Chaetomium* spp.

**Aspergillus spp.[1]**

The *Aspergillus* genus has been divided into 18 groups by Raper and Fennell (1973). The report of an *Aspergillus* isolate would correctly state the group identification, rather than the species. For instance, the report would be written as "*Aspergillus fumigatus* complex", not as "*Aspergillus fumigatus*."

While most *Aspergillus* spp. are found in the outdoor environment, several have been implicated in systemic, pulmonary, subcutaneous, cutaneous, nail and ear infections. Some strains of *Aspergillus* spp. can produce toxins and may cause allergic reactions such as allergic rhinitis, allergic sinusitis, and allergic asthma. If occurring as a reservoir in indoor environments, they can cause asthma and hypersensitivity pneumonitis. They may be isolated from the air and grow well on many materials and organic debris. This genus of moulds can withstand a wide range of temperatures and relative humidity. Animals and birds are frequently infected.

**Aspergillus/Penicillium group[1]**

Occasionally, the conidia and spores of these fungi are indistinguishable on direct exam. See *Aspergillus* and *Penicillium* spp.

© 2001 Microbiology Specialists Incorporated. All rights reserved.

### Bipolaris'/Drechslera group

This group of mould is parasitic, chiefly on grasses, and can cause corneal infections, phaeohyphomycosis and other opportunistic infections, allergic rhinitis, and more severe sinus invasions (chronic sinusitis). They usually show growth within 5 days, but may take longer to sporulate.

> Note: On occasion, the conidia of Bipolaris/Drechslera group are indistinguishable.

### Chaetomium spp.[*]

Chaetomium spp. are important as agents in the decay of cotton and other cellulosic man-made materials but have also been recognized as active agents of soft rot in wood and fruit rot in apples. They also occur commonly on dung, straw, wet paper, cloth or fibers. They are important components in the decomposition of herbaceous and lignified plant matter reaching the soil. Some species occur commonly on birds' feathers, mainly in winter and on nests which contain cellulosic or keratinic material with low or moderate moisture. Chaetomium spp. can grow at a wide range of temperatures and relative humidities. While most species are cellulolytic, some produce mycotoxins. They may be agents of asthma, allergic rhinitis, and onychomycosis (nail infection). Additionally, Chaetomium spp. have been associated with infections of the blood, lungs, brain (C. strumarium and C. atrobrunneum), and skin in both healthy and immunocompromised patients.

### Cladosporium spp.[*]

Isolates of Cladosporium are commonly recovered in the clinical laboratory. Most of the more common species of Cladosporium are soil fungi; others are parasitic on plants. Some strains can grow on grain and produce a toxic which can causes necrotic skin rashes and other symptoms, including aphasia and death. The spores (conidia) of Cladosporium spp. are routinely used as a measure of airborne mould contamination or an indicator for allergic rhinitis. Cladosporium spp. have been reported as an agent of mycotic keratitis (eye infection) and have been linked with the formation of cataracts; some species cause mild dermal infection (note: the strains which are truly pathogenic in humans are not commonly isolated in the environment). The environmental strains are important agents of spoilage or deterioration of a variety of materials, growing on textiles, paper, cellulosic materials, painted surfaces, fruits, and vegetables. If occuring as a reservoir in an indoor environment, this organism can cause asthma.

### Curvularia spp.

Curvularia spp. are common environmental moulds known to infect the cornea (keratomycosis). They have been reported as agents of phaeohyphomycosis (skin) and have been implicated in other opportunistic infections, including one reported case of endocarditis. Their large conidia may also cause allergic rhinitis.

© 2001 Microbiology Specialists Incorporated. All rights reserved.

**dematiaceous hyphae**

Moulds with dark hyphae on tease mount are called dematiaceous moulds. Dematiaceous is a term used to describe the vegetative hyphae and the color of the hyphae seen on the tease mount. Moulds with dark hyphae on tease mounts also have dark green, grey or brown to black colonies, especially on the reverse. An example of a dematiaceous mould is *Alternaria* spp. Not all dematiaceous moulds start out darkly pigmented.

>    Note: Sterile hyphae can be dematiaceous.

**Epicoccum/Epicoccum-like group**

These moulds are commonly known as contaminants or secondary invaders on all sorts of plants and other fungi. They are not common human pathogens, but they have been implicated in allergic rhinitis. They have been isolated from a wide variety of plants, soil, air, human skin, insects and a number of textiles.

**hyaline hyphae**

Light-colored hyphae are called hyaline hyphae. Hyaline moulds have light-colored vegetative and aerial hyphae, but they may be covered with brightly colored conidia, such as the *Penicillium* species. They may also have soluble pigments which diffuse into the agar.

>    Note: Sterile hyphae can be hyaline.

**mites**

Exposure to allergens in fecal waste of dust mites, as well as mite body parts, is the single most important cause of asthma and chronic allergic rhinitis in [residential] indoor environments. Mites are any of a large group of tiny arachnids (spider-like organisms). Many of them are parasitic on plants and animals or found in prepared foods. Dust mites typically eat sloughed off human skin scales. They are more prevalent in areas with wall-to-wall carpeting. They thrive in warm, humid places. Mites prefer a relative humidity above 60% (and optimal growth at 70% or greater). Therefore, measures should be taken to keep the population of mites under control.

© 2001 Microbiology Specialists Incorporated. All rights reserved.

***Paecilomyces* spp.**[1]

*Paecilomyces* spp., common airborne moulds, have been reported to cause mycotic keratitis (inflammation of the cornea) as well as infections of the lachrymal sac (tear duct). Some *Paecilomyces* spp. have also been implicated in pulmonary diseases such as allergic alveolitis, sinusitis and pneumonia; and on occasion, endocarditis. They may cause cutaneous (skin) infectious as well. Paecilomycosis has been reported in dogs, calves, horses, and turkeys. *P. variotii* has been reported to cause pulmonary and air sac infections in pigeons and mastitis in goats. Most species are almost always associated with insects.
*Paecilomyces* spp. usually indicate water damage or the presence of sewage. They are commonly found on wood, pulp, paper, some fruits and coffee as well as in chalky (slightly alkaline) soils, bat guano, vineyards, and soil treated with oil waste. *P. lilacinus*, as well as some other species, show some antagonistic activity against some gram-positive bacteria and a wide range of other fungi. *P. lilacinus* may cause eye infections, cutaneous infections, maxillary sinusitis, endophthalmitis or deeper infections after major surgery. *P. variotii* is thermotolerant (and moderately thermophilic at 40°C up to 60°C), which allows it to tolerate the high temperatures during composting processes and fruit juice pasteurization. *P. variotii* has been isolated from a variety of sources including wood pulp and slime accumulations in paper mills, seeds of cotton, leather, photographic paper and synthetic rubber. It deteriorates jute fiber and paper and is a common decomposer of food stuffs. *P. variotii* may cause allergic alveolitis, sphenoid sinusitis, pneumonia, soft tissue infections as well as cutaneous hyalohyphomycosis. It also has antifungal properties. Toxicosis from moulded grain and feed can be observed in many animals.

> Note: On occasion the conidia and spores of *Paecilomyces* spp. and *Penicillium* spp. are indistinguishable.


***Penicillium* spp.**[1]

This organism is commonly isolated in the clinical laboratory. Some species complete the ripening of certain varieties of cheese and are responsible for the characteristic flavors of Roquefort, Camembert, Gorgonzola and Stilton cheeses. It is, therefore, not uncommon to find this mould in human clinical specimens. It is associated with a variety of diseases for which its etiologic significance is uncertain. Additionally, this mould has caused endocarditis after insertion of valve prostheses and "farmer's lung" after low but constant levels of exposure to the allergens or overwhelming exposures to spores. *Penicillium* spp. are commonly implicated in allergic rhinitis. Some strains are recognized toxin-producers. If occurring as a reservoir in an indoor environment, this organism can also cause asthma and hypersensitivity pneumonitis.

> Note: On occasion the conidia and spores of *Penicillium* and *Aspergillus* are indistinguishable on direct exam.


**pollen**

These yellow, powder-like male sex cells are found on the stamens of a flower. Examples of pollens include those of trees, grass, and weeds. Pollens may cause allergic rhinitis or other allergic reactions in hypersensitive individuals.

© 2001 Microbiology Specialists Incorporated  All rights reserved.

*Rhabditis* spp.

*Rhabditis* is the genus of a free-living nematode found in the soil or water that has been known to cause itching cutaneous papules. Its rhabditoid larva exhibits a long buccal chamber like that of the rhabditoid larva of hookworm. The larvae feed, grow, molt and develop into free-living adults without undergoing the filariform larval stage. *Rhabditis* spp. typically live in decaying organic debris but are able to accommodate themselves temporarily to ulcerated or damaged human tissues or to the lumen of various organs. They often contaminate food or drink.

*Stachybotrys* spp.[1]

These moulds are aggressive cellulose decomposers. They are commonly isolated from paper, paper products, soil and textiles, and occasionally from dead plants. The colonies may grow in 4 to 5 days but do not compete well with other moulds. Maturation and sporulation are often poor and slow on artificial media. *Stachybotrys chartarum* (Rippon, Ph.D.) is an important agent of mycotoxicosis. *S. chartarum* produces a potent toxin that is lethal to animals eating contaminated forage. Inhalation or percutaneous absorption of *Stachybotrys chartarum* (*S. atra, S. alternas*) (Jarvis) has also caused symptoms in humans ranging from allergic rhinitis, headaches and nosebleeds to fever and severe skin rashes. The dermatitis which may arise from handling contaminated straw and hay and from removing and replacing building materials is characteristic of the trichothecene mycotoxins. The optimum temperature for cellulose decomposition is reported to be 30°C. Mycotoxins present in mycelium can cause stachybotryotoxicosis in both horses and man. The fungus possesses a strikingly high tolerance to UV radiation.

*Ulocladium* spp.

These moulds are commonly found on dead herbaceous plants, rotten wood, paper and textiles, and isolated from soil. *Ulocladium* spp. are usually considered to be non-pathogenic, but may be an agent of allergic rhinitis.

Note: On occasion the conidia and spores of *Pithomyces* and *Ulocladium* are indistinguishable.

unidentified dematiaceous conidia/spores

Unidentified dematiaceous conidia/spores are non-motile, darkly pigmented, asexual reproductive structures which usually separate from the parent; they are not produced by cleavage, conjugation, or free-cell formation. These conidia/spores are termed as "unidentifiable" due to the fact that they were not readily identifiable under the given sampling and analysis conditions. If further identification of these unidentified conidia/spores is needed, we suggest culture screen or culture.

© 2001 Microbiology Specialists Incorporated. All rights reserved.

**yeast**

Yeasts are examples of blastoconidia, which are holoblastic conidia produced by budding.
Yeasts consist of individual oval to round cells that frequently bud to form daughter cells.
Although *Cryptococcus neoformans* and *Candida albicans* are the two most commonly known
yeast that cause human infection, many other species have also been implicated.

        **Note:** Some yeasts may produce pseudohyphae, an elongation
of the budding process which leaves a "pinching off" or indentation between cells rather
than the cross-walls found in true hyphae. This is most common in the *Candida* species.

© 2001 Microbiology Specialists Incorporated. All rights reserved

¹ These genera of fungi are known to have strains which may produce mycotoxins under the proper conditions

# NBD *International Inc.*

241 Myrtle Street
P.O. Box 1003
Ravenna, Ohio 44266
Phone (330) 296-0221
Fax (330) 296-0292
www.nbdint.com

April 13, 2001

Hal Arnold
Beneke/Adjusters International
16225 Park Ten Place Drive
Suite 500
Houston, TX 77084                    *Fax Delivery (281) 991-4001*

RE: Valley Diagnostic Clinic

Dear Mr. Arnold;

Enclosed is the report received from Douglas A. Rice, PhD, which is based upon site
testing that was completed on April 8th at the Valley Diagnostic Clinic Building, 2200
Haine Drive, Harlingen, Texas. This report addresses a recommended scope for:

- Demolition and removal of porous materials
- Disposal of materials
- Cleaning following demolition
- Sanitizing and disinfecting following demolition
- Clearance Testing before reconstruction

Mr. Rice's experience and contact information are enclosed. Please direct any questions
or correspondence to me at:
        NBD International, Inc.
        P.O. Box 1003
        Ravenna, OH 44266

or contact me via email at:
        jschwartz@nbdint.com

Sincerely,

Jack Schwartz
Project Consultant

enclosures



# Detailed Scope of Work

A visual inspection, moisture analysis, bioaerosol analysis, and detailed surface mold sampling was completed on April 8, 2001. Based on the moisture analysis and mold sampling the following scope of work was prepared. All of the colonial morphologies observed in the building were sampled. Stachybotrys chartarum was not observed. Viable mold data is still pending.

**a.  Gross removal of porous materials**

Removal of drywall will depend on moisture levels. Any drywall containing 20% more moisture than ambient (non-flooded) must be removed. If the moisture has been trapped behind the cove base, a strip of 4 to 6 inches should be replaced. If the moisture has migrated past 12 inches, the drywall and insulation must be removed to "chair rail height." Certain areas of the 1st floor will require complete removal of the sheetrock. All flooded carpet must be removed. Lead sheeting will NOT support microbial growth and does not need to be removed. All building contents removed from the building should be documented for insurance purposes. Wet materials should be discarded in a landfill as soon as possible.

   i.   Expertise: A professional restorer with applicable mold experience should be used. Specific training programs must be included respiratory protection and containment construction.
   ii.  PPE: Gloves, eye protection, double tyvek over garments, Half face HEPA filtered respirator are required during the demolition phase only. After the building materials have been removed, PPE becomes optional for the contract workers.
   iii. Containment: Restrict access to the contaminated area with physical barriers or warning signs. Demolition operations should be completed when building occupants are not present. The contaminated areas should be completely contained. Plastic walls should be sealed to prevent spore migration. The containment should include a ceiling on the 2nd floor to prevent spore migration above the unflooded area. Containment of the ceiling on the 1st floor will not be necessary since some of the walls will be removed completely. The contained area should be placed under negative pressure to at least two inches of water pressure. A dirty room should be built into the containment for equipment storage and removal of the first layer of tyvek. The second layer of tyvek can be removed in a clean room used for clothing storage. An alternative to double layer tyvek is a shower out facility between the dirty and clean rooms.
   iv.  HVAC systems must be shut off and isolated during remediation. Any duct lining that had been saturated must be removed. Growth supporting materials should be inspected and removed if growth is observed. Lined ductwork that was not saturated should be HEPA vacuumed and disinfected.
   v.   Removal: Mist the surface with 10% bleach for dust suppression. Cut out the contaminated material. HEPA vacuum the adjacent areas such as floors, horizontal surfaces, wall cavities, or ceiling grids. Sanitize the adjacent areas with 10% bleach.

**b.  Disposal**

Local authorities and landfill managers should be consulted to determine disposal ordinances. Mold is not a toxic material and does not have to be disposed of in the same manner as asbestos. Moldy building materials can be dumped in open containers and disposed in open landfills. Mold decomposition is a key component of landfill operations. Disinfection of moldy materials prior to disposal is NOT necessary.

If moldy building materials are to be transported through clean areas of a building some containment of the spores is necessary. While double bagging is not necessary, a single bag will keep the spores contained. Before the bag is transported through a clean area, it should be HEPA vacuumed or enclosed in a rolling dumpster with a tight fitting lid.

### c. Cleaning

Cleaning should not begin until all water damaged contents and saturated building materials have been removed from the loss area.

#### i. Building contents

Both porous and nonporous building contents can be cleaned. Wood furniture, including laminated particleboard does not support the rapid growth of mold, cleaning is preferred over discarding. Visible debris should be wiped from hard surfaces with a damp cloth and mild detergent solution. If necessary, more aggressive cleaning can be accomplished with a pressure washer.

#### ii. Building materials

Remaining building materials, such as framing, flooring, conduits, and other structural components, do not need to be cleaned. Wiping down dusty surfaces will prevent old dust from contaminating the newly cleaned areas.

### d. Sanitizing/Disinfecting

If the building materials are cleaned and dried, subsequent mold growth will not develop. It is important to remember that mold is a natural part of our environment. Once a surface has been disinfected, mold spores from the atmosphere will immediately re-contaminate it.

Once gross removal and any necessary cleaning have been completed, disinfection can begin. Usually disinfection is an optional step. In this case, all remaining surfaces inside the containment should be disinfected with 10% bleach or an equivalent biocide. This will assure the building occupants that all spores released during the demolition have been killed.

Disinfectants may be more hazardous than the mold or bacteria being disinfected. Manufacturer's directions should be closely followed. A disinfectant should only be used on surfaces or environments that it was designed for. Disinfectants should be avoided in air handling systems.

### e. Clearance Testing

Microbial clearance testing provides certification that states on the day of testing the building was returned to pre-loss conditions. Clearance testing does NOT guarantee that all microorganisms have been removed from the environment. The most important aspects of clearance sampling are the selection of clearance criteria, definition of the testing methodology and selection of third party sampling experts.

#### i. Clearance criteria

The clearance criteria must be based on control samples collected from unflooded areas inside the building and ambient controls outside the building. Airborne mold populations are the best predictor of human exposure and should be used as the primary clearance criteria. Surface samples will demonstrate the efficacy of cleaning and disinfection procedures, but do not indicate the presence of microbial reservoirs. Both air and surface data will be helpful in the case of future litigation.

Airborne mold populations should be equal to control areas within the building and no more than 75% of outdoor populations. Genera isolated inside the loss area should match the genera isolated from control areas.

#### ii. Clearance Methods
##### 1. Airborne

Viable aerosol samples are the most critical piece of data in clearance criteria. Viable samples will indicate the population of organisms that are capable of growing in an environment. Control samples should be collected at a rate of at least 10% of the test

samples. Viable samplers include the Anderson N6, All-Glass Impinger, or the Surface Air System (SAS) super-90. These samplers draw a known volume of air onto a nutritive growth medium. The medium is incubated and counted. Specific colonies can be isolated and identified for comparison of test vs. control samples.

Non-viable samples should also be collected for clearance whenever possible. Non-viable samplers include the Air-O-Cell, Samplair, and spore trap methodologies. These systems do not rely on the ability of the organism to grow on an agar surface; hence they can be counted immediately after collection. These methods count both living and dead spores but do not allow for accurate identification of all genera.

2. Surface
Surface samples should be collected for clearance when the disposition of building contents is in question. Spores from active mold growth can migrate to clean areas and contaminate building contents. The spread of spores can be extensive if there was inadequate containment during demolition or the air handling system was contaminated.

Materials that may have been contaminated by spore migration should be tested by a viable surface method. Swabs, sponges, or Rodac plates can be used to determine the viable population of a surface. It is critical to sample control (unflooded) areas at a rate of at least 20% of the test samples. If the materials had been contaminated by spore migration, the populations will be at least twice the population of the control samples.

iii.  Selecting the Expert
Selection of the environmental expert can be a difficult task. Many Industrial Hygienists do not have background or experience in microbiological principles. Many mycologists do not have practical experience in building systems. The best recommendation is to contact the references provided by the expert.

- Qualifications
- Educational background
- Applicable experience
- Realistic recommendations
- Scientific basis instead of emotional

f.  **Reconstruction**
There is considerable debate whether clearance sampling should precede or follow the reconstruction step. Clearing the building prior to reconstruction will demonstrate that the building has been returned to a state equal to the initial construction of the building. It is easier to find and repair areas that fail clearance before the building materials are replaced. Conversely, clearing a building before reconstruction does not account for mold spores transported into the building during construction. If immunocompromised persons will occupy the building, post reconstruction clearance sampling will be preferred.

Douglas A. Rice, Ph.D.
Environmental Consultant
Laboratory Director
Colorado State University

# DOUGLAS ALAN RICE, Ph.D.
### Laboratory Director
### Environmental Health Services
### Colorado State University

**Home Address**
1600 West Plum Street #24-F
Fort Collins, CO  80521

**Phone**
Home: (970) 491-8837
Work: (970) 491-6503

## QUALIFICATIONS

* Bioaerosol investigations including fungal identification
* Biological remediation design and implementation based on risk assessment.
* Training seminars on environmental microbiology and mycology.
* Chemical, biological, and comfort Indoor Air Quality (IAQ) investigations.
* Direct all aspects of a research or service based contract laboratory.
* Supervise and train laboratory personnel.
* Supervise and train emergency/medical response teams.
* Short Course instruction for NIOSH 582e, bioaerosol analysis, and food safety.
* Experimental design and statistical analysis.
* Good Laboratory Practices (GLP) methods and reporting.
* Good Manufacturing Practices (GMP) training and program design.
* Design and monitor microbiological analysis of HACCP programs.
* Isolation, identification, and preservation of spoilage and pathogenic organisms.
* Microbiological analysis of environmental samples including:  food, food processing, potable waters, botttle water, wastewater, soil and bioaerosols.
* Microscopic examination of environmental samples including:  asbestos containing materials settled dusts, airborne dusts, pollen grains and fungal spores.
* Laboratory design including equipment selection and acquisition.
* Read and speak Spanish fluently.

## EXPERIENCE

**December 1992 to Present**
Environmental Health Services
Colorado State University
Laboratory Director

**Duties:**
* Direct the Environmental Quality and Industrial Hygiene Laboratories.
* Coordinate and design testing programs to support the University community.
* Negotiate and maintain research and support contracts.
* Train new lab personnel in microbiological and industrial hygiene techniques.
* Define and correct microbial contamination problems occurring throughout the campus.  Including:  food borne illness outbreaks, indoor bioaerosol contamination, and water distribution or wastewater cross-connections.
* Microbiological and microscopic analysis of environmental samples.
* Member of the campus hazardous material response team.

**August  1993 to Present**
　　　　Environmental Microbiology Consultant

　　　　**Duties:**
　　　　* On site bioaerosol investigations including fungal identification.
　　　　* Indoor Air Quality (IAQ) or sick building syndrome invesestigations.
　　　　* Viable and non-viable clearance sampling.
　　　　* Expert testimony for building related illness, mold damage and food poisoning cases
　　　　* Investigate lead and asbestos contaminations.
　　　　* Design, review, and recommend environmental monitoring plans for food production
　　　　　facilities, water bottling plants, chemical manufacturers, and municipal water utilities.
　　　　* Review laboratory design and experimental procedures for municipal water utilities,
　　　　　contract laboratories, and small scale brewing operations.

**July 1987 to December 1992**
　　　　The Clorox Company
　　　　Microbiologist II

　　　　**Duties:**
　　　　* Supervise microbiological testing.
　　　　* Coordinate project timelines, schedule analysis.
　　　　* Design and perform microbiological analysis for new food and disinfectant products.
　　　　* Develop microbiological methods for the analysis of raw materials and finished
　　　　　products by plant personnel.
　　　　* Train corporate and plant personnel in hygiene, sanitation, food handling techniques,
　　　　　and HACCP methodology.
　　　　* Define and correct microbial contamination problems in food production and water
　　　　　bottling facilities.

**May 1984 to June 1987**
　　　　Department of Microbiology; Colorado State University
　　　　EPA Graduate Trainee and Laboratory Assistant II

　　　　**Duties:**
　　　　* Literature and laboratory research and experimental design.
　　　　* Supervise laboratory technicians.
　　　　* Lecture on general microbiology and aquatic microbiology.
　　　　* Analysis of raw, waste, and potable waters.
　　　　* Bacterial analysis of food and dairy products.
　　　　* Analysis of pathogenic organisms from food and dairy sources.
　　　　* Analysis of aquatic macrobiotic populations.

## EDUCATION

| | |
|---|---|
| **Doctor of Science:** | Microscopy<br>The McCrone Research Institute<br>University of Illinois at Chicago 1997 |
| **Master of Science:** | Environmental Microbiology<br>Colorado State University 1987 |
| **Bachelor of Science:** | Medical Microbiology<br>Colorado State University 1984 |

**Certifications and
Continuing Education:**

Environmental Monitoring Statistics: ST 547
    Colorado State University: Spring 2000
Aerosol Technology EH 726
    Colorado State University: Fall 1999
Advanced Pollen and Spore Identification
    McCrone Research Institute: April 1997
Mycology B 333
    Colorado State University: Fall 1996
Food and Air Borne Fungi
    Centraalbureau voor Schimmelcultures: June 1996
Microscopic Examination of Foods
    McCrone Research Institute: May 1996
Forensic Examination of Building Materials
    McCrone Research Institute: March 1996
Microscopy of Environmental Dust
    McCrone Research Institute: August 1995
Photomicrography
    McCrone Research Institute: June 1995
Indoor Air Quality: Solutions and Strategies
    Environmental Information Association: April 1995
Communicating Food Safety Risks
    Institute of Food Technologists: June 1994
Microscopic Identification of Asbestos
    McCrone Research Institute: January 1994
Advanced Asbestos Identification
    McCrone Research Institute: January 1994
Miles Aerobiology Workshop
    Western Oregon State College: June 1993
Microorganisms in Indoor Air: Environmental and Occupational settings
    ACGIH/AIHCE: May 1993
Assessing Bioaerosols in the Workplace
    ACGIH/AIHCE: May 1993
AHERA Approved Asbestos Contractor Supervisor
    Asbestos Training Center: May '93, April '94, April '95
AHERA Approved Designing Asbestos Abatement Projects
    Asbestos Training Center: April 1993
AHERA Approved Asbestos Building Inspector & Management Planner
    Asbestos Training Center: Feb. '93, through Feb. '01
NIOSH 582e: Sampling & Evaluating Airborne Asbestos Dust
    Earlie Thomas Associates: January 1993
Hazardous Waste Operations: (HAZWOPER)
    Colorado State University: January 1993
A Practical Application of HACCP
    Institute of Food Technologists: November 1991
Food Microbiology: Short Course
    Silliker Laboratories: March 1989
Establishing Hazard Analysis Critical Control Point (HACCP) Programs
    National Food Laboratories: November 1988
Strategy of Experimentation
    E.I. duPont de Nemours & Company Inc.: October 1988

# MEMBERSHIPS

Institute of Food Technologists: Professional member.
American Water Works Association.
Rocky Mountain Water Pollution Control Association.
American Society of Microbiology

# PUBLICATIONS

- Cache la Poudre River Water Quality Study Annual Summary 1999.
- Big Thompson River Water Quality Study Annual Summary 1999.
- "The relationship of macroinvertebrate assemblages to water chemistry in a polluted Colorado plains steam" Archives of Hydrobiology, July 1999.
- Cache la Poudre River Water Quality Study Annual Summary 1998.
- Big Thompson River Water Quality Study Annual Summary 1998.
- Cache la Poudre River Water Quality Study Annual Summary 1997.
- Big Thompson River Water Quality Study Annual Summary 1997.
- Background Water Quality Study of Horsetooth Reservoir, 1996 Physical, Microbiological, Chemical, and Phytoplankton Analysis.
- Cache la Poudre River Water Quality Study Annual Summary 1996.
- Big Thompson River Water Quality Study Annual Summary 1996.
- "An Outbreak of *Salmonella infantis* in a Large Animal Hospital" JAVMA 1996.
- Background Water Quality Study of Horsetooth Reservoir, 1995 Physical, Microbiological, Chemical, and Phytoplankton Analysis.
- Cache la Poudre River Water Quality Study Annual Summary 1995.
- Big Thompson River Water Quality Study Annual Summary 1995.
- Background Water Quality Study of Horsetooth Reservoir, 1994 Physical, Microbiological, Chemical, and Phytoplankton Analysis.
- Cache la Poudre River Water Quality Study Annual Summary 1994.
- Big Thompson River Water Quality Study Annual Summary 1994.
- Background Water Quality Study of Horsetooth Reservoir, 1993 Physical, Microbiological, Chemical, and Phytoplankton Analysis.
- Cache la Poudre River Water Quality Study Annual Summary 1993.
- Big Thompson River Water Quality Study Annual Summary 1993.
- Background Water Quality Study of Horsetooth Reservoir, 1992 Physical, Microbiological, Chemical, and Phytoplankton Analysis.
- Cache la Poudre River Water Quality Study Annual Summary 1992.
- Big Thompson River Water Quality Study Annual Summary 1992.
- A Membrane Filter Method for the Enumeration of Aquatic Ammonifiers. Water Research. Vol. 21 #5. 1987.

DATE:      April 16, 2001

TO:        Jack Schwartz
           NBD International Inc.
           P.O. Box 1003
           Ravenna, OH 44266

FROM:      Douglas Rice, Ph.D.
           Laboratory Director

PROJECT:   Harlingen

A variety of surface and air samples were collected from the Radiology Clinic in Harlingen, Texas. Surface samples were collected and identified on site April 8, 2001.

Six samples were collected to determine fungal aerosol populations inside and outside of the building. The samples were collected with a Spiral Air Systems "Super-90" at a rate of 75 liters per minute. The air was impacted onto Malt Extract Agar. The plastes were incubated at 28°C and counted. Major mold genera were identified and photographed.

## LABORATORY RESULTS

*Table #1: Surface tape samples*

| Sample | Mold genera |
|---|---|
| X-ray 1 | Chaetomium, Paecilomyces |
| X-ray 2 | Phoma, Aspergillus |
| X-ray 3 | Chaetomium, Phoma |
| Lead sheeting | No mold growth detected |
| X-ray control 1 | Chaetomium, Aspergillus, Penicillium |
| X-ray control 2 | Chaetomium |
| Nuclear/IV | Penicillium |
| Under desk | Chaetomium, Penicillium |
| Hallway | Penicillium |
| Ceiling dust | No mold spores detected |
| Ceiling insulation | No mold spores detected |
| 2nd floor wall | Curvularia |
| Document (paper) | Verticillium |
| Rust stains | Rust, salt crystals |

*Penicillium* was the predominant genus isolated in the building. Drywall demonstrating high moisture content had *Chaetomium* as the predominant genus. *Stachybotrys chartarum* was NOT observed in any of the tape samples collected from the building.

*Table #2: Bioaerosol Populations.*

| Sample ID | Yeast / M³ | Mold / M³ | Predominant genera |
|---|---|---|---|
| 1st floor hallway | <10 | 50 | Penicillium |
| 1st floor X-ray (center) | 20 | 50 | Penicillium, Cladosporium cladosporioides |
| 2nd floor hallway | 40 | 1940 | Penicillium, Paecilomyces, Mucor |
| 2nd floor reception | <10 | 10 | Cl. sphaerospermum |
| Outside 1 | 40 | 420 | Fusarium, Rhinocladiella, Cl. sphaerospermum & cladosporioides |
| Outside 2 | <10 | 330 | Cl. cladosporioides, Alternaria, Bipolaris, Fusarium |

The fungal population on the second floor significantly exceeded the ambient (outside) population. The spores were not migrating out of the area as demonstrated by the low count in the 2nd floor reception area. Both of the samples collected on the 1st floor were well below ambient populations. *Stachybotrys chartarum* was NOT isolated from any of the airborne samples.

*Table #3: Significance of Isolated Genera.*

| Organism | Significance |
|---|---|
| Alternaria sp. | Common allergen, potential toxigen |
| Aspergillus sp. | Common allergen, potential toxigen |
| Bipolaris sp. | Common allergen |
| Chaetomium sp. | Potential allergen |
| Curvularia sp. | Potential allergen |
| Cladosporium spp. | Common allergens and potential plant pathogens |
| Fusarium sp. | Allergen, potential pathogen and toxigen |
| Mucor sp. | Allergen, opportunistic pathogen |
| Paecilomyces sp. | Allergen, potential toxigen |
| Penicillium sp. | Common allergen, potential toxigen |
| Phoma sp. | Potential allergen, common household mildew |
| Rhinocladiella sp. | Potential allergen |
| Verticillium sp. | Potential allergen, plant pathogen |

## RECOMMENDATIONS

Based on these findings, no changes are necessary on the original remediation protocol.

Since airborne spore populations on the 2nd floor exceeded ambient populations, access to the area prior to remediation, should be restricted to individuals without mold allergies. The elevated population was likely due to the presence of the previously saturated carpet.

Clearance samples will dictate when mold levels have been returned to normal populations. It will be critical to sample outdoors and unflooded areas of the clinic to define the clearance criteria for the flooded areas.

Douglas A. Rice, Ph.D.
Laboratory Director
CSU-EHS