21

United States District Court
Southern District of Texas
FILED

JUL 2 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY | § § § § | |
| Plaintiff, | § § | |
| AND | § § § | |
| VALLEY DIAGNOSTIC CLINIC, P.A. | § § | CIVIL ACTION NO. B-02-205 |
| Intervenor, | § § § | |
| v. | § § § | |
| AMERICAN STANDARD, INC. | § § § | |
| Defendant. | § | |

### FIRST MOTION FOR PROTECTIVE ORDER OF
### VALLEY DIAGNOSTIC CLINIC, P.A.

TO THE HONORABLE JUDGE OF SAID COURT:

VALLEY DIAGNOSTIC CLINIC, P.A., ("VDC"), Intervenor-Plaintiff, in the above action files this First Motion for Protective Order and would show the Court the following.

1.  On July 1, 2003, VDC received by facsimile the Defendant's Notice of Intention to Take Deposition by Written Questions of Beneke/Adjusters International, 16225 Park Ten Place Drive, Suite 500, Houston, Texas 77084.

2.  Beneke/Adjusters International ("Beneke") was hired by VDC to consult with them regarding the value of the water damage loss at issue in this lawsuit.

3.   VDC is a healthcare provider and many of the documents in the Beneke file that would be within the scope of the deposition on written questions contain confidential medical information regarding VDC patients. VDC hereby asserts the confidentiality of that medical information a seeks a Protective Order from this Court sufficient to preserve the confidentiality of the information contained within those documents.

4.   In addition the Beneke file also contains documents which are subject to the attorney client privilege and other confidentiality and privileged provisions of the Federal Rules of Civil Procedure. VDC hereby asserts those privileges and seeks a Protective Order from this Court sufficient to preserve those privileges.

WHEREFORE, PREMISES CONSIDERED, Valley Diagnostic Clinic, P.A.,Intervenor and Plaintiff herein prays that this Court grant their Motion for Protective Order and orders that the discovery sought in Defendant's Notice of Intention to Take Deposition by Written Questions directed to Beneke/Adjusters International be quashed until it is modified by Court order, or otherwise, to address the confidentiality and privileges discussed herein, and that they receive all other and further relief to which they may show themselves entitled.

Respectfully submitted,

GARY, THOMASSON, HALL & MARKS
Professional Corporation

_____
Gordon D. Laws
Federal Bar No. 12417
State Bar No. 12057650
Christopher H. Hall for Gordon D. Laws
Federal Bar No. 19536
State Bar No. 00793881
P. O. Box 2888
Corpus Christi, Texas 78403
(361) 884-1961
(361) 889-5100 FAX

**ATTORNEYS FOR INTERVENOR**

### CERTIFICATE OF CONSULTATION

I certify that I have attempted to consult with the other parties regarding the filing of this Motion, but have been unable to make contact. I will continue to make efforts to consult with the other parties regarding this Motion and will consult this Court of such consultation.

_____
Christopher H. Hall

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on all parties to this lawsuit, by and through their counsel of record, on the 21st day of July, 2003, addressed as follows:

*Advance Copy Via Facsimile No. (409) 838-4050*
*and Certified Mail, RRR No. 7003 0500 0000 5887 5644*
Mr. James R. Old, Jr.
GERMER GERTZ, L.L.P.
550 Fannin, Suite 700
Beaumont, Texas 77701

*Advance Copy Via Facsimile No. (713) 739-7420*
*and Certified Mail, RRR No. 7003 0500 0000 5887 5668*
Mr. Dale M. Holidy
GERMER GERTZ, L.L.P.
333 Clay, Suite 4105
Houston, Texas 77002

*Advance Copy Via Facsimile No. (214) 462-3299*
*and First Class Mail*
Mr. C. Wesley Vines
COZEN O'CONNOR
1717 Main Street, Suite 2300
Dallas, Texas 75201

*Advance Copy Via Facsimile No. (281) 994-4001*
*and First Class Mail*
Mr. Hal Arnold
Adjusters International
16225 Park Ten Place Dr., Suite 500
Houston, Texas 77084

_____
Christopher H. Hall

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY | § § § § | |
| Plaintiff, | § § | |
| AND | § § § | |
| VALLEY DIAGNOSTIC CLINIC, P.A. | § § | CIVIL ACTION NO. B-02-205 |
| Intervenor, | § § § | |
| v. | § § | |
| AMERICAN STANDARD, INC. | § § § | |
| Defendant. | § | |

## ORDER

Came on this day to be considered the First Motion for Protective Order of Valley Diagnostic Clinic, P.A. in the above case. The Court having considered the same, is of the opinion that the Motion is meritorious and should be GRANTED.

It is therefore, ORDERED, ADJUDGED and DECREED that Beneke/Adjusters International not produce any documents responsive to the Notice of Intention to Take Deposition by Written Questions until an agreement has been reached by all parties regarding such production of documents.

Signed this _____ day of _____, 2003.

_____
JUDGE PRESIDING