IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 4 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY § § § Plaintiff, § § AND § § VALLEY DIAGNOSTIC CLINIC, P.A. § § Intervenor, § § v. § § AMERICAN STANDARD, INC. § § Defendant. § | CIVIL ACTION NO. B-02-205 |

## STIPULATION TO DISMISS PURSUANT TO RULE 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

The Intervenor, VALLEY DIAGNOSTIC CLINIC, P.A., [hereafter "VDC"], no longer desires to prosecute its claim against American Standard, Inc. [hereafter "American Standard"] and requests that the Court dismiss its action against American Standard pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The other parties to this action, Transcontinental Insurance Company [hereafter "CNA"] and American Standard have stipulated that VDC's case against American Standard, Inc. shall be dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

268321/1972.03/gdl/420

As among VDC, CNA and American Standard, the parties shall bear their own court costs. This stipulation, however, will have no effect whatsoever on any claim for court costs that the remaining parties, CNA and American Standard, Inc. may have against each other following further resolution of these proceedings.

Respectfully submitted,

_____
Gordon D. Laws
Federal Bar No. 12417
State Bar No. 12057650
Christopher H. Hall for Gordon D. Laws
Federal Bar No. 19536
State Bar No. 00793881
GARY, THOMASSON, HALL & MARKS
Professional Corporation
P. O. Box 2888
Corpus Christi, Texas 78403
(361) 884-1961
(361) 889-5100 FAX

**ATTORNEYS FOR VALLEY DIAGNOSTIC CLINIC, P.A., INTERVENOR**

_____
Mr. Wesley Vines
State Bar No. 20586050
Cozen O'Connor
1717 Main Street, Suite 2300
Dallas, Texas 75201
(214) 462-3008
(214) 462-3299 FAX

**ATTORNEYS FOR TRANSCONTINENTAL INSURANCE COMPANY, PLAINTIFF**

_____
Mr. James R. Old
State Bar No. 15242500
Federal I.D. No. 10751
Germer Gertz, L.L.P.
P. O. Box 4915
Beaumont, Texas 77704
(409) 838-2080
(409) 838-4050 FAX

**ATTORNEYS FOR AMERICAN STANDARD, INC., DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on all parties to this lawsuit, by and through their counsel of record, on the __1__ day of August, 2003, addressed as follows:

*Advance Copy Via Facsimile No. (409) 838-4050*
*and First Class Mail*
Mr. James R. Old, Jr.
GERMER GERTZ, L.L.P.
550 Fannin, Suite 700
Beaumont, Texas 77701

*Advance Copy Via Facsimile No. (214) 462-3299*
*and First Class Mail*
Mr. C. Wesley Vines
COZEN O'CONNOR
1717 Main Street, Suite 2300
Dallas, Texas 75201

Gordon D. Laws