IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY | § § § | |
| Plaintiff, | § § | |
| AND | § § | |
| VALLEY DIAGNOSTIC CLINIC, P.A. | § § | CIVIL ACTION NO. B-02-205 |
| Intervenor, | § § | |
| v. | § § | |
| AMERICAN STANDARD, INC. | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Came on this day to be considered the Stipulation to Dismiss Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure wherein Valley Diagnostic Clinic, P.A. has announced its desire to discontinue its action against American Standard, Inc. Having considered the Stipulation to Dismiss Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court finds that Valley Diagnostic Clinic, P.A.'s action against American Standard, Inc. should be dismissed without prejudice. It is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Valley Diagnostic Clinic, P.A.'s action against American Standard, Inc. is hereby dismissed without prejudice.

2. As among Valley Diagnostic Clinic, P.A., Transcontinental Insurance Company, and American Standard, Inc., the parties shall bear their own court costs. This order, however, will have no effect on any claim for court costs that the remaining parties, Transcontinental Insurance Company and American Standard, Inc., may have against each other following further resolution of this case.

Signed this 11th day of August, 2003.

Hon. Andrew S. Hanen
U.S. District Judge