24

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
FILED

AUG 1 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| TRANSCONTINENTAL INSURANCE CO. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-205 |
| § | |
| AMERICAN STANDARD, INC. § | |

TYPE OF CASE:        __X__ CIVIL                                    ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been re-set as indicated below:**

TYPE OF PROCEEDING:  **DOCKET CALL and JURY SELECTION**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                                  ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**           **THIRD FLOOR COURTROOM, #6**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:                    RESET TO DATE AND TIME:

Docket Call set for 10/30/03 @ 1:30 pm                                 10/28/03 @ 1:30 pm
Jury Selection set for 10/31/03 @ 9:00 am                             10/30/03 @ 9:00 am


MICHAEL N. MILBY, CLERK

BY: _____
Irma A. Soto, Deputy Clerk

DATE: August 12, 2003

TO: ALL COUNSEL OF RECORD