26

United States District Court
Southern District of Texas
FILED

OCT 0 2 2003

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TRANSCONTINENTAL INSURANCE | § | |
| COMPANY | § | |
| | § | CIVIL ACTION NO. B-02-205 |
| V. | § | |
| | § | |
| AMERICAN STANDARD, INC. | § | |

### DEFENDANT AMERICAN STANDARD INC.'S
### DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

**AMERICAN STANDARD INC.** ("American Standard"), Defendant in the above-entitled and numbered cause of action, and pursuant to Rule 26(a)(2) and by agreement of the parties, makes this, its Designation of Expert Witnesses:

1.  Ygnacio D. Garza, CPA
    Long Chilton, L.L.P.
    3125 Central Boulevard
    Brownsville, Texas 78520
    (956) 546-1655 Telephone

    Mr. Garza is a Certified Public Accountant. He is expected to testify as to the lost profits claimed by Valley Diagnostic Clinic and, if called, will testify that "lost profits," if any, resulting form the occurrence in question cannot be established based on clinic's past track record of profitability, or lack thereof, together with the testimony of executive director of the clinic's own admission that there is no intent on the part of the clinic to make a profit. His opinions are based upon the documents produced by Transcontinental Insurance Company and Valley Diagnostic Clinic through discovery herein in addition to the deposition testimony of Mr. Rod Miller, Executive Director of Valley Diagnostic Clinic. Mr. Garza further bases his opinions on his education, experience and accounting functions performed during his analysis. He will not be able to provide a final opinion herein until Transcontinental Insurance Company and Valley Diagnostic Clinic disclose what is the amount of claim lost profits from the occurrence in question. For further information, please see his report and curriculum vitae, which are attached hereto as Exhibit A.

2.  Dr. Lawrence J. Broutman
    Bodycote Broutman, Inc.
    1975 Ruby Street
    Melrose Park, Illinois 60160
    (708) 236-5360 Telephone

Dr. Broutman is a materials engineer. He is expected to testify that the American Standard Model 3140 Ballcock Assembly was reasonably designed and manufactured based upon the state of the art at the time of manufacture. He is further expected to testify that the material used by American Standard was reasonable under the circumstances at the time and based upon the information reasonably available to American Standard. He will testify that the material in question performed as designed and intended, was not defective or unreasonably dangerous. With respect to the occurrence in question, Dr. Broutman is expected to testify that mechanical forces applied to the ballcock assembly lead to the failure. He will explain that, in all likelihood, the external forces necessary to cause the failure were not due to normal use, but by mechanical force applied by a third party. His opinions are based upon his examination of the product in question, materials produced during this litigation, and his background, training, education and experience with materials. For further information, please see his report and curriculum vitae, which are attached hereto as Exhibit B.

3.      Fred Delgado, Jr.
        Delgado Plumbing
        P. O. Box 4192
        Brownsville, Texas 78521
        (956) 546-8252 Telephone/Facsimile

Mr. Delgado is a master plumber. He is expected to testify about this and similar products, normal and customary function and use of such products, as well as the role of proper maintenance of such products. He will state his opinion that the ballcock assembly and toilet were not defective or unreasonably dangerous, that if properly maintained this occurrence would not have occurred and that Valley Diagnostic's negligence was the direct and proximate cause of the occurrence in question. His opinions are based upon his experience and training as a plumber in the south Texas area. For further information, please see his report and curriculum vitae, which are attached hereto as Exhibit C.

4.      Dennis Nickoloff, General Adjuster
        GAB Robins North America, Inc.
        632 Ed Carey Drive, Suite 700
        Harlingen, TX 78550-7965
        (956) 423-0770

Mr. Nickoloff is a non-retained expert. He is an adjuster hired by Transcontinental Insurance Company to investigate the leak at Valley Diagnostic Clinic who is experienced in investigating water losses associated with toilets. He is expected to testify concerning his investigation into the cause of the leak and his subsequent handling of the claim. Please see his deposition testimony for further information concerning his opinion that a loose pin caused the occurrence in question.

5.      Any and all other experts who have been or may be identified by any party herein. Additionally, other persons have been identified by the parties as persons with knowledge of



CERTIFIED PUBLIC ACCOUNTANTS
BUSINESS CONSULTANTS

# LONG CHILTON, LLP

A PARTNERSHIP OF PROFESSIONAL CORPORATIONS AND INDIVIDUALS

Members - Division of Firms,
American Institute of CPAs

3125 Central Blvd.
Brownsville, Texas 78520
(956) 546-1655
Fax (956) 546-0377
www.longchilton.com

September 26, 2003

Mr. M. "Rett" Holidy
Germer Gertz L.L.P.
Three Allen Center
333 Clay St., Suite 4105
Houston, Texas 77002

Re: Cause No. B-02-205; Transcontinental Insurance Company v. American Standard
Inc.; In the United States District Court for the Southern District of Texas,
Brownsville Division;

Dear Mr. Holidy:

I have reviewed the materials provided to me, and which are listed on Schedule B, in the
above referenced matter. I have been asked to determine what if any lost profits were
suffered by Valley Diagnostic Clinic, P.A. as the result of water leak that occurred at the
clinic on March 4, 2001.

## Historical Earnings of Valley Diagnostic Clinic, P.A.

My review of the income tax returns of Valley Diagnostic Clinic, P.A. and its
predecessor Valley Diagnostic Medical & Surgical P.A. show that the companies
historically lost money every year. The only exception to this is the year 2001 when
Valley Diagnostic Clinic, P.A. shows a profit. I have attached Exhibit I which shows the
summary of the income tax returns I reviewed.

This pattern of losses is consistent with the intent of the management and ownership of
Valley Diagnostic Clinic, P.A. In the deposition of Mr. Rod Miller, the executive director
of Valley Diagnostic Clinic, P.A. he clearly states that the clinic is managed so that it
does not show any profit at the end of the year. The physician's compensation is adjusted
quarterly so that there is no profit left in the company. On page 42 of his deposition Mr.
Miller states the following:

Q.(Mr. Old) Has anyone actually sat down and calculated the dip, if you will in profits or
the loss in profit to the clinic as a result of this incident, and excluding other factors.

A. (Mr. Miller) Okay I have to explain to you that we're physician owned.

Q. (Mr. Old) Right.

A. (Mr. Miller) Their compensation is adjusted quarterly. Our goal is to avoid double taxation. There are no profits at year's end. It goes to the doctors during the year in the form of salary, which is adjusted quarterly based on our financial performance of the organization.

Mr. Miller further states on pages 87 & 88 of his deposition the following:

Q. (Mr. Old) I'm not - - I'm just trying to figure out sir first of all, let me back up. I realize sir that your goal is to have zero profits for Valley Diagnostic Clinic each year.

A. (Mr. Miller) Right.

Q. (Mr. Old) It was that - - that was your goal in the year 2000; is that correct?

A. (Mr. Miller) Every year.

Q. (Mr. Old) And it was your goal in the year 2001?

A. (Mr. Miller) That's correct.

Q. (Mr. Old) And in 2002?

A. (Mr. Miller) Right.

Q. (Mr. Old) And it will be in 2003?

A. (Mr. Miller) Absolutely.

It is my opinion based upon the items I have reviewed and the testimony of Mr. Rod Miller that Valley Diagnostic Clinic, P.A. suffered no lost profits as a result of the water leak that occurred on March 4, 2001.

## Harms Report

I have also reviewed the report prepared by Mr. Kurt E. Harms of Buchanan Clarke Schlader LLP dated June 24, 2003 on behalf of the insurance company to calculate the business interruption loss covered under the policy of Valley Diagnostic Clinic P.A. The report is what is being relied upon by Valley Diagnostic Clinic, P.A to prove the amount of the lost profits that they are alleging.

First this report is based upon the terms of the insurance policy and is not a normal calculation of lost profits. Mr. Harms fails to take into account in his report all the variable cost that would be associated with any lost revenues. Mr. Rod Miller testified that Dr. Maldonado would have been paid 18% of any collections of the radiology department. Mr. Harms does not take this into account in his calculations.

Mr. Miller also testified that any amount of "contribution margin" would ultimately be paid as salary to the physicians as part of the strategy to show no profits in the company. Mr. Harms fails to take this into consideration. It is my opinion that when you deduct the amount that would be paid to Dr. Maldonado and to the other physicians from the amounts calculated by Mr. Harms there would be no lost profits to Valley Diagnostic Clinic, P.A.

In his report Mr. Harms uses a damages period of March 4, 2001 through December 31, 2001. He does not make any effort to determine how much of the damage period was caused by delays on the part of the insurance company to timely respond to the needs of Valley Diagnostic Clinic, P.A. These delays extended the time the radiology department was not fully operational.

**Conclusion**

Valley Diagnostic Clinic P.A. suffered no lost profits as a result of the water leak of March 4, 2001.

I reserve the right to amend this report if additional information is made available to me.

I am being compensated at a rate of $250 per hour for my work on this case.

Sincerely yours,

Ygnacio D. Garza CPA

Exhibit I

| | Valley Diagnostic Clinic, PA and Valley Diagnostic Medical & Surgical PA | | | | | | |
|---|---|---|---|---|---|---|---|
| | Summary of Federal Income Tax Returns | | | | | | |
| | Valley DIAGNOSTIC MEDICAL & SURGICAL 1998 | Valley DIAGNOSTIC MEDICAL & SURGICAL 1999 | Valley Diagnostic Clinic 1999 | Combined Total 1999 | Valley DIAGNOSTIC CLINIC 2000 | Valley DIAGNOSTIC CLINIC 2001 | Valley DIAGNOSTIC CLINIC 2002 |
| GROSS RECEIPTS/SALES | $ 5,245,995 | $ 2,768,662 | $ 5,423,435 | $ 8,192,097 | $ 9,918,289 | $ 11,324,758 | $ 11,326,278 |
| GROSS PROFIT | 5,245,995 | 2,768,662 | 5,423,435 | 8,192,097 | 9,918,289 | 11,324,758 | 11,326,278 |
| INTEREST | | | | | | 1,170 | |
| OTHER INCOME* | | 64,627 | 459,382 | 524,009 | | | |
| TOTAL INCOME | 5,245,995 | 2,833,289 | 5,882,817 | 8,716,106 | 9,918,289 | 11,325,928 | 11,326,278 |
| | | | | | | | |
| COMPENSATION OF OFFICERS | 1,066,837 | 143,626 | 710,737 | 854,363 | 1,312,662 | 1,375,041 | 1,393,174 |
| SALARIES AND WAGES | 3,491,999 | 1,512,929 | 2,960,955 | 4,473,884 | 4,614,111 | 4,771,841 | 5,217,624 |
| REPAIRS & MAINTENANCE | 151,841 | 83,323 | 90,530 | 173,853 | 123,965 | 130,528 | 85,886 |
| RENTS | 385,553 | 254,719 | 571,141 | 825,860 | 776,120 | 1,111,274 | 889,397 |
| TAXES & LICENSES | 24,508 | 233,711 | 239,131 | 472,842 | 410,635 | 540,681 | 480,930 |
| INTEREST | 1,598 | 65 | 72,437 | 72,502 | 95,604 | 85,256 | 30,751 |
| DEPRECIATION | | | 133,741 | 133,741 | 224,623 | 167,357 | 180,648 |
| ADVERTISING | | 23,991 | 25,056 | 49,047 | 80,865 | 39,603 | 55,211 |
| PENSION, PROFIT-SHARING PLANS | | 52,176 | | 52,176 | 86 | | |
| EMPLOYEE BENEFIT PROGRAMS | 631,867 | 58,773 | 192,198 | 250,971 | 266,248 | 360,965 | 329,539 |
| OTHER DEDUCTIONS (SEE WORKSHEET) | 963,347 | 587,077 | 1,263,033 | 1,850,110 | 2,201,009 | 2,560,061 | 2,764,776 |
| TOTAL DEDUCTIONS | 6,717,550 | 2,950,390 | 6,258,959 | 9,209,349 | 10,105,928 | 11,142,607 | 11,427,936 |
| LESS: NOL DEDUCTION | | | | | | 183,321 | |
| | | | | | | | |
| TAXABLE INCOME (LOSS) | (1,471,555) | (117,101) | (376,142) | (493,243) | (187,639) | - | (101,658) |

# SCHEDULE A

# YGNACIO D. GARZA, CPA

## PERSONAL HISTORY

Date of Birth:    July 13, 1953
Place of Birth:   Brownsville, Texas

## EDUCATION

**High School Graduate, May 1971**
St. Joseph Academy Brownsville, Texas
**Bachelor of Business Administration, May 1975**
St. Edward's University, Austin, Texas
Graduated Magna Cum Laude
**Senior Executives in State and Local Government, July 1990**
John F. Kennedy Schood of Government, Harvard University

## EMPLOYMENT

- Partner in the firm of LONG CHILTON, LLP, Certified Public Accountants and Business Consultants.
- Employed since 1975.
- Became Partner in 1977.
- Registered Investment Advisor.
- The firm has 3 offices with 9 partners and 75 employees.
- The firm is one of the largest non-national CPA firms in Texas.

## PROFESSIONAL ASSOCIATIONS

- Member of the American Institute of Certified Public Accountants.
- Member of The Texas Society of Certified Public Accountants.
- Member of The Rio Grande Valley Chapter of Certified Public Accountants.

## ELECTED AND APPOINTED POSITIONS

- Appointed by President Bill Clinton in 1994 to be a member of the Border Environmental Cooperation Commission, a Binational Commission created by the environmental side accords of NAFTA. Named Chairman of the Commission in May of 1977. The Commission was set up to help local communities build environmental infrastructure projects.

SCHEDULE A

- Past member of the Texas Parks and Widlife Commission. Appointed to the Commission, for a six-year term in February 1991 by Governor Ann Richards. Appointed Chairman in September 1991 and served in that capacity until February 1995.
- Served as Mayor of the City of Brownsville, Texas from November 1987 through December 1991.
- Elected by fellow Mayors to serve on the Board of Trustees of the United States Conference of Mayors, June 1990 through December 1991.
- Served as City Commissioner in the City of Brownsville from November 1979 through November 1983.
- Served as President of The Lower Rio Grande Valley Development Council (Regional Council of Governments).

**COMMUNITY INVOLVEMENT**

- Director of International Bank of Commerce, Brownsville, Texas
- Past Board member of the Brownsville Economic Development Council.
- Past member of the Public Utilities Board of Brownsville.

# SCHEDULE B

**Schedule B**

## List of Materials Reviewed

Valley Diagnostic Clinic production of Tax Returns and General Ledgers (VDC003693-006147)

Deposition of Rod Miller dated July 31, 2003; and the exhibits to his deposition.

The report of Kurt Harms CPA dated June 24, 2003 along with supporting schedules.

Copy of the lease between Border Palms Ltd. And Valley Diagnostic Clinic PA

Dr. Carlos Maldonado's W-2 forms for the years 1998, 1999, 2000, and 2001

Reports of monthly charges and collections for 1999 through 2001 pertaining to both Valley Diagnostic Clinic and, separately the Radiology Department at Valley Diagnostic Clinic

Documents produced by Transcontinental (Valley00002-01393)

Documents produced by Valley Diagnostic (VDC000001-002957)

Plaintiff Transcontinental Insurance Company's Designation of Expert Witnesses.

Pleadings, Request for Production and Responses to the request for Production

# SCHEDULE C

SCHEDULE C

## LISTING OF CASES IN WHICH
## TESTIMONY WAS GIVEN BY
## YGNACIO D. GARZA, CPA

1.  In the Matter of Rene Gracia vs. South Dallas & Twin Sports Emporium
    Cause No. C-4310-95-D
    In the District Court , Hidalgo County, Texas, 275th Judicial District
    Law Office of William E. Corcoran - Servando H. Gonzalez, Jr. -
    Brin & Brin                                                              4/22/2000

2.  In the Matter of Rene Lucio vs. President Baking Company, Inc. and Bob Ussery
    Case No. C-2862-97-F
    In the District Court of Hidalgo County, Texas, 332nd District
    Willette, Guerra & Trevino, L.L.P.- Mr. Hugh Touchy                      11/27/1999

3.  In the Matter of Faustino Ramos & Wife Diana Ramos vs. Shell Oil Company,
    Nabors Industries, Inc. dba Nabors Drilling USA, Inc., and Nabors Corporate Services, Inc.
    Cause No. C-4770-97-C
    In the Judicial District Court of Hidalgo County, Texas, 139th District
    Phillips & Akers - David L. Phillips                                     11/27/1999

4.  In the Matter of Arnold Oil Company vs. Pennzoil Company, Pennzoil Products
    Company and Texas Enterprises, Inc. dba Golden West
    Case No. 98-10-17420
    In the District Court of Duval County, Texas, 229th District
    Baker & Botts, L.L.P. - Mr. Jeffery V. Brown                            1/29/2000

5.  In the Matter of Timely Adventures, Inc., Francisco Flores, Jr. and Laura Clemente Flores
    vs. Coastal Mart, Inc., McAllen National Bank and Israel Rodriguez
    Case No. C-4597-92-E
    In the District Court of Hidalgo County, Texas, 275th Judicial District
    Roerig, Oliveira & Fisher, L.L.P. - Adolph Guerra, J                    4/22/2000

6.  In the Matter of Jesus Garza, Jr. vs. Coastal Oil & Gas Corporation
    Cause No. C-5656-98-G
    In the District Court of Hidalgo County, Texas, 370th Judicial District
    Ellis, Koeneke & Ramirez                                                5/31/2000

7.  In the Matter of Sylvia Gomez-Garcia vs. Gabriel A. Arguello
    Cause No. C-773-98-C
    In the District Court of Hidalgo County, Texas, 139th District Court
    Garcia & Romero, L.L.P.                                                 10/31/2000

SCHEDULE C

**Page 2**
**Listing - Ygnacio D. Garza, CPA**

8.  In the Matter of Trophy International, Inc. vs. E. I. du Pont de Nemours & Co. et.al
    Cause No. C-1493-99-F
    In the District Court of Hidalgo County, Texas, 332th District Court
    Abbott, Simses, Knister & Kuchler                                    11/25/2000

9.  In the Matter of Power Tech vs. Attwood Corporation
    Case No. B-99-168
    In the United States District Court for the Southern District of Texas, Brownsville Division
    Baker & McKenzie                                                      12/1/2000

10. In the Matter of Bill Burns Farms, Inc. vs. Frito Lay, Inc.
    Cause No. C-1139-000
    In the District Court 206th Judicial District, Hidalgo County, Texas
    Atlas & Hall, L.L.P.                                                   4/28/2001

11. In the Matter of Edith Patricia Wallace Kotzur vs. John Mark Wallace
    Case No. C-940-00-B
    In the District Court of Hidalgo County, Texas, 93rd Judicial District
    Atlas & Hall, L.L.P.                                                   8/25/2001

12. In the Matter of Pablo Hernandez vs. Argus Security Systems, Inc.
    Cause No. C-2253-98-F
    In the District Court of Hidalgo County, Texas, 332nd Judicial District
    Griffith, Saenz & Hill, L.L.P.                                        9/29/2001

13. In the Matter of Earl Eddings and Earle Howard dba The Wet Spot vs. Jack, Rita,
    Sam Salander, Individually and as Corp. Rep. of Jack's Watercraft Rentals, Inc. and
    Top of the Mast, Inc.
    In the District Court of Cameron County, Texas, 103rd Judicial District
    Griffith, Saenz & Hill, L.L.P.                                       11/30/2001

14. In the Matter of Manuel De Llano et. al. vs. The John G. and Marie Stella
    Kenedy Memorial Foundation
    Cause No. C-291-93-D
    In the District Court of Hidalgo County, Texas, 206th Judicial District
    Warburton, Adami, McNeill, Paisley                                  10/27/2001

15. In the Matter of Access Telecom, Inc. vs. MCI Telecommunications Corp., MCI
    International, Inc., SBC Communications, Inc., SBC International, Inc., SBC
    International Latin America, Inc. and Telefonos de Mexico
    C. A. No. SA-96-CA-1064
    In the United States District Court for the Western District of Texas, San Antonio Division
    Susman Godfrey, L.L.P.                                                3/28/2001

SCHEDULE C

Page 3
Listing - Ygnacio D. Garza, CPA

16. In the Matter of Marilyn Rhyne, Individually and as Independent Executrix of the
Estate of Al Dennis Rhyne, Deceased; Jason Rhyne and Richard Rhyne vs.
Bobby Burrows and Valley Lease Service
Cause No. CC-01-32
In the District Court of Jim Hogg County Texas, 229th Judicial District
Atlas & Hall, L.L.P. - Mr. Mike Mills                               1/3/2002

17. In the Matter of J & E Oil, Co. Inc. and CSF, Inc. dba " Uncle Sam's Convenient Store"
vs. Atofina Petrochemicals, Inc., dba Fina Oil and Chemical Co., and Alon USA, L.P.
Cause No. 2174-00-D-2
In the District Court of Hidalgo County, Texas, 206th Judicial District
Rodirguez, Tovar & De Los Santos, L.L.P. - Mr. Frank Rodriguez       7/18/2003

18. In the Matter of Efrem C. Bernal and Margarita Bernal, Individually and as Next
Friends of Efren H. Bernal, a Minor vs. Lederle Laboratories, A Division of American
Cyanamid Company
Cause No. C-3915-96-B
In the District Court of Hidalgo County, Texas,  93rd Judicial District
Rodriguez, Tovar & De Los Santos, L.L.P.                             9/11/2003

19. In the Matter of Simon Property Group (Texas), L.P. vs.
Fabian, Nelson & Medina, Inc.
Cause No. C-536-01-D
In the District Court of Hidalgo County, Texas, 206th Judicial District
Rodiguez, Colvin & Chaney, L.L.P.                                    3/15/2002

20. In the Matter of Jose L. Pena, et al vs. Akin, Gump, Strauss, Hauer & Feld, et al
Cause No. C-356-01-F
In the District Court of Hidalgo County, Texas, 332nd Judicial District
Atlas & Hall, L.L.P. - Charles C. Murray                             7/31/2002

21. In the Matter of Lucrecia Fernandez, et al vs. U-Haul International, Inc.
Victor Rodriguez, Jr. Jose Luis Veloz, Jr., et al
Cause No. 01-01-17056-MCV
In the District Court of Maverick County, Texas, 293rd Jucdicial District
Rios & Associates, Jerry L. Rios                                     9/18/2003

# SCHEDULE D

**Publications Authored
By Ygnacio D. Garza, CPA**

**None**

# YGNACIO D. GARZA, CPA

## PERSONAL HISTORY

Date of Birth:        July 13, 1953
Place of Birth:       Brownsville, Texas

## EDUCATION

**High School Graduate, May 1971**
St. Joseph Academy, Brownsville, Texas
**Bachelor of Business Administration, May 1975**
St. Edward's University, Austin, Texas
Graduated Magna Cum Laude
**Senior Executives in State and Local Government, July 1990**
John F. Kennedy School of Government, Harvard University

## EMPLOYMENT

- Partner in the firm of LONG CHILTON, LLP, Certified Public Accountants and Business Consultants.
- Employed since 1975.
- Became Partner in 1977.
- Registered Investment Advisor.
- The firm has 3 offices with 9 partners and 75 employees.
- The firm is one of the largest non-national CPA firms in Texas.

## PROFESSIONAL ASSOCIATIONS

- Member of The American Institute of Certified Public Accountants.
- Member of The Texas Society of Certified Public Accountants.
- Member of The Rio Grande Valley Chapter of Certified Public Accountants.

## ELECTED AND APPOINTED POSITIONS

- Appointed by President Bill Clinton in 1994 to be a member of the Border Environmental Cooperation Commission, a Binational Commission created by the environmental side accords of NAFTA. Named Chairman of the Commission in May of 1977. The Commission was set up to help local communities build environmental infrastructure projects.
- Past member of the Texas Parks and Wildlife Commission. Appointed to the Commission, for a six-year term in February 1991 by Governor Ann Richards.

Appointed Chairman in September 1991, and served in that capacity until February 1995.

- Served as Mayor of the City of Brownsville, Texas from November 1987 through December 1991.
- Elected by fellow Mayors to serve on the Board of Trustees of the United States Conference of Mayors, June 1990 through December 1991.
- Served as City Commissioner in the City of Brownsville from November 1979 through November 1983.
- Served as President of The Lower Rio Grande Valley Development Council (Regional Council of Governments).

## COMMUNITY INVOLVEMENT

- Director of International Bank of Commerce, Brownsville, Texas.
- Past Board member of the Brownsville Economic Development Council.
- Past member of the Public Utilities Board of Brownsville.



**Bodycote** MATERIALS TESTING ◆ BROUTMAN LABORATORY

BODYCOTE BROUTMAN, INC. • 1975 NORTH RUBY STREET • MELROSE PARK, ILLINOIS • 708 236 5360 • FAX 708 236 5363 • www.na.bodycote-mt.com

# Report of Dr. Lawrence J. Broutman in the case Transcontinental v. American Standard, Inc.
## (September 29, 2003)

I.    **Introduction and Approach:** I was asked to investigate the failure of a fill tube in an American Standard toilet tank, which had failed at Valley Diagnostics in March 2001. My investigations involved the following:

1. Visual examination of the fill tube, float, float arm, valve, toilet tank and its other parts.
2. Microscopic examination of the fill tube and valve closing mechanism at the end of float arm.
3. Chemical analysis of the fill tube material.
4. Review of photographs of fill tube, toilet tank and its various parts.
5. Stress calculations and measurements.
6. Review of scientific literature.
7. Review of the depositions of Richard Lowe, Dennis Nickoloff, and Keith Holm.

II    **Observations:** Based on my investigations, I have made the following observations and determinations:

1. **Fill Tube Material:** An FTIR scan of the fill tube material was obtained in our laboratory that matched with our library data bank scan of a Polyacetal resin. This match indicated that the fill tube material could either be Delrin or Celcon, both of which are Polyacetal resins. The melting point of the fill tube material was determined in our laboratory. It is between 176° C and 178° C, which closely matches with the melting point of 175° C for the Delrin material as reported in the literature. Thus, the fill tube was made of Delrin material.

2. **Fill Tube and Its Fracture:** The fill tube when received in our laboratory was in two pieces of unequal length. Most of the fracture surface was in the circumferential direction. Only a small part of fracture was in the axial direction. Several of the early photographs of the fill tube taken while the tube was still inside the toilet tank, showed that the fill tube had cracked but not broken into two pieces. Further, the crack at that time was only in the circumferential direction. It can, thus, be concluded that the fracture of the fill tube initiated in the circumferential direction by a force capable of causing fracture in that direction.

   A careful visual examination of the entire fill tube, particularly the areas near the fracture surfaces, did not reveal any material or manufacturing defect that could cause it to fail prematurely.



MATERIALS TESTING

METAL TECHNOLOGY

2.    Fracture of the fill tube initiated in the circumferential direction, which is <u>not</u> consistent with the stresses experienced by it during its normal use.

3.    A thin layer of the tube outer surface appears to have become brittle, and shows a pattern consistent with the stresses experienced by it under its normal use.

4.    The stresses experienced by the fill tube under its normal use are too small to cause its failure.

5.    Present condition of the fill tube is consistent with its long period of use from 1983 to 2001. It has undergone the normal surface erosion that Delrin material is know to experience.

6.    In 1983, Delrin was considered a suitable material for the toilet tank fill tube application.

7.    There is no design, material, or manufacturing defect responsible for the subject fill tube failure.

8.    An external mechanical force or abuse caused the fill tube failure.

I reserve the right to modify or expand my opinions at a later date if additional information becomes available.

Lawrence J. Broutman

## <u>Stress Calculations for a Fill Tube</u>
### <u>Inside a Toilet Tank</u>
#### (By Dr. B.D. AGARWAL)

Under normal use, the fill tube is subjected to stresses produced by the line pressure (water pressure) inside the fill tube, and by an axial force exerted at the end of the tube to close valve to stop water flow.

## <u>Hoop Stresses due to Line Pressure</u>

### I. Calculations with Nominal Dimensions

From the American Standard[1981] drawing of the product, the following dimensions are obtained:

Tube diameter = 0.688 in.

Wall Thickness = 0.085 in.

Tube radius, $r = \dfrac{0.688}{2} = 0.344$ in.

For a pressure, $p$, the hoop stress is

$$\sigma_h = \frac{pr}{t} = \frac{p \times 0.344}{0.085} = 4.05 \, p$$

For a line pressure of 100 psi,

$$\sigma_h = 4.05 \times 100 = 405 \text{ psi}$$

### II. Calculation using actual dimensions measured on the subject fill tube:

Measurements gave the following results:

Tube Diameter = 0.7585 in.

Average Wall Thickness = 0.0455 in.

p. 3 of 3

Therefore,    Force applied for valve closing = 2×32 = 64 lbs

For calculating stress, the actual measured dimensions of the fill tube are being used since that will give the highest stress produced.

$$\sigma_{axial} = \frac{64}{\pi \times 0.7585 \times 0.0465} = 577.6 \text{ psi}$$

The axial stress 577.6 psi is compressive in nature. This is not expected to cause fracture of the tube. Moreover, its magnitude is too small compared to the strength of Delrin.

# Bodycote

Best Paper Award, 24th Annual Conference, Society of Plastics Industry-Reinforced Plastics Div., 1969

Best Paper Award, Society of Plastics Engineers, Annual Technical Conference, 1973

Honorary Member, Israeli Plastics Society, 1977

Distinguished Member, Society of Plastics Engineers, 1979

William M. Murray Lecturer Society of Experimental Stress Analysis,1981

Best Paper Award in Testing, Society of Plastics Engineers, 37th Annual Conference Reinforced Plastics/Composites Institute, 1982

Best Paper Award in Processing, Society of Plastics Engineers, 37th Annual Conference Reinforced Plastics/Composites Institute, 1982

Fellow, Plastics and Rubber Institute, United Kingdom, 1982

Entrepreneur of the Year, Presented by the Research Directors' Association of Chicago, 1991

Fellow, Society of Plastics Engineers, Antec May 2001

Elected to Plastics Pioneers Association, 2001

## Societies

- Chi Epsilon (President, M.I.T. Chapter 1958-59)
- Sigma X
- Society of Plastics Engineers (Distinguished Member)
- Society of Rheology, American Physical Society
- American Society for Testing and Material
- Society for Experimental Stress Analysis
- Division of Polymer Chemistry, American Chemical Society
- Division of Organics and Plastics Chemistry, American Chemical Society
- High Polymer Physics Division, American Institute of Physics
- American Ceramic Society
- Plastics and Rubber Institute, United Kingdom

## Societies - International Offices and Chairmanships

International Society of Plastics Engineers

**Bodycote**

| | |
|---|---|
| Secretary | (1974-1975) |
| 1st Vice President | (1975-1976) |
| President-Elect | (1976-1977) |
| President | (1977-1978) |

American Society for Testing and Materials
Co-Chairman of Committee
"Fracture Toughness Test for Plastics", 1988-90

### Editorial Positions

- International Journal of Polymeric Materials - Editorial Board
- Polymer Engineering and Science - Editorial Board
- Polymer Composites - Editorial Board
- Composites - Editorial Board

### University Consulting

I.   **Industrial** (partial list)

Atlantic Richfield Company, Los Angeles. California
Union Carbide, Oak Ridge, Tennessee
Hammond Organ, Chicago, Illinois
Joslyn Reinforced Plastics, Chicago, Illinois
Owens Corning Fiberglass Corporation, Granville, Ohio
E.I. DuPont de Nemours, Inc., Wilmington, Delaware
U.S. Industrial Chemicals, Tuscola, Illinois
Continental Can Corporation, Chicago, Illinois
Swedlow Inc., Garden Grove, California
Diebold, Inc., Canton, Ohio
Mead Products, Dayton, Ohio
North American Systems (Mr. Coffee), Cleveland, Ohio
Aeronca, Inc., Middletown, Ohio
PPG Industries, Pittsburgh, Pennsylvania
Wellman, Inc., Florence, South Carolina
Badger Meter, Milwaukee, Wisconsin
Gas Research Institute, Chicago, Illinois
Borg-Warner Chemicals, Parkersburg, West Virginia
General Electric Company, Louisville, Kentucky
Central Glass Company, Japan

II.  **Government** (partial list)

Air Force Materials Laboratory, Wright-Patterson Air Force
Base, Dayton, Ohio

# Bodycote

Harry Diamond Laboratories, Washington, D.C.
Department of Housing and Urban Development

### Grants and Contracts: (Partial List)

I.   Industrial

Borg-Warner Chemicals
Johnson & Johnson, Dental Products
Sears, Roebuck and Company
Masonite Company
Ford Motor Company
Allied Chemical Company
International Harvester Company
Continental Can Company
Potters Industries, Inc.

II.   Government

Army Mechanics and Materials Research Center, Watertown, MA
Army Research Office, Durham, North Carolina
Air Force Office of Scientific Research, Washington, D.C.
Department of Energy, Washington, D.C.
National Science Foundation, Washington, D.C.
Gas Research Institute

### Publications

I.   **BOOKS**

Modern Composite Materials,
L. J. Broutman and R. H. Krock (co-editors),
Addison-Wesley Publishing, Inc.,
Reading, Massachusetts October 1967.

Treatise on Composite Materials,

L. J. Broutman and R. H. Krock, (co-editors),
Academic Press,
New York, N.Y., 1974.

Vol. 1-Interfaces in Metal Matrix Composites
Vol. 2-Mechanics of Composite Materials
Vol. 3-Engineering Applications of Composites
Vol. 4-Metallic Matrix Composites
Vol. 5-Fracture and Fatigue (co-editor)
Vol. 6-Interfaces in Polymer Matrix Composites

**Bodycote**

       Vol. 7-Structural Design and Analysis - Part I
       Vol. 8-Structural Design and Analysis - Part II
Analysis and Performance of Fiber Composites,
       B. D. Agarwal and L. J. Broutman,
       John Wiley Publishers, April 1980.

Analysis and Performance of Fiber Composites, 2nd Edition,
       B.D. Agarwal and L.J. Broutman,
       John Wiley Publishers, 1990.

## II.    MAJOR CONTRIBUTIONS TO BOOKS

"Fiber Reinforced Plastics", in Modern Composite Materials,
       L. J. Broutman and R. H. Krock (co-editors),
       Addison-Wesley Publishing, Inc.,
       Reading, Massachusetts, October 1967.

"Mechanical Behavior of Reinforced Plastics" in Engineering Laminates,
       Edited by A.G.H. Dietz, MIT Press, 1969.

## TECHNICAL ARTICLES

1.    GLASS-RESIN JOINT STRENGTH STUDIES", Proc. 17th Annual Technical and Management Conf. Reinforced Plastics Div., The Society of the Plastics Industry, Inc., February 1962, (with F. J. McGarry).

2.    GLASS-RESIN JOINT STRENGTH STUDIES", Modern Plastics, September 1962, (with F. J. McGarry).

3.    FAILURE MECHANISMS FOR FILAMENT REINFORCED PLASTICS SUBJECTED TO STATIC COMPRESSION, CREEP AND FATIGUE, Proc., 19th Annual Technical and Management Conference, Reinforced Plastics Div., The Society of the Plastics Industry, Inc., February 1964.

4.    APPLICATION OF FRACTURE MECHANICS TO STRESS CRACKING AND CRAZING IN POLYMERS, Proc., Society of Plastics Engineers Regional Technical Conf., Chicago, March 1964.

5.    FRACTURE MECHANICS OF STRESS CRACKING AND CRAZING, SPE Journal, March 1965, p. 283.

6.    FRACTURE SURFACE WORK MEASUREMENTS ON GLASSY POLYMERS USING A CLEAVAGE TECHNIQUE I - EFFECTS OF TEMPERATURES, Journal of Applied Polymer and Science, 9, 585 (with F. J.. McGarry).

7.    FRACTURE SURFACE WORK MEASUREMENTS IN GLASSY POLYMERS,

**Bodycote**

Div. of High Polymer Physics, American Physical Society, March 1964.

8.   FRACTURE SURFACE WORK MEASUREMENTS ON GLASSY POLYMERS USING A CLEAVAGE TECHNIQUE II - EFFECTS OF CROSSLINKING AND ORIENTATION, Journal of Applied Polymer and Science, 9, 609, 1965 (with F. J. McGarry).

9.   FAILURE MECHANISMS FOR FILAMENT REINFORCED PLASTICS SUBJECTED TO STATIC COMPRESSION, CREEP AND FATIGUE, Modern Plastics, April 1965.

10.   STRESS WAVE PROPAGATION IN COMPOSITE MATERIALS, Experimental Mechanics, July 1966 (with B. W. Abbott).

11.   THE EFFECT OF POLYAXIAL STRESSES ON THE FAILURE STRENGTH OF ALUMINA CERAMICS, Journal of American Ceramic Society, October 1965 (with R. H. Cornish).

12.   GLASS-RESIN JOINT STRENGTHS AND THEIR EFFECT ON FAILURE MECHANISMS IN GLASS REINFORCED PLASTICS, Proc., Society of Plastics Engineers Regional Technical Conference, Seattle, Washington, July 1965.

13.   MINIMIZING STRESS CRACKING IN PLASTICS, Materials in Design Engineering, September 1965.

14.   DETERMINATION OF THE MODULUS ELASTICITY OF GLASS REINFORCED PLASTICS USING STRESS WAVE TECHNIQUES, Proc. 21st Annual Technical and Management.

15.   GLASS-RESIN JOINT STRENGTHS AND THEIR EFFECT ON FAILURE MECHANISMS IN GLASS REINFORCED PLASTICS, Polymer Engineering and Science, July 1966.

16.   INTERFACIAL INVESTIGATIONS IN BORON FIBER REINFORCED PLASTICS, Proc. 10th SAMPE Symposium, San Diego, CA (with K. Gutfreund and E. H. Jaffe).

17.   BONDING TO BORON FIBERS, Proc. of 23rd Annual Technical and Management Conf., Reinforced Plastics Div., SPI, February 1968.

18.   FREQUENCY EFFECTS ON THE FATIGUE OF GLASS REINFORCED PLASTICS, Journal of Composite Materials, 1, 4, 1967 (with J. W. Dally).

19.   MEASUREMENTS OF FIBER-MATRIX INTERFACIAL STRENGTH, Annual ASTM Meeting, San Francisco, June 1968, STP #452, 1969.

20.   PROGRESSIVE DAMAGE OF A GLASS REINFORCED PLASTIC DURING

**Bodycote**

FATIGUE, Proc. of 24th Technical and Management Conf., Reinforced Plastics Division, SPI, February 1969 (with S. Sahu).

21. FUNDAMENTAL ASPECTS OF COLD FORMING OF PLASTICS, Proc. of Society of Plastics Engineers, Vol. 15, May 1969, SPE Journal, October 1969 (with S. Kalpakjian).

22. DETERMINATION OF FLAWS AND FRACTURE SITES IN MATERIALS USING LIQUID CRYSTAL COATINGS, presented at American Society for Non-Destructive Testing Annual Meeting, Los Angeles, California, March 1969, Journal Composite Materials, Vol. 3, October 19069 (with T. Kobayashi and D. Carrillo).

23. THE INFLUENCE OF PLASTIC DEFORMATION AT A CRACK TIP ON THE FRACTURE SURFACE WORK OF GLASSY POLYMERS, ACS Polymer Preprints Vol. 10, 2, 1969 (with T. Kobayashi).

24. MECHANICAL REQUIREMENTS FOR THE FIBER-MATRIX INTERFACE, Proc. 25th Technical and Management Conf., Reinforced Plastics Div., SPI, February 1970, Journal of Adhesion, July 1970.

25. COLD ROLLING OF POLYMERS:  1) INFLUENCE OF ROLLING ON PROPERTIES OF AMORPHOUS POLYMERS, Proc. Society of Plastics Engineers, Vol. 16, May 1970; Polymer Engineering and Science, Vol. II, No. 2, March 1971 (with R. Patil).

26. THE EFFECTS OF COMBINED STRESSES ON FRACTURE OF ALUMINA AND GRAPHITE, Journal of American Ceramic Society, Vol. 53, No. 12, December 1970 (with P. Mallick and S. Krishnakumar).

27. COMBINED STRESS FAILURE TESTS FOR A GLASSY PLASTIC, Journal of Applied Polymer and Science, Vol. 14, p. 1477, 1970 (with P. Mallick and S. Krishnakumar).

28. A NEW THEORY TO PREDICT CUMULATIVE FATIGUE DAMAGE IN GLASS REINFORCED PLASTICS, Composite Materials:  Testing and Design, pp. 170-188 (with S. Sahu), Second Conf., ASTM STP 497, 1972.

29. THE EFFECT OF INTERFACIAL BONDING ON THE FRACTURE TOUGHNESS OF GLASS FILLED POLYMERS, Proc. 26th Technical and Management Conf., Reinforced Plastics Div. SPI, February 1971, Materials Science and Engineering Journal, Vol. 8, 98, 1971 (with S. Sahu).

30. DEEP DRAWABILITY OF BIAXIALLY ROLLED THERMOPLASTIC SHEET, Society of Plastics Engineers, Annual Proc., Vol. 17, May 1971, Polymer Engineering and Science, Vol. 12, 2 1972 (with S. Kalpakjian, J. Chawla).

**Bodycote**

31. MECHANICAL PROPERTIES OF PARTICULATE COMPOSITES, 5th St. Louis Symposium on Advanced Composites, April 1971, Polymer Engineering and Science, Vol 12, 2, 1972 (with S. Sahu).

32. IMPACT RESISTANCE AND TOUGHNESS OF FIBER REINFORCED PLASTICS, 5th St. Louis Symposium on Advanced Composites, April 1971 (with A. Rotem).

33. A MICROMECHANICS ANALYSIS OF POROUS AND FILLED CERAMIC COMPOSITES, Journal of the American Ceramic Society, Vol. 54, 12, 1971 (with B. D. Agarwal and G. Panizza).

34. MICROMECHANICS STUDIES OF RUBBER REINFORCED GLASSY POLYMERS, International Journal of Polymeric Materials, Vol. 1, 95, 1971 (with G. Panizza).

35. CYCLIC FATIGUE OF POLYESTER AND EPOXY RESINS, Proc. 27th Technical and Management Conference Reinforced Plastics Div., Society of the Plastics Industry, February 1972, International Journal of Polymeric Materials, 1, 295, 1972 (with S. Gaggar).

36. SOLID PHASE FORMING OF PLASTICS, Modern Plastics Encyclopedia, 1972-73, (with K. Kulkarni).

37. IMPACT STRENGTH AND FRACTURE OF CARBON FIBER COMPOSITE BEAMS, Proc. 28th Technical and Management Conference, Reinforced Plastics/Composites Division of Society of Plastics Industry, February 1973 (with A. Rotem).

38. A THEORETICAL STUDY OF THE EFFECTS OF THE INTERFACE ON THE TOUGHNESS OF DISCONTINUOUS FIBER COMPOSITES, Proc. 28th Technical and Management Conference, Reinforced Plastics/Composites Division of Society of Plastics Industry, February 1973 (with B. D. Agarwal).

39. DYNAMIC CRACK PROPAGATION STUDIES IN POLYMERS, International Conference on Dynamic Crack Propagation, Lehigh University, July 10-12, published in Dynamic Crack Propagation, Noordhoff International Publication, 1973 (with T. Kobayashi).

40. EFFECT OF THE INTERFACE ON THE FRACTURE OF SHORT FIBER COMPOSITES, 6th International Congress of Rheology, Lyon, France, September 1972, Rheologica Acta, 13, 618, 1974 (with B. Agarwal).

41. COLD ROLLING OF POLYMERS: 2) TOUGHNESS ENHANCEMENT IN AMORPHOUS POLYCARBONATES, Proc. Society of Plastics Engineers, May

**Bodycote**

1973 (with S. Krishnakumar), Polymer Engineering and Science, 14, 4, 1974.

42. COLD ROLLING OF POLYMERS 3) PROPERTIES OF CRYSTALLINE ROLLED POLYCARBONATE, Proc. Society of Plastics Engineers, May 1973, (with T. Kobayashi), Polymer Engineering and Science, 14, 4, 1974.

43. FRACTURE STUDIES IN RUBBER MODIFIED ACRYLICS: 1) DESIGN OF SANDWICH TAPERED DOUBLE CANTILEVER BEAM CLEAVAGE SPECIMENS, Journal Applied Polymer Science, Vol. 17, 1909, 1973 (with T. Kobayashi).

44. FRACTURE STUDIES IN RUBBER MODIFIED ACRYLICS: 2) EFFECT OF RUBBER CONTENT ON FRACTURE STUDIES WORK, Journal Applied Polymer Science, Vol. 17, 2053 1973 (with T. Kobayashi).

45. FRACTURE BEHAVIOR OF RUBBER MODIFIED ACRYLIC POLYMERS, 2nd International Conference on Yield, Deformation and Fracture of Polymers, Cambridge, England, March 1973 (with T. Kobayashi).

46. SOLID PHASE FORMING OF POLYMERS - RECENT DEVELOPMENTS, 1973 Materials Engr. Congress, American Society for Metals, Chicago, IL 1973.

47. MODIFICATION OF PLASTICS FOR IMPROVEMENT OF STRENGTH AND TOUGHNESS, 1973 Materials Engr. Congress, American Society for Metals, Chicago, IL 1973.

48. IMPACT STRENGTH AND TOUGHNESS OF FIBER COMPOSITE MATERIALS, ASTM Symposium on Foreign Object Behavior of Composites, September 1973, ASTM Hardcover STP Publ., 568, 1975 (with A. Rotem).

49. THE INFLUENCE OF THE INTERFACE ON THE STRENGTH AND ELASTIC PROPERTIES OF LOW ASPECT RATIO FIBER COMPOSITES, Journal of Materials Science, 9, 1420, 1974, (with P. K. Mallick).

50. THE REINFORCEMENT OF EPOXY RESINS WITH POTASSIUM TITANATE WHISKERS, Polymer Engineering and Science, 14, 9, 1974 (with P. K. Mallick).

## Bodyoote

51. DYNAMIC MECHANICAL PROPERTIES OF DEFORMED RUBBER MODIFIED ACRYLICS, Journal of Applied Polymer Science, 18, 1974, 2945 (with S. Krause).

52. STRENGTH PROPERTIES OF RANDOM FIBER MAT COMPOSITES, Proc. of 29th Technical Conference, Reinforced Plastics/Composites Division, Society of the Plastics Industry, February 1974 (with S. Gaggar).

53. THE INFLUENCE OF THE INTERFACE ON THE FRACTURE OF LOW ASPECT RATIO FIBER COMPOSITES, Proc. of 29th Technical Conference, Reinforced Plastics/Composites Division, Society of the Plastics Industry, February 1974; Fibre Science and Technology, 8, 1975, p. 113 (with P. Mallick).

54. THREE-DIMENSIONAL FINITE ELEMENT ANALYSIS OF PARTICLE FILLED COMPOSITES, Fibre Science and Technology, 7, 1974, p. 63 (with B. D. Agarwal).

55. ELASTIC-PLASTIC FINITE ELEMENT ANALYSIS OF SHORT FIBER COMPOSITES, Fibre Science and Technology, 7, 1974, 45 (with J. Lifshitz and B. D. Agarwal).

56. COLD ROLLING OF POLYMERS: 4) TOUGHNESS ENHANCEMENT IN AMORPHOUS POLYMERS, Proc. Society of Plastics Engineers, May 1974, Polymer Engineering and Science, December 1974 (with S. Krishnakumar).

57. CRACK GROWTH IN RANDOM FIBER ISOTROPIC POLYMER COMPOSITES, ACS/SPE Symposium on Toughness and Brittleness of Composites, Sept. 1974 (with S. Gaggar).

58. POLYMER PROPERTY ENHANCEMENT BY SOLID STATE FORMING, U.S. Italy Cooperative Symposium on Advanced Polymer Mechanics - Composite Materials and Ultra-High Modulus Fibers, Santa Margherita Ligure, Italy, May 1974.

59. EFFECT OF THE INTERFACE ON FRACTURE OF RANDOM SHORT FIBER COMPOSITES, Science of Adhesion, Gordon Research Conference, August 26, 1974.

60. IMPACT PROPERTIES OF LAMINATED COMPOSITES, Proc. of 30th Technical Conference, Reinforced Plastics/Composites Div., Society of the Plastics Industry, February 1975, Engineering Fracture Mechanics 8, 1976, p. 631 (with P. Mallick).

61. OPTIMIZATION OF IMPACT PROPERTIES OF HYBRID COMPOSITES, Proc. of 40th Technical Conference, Reinforced Plastics/Composites Division, Society of the Plastics Industry, February 1975, Journal of Materials, May 1976 (with P.

**Bodycote**

Mallick).

62.  STRENGTH AND FRACTURE PROPERTIES OF RANDOM FIBER POLYESTER COMPOSITES, Proc. of 30th Technical Conference, Reinforced Plastics/Composites Div., Society of the Plastics Industry, February 1975, Fibre Science and Tech., 9, 1976, 205 (with S. Gaggar).

63.  FORGE HDPE PARTS RIGHT FROM PELLETS, Plastics Engineering, p. 40 – 45, October 1974.

64.  THE DEVELOPMENT OF A DAMAGE ZONE AT THE TIP OF A CRACK IN A GLASS FIBER REINFORCED POLYESTER RESIN, International Journal of Fracture, 10, 606, 1974 (with S. Gaggar).

65.  MECHANICAL AND FRACTURE BEHAVIOR OF GLASS BEAD FILLED EPOXY COMPOSITES, Materials, Science and Engineering, 18, 1975 (with P. K. Mallick).

66.  HIGH PRESSURE NON-ISOTHERMAL PROCESSING OF LINEAR POLYETHYLENES, presented at 33rd SPE Antec, May 5, 1975, Atlanta, GA, Polymer Engineering and Science, 16, 1, 1976 (with K. Kulkarni, S. Kalpakjian and D. Emery).

67.  A THEORETICAL STUDY OF THE EFFECT OF AN INTERFACIAL LAYER ON THE PROPERTIES OF COMPOSITES, Polymer Engineering and Science, 14, 581, 1974 (with B. Agarwal).

68.  IMPACT STRENGTH OF POLYMERS:  1) THE EFFECT OF THERMAL TREATMENT AND RESIDUAL STRESS, presented at 33rd SPE Antec, May 1975, Atlanta, GA, Polymer Engineering and Science, 16, 2 1976 (with S. Krishnakumar).

69.  DETERMINATION OF CRACK GROWTH RESISTANCE OF RANDOM FIBER POLYESTER COMPOSITES, Journal of Composites Materials, 9, 1975 (with S. Gaggar).

70.  THE INFLUENCE OF FIBER AND INTERFACE STRENGTH ON THE TOUGHNESS OF GLASS REINFORCED PLASTICS, Proc. of 31st Technical Conference, Reinforced Plastics/Composites Inst., Society of the Plastics Industry, February 1976, Washington, DC.

71.  EFFECT OF CRACK TIP DAMAGE ON FRACTURE OF RANDOM FIBER COMPOSITES, Materials Science and Engineering, 21, 2, 1975 (with S. Gaggar).

72.  FRACTURE AND TOUGHNESS OF RANDOM FIBER POLYMER COMPOSITES, Society of Plastics Engineers, Engineering Properties and

**Bodycote**

Structure Divisional-Technical Conference, Hudson, OH, October 7, 1975.

73. FRACTURE TOUGHNESS OF RANDOM GLASS FIBER EPOXY COMPOSITES: AN EXPERIMENTAL INVESTIGATION, presented at 10th National Symposium on Fracture Mechanics, ASTM, August 1976, ASTM STP 631 (with S. Gaggar).

74. THE EFFECT OF RESIDUAL STRESS ON THE TOUGHNESS OF POLYCARBONATE, Proc. of 3rd International Conference on Yield, Deformation and Fracture of Polymers, Cambridge, England, March 1976 (with P. So).

75. RESIDUAL STRESSES IN POLYMERS AND THEIR EFFECT ON MECHANICAL BEHAVIOR, Proc. of 34th Annual Technical Conference, Society of Plastics Engineers, April 1976, Polymer Engineering and Science, 16, 12, 1976 (with P. So).

76. LONG TERM SEA WATER DEGRADATION OF CARBON FIBER REINFORCED EPOXIES, Proc. of SPE ANTEC, High Performance Plastics, Cleveland, OH, October 4, 1976, Polymer Engineering and Science, 18, 5, 1978 (with A. Mazor).

77. OPTIMIZATION OF THE PROPERTIES OF RIGIDIZED THERMOPLASTICS, Proc. of 32nd Technical Conference, Reinforced Plastics/Composites Institute, Society of the Plastics Industry, February 1977.

78. THE EFFECT OF INTERLAMINAR SHEAR STRENGTH AND ENVIRONMENT ON THE TRANSVERSE IMPACT OF GRP, Proc. of 32nd Technical Conference, Reinforced Plastics/Composites Institute, Society of the Plastics Industry, February 1977, Polymer Engineering and Science, 18, 2, 1978 (with P. Yeung).

79. EFFECTS OF MATRIX DUCTILITY AND INTERFACE TREATMENT ON MECHANICAL PROPERTIES OF GLASS FIBER MAT COMPOSITES, Polymer Engineering and Science, 16, 8, 1976 (with S. Gaggar).

80. MOISTURE DIFFUSION IN GRAPHITE REINFORCED EPOXY COMPOSITES, American Ceramic Society Annual Meeting, April 1977, (with O. Gillat).

81. THE EFFECT OF EXTERNAL STRESS ON MOISTURE DIFFUSION AND DEGRADATION IN GRAPHITE/EPOXY LAMINATES, ASTM Conference on Environmental Effects on Composites, Dept. 1977, STP 658 (with O. Gillat).

82. MOISTURE INDUCED RESISTIVITY CHANGES IN GRAPHITE REINFORCED PLASTICS, Composites October 1978 (with J. Belani).

83. IMPACT STRENGTH OF POLYMERS 2) THE EFFECT OF COLD WORKING AND RESIDUAL STRESS IN POLYCARBONATES, Proc. of 36th Annual Technical Conference, Society of Plastics Engineers, April 1978 (with B.

**Bodycote**

Thakkar), Polymer Engineering and Science, 20, 11, 1980.

84.    STRESS CRACKING TEST ANTICIPATES PART FAILURE, Plastics Engineering, 34, 12, 1978 (with N. S. Sridharan).

85.    SOME COMMENTS ON THE DESIGN OF GRP VERTICAL STORAGE TANKS, Proc. of 34th Annual Conference on Reinforced Plastics/Composites Institute, Society of the Plastics Industry, February 1979 (with J. Lott).

86.    EFFECT OF MOISTURE AND STRESS ON THE DEGRADATION OF GRAPHITE FIBER REINFORCED EPOXIES, Proc. of 4th Churchill Conference on Yield, Deformation, Fracture & Flow, Cambridge, England, April 1979 (with R. Kim).

87.    IMPACT STRENGTH OF POLYMERS 3) THE EFFECT OF ANNEALING ON COLD WORKED POLYCARBONATES, Proc. of the 37th Annual Technical Conference, Society of Plastics Engineers, May 1979 (with B. Thakkar), Polymer Engineering & Science, 21, 2, 1981.

88.    THE INFLUENCE OF RESIDUAL STRESSES AND ORIENTATION ON THE PROPERTIES OF AMORPHOUS POLYMERS, Proc. of 37th Annual Technical Conference, Society of Plastics Engineers, May 1979 (with B. Thakkar), Polymer Engineering and Science, 20, 18, 1980.

89.    EFFECTS OF TEMPERATURE AND STRAIN RATE ON $J_{IC}$ AND $K_{IC}$ OF ABS POLYMERS, Proc. of Plastics and Rubber Institute Conference. Toughening of Plastics, 4-6 July 1978, Polymer Engineering and Science, 12, 22, 1982 (with N. Sridharan).

90.    SURFACE EMBRITTLEMENT STUDIES IN DUCTILE POLYMERS, 2nd International Conference Proc., Polymer Engineering and Science, Poland, November 26, 1979 (with P. So).

91.    MOISTURE IN EPOXY RESIN COMPOSITES, presented at 3rd Annual Meeting of Adhesion Soc., Savannah, GA, February 1980, Journal of Adhesion 11, 1981 (with G. Marom).

92.    MOISTURE PENETRATION INTO COMPOSITES UNDER EXTERNAL STRESS, presented at SPI Reinforced Plastics Annual Meeting, February 1981, Polymer Composites, 2, 3, 1981, (with G. Marom).

**Bodycote**

93.  MEASURING DIFFUSION COEFFICIENTS BY HYGROELASTICALLY, Journal of Applied Polymer and Science, 26, 2493, 1981 (with G. Marom).

94.  THE EFFECT OF NETWORK STRUCTURE ON MOISTURE ABSORPTION OF EPOXY RESIN, Journal of Applied Polymer and Science, 26, 3015, 1981 (with Y. Diamant and G. Marom).

95.  RESIDUAL STRESSES IN STRETCHED ACRYLIC AIRCRAFT WINDOWS, in COMPARISON OF THE PROPERTIES OF COMPRESSION VS. TENSION STRETCHED ACRYLIC, (J. Mahaffey), Proc. of the Society of British Aerospace Companies Ltd., Royal Aeronautical Soc., London England, September, 1980.

96.  THE EFFECT OF SURFACE EMBRITTLEMENT ON THE MECHANICAL BEHAVIOR OR RUBBER MODIFIED POLYMERS, SPE Antec, May 1981, Polymer Engineering and Science, 14, 22, 1982 (with P. So).

97.  THE MECHANICAL PROPERTIES OF LARGE SUTURE MATERIALS, 67th Annual Clinical Congress, American College of Surgeons, 1980, Vol. 32, Surgical Forum (with S. Stonesifer and R. Vanderby).

98.  RESIDUAL STRESSES IN POLYMERS, Murray Lecture, Society for Experimental Stress Analysis, Spring Meeting, May 1981, Detroit, MI.

99.  FATIGUE STUDIES IN GLASS REINFORCED HYBRID COMPOSITES, Proc. of SPI Reinforced Composites Inst. Annual Conf., Wash., Dc, Jan. 1982; Polymer Composites, (with R. Kundrat, S. Joneja).

100.  EFFECT OF GLASS BEADS ON MIXING AND FLOW OF FIBER REINFORCED PLASTICS, Proc. of SPI Reinforced Plastics Composites Institute Annual Conf., Wash. DC, Jan. 1982; Plastics Compounding; (with N. Rosenzweig and S. Choi).

101.  A FRACTURE MECHANICS APPROACH TO SURFACE EMBRITTLEMENT IN DUCTILE POLYMERS, Proc. of 5th Churchill Conf. Deformation, Yield and Fracture of Polymers, Cambridge, England, April, 1982 (with L. Rolland, K. Thomson and S. Mostovoy).

102.  STRAIN SOFTENING IN AN EPOXY RESIN, Jl. of Materials Sci., 17, 2700 (1982) (with K. Thomson).

103.  THE EFFECT OF WATER ON THE FRACTURE SURFACE ENERGY OF FIBER REINFORCED COMPOSITE MATERIALS, Polymer Composites, 3, 113, 1982 (with K. Thomson).

**Bodycote**

104. THE PLASTICIZATION OF AN EPOXY RESIN BY DIBUTYLPHTALATE AND WATER, Proc. of SPE Annual Tech. Conf., May 1982, Poly. Eng. & Sci., (with K. Thomson) (in Press)

105. RESIDUAL STRESSES IN POLYETHYLENE PLASTIC PIPE, AGA Distribution Conf., Washington, DC, May 1982

106. FATIGUE DAMAGE OF HIGH STRENGTH MOLDING COMPOUNDS, Proc. of SPE National Tech. Conf., Miami, Fla., Nov. 1982 (with R. Kundrat, S. Joneja).

107. PROPERTIES OF PHENOLIC FIBER REINFORCED POLYPROPYLENE, Proc. of SPE Natl. Tech. Conf., Miami, Fla., Nov. 1982

108. ANALYSIS OF HELMETED HEAD IMPACTS IN FOOTBALL, Proc. ASME Biomechanics Conf., Nov. 1982 (with E. Hahn, R. Vanderby and S. Bonifas).

109. EFFECT OF PROCESSING ON THE PROPERTIES OF GLASS BEAD/GLASS FIBER COMPOSITES, Proc. SPI Reinforced Plastics/Composites Inst., Houston, Texas, Feb. 1983 (with A. Bhatnagar).

110. PROPERTIES OF PHENOLIC FIBER REINFORCED POLYMERS, Proc. SPI Reinforced Plastics/Composites Inst., Houston, Texas, Feb. 1983.

111. A NEW COMPOSITE - PHENOLIC FIBER REINFORCED POLYPROPYLENE, Proc. Div. of Organic Coatings & Plastics Chemistry, Amer. Chem. Soc., March 1983.

112. TOUGH COMPOSITES - PHENOLIC FIBER REINFORCED POLYMERS, Proc. SPE Pacific Tech. Conf. (PACTEC), Los Angeles, Calif., Feb. 1983.

113. MOISTURE DIFFUSION IN EPOXY RESINS: PART I, NON-FICKIAN SORPTION PROCESS, Proc. of Soc. of Plastics Engineers Annual Tech. Conf., Chicago, IL, May 1983; Poly Eng. & Sci. (in press) (with T. Wong).

114. MOISTURE DIFFUSION IN EPOXY RESINS; PART II, DIFFUSION MECHANISM. Polymer Eng. & Sci. (in press) (with T. Wong).

115. SURFACE EMBRITTLEMENT OF DUCTILE POLYMERS: A FRACTURE MECHANICS THEORY, Proc. of Soc. of Plastics Engineers Annual Tech. Conf., Chicago, IL May 1983; Poly., Eng. and Sci. Vol 25,4 (1985) (with L. Rolland).

116. SURFACE EMBRITTLEMENT OF HIGH DENSITY POLYETHYLENE, Proc. of Soc. of Plastics Engineers Annual Tech. Conf., Chicago, IL, May 1983 (with N. Rosenzweig).

117. RESIDUAL STRESS MEASUREMENTS IN POLYETHYLENE PLASTIC PIPE,

**Bodycote**

Proc. of Soc. of Plastics Engineers Annual Tech. Conf., Chicago, IL, May 1983 (with S. Choi).

118. MECHANICAL BEHAVIOR OF PHENOLIC FIBER REINFORCED POLYMERS, Proc. of Soc. of Plastics Engineers Annual Tech. Conf., Chicago, IL, May 1983.

119. PROCESSING - PROPERTIES - MICROSTRUCTURE RELATIONSHIPS FOR LABORATORY-PRODUCED FORMCOKE, Presented at Carbon Conference, San Diego, CA, July 1983 (with Y. Bilimoria).

120. CRACK INITIATION, GROWTH AND ARREST STUDIES IN POLYETHYLENE PIPE GRADE RESINS, Proc. of 8th Plastic Fuel Gas Pipe Symposium, American Gas Assn., November 1983 (with B. Bell and S. Choi).

121. RESIDUAL STRESSES IN POLYETHYLENE PIPE AND FITTINGS, PIPE GRADE RESINS, Proc. of 8th Plastic Fuel Gas Pipe Symposium, American Gas Assn., November 1983 (with T. Wong).

122. STRUCTURAL DESIGN OPTIMIZATION OF COMPOSITE LAMINATES, Proc. 43rd Annual Technical Conference, Society of Plastics Engineers, April 29 - May 2, 1985 (with O.Ishai and S. Krishnamachari).

123. EFFECT OF ANNEALING HEAT FUSION ON RESIDUAL STRESSES IN POLYETHYLENE PIPE, Proc. 43rd Annual Technical Conference, Society of Plastics Engineers, April 29 - May 2, 1985 (with A. Bhatnager).

124. INFLUENCE OF MATERIALS AND STRUCTURE ON PERFORMANCE OF A FOOTBALL HELMET, Proc. 43rd Annual Technical Conference, Society of Plastics Engineers, April 29 - May 2, 1985 (with L. Vetter and R. Vanderby).

125. FRACTURE TOUGHNESS AND CRACK ARREST IN POLYMERS, Proc. 43rd Annual Technical Conference, Society of Plastics Engineers, April - May 2, 1985 (with L. Rolland).

126. THE FRACTURE BEHAVIOR OF SURFACE EMBRITTLED POLYMERS, Proc. 43rd Annual Technical Conference, Society of Plastics Engineers, April 29 - May 2, 1985 (with Paul So).

127. EFFECT OF STRESS ON SORPTION OF WATER IN AN EPOXY RESIN, Proc. 43rd Annual Technical Conference, Society of Plastics Engineers, April 29 - May 2, 1985 (with T. Wong).

Bodycote

128. MECHANICAL BEHAVIOR OF TOUGH COMPOSITES in DEFORMATION YIELD AND FRACTURE OF POLYMERS, Proceedings 6th Churchill Conference, Cambridge, England, April, 1985 (with A. Mazor).

129. EVALUATION OF AGED PLASTIC PIPE USED IN GAS DISTRIBUTION, Proc. of 9th Plastic Fuel Gas Pipe Symposium, American Gas Association, November 1985 (with D. Duvall and L. Nylander).

130. A PLANE-STRAIN TENSILE SPECIMEN TO DETERMINE DUCTILE-BRITTLE TRANSITIONS IN PE PIPE GRADE RESINS, Proc. of 9th Plastic Fuel Gas Pipe Symposium, American Gas Association, November 1985 (with S. Choi); Also appeared in Society of Plastics Engineers, 1986.

131. EFFECT OF RESIDUAL STRESSES ON MECHANICAL BEHAVIOR OF PE PIPE, Proc. 1of 9th Plastic Fuel Gas Pipe Symposium, American Gas Association, November 1985 (with A. Bhatnager).

132. IMPACT BEHAVIOR OF PET FIBER REINFORCED EPOXIES, Proc. Composite Material Testing and Design, ASTM, May 1986 (with A. Mazor)

133. MECHANICAL PROPERTIES OF PET AND NYLON FIBER REINFORCED EPOXIES, Proc. 41st Annual Conference SPI Reinforced Plastics/Composites Institute, January 1986 (with A. Mazor).

134. STRUCTURAL DESIGN OPTIMIZATION OF COMPOSITE LAMINATES AND STRUCTURES, Proc. 41st Annual Conference SPI Reinforced Plastics/Composites Institute, January 1986 (with S. Krishnamachari and O. Ishai); also appeared in the Journal of Reinforced Plastics and Composites, Vol. 7, September, 1988.

135. EFFECT OF COATINGS ON THE FRACTURE BEHAVIOR OF ABS AND POLYCARBONATE POLYMERS, submitted to 44th Annual Technical Conference, Society of Plastics Eng., May 1986 (with L. Rolland).

136. INFLUENCE OF RESIDUAL STRESSES ON CRACK GROWTH RATES IN POLYETHYLENE PIPE, Proc. of 10th Plastic Fuel Gas Pipe Symposium, American Gas Association, October 1987, (with S.W. Choi).

137. DUCTILE-BRITTLE TRANSITIONS FOR POLYETHYLENE PIPE GRADE RESINS, Proc. of 11th Plastic Fuel Gas Pipe Symposium American Gas Association, October 1989, (with S.W. Choi).

138. FRACTOGRAPHIC STUDY OF A POLYETHYLENE SEWER PIPE FAILURE, Proceedings of the Society of Plastics Engineers 47th Annual Technical Conference 35, page 1599, 1989, (with P.K. So and D.E. Duvall).

139. FAILURE ANALYSIS OF A PVC WATER PIPE, Journal of Vinyl Technology 12

**Bodycote**

(1), page 53, 1990, (with P.K. So and D.E. Duvall); also presented at the Society of Plastics Engineers 47th Annual Technical Conference, 1989. (Proceedings Vol. 35, pages 1594-8).

140. APPLICATION OF CRACK INITIATION AND GROWTH DATA TO PLASTIC PIPE FAILURE ANALYSIS, Proceedings of the Society of Plastics Engineers 48th Annual Technical Conference 36, page 1495, 1990, (with P.K. So and D.E.Duvall).

141. ANALYSIS OF BRITTLE FRACTURES IN POLYBUTYLENE PIPES, Proceedings of the Society of Plastics Engineers 48th Annual Technical Conference 36, page 1948, 1990, (with P.K. So, L.R. Nylander and D.E. Duvall).

142. DESIGN METHODOLOGY FOR TIME DEPENDENT DEFORMATION OF A METAL-PLASTIC STRUCTURE, Proceedings of the Society of Plastics Engineers Annual Technical Conference, May 1992, (with S. I. Krishnamachari).

143. EFFECT OF MOLECULAR WEIGHT ON SLOW CRACK GROWTH IN HDPE, Proceedings of the Society of Plastics Engineers Annual Technical Conference, May 1993, (with D.E. Duvall and P. K. So).

144. DEFORMATION MECHANISM FOR SURFACE EMBRITTLEMENT IN POLYETHYLENE, Proceedings of the Society of Plastics Engineers Annual Technical Conference, May 1993, (with S.W. Choi and D.E. Duvall).

145. EXPERIMENTAL ANALYSIS OF STRESSES IN INTERFERENCE FIT ASSEMBLIES, Proceedings of the Society of Plastics Engineers Annual Technical Conference, May 1993, (with S.W. Choi, D.E. Duvall, and P.K. So).

146. SURFACE EMBRITTLEMENT OF POLYACETALS IN CHLORINATED WATER, Proceedings of the Society of Plastics Engineers Annual Technical Conference, May 1994, (with G.W. Kamykowski).

147. FRACTURE MORPHOLOGY OF FRP EXPOSED TO ACIDIC ENVIRONMENT, Proceedings of the Society of Plastics Engineers Annual Technical Conference, May 1994, (with G. Peimanidis, K. Hofer).

148. DEFORMATION AND FRACTURE OF SURFACE EMBRITTLED POLYETHYLENE, 9th International Conference on Deformation, Yield & Fracture of Polymers, Churchill College, Cambridge, UK, April 11-14, 1994, (with S.W. Choi).

149. PREDICTING LONG TERM PIPE STRENGTH UNIAXIAL TENSILE TESTING; Plastics Pipe Conference IX, Sept. 1995, Edinburgh, Scotland, to be published in Plastics Rubber and composites, (with S. W. Choi).

**Page 18 of 21**

**Bodycote**

150. MATERIAL DEGRADATION AND ITS INFLUENCE ON FAILURE; Medical Design & Manufacturing Proceedings, Feb. 6-8, 1996, Anaheim, CA.

151. A DESIGN PROCEDURE FOR LARGE SPHERICAL DOMES UNDER EXTERNAL PRESSURE; Proceedings of the Society of Plastics Engineers Annual Technical Conference, May 5-10, 1996, (with S. I. Krishnamachari).

152. RESIDUAL STRESSES IN PLASTIC PIPES AND FITTINGS I. METHODS FOR EXPERIMENTAL ANALYSIS, Published in Polymer (Korea) Vol. 21, No. 1, January 1997, (with S.W. Choi).

153. RESIDUAL STRESSES IN PLASTIC PIPES AND FITTINGS III. EFFECT ON STABLE CRACK GROWTH BEHAVIOR, Published in Polymer (Korea) Vol. 21, No. 1, January 1997 (with S.W. Choi).

154. RESIDUAL STRESSES IN PLASTIC PIPES AND FITTINGS IV. EFFECT OF ANNEALING ON DEFORMATION AND FRACTURE PROPERTIES, Published in Polymer (Korea) Vol. 21, January 1997, (with S. W. Choi).

155. FAILURE ANALYSIS OF PLASTIC CAMPER TOPS; Proceedings of the Society of Plastic Engineers Annual Technical Conference, April 26-May 1, 1998, Atlanta, GA (with D.B. Edwards, P.K. So).

156. AN ALTERNATIVE METHOD FOR DETERMINING THE HYDROSTATIC DESIGN STRESS FOR PLASTIC PIPE MATERIALS; Proceedings of the International Plastic Pipe Symposium, Goteburg, Sweden, Sept. 14-17 1998 (with D.B. Edwards, A. Shah, E.F. Palermo).

157. AN INVESTIGATION OF THE MECHANICAL PROPERTIES OF EXPLANTED BREAST IMPLANT SHELLS. 31st International Biomaterials Symposium, April 28-May 2, 1999, Providence, RI (with P.K. So, A.R. Shah, G. Jeka, M. Stellmack).

158. PROPERTY ALTERATION OF UHMWPE BY MOLDING AND POST-MOLDING VARIABLES, 31st International Biomaterials Symposium, April 28-May 2, 1999, Providence, RI (with P.K. So).

159. CRACK GROWTH STUDIES FOR POLYACETAL RESINS IN CHLORINATED WATER, Proceedings of the Society of Plastics Engineers 57th Annual Technical Conference, May 2-6, 1999, New York, NY (with H. Oh, P.K. So).

160. FAILURE ANALYSIS MODELS FOR POLYACETAL MOLDED FITTINGS IN PLUMBING SYSTEMS, Proceedings of the Society of Plastics Engineers 57th Annual Technical Conference, May 2-6, 1999, New York, NY (with D.B. Edwards, P.K. So).

**Bodycote**

161. FINITE ELEMENT ANALYSIS OF PLASTIC PLUMBING ASSEMBLIES, Proceedings of the Society of Plastics Engineers 57th Annual Technical Conference, May 2-6, 1999, New York, NY (with Y. Chen, B.D. Agarwal).

162. PREDICTION OF SERVICE LIFE IN A CHEMICALLY ACTIVE ENVIRONMENT USING STRESS-RUPTURE DATA, Proceedings of the Society of Plastics Engineers 57th Annual Technical Conference, May 2-6, 1999, New York, NY (with A.R. Shah, P.K. So).

163. FAILURE ANALYSIS OF ABS DWV PIPE, presented at the Society of Plastics Engineers 58th Annual Technical Conference, May 7-11, 2000, Orlando, FL (with P. K. So).

164. GEL BLEED STUDIES IN SILICONE BREAST IMPLANTS, 32nd International Biomaterials Congress May 15, 2000 (Poster presentation) with L. Nylander).

165. PROPERTIES OF SILICONE BREAST IMPLANTS AS A FUNCTION OF IMPLANTATION TIME, 32nd International Biomaterials Congress May 15, 2000 (with A. Shah)

166. STRESS ANALYSIS OF PLANE STRAIN TENSILE SPECIMEN AND BIAXIAL TESTING OF POLYMERS, J. Sci. Res. Inst. Han Nam University, 26, 333-347 (1996), (with Sunwoong Choi).

167. UNDERSTANDING PSGT METHODOLOGY FOR LONG-TERM STRENGTH OF PIPE GRADE RESINS, April 18, 2001, Hannam University, Korea (with Sunwoong Choi).

## PATENTS

1. Patent Application No. 747,220, "Transparent Armor" (1966).

2. Patent No. 4,267,285, "Composites of Polymeric Material and Thermosetting Resinous Fibers and Particles and Method".

3. Patent No. 4,321,221, "Process for Continuous Production of Thermosetting Resinous Fibers".

4. Patent No. 4,350,495, "Chemiluminescence Apparatus and Method for Determining Oxidative Stability of Polymers".

## PUBLIC APPEARANCES

### Radio
- WGN Extension 720 (Host - Milt Rosenberg),

**Bodycote**

                    March, 1975.

              -    WGN Extension 720 (Host - Milt Rosenberg),
                   January 1976.


              -    Museum of Science and Industry News of the Air, 30
                   minute interview on Plastics, to be aired on several
                   radio stations and Voice of America.

**Television**
              -    NBC-TV "University Research", 30 minute show broad-
                   cast on Sunday evening, 9:30-10:00, 1973.

              -    ABC-TV "Wire-Glass Investigative News Report", 1984.

September 26, 2003


Mr. Dale M. "Rett" Holldy
Germer Gertz, L.L.P.
Three Allen Center
333 Clay Street, Suite 4105
Houston, Texas 77002

RE:   Cause No. B-02-205
      Transcontinental Insurance Company v. American Standard, Inc.
      In the United States District Court for the Southern District of Texas

Dear Mr. Holldy,

At your request, I investigated the flooded area at the Valley Diagnostic Clinic located in
Harlingen, Texas.

I was specifically requested to elaborate on Valley Diagnostic Clinic's Maintenance
Program, If any.

My investigation consisted of the following:

1.      Visual Inspection of the Valley Diagnostic Clinic on July 31, 2003;

2.      Review of laser photographs taken of the toilet valve in question; and,

3.      Deposition of Mr. Keith Holmes, Chief of Maintenance at Valley Diagnostic
        Clinic.

After reviewing the laser photographs of the commode and its components, specifically
the toilet valve manufactured by American Standard, it is my opinion that someone
(name unknown at this time) employed by Valley Diagnostic Clinic manually handled
the float rod connected to the ballcock without practicing correct procedure causing the
toilet valve to crack, which in return caused the toilet tank to overflow and as a result,
water poured onto the floor which caused extensive property damage.

After hearing the testimony of Mr. Holmes during his deposition he testified that Valley
Diagnostic Clinic did not have a Maintenance Program. He testified that his expertise
was working with offshore oilrigs, not general maintenance of a facility. By Mr. Holmes
admitting that there was no log kept of repairs made at Valley Diagnostic Clinic
throughout the years seemed specious. It is my opinion that any maintenance kept at
Valley Diagnostic Clinic was done by amateurs and not licensed professionals. The
employees hired for maintenance at Valley Diagnostic Clinic lacked knowledge and
experience. By admitting to this, any professional would acknowledge that maintenance
means just that. One would have to inspect the facility for any wear and tear to prevent
an incident of this nature from occurring. A professional would foresee that if there is
wear and tear present, then a preventive measure would have been taken by removing
existing parts and implementing them with new parts as a whole. For example, in this
instance only the toilet lever was changed to correct a leaking toilet. The correct



procedure for repairs would have been to replace the ballcock, floating rod, and toilet valve. Even after the incident in question, no preventive measures were taken to prevent a similar situation in the future. After my inspection of several rooms, which contained a total of 24 toilets, I witnessed a broken toilet tank, leaking plastic ballcocks, and the improper installation of a floor drain directed towards the toilet in question. In my opinion, it is not an issue of faulty or defective parts, but a question of improper maintenance on Valley Diagnostic's part. At this point there is no "real" person named who performed the maintenance on the toilet in question, which is also specious. In my opinion, the spoliation of evidence has transpired.

The answer to this mishap is simple, someone with a lack of experience employed by Valley Diagnostic Clinic attempted to repair a leaking ballcock by bending the floating rod up and down which caused the toilet valve to crack and in addition failed to report it which caused the incident that is now in litigation. Valley Diagnostic Clinic was negligent by hiring an inexperienced employee for maintenance, its lack of direction towards developing a Maintenance Program and lack of supervision in regard to checking the outcome of repairs made to the facility.

In my 35 years of experience of correcting plumbing problems, I have used American Standard parts and have never experienced a dilemma. I hold them in the highest regard.

**CONCLUSION:**

*   The subject toilet flooded as a result of the toilet valve that was manually cracked by an inexperienced employee hired by Valley Diagnostic Clinic who attempted to repair the ballcock and floating rod. A Maintenance Program was not in progress at that time, nor is it presently.


By my signature below, I am certifying that my opinions in this report are based on a reasonable degree of plumbing certainty, training, knowledge and experience as a licensed plumber, and are in consideration of all the known facts to date relating to this lawsuit.


Fred G. Delgado, Jr.
Delgado Plumbing


2

# CURRICULUM VITAE

**********************************************************************

Name:              Fred G. Delgado, Jr.

Address:           PO Box 4192
                   Brownsville, Texas 78520

Phone:             (956) 546-8252 (Office)

Date of Birth:     10/01/1950

Place of Birth:    Brownsville, Texas

## EDUCATION:

  1968  -  Brownsville High

  1969  -  Texas Southmost College

  4 years  -  Plumbing Pipefitter's Apprentice Program Local Union 823, Harlingen,
             Texas

## LICENSES:

  January 14, 1974 - Journeyman License, State of Texas

  June 13, 1977 - Master's License, State of Texas

  October 1, 1977 to present - Delgado Plumbing, Brownsville, Texas

# FAX TRANSMISSION

**Date:** September 26, 2003          **Pages:** 5, including this cover sheet

**To:** Mr. Rett Holidy / *Kim*          **Fax#:** (713) 739-7420
Germer Gertz, L.L.P.

**From:** Fred Delgado/Leslie Delgado

**Subject:** Re: Resume

**COMMENTS:** Attached is Mr. Delgado's Curriculum Vitae, *invoice from Coastal Engineering and expert report.*

## CONFIDENTIALITY NOTICE

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION WHICH IS LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE TO ARRANGE FOR RETURN OF THE ORIGINAL DOCUMENTS TO US, AND YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED.

IF YOU DO NOT RECEIVE THE ENTIRE DOCUMENT OR IF YOU ENCOUNTER ANY OTHER DIFFICULTY, PLEASE PHONE (956) 544-7110 AS SOON AS POSSIBLE AND ASK FOR __Leslie__.

**THANK YOU!**