*27*

# GERMER GERTZ, L.L.P.

ATTORNEYS AT LAW

JAMES R. OLD, JR.
PARTNER

P. O. BOX 4915
BEAUMONT, TEXAS 77704
(409) 654-6700 • FAX (409) 835-2115
E-MAIL: postmaster@germer.com •· WEB PAGE: www.germer.com

e-mail jrold@germer.com

October 8, 2003

Re:   Cause No. 02-205; *Transcontinental Insurance Company v. American Standard Inc.*; In the United States District Court; Southern District of Texas; GBG #21686

Hon. Andrew S. Hanen
U. S. District Court
Southern District of Texas
600 E. Harrison Street, Suite 301
Brownsville, Texas 78520

**VIA TELECOPY (956) 548-2598**

United States District Court
Southern District of Texas
FILED

Oct 4 2003

Michael N. Milby
Clerk of Court

Dear Judge Hanen:

This confirms my agreement on behalf of American Standard Inc. to the statements made in the October 8th letter of Wes Vines for the Plaintiff. We have worked out a mediation to be undertaken next week. Given the timing, we would appreciate being given the opportunity to postpone the pretrial order and proposed jury instruction deadline until October 21, 2003.

As an aside, we have a great deal of discovery left if this case does not resolve next week. My agreement to this change of deadlines is without prejudice, for obvious reasons, to my client's potential request that we continue the trial date.

Thank you in advance for your understanding and your assistance in our efforts to expeditiously resolve the case without undo expense or burden on either the parties or the Court.

Yours truly,

GERMER GERTZ, L.L.P.

James R. Old, Jr.

JRO/tgm

F:\wpdocs\21686\corresp\judge hanen 001.doc

GERMER GERTZ, L.L.P.
Three Allen Center · 333 Clay · Houston, Texas  77002 · (713) 650-1313 · Fax (713) 739-7420
GERMER GERTZ BEAMAN & BROWN, L.L.P.
301 Congress Avenue · Suite 1825 · Austin, Texas  78701 · (512) 472-0288 · Fax (512) 472-0721
GERMER GERTZ BEAMAN & BROWN, L.L.P.
14101 Highway 290 West · Building 1300 · Austin, Texas  78737 · (512) 894-4888 · Fax (512) 894-4166

Hon. Andrew Hanen
October 8, 2003
Page 2

---

cc:   Mr. C. Wesley Vines       **VIA TELECOPY (214) 462-3299**
      COZEN AND O'CONNOR
      2300 BankOne Center
      1717 Main Street, Suite 2300
      Dallas, Texas 75201

cc:   Rett Holidy (*Firm*)

F:\wpdocs\21686\corresp\judge hanen 001.doc