THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED
OCT 1 7 2003
Michael N. Milby
Clerk of Court

**TELEPHONIC CONFERENCE**

CIVIL ACTION NO. **B-02-205**          DATE & TIME **10/17/03 @ 1:30-1:50 pm**

                                       COUNSEL:

**TRANSCONTINENTAL INSURANCE CO.**   §   Charles Wesley Vines

VS                                    §

**AMERICAN STANDARD INC.**            §   James R. Old, Jr.

---

Courtroom Deputy: Irma Soto
Law Clerk:
Court Reporter:   Barbara Barnard
CSO:

Case called on the docket. Wes Vines appeared for Plaintiff and James Old appeared for the Defendant. Attorneys appeared telephonically.

Attorneys inform that Court mediation was held and case did not settle. Discussions of several issues was had. The following dates were set by the Court:

    Pretrial order including motions due by 10/28/03
    Hearing on motions set for 11/12/03 @ 1:30 pm
    Pretrial Conference is set for 12/2/03 @ 1:30 pm
    Jury Selection is set for 12/4/03 @ 9:00 am
    Trial is set to begin on 12/8/03 @ 9:00 am

Court will allow the parties to do voir dire. ETT is 4 days.


Court is adjourned.