32

United States District Court
Southern District of Texas
FILED

OCT 2 8 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| TRANSCONTINENTAL INSURANCE COMPANY | § § § | |
|---|---|---|
| VS. | § § § § | CIVIL ACTION NO. B-02-205<br>JUDGE ANDREW S. HANEN<br>(JURY) |
| AMERICAN STANDARD INC. | § | |

## AMERICAN STANDARD INC.'S PROPOSED INITIAL EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | OFFERED | ADMITTED/REFUSED |
|---|---|---|---|
| 1 | Design drawings of 3140 ballcock assembly | | |
| 2 | DuPont Handbook | | |
| 3 | Nickoloff photographs | | |
| 4 | Carper photographs | | |
| 5 | Yuhas photographs | | |
| 6 | Broutman photographs | | |
| 7 | Exemplar(s) of product | | |
| 8 | GAB file | | |
| 9 | Exhibits to the deposition of Rod Miller | | |
| 10 | Exhibits to the deposition of Richard Lowe | | |
| 11 | Exhibits to the deposition of Keith Holm | | |
| 12 | Exhibits to the deposition of Dennis Nickoloff | | |
| 13 | Valley Diagnostic Financial Records | | |
| 14 | Photograph of Clinic (produced by plaintiff) | | |

INITIAL EXHIBIT LIST -- Page 1

| Exhibit No. | Description | Offered | Admitted/Refused |
|---|---|---|---|
| 15 | Paul Carper/Verite Engineer file | | |
| 16 | Transcontinental Insurance Adjustment file | | |
| 17 | Correspondence concerning access to product and site | | |

Respectfully submitted,

**Germer Gertz, L.L.P.**
550 Fannin, 7th Floor
Beaumont, Texas 77701
(409) 654-6700 - Telephone
(409) 835-2115 - Facsimile

By: _James R. Old, Jr. w/ permission by Rett Holidy_
James R. Old, Jr.
State Bar No. 15242500
Federal ID No. 10751

Attorney-in-Charge for Defendant,
American Standard Inc.

Of Counsel:
Dale M. "Rett" Holidy
State Bar No. 00792937
Federal ID No. 21382
Germer Gertz, L.L.P.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served by certified mail, return receipt requested, postage pre-paid and properly addressed on counsel of record as listed below on this the 27th day of October 2003.

C. Wesley Vines
Cozen O'Connor
1717 Main Street, Suite 2300
Dallas, Texas 75201

_James R. Old, Jr. w/ permission by Rett Holidy_
James R. Old, Jr.