36

United States District Court
Southern District of Texas
FILED

OCT 2 9 2003

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| TRANSCONTINENTAL INSURANCE | § | |
| COMPANY | § | |
| | § | **CIVIL ACTION NO. B-02-205** |
| VS. | § | **JUDGE ANDREW S. HANEN** |
| | § | **(JURY)** |
| AMERICAN STANDARD INC. | § | |

**AMERICAN STANDARD INC.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT
REGARDING PLAINTIFF'S CLAIMS FOR BREACHES OF WARRANTY**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, AMERICAN STANDARD INC. (hereinafter "American Standard"), pursuant to FED. R. CIV. P. 56, makes this Motion for Partial Summary Judgment Regarding Plaintiff's Claims for Breaches of Warranty asserted by Transcontinental Insurance Company (hereinafter "Transcontinental"):

## I.

## INTRODUCTION

This product liability action arises from a water leak which occurred at Valley Diagnostic Clinic, P.A. (hereinafter "the Clinic") in Harlingen, Texas, on March 4, 2001. Transcontinental insured the Clinic and brought this subrogation claim against American Standard for what it alleges was a defective ballcock assembly manufactured and sold by American Standard. It is undisputed that the ballcock assembly and toilet were in question was placed into the stream of commerce by American Standard in 1983 and purchased by the Clinic during a renovation in 1990.[1]

---

[1] The history of the toilet and the ballcock assembly between the time of the sale by American Standard and the time of the installation at the Clinic in 1990 is not known by any of the parties.

American Standard files this motion for partial summary judgment on Transcontinental's claims for breaches of warranty, express and implied, because the statute of limitations for such claims has run.

## II.

### STANDARD OF REVIEW

Summary judgment is proper in any case where there is no genuine issue of material fact. FED. R. CIV. P. 56(c); *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986). A defendant who seeks summary judgment on a plaintiff's cause of action must demonstrate the absence of a genuine issue of material fact by either (1) submitting summary judgment evidence that negates the existence of a material element of the plaintiff's claim or (2) showing that there is no evidence to support an essential element of the plaintiff's claim. *Id.* at 322-25.

## III.

### ARGUMENT

Transcontinental's claims for breaches of express and implied warranties are barred as a matter of law by the four-year statute of limitations. *See* TEX. BUS. & COM. CODE §2.725. This statute requires that "an action for breach of any contract for sale must be commenced within four years after the cause of action has accrued." TEX. BUS. & COM. CODE §2.725(a) (Vernon 1967). "[W]arranty claims accrue on the date of sale." *Allgood v. R. J. Reynolds Tobacco Co.*, 80 F.3d 168, 171 (5th Cir. 1996). Thus, an action for breach of warranty must be commenced within four years of the time of when the product is sold. *Id.*; *American Tobacco Co., Inc. v. Grinnell*, 951 S.W.2d 420 (Tex. 1997). The discovery rule does not apply. *See Martinez v. Humble Sand & Gravel, Inc.*, 860 S.W.2d 467, 471 (Tex. App.—El Paso 1993), *rev'd on other grounds*, 875 S.W.2d 311 (Tex. 1994).

The toilet and the ballcock assembly in question were installed in 1990. Thus, the latest date the Clinic could have purchased the subject toilet was in 1990. For over twelve years prior to the filing of this lawsuit, it is undisputed that the Clinic had satisfactory use of the ballcock assembly. In fact, the Clinic's maintenance employees testified that they never performed any maintenance or repairs on the ballcock assembly. *See* Exhibit A, page 43, lines 7-12 and page 50, line 15 through page 51, line 13; *see also* Exhibit B, page 8, lines 9-14.

Because over twelve years passed between the time the Clinic purchased and installed the ballcock assembly in the toilet and the filing of this lawsuit, all of Transcontinental's claims for breaches of express and implied warranties against American Standard are barred as a matter of law by the four-year statute of limitations. *See Allgood*, 80 F.3d at 168. By operation of law, the statutory warranty period had expired before this suit was filed. *Id.* Consequently, because Transcontinental cannot present evidence that the ballcock assembly was purchased within four years of the filing of this lawsuit, pursuant to TEX. BUS. & COM. CODE §2.725, Transcontinental's claims for breach of warranty are time barred as a matter of law.

## IV.

## CONCLUSION

For the foregoing reasons, American Standard asks the Court to render partial summary judgment that Transcontinental take nothing by way of its claims for breaches of warranty, express or implied, and that this Defendant receive such other relief, general and special, at law or in equity, to which it is entitled.

Respectfully submitted,

**GERMER GERTZ, L.L.P.**
550 FANNIN, 7TH FLOOR
BEAUMONT, TEXAS 77701
(409) 654-6700 - TELEPHONE
(409) 835-2115 - FACSIMILE

By: _____
       **JAMES R. OLD, JR.**
       STATE BAR NO. 15242500
       FEDERAL ID NO. 10751

       **ATTORNEY-IN-CHARGE FOR DEFENDANT,
       AMERICAN STANDARD INC.**

OF COUNSEL:
DALE M. "RETT" HOLIDY
STATE BAR NO. 00792937
FEDERAL ID NO. 21382
GERMER GERTZ, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served by certified mail, return receipt requested, postage pre-paid and properly addressed on counsel of record as listed below on this the __28th__ day of October 2003.

C. Wesley Vines
COZEN O'CONNOR
1717 Main Street, Suite 2300
Dallas, Texas 75201

_____
**JAMES R. OLD, JR.**

## ORAL DEPOSITION OF KEITH HOLM

### July 31, 2003



CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:

**Sunbelt Reporting & Litigation Services**
**(713) 667-0763 Houston**
**(214) 747-0763 Dallas**

ORAL DEPOSITION OF KEITH HOLM

**July 31, 2003**

BSA

XMAX(1/1)

## Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2               FOR THE SOUTHERN DISTRICT OF TEXAS
 3                      BROWNSVILLE DIVISION
 4   TRANSCONTINENTAL INSURANCE      \
 5   COMPANY                         \
 6              Plaintiff,           \
 7                                   \
 8   VS.                             \CIVIL ACTION NO.B-02-205
 9                                   \
10   AMERICAN STANDARD, INC.,        \
11              Defendant.           \
12   ****************************************
13       THE VIDEOTAPED AND ORAL DEPOSITION OF
14                      KEITH HOLM
15                     JULY 31, 2003
16   ****************************************
17               Reported By:   Susan A. Swantner
18                              Job No. 41971
19
20
21
22
23
24
25
```

## Page 3

```
 1        THE VIDEOTAPED AND ORAL DEPOSITION OF KEITH HOLM,
 2   produced as a witness at the instance of the DEFENDANT,
 3   and duly sworn, was taken in the above-styled and
 4   numbered cause on the 31st of July, 2003, from
 5   a.m. to 12:45 p.m., before Susan A. Swantner, CSR in and
 6   for the State of Texas, reported at the offices of
 7   Valley Diagnostic Clinic, 2200 Haine Drive, Harlingen,
 8   Texas, pursuant to the Federal Rules of Civil Procedure
 9   and the provisions stated in the record or attached
10   hereto.
11
12                  A P P E A R A N C E S
13
14   FOR THE PLAINTIFF:
15        PAUL A. GRINKE
          Cozen & O'Connor
16        1717 Main Street, Suite 2300
          Dallas, Texas  75201-7335
17
     ATTORNEY FOR THE INTERVENOR:
18
          MR. GORDON D. LAWS
19        Gary, Thomasson, Hall & Marks
          210 S. Carancahua, Suite 500
20        Corpus Christi, Texas 78401-3042
21   FOR THE DEFENDANT:
22        MR. DALE M. "RETT" HOLIDY
          Germer Gertz
23        333 Clay Street, Suite 4105
          Houston, Texas  77002
24
25             - and -
```

## Page 2

```
 1                        INDEX
 2                                                    PAGE
 3   APPEARANCES                                        3
 4   PRELIMINARY PROCEEDINGS                            5
 5   EXAMINATION BY MR. DALE M. "RETT" HOLIDY           5
 6   EXAMINATION BY MR. GORDON D. LAWS                 88
 7   FURTHER EXAMINATION BY MR. HOLIDY                 89
 8   CHANGE/CORRECTION AND WITNESS' SIGNATURE PAGE     91
 9   REPORTER'S CERTIFICATE                            92
10   REPORTER'S FURTHER CERTIFICATION                  93
11               * * * * * *
12               EXHIBIT INDEX
13   NUMBER          DESCRIPTION        PAGE MARKED
14   1      PHOTOGRAPH OF COMMODE IN QUESTION        63
15   2      PHOTOGRAPH - INSIDE OF TANK OF COMMODE   66
16   3      PHOTOGRAPH - SHUT-OFF VALVE TO COMMODE   67
17   4      PHOTOGRAPH OF FLUSH HANDLE ON COMMODE    77
18   5      PHOTOGRAPH OF FLAPPER IN COMMODE         72
19   6      PHOTOGRAPH - INSIDE OF TANK OF COMMODE   77
20   7      FIRST FLOOR OF CLINIC DIAGRAM            74
21   8      SECOND FLOOR OF CLINIC DIAGRAM           74
22   9      PHOTOGRAPH OF CRACK IN THE BALL COCK     71
23   10     PHOTOGRAPH - BLOWUP OF TOP OF BALL COCK  79
24   11     PHOTOGRAPH - INSIDE OF TANK OF COMMODE   81
25
```

## Page 4

```
 1        MR. JAMES R. OLD, JR.
          Germer Gertz
 2        805 Park Street
          Beaumont, Texas  77701
 3
     VIDEOGRAPHER:
 4
          MS. MARILU GOMEZ
 5        Sunbelt Reporting & Litigation Services
     OTHER APPEARANCES:
 6
          MR. DREW J. YUHAS
 7        American Standard, Inc.
 8
          MR. ROD MILLER
 9        Valley Diagnostic Clinic
10        MR. FRED DELGADO, JR.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

ORAL DEPOSITION OF KEITH HOLM

BSA                                   **July 31, 2003**                              XMAX(2/2)

### Page 5

PRELIMINARY PROCEEDINGS
1    PRELIMINARY PROCEEDINGS
2    COURT REPORTER:    Per the Federal Rules?
3    MR. HOLIDY:    Yes.
4    MR. LAWS:    Yes.
5    COURT REPORTER:    Signature?
6    MR. LAWS:    Yes, and send it to me.
7    VIDEOGRAPHER:    On record.
8    COURT REPORTER:    Would you raise your
9    right hand? Do you honestly swear or affirm the
10   testimony you're about to give today will be the truth,
11   the whole truth and nothing but the truth?
12   THE WITNESS:    I do.
13   EXAMINATION
14   QUESTIONS BY MR. DALE M. "RETT" HOLIDY:
15   Q    Mr. Holm, my name is Rett Holidy and I
16   represent American Standard in this lawsuit. Could you
17   please state your full name for the record?
18   A    It's Keith Carl Holm.
19   Q    Mr. Holm, where do you currently live?
20   A    28047 Billworth Road, Harlingen, Texas.
21   Q    How long have you lived at that address?
22   A    Approximately 20 years.
23   Q    How long have you lived in the Harlingen area?
24   A    20 years.
25   Q    Where did you live before moving here?

### Page 6

1    A    Lived in Monahams, Texas.
2    Q    Is that where you were born and raised?
3    A    No. I was actually raised in San Benito,
4    Texas. I was born in Illinois.
5    Q    All righty. When did you move to Texas?
6    A    Early '60s. I think it was about '62.
7    Q    How old were you at that point in time?
8    A    Six or seven.
9    Q    What's your date of birth?
10   A    3/26/54.
11   Q    You understand that we're taking your
12   deposition for purposes of the lawsuit that's been filed
13   by Transcontinental Insurance Company against American
14   Standard?
15   A    Yes.
16   Q    Are you currently an employee of Valley
17   Diagnostic Clinic?
18   A    Yes.
19   Q    How long have you been an employee of Valley
20   Diagnostic Clinic?
21   A    About nine years.
22   Q    Can you tell us about your educational
23   background?
24   A    I have a high school diploma. From there it's
25   experience in oil field, a number of different

### Page 7

1    educational, you know, classes pertaining to that, as
2    far as well control and just different procedures --
3    Q    Okay.
4    A    -- along those lines.
5    Q    Where and when did you graduate from high
6    school?
7    A    San Benito, 1972.
8    Q    After graduating from high school you went to
9    work in the oil fields?
10   A    A couple of years after I graduated.
11   Q    Okay. What did you do during that interim?
12   A    Worked for a landscaping company.
13   Q    When you first went into the oil fields what
14   type of work were you doing?
15   A    I started out roughnecking.
16   Q    As part of doing work for the landscaping
17   company did you install any underground irrigation
18   systems?
19   A    Yes.
20   Q    How many of those did you install?
21   A    It's hard to say, 15, 20.
22   Q    What type of materials did you use when
23   creating those underground irrigation systems?
24   A    PVC and plastic sprinklers, some brass
25   sprinklers.

### Page 8

1    Q    How would you join the brass to the PVC
2    material?
3    A    It was threaded.
4    Q    As far as joining the PVC materials together,
5    how would you do that?
6    A    Glued.
7    Q    Any other types of materials that you used with
8    those systems?
9    A    Not that I can remember.
10   Q    Did you work with any of the electrical
11   components with those irrigation systems, as far as what
12   turns them on and turns them off?
13   A    Yes.
14   Q    Okay. Tell me about that.
15   A    Basically just the low voltage solenoid values,
16   just hooking them up to the timers.
17   Q    Did you gain your experience or your education
18   regarding the installation of these irrigation systems
19   just on the job or did you go to any special course for
20   training on that?
21   A    On the job.
22   Q    Including the electrical aspects?
23   A    Yes.
24   Q    You then went into roughnecking in the oil
25   fields?

ORAL DEPOSITION OF KEITH HOLM

BSA

**July 31, 2003**

XMAX(3/3)

## Page 9

1  A  Yes.
2  Q  Was that in this area?
3  A  No. That was in West Texas, Monahams.
4  Q  For the ladies and gentlemen of the jury who
5  don't know what a roughneck does, can you tell us what a
6  roughneck does?
7  A  Roughneck is -- well, it's labor on a drilling
8  rig, has a large variety of duties, from just general
9  maintenance and cleaning to -- I'm trying to think how
10  to describe it -- working with the drill pipe, I mean
11  when tripping, what's called tripping pipe, run the pipe
12  in and out of the hole, change bits, mixing of drilling
13  fluids, repairs to anything that comes along as either a
14  helper or, you know, take on individual jobs, helping
15  service companies that come out, welders, different
16  technicians of different kinds, just anything that's
17  needed.
18  Q  How long did you work as a roughneck?
19  A  About four or five years.
20  Q  Did you do any work in the oil fields other
21  than roughnecking?
22  A  Yes.
23  Q  When you were talking about as a roughneck you
24  did maintenance, was it on the oil related equipment
25  that you were doing maintenance?

## Page 10

1  A  Yes, any equipment that was on the drilling
2  rig.
3  Q  Did you have any responsibilities as a
4  roughneck during those four or five years related to any
5  type of plumbing?
6  A  Yes.
7  Q  Tell me about that.
8  A  Well, we cut threaded pipe, fit pipe to
9  anything that needed to be, from low pressure, general
10  water supply, air supply lines, up to the high pressure,
11  drilling fluid lines.
12  Q  Are these low pressure lines and high pressure
13  lines, were those associated directly with the well or
14  was it associated with some type of plumbing system?
15  A  Both.
16  Q  Okay. Did you have any experience with toilets
17  as you were working as a roughneck?
18  A  No.
19  Q  Okay. So when we're talking about plumbing
20  systems not associated with the well, what are you
21  talking about?
22  A  Like I say, water supply, just general -- you
23  got water hoses everywhere. You got supply lines to
24  them. And a lot of stuff is pneumatic air operated.
25  You have air lines run to everything. Just basic supply

## Page 11

1  for whatever would be needed to -- you know, around the
2  rig.
3  Q  Okay. After those four or five years as a
4  roughneck what was your next position in the oil field?
5  A  Motorman.
6  Q  What does motorman do?
7  A  Well, he's in charge of taking care of the
8  motors, doing general upkeep, and checking the motors.
9  That's his specific job, and other than that, he's still
10  the same as a roughneck.
11  Q  How long did you do that?
12  A  Oh, probably about two years, approximately.
13  Q  More focused on mechanical aspects rather than
14  all the general duties of a roughneck?
15  A  Yes.
16  Q  What did you do after you were a motorman in
17  the oil fields?
18  A  I was derrickman.
19  Q  What does a derrickman do?
20  A  Okay. A derrickman is in charge of maintaining
21  the drilling fluids. His specific equipment would be
22  the mud pumps and to do with the drilling fluids. When
23  tripping pipe he's actually the one up in the derrick,
24  working up in the derrick.
25  Q  That's a term of art you just used, tripping

## Page 12

1  pipe, what does that mean?
2  A  Well, that means running -- when you got to
3  pull your pipe, change your bits, it's -- in other
4  words, you trip out of the hole, trip in the hole with
5  the pipe, with the bit, I mean, you're running it in and
6  out of the hole. It's 30 foot joints, you're pulling
7  three joints at a time, 90 foot approximately.
8  Q  You told us that you worked with mud pumps.
9  What's a mud pump?
10  A  Mud pump is the fluid pumps that pump the
11  fluid, circulate the well. They are high pressure,
12  piston type pumps.
13  Q  What type of work did you do with the mud
14  pumps?
15  A  Oh, it's a variety. You -- like I say, it's a
16  piston type pump. Normal wear on them, you changed
17  liners, the cylinders that the pistons run in, change
18  the piston rubbers. If there's anywhere on the rods
19  that run them, change those out. There's lubricating,
20  cooling systems on them, make sure it keeps operating,
21  and a number of different gaskets and things to keep up
22  with.
23  Q  How long did you work as a derrickman?
24  A  Oh, a year or two.
25  Q  We're basically about nine years into your oil

ORAL DEPOSITION OF KEITH HOLM

## Page 13

1  field experience at this point in time. Have you
2  received any specialized training to do the type of work
3  you're doing other than on the job experience?
4      A    At that point probably basically just on the
5  job experience.
6      Q    Okay. What did you do after you worked as a
7  derrickman?
8      A    A driller.
9      Q    How long were you a driller?
10     A    Oh, quite a few years. It -- it's hard to
11 explain, because due to the nature of the oil field
12 positions changed and you moved back and forth. When
13 there were slow times in the oil field, you may go back
14 to roughneck for a while and back to your drilling
15 position a while, and just depending on what was
16 available at the time.
17     Q    Sure. So, ballpark for me, how long do you
18 think you were a driller?
19     A    Well, as a driller, I don't know, it was
20 several years.
21     Q    What does a driller do?
22     A    Driller is in charge of the crew that's out
23 there at the time. He is the one that monitors
24 everything, all the things that are going on, assigns
25 the duties to the different hands, what needs to be done

## Page 14

1  and when. Actually --
2      Q    Kind of more of a managerial type role?
3      A    Yes, but it's still -- yes, it's low end
4  management.
5      Q    Okay. Any other positions that you've held in
6  the oil field?
7      A    Tour pusher.
8      Q    What's a tour pusher?
9      A    One step above driller. He's actually in
10 charge -- this is -- goes to offshore. He's in charge
11 of the drilling operations in general during his shift.
12     Q    You were working offshore at this time?
13     A    Yes, there was a point I went offshore from
14 land rigs.
15     Q    Okay. When was that, that you went offshore,
16 what year?
17     A    '83, I believe.
18     Q    Texas Gulf Coast area?
19     A    Yes.
20     Q    What -- going in and out of the Corpus Christi,
21 or where?
22     A    Most of the time working out of Louisiana,
23 anywhere from Galveston to Louisiana, to Venice,
24 Louisiana.
25     Q    How long were you a tour pusher?

## Page 15

1      A    Tour pusher was approximately a year and --
2  yeah, about a year.
3      Q    Did you do offshore work in addition to being a
4  tour pusher?
5      A    I was a driller offshore. Yes, I -- there
6  again, due to the nature of the oil field, worked
7  basically all of the positions.
8      Q    Okay. Any type of plumbing responsibilities as
9  a motorman, derrickman, driller, a tour pusher, in
10 addition to what you told us you did periodically as a
11 roughneck?
12     A    I'm sorry, I don't understand the question.
13     Q    Sure. Sure. Did you have to do anything like
14 you would think a plumber might do when you were a
15 motorman?
16     A    Well, yes.
17     Q    What would that be?
18     A    There again, you cut and fit pipe for whatever
19 is needed.
20     Q    For the mechanical equipment as opposed to say
21 a plumbing system, and let me define what I mean by
22 plumbing system. When I'm talking plumbing system, I'm
23 thinking like the plumbing system of this building,
24 where you've got sinks, you've got lavatories, you've
25 got toilets. In the oil field did you have to do any

## Page 16

1  plumbing type work such as I just described?
2      A    I'm trying to relate the two.
3      Q    Sure.
4      A    Not -- not the same as in the building.
5      Q    Okay. But what you did have experience was
6  connecting pipes and connecting hoses that had fluids
7  running through them?
8      A    Yes.
9      Q    And that's what you were calling plumbing type
10 activities; is that fair?
11     A    Yes.
12     Q    In all, how long were you in the oil field
13 business?
14     A    Approximately 20 years.
15     Q    Okay. When did you get out of it, what year?
16     A    '93, I believe.
17     Q    All right. Well, that tells me --
18     A    '90 --
19     Q    -- if you were a tour pusher in the early '80s,
20 what was your next position?
21     A    A tour pusher was as high as I went.
22     Q    Okay. Who was your employer in 1993 when you
23 got out of the oil field business?
24     A    Santa Fe Drilling.
25     Q    Did they do onshore and offshore drilling?

ORAL DEPOSITION OF KEITH HOLM
July 31, 2003

BSA                                                                    XMAX(6/6)

## Page 17

1    A    Yes.
2    Q    In the Galveston, Louisiana area?
3    A    Worldwide.
4    Q    Did you work anywhere other than the United
5    States?
6    A    Yes.
7    Q    Where else did you work?
8    A    Indonesia.
9    Q    How long were you an employee of Santa Fe
10   Drilling?
11   A    I don't know if I made -- Santa Fe Drilling
12   bought the company I was working for. So I was
13   actually -- original hire date would go back to '74.
14   Q    Okay.
15   A    Basically worked for them. There was one
16   company in between briefly during layoff period, but
17   basically the same company all the time.
18   Q    Same company basically for about 19 years?
19   A    Yes.
20   Q    Left there in 1993, and what did you do?
21   A    Did maintenance and just general maintenance,
22   overseeing a subdivision development for a property
23   owner:
24   Q    Where was this done?
25   A    Harlingen.

## Page 18

1    Q    Who was the developer?
2    A    It was Paul Johnson.
3    Q    What was the name of the development?
4    A    The Johnson Company and the development was
5    Palm Valley South.
6    Q    Where is that located? I know you said
7    Harlingen, but where in Harlingen?
8    A    Harlingen. It's on Stewart Place Road, just
9    south of the Harlingen Country Club.
10   Q    Was this all residential?
11   A    Yes.
12   Q    As -- you said you were a maintenance
13   supervisor for this?
14   A    Yes.
15   Q    Tell me what that means.
16   A    He owned rental property, apartments, and I was
17   in charge of the maintenance of them, and just on the
18   subdivision, just general overseeing, reporting to him.
19   Q    When you were in the oil fields were you a
20   member of the union?
21   A    No.
22   Q    Would you describe the work that you were doing
23   as consistent with what a pipe fitter would do much of
24   the time?
25   A    Occasionally.

## Page 19

1    Q    You never were trained or did any sanitary
2    plumbing while you were in the oil field, did you?
3    A    No.
4    Q    When you went -- or before you went to work for
5    the Johnson Company doing maintenance in the Palm Valley
6    South subdivision, did you receive any type of formal
7    education to teach you how to do the maintenance that
8    you were going to be doing?
9    A    No.
10   Q    Okay. When you were maintaining the rental
11   houses and the apartment houses what type of maintenance
12   were you doing?
13   A    Just general upkeep, anything from painting.
14   Q    Did you do sheetrock, sheetrock work?
15   A    Yes, to an extent, minor sheetrock work for
16   repairs.
17   Q    Did you do electrical work?
18   A    Electrical work was mainly just changing out
19   anything -- you know, in other words, if the light
20   switch went out, I would change a light switch out. As
21   far as, you know -- that's it.
22   Q    Did you do sanitary plumbing work?
23   A    Define sanitary plumbing.
24   Q    Did you do any plumbing work for any of these
25   rental homes or for the apartment houses?

## Page 20

1    A    Yes.
2    Q    Okay. What type of plumbing work did you do?
3    A    Change out garbage disposals, change out
4    faucets, change out commodes, fill valves.
5    Q    This maintenance job in 1993, was it your first
6    time to do work on faucets, commodes, garbage disposals?
7    A    No.
8    Q    Okay. Prior to 1993 what experience did you
9    have in working with faucets, commodes or garbage
10   disposals?
11   A    Doing my own. There was a period somewhere
12   during the layoff I worked a few weeks with an
13   electrician and actually, you know, just in different --
14   I don't know, it's -- like I said, mainly on my own,
15   helping friends, and there was some brief periods during
16   layoff periods that I was helping out, like I say,
17   electrician. I remember one time an electrician,
18   helping him change out -- he changed garbage disposal, I
19   was with him.
20   Q    Okay. Because changing a garbage disposal
21   involves electrical work and plumbing work.
22   A    Right.
23   Q    So it was mainly just kind of around the house
24   experience and then experience with friends that you had
25   before going to this maintenance job?

## ORAL DEPOSITION OF KEITH HOLM

**BSA** July 31, 2003 XMAX(6/6)

### Page 21

1    A    Yes.
2    Q    When you went to work for the Johnson Company
3 was there in place any maintenance program, regular
4 maintenance program?
5    A    No.
6    Q    So it was a fix it as a need arose --
7    A    Yes.
8    Q    -- type of program? If there was a leak, you
9 went and fixed it; is that right?
10   A    Yes.
11   Q    If a light switch wasn't working, you went and
12 changed it, is that --
13   A    Yes.
14   Q    How long did you work for the Johnson Company?
15   A    It was approximately a year.
16   Q    So that would take us to 1994, thereabouts?
17   A    Thereabout.
18   Q    Why did you leave the Johnson Company?
19   A    Due to some disagreements between me and Mr.
20 Johnson.
21   Q    Were you fired?
22   A    Basically, not as such, but, yes, replaced.
23   Q    Was it a personality conflict or was it because
24 of work performance?
25   A    Personality.

### Page 22

1    Q    What was your next job? Before we go there,
2 while you were working for the Johnson Company did you
3 ever install any sewer pipes?
4    A    No.
5    Q    Did you ever install any drain pipes from any
6 of these structures that you were working on?
7    A    Under the sink traps, if that's defined as
8 drain pipe.
9    Q    Did you ever work with any underground piping
10 that connected to sewer lines?
11   A    No.
12   Q    Back to your next job after the Johnson
13 Company, what was that?
14   A    This one.
15   Q    So you came to work for Valley Diagnostic in
16 1994; is that right?
17   A    I believe that's right.
18   Q    Since we're sitting here on July 31st, 2003 and
19 you have been working for nine years, that -- my Aggie
20 math tells us that's about 1994.
21   A    Yes.
22   Q    What was the position that you had when you
23 came to work here?
24   A    The position I now hold.
25   Q    What is your current position?

### Page 23

1    A    Maintenance supervisor.
2    Q    Since the time that you graduated from high
3 school until 1994 have you had any formalized,
4 additional education of any type?
5    A    As I stated earlier, I had special training in
6 certain aspects of the oil field along with, you know,
7 some things there. Beyond that, no.
8    Q    That specialized training was more on the job
9 experience --
10   A    Part of it --
11   Q    -- or did you attend school?
12   A    -- was certification in well control, training
13 as to -- well, I don't know, to explain it, A.B.L.B.
14 license, captain's license for ship.
15   Q    Okay.
16   A    Life boat training, that type of thing.
17   Q    How many certifications did you hold while you
18 were working in the oil field at various times?
19   A    Well Control, CPR, Able Body Seaman, Life
20 Boatman, Captain. That's about it.
21   Q    Do you still hold any of those certifications
22 or licenses?
23   A    The A.B.L.B. Captain is lifetime.
24   Q    That basically means you can take people out on
25 a boat for hire?

### Page 24

1    A    Yes, I -- yes.
2    Q    Since coming to work for Valley Diagnostic
3 Clinic have you undergone any formalized education or
4 training courses?
5    A    I took a facility management seminar training
6 one time.
7    Q    When was that?
8    A    About '97 approximately, '97, '98.
9    Q    Where was that held?
10   A    In Houston.
11   Q    Do you recall where in Houston?
12   A    No.
13   Q    What was the focus of that training seminar?
14   A    Just general facility management, overseeing of
15 medical -- well, of facilities in general.
16   Q    Was it geared towards medical facilities?
17   A    To an extent.
18   Q    Can you tell me what you mean by general
19 overall management of facilities?
20   A    The responsibilities of upkeeping a commercial
21 type building.
22   Q    What are those responsibilities?
23   A    Well, to keep the building in -- as far as
24 safety aspect, to, you know, make sure that passages are
25 safe, you know, that the general overall structure is

ORAL DEPOSITION OF KEITH HOLM

## Page 25

1 safe inside and outside, the areas that would be of
2 concern as far as unsafe conditions. It's kind of a
3 general —
4    Q    Okay. We will go through piece by piece. Tell
5 me what is your safety program with regards to
6 structural integrity of the outside of the building.
7    A    You know, keep any loose debris out from
8 anywhere, passageways clear.
9    Q    How is that implemented for the outside of the
10 building only? Then we'll go internal.
11    A    How is that implemented?
12    Q    Your safety program.
13    A    As I was saying, to make sure that, you know,
14 there's nothing laying in passageways, that there's no
15 like the trees hanging out where people walk into
16 them —
17    Q    So we are talking visual?
18    A    — items left.
19    Q    Visual inspection?
20    A    Yes.
21    Q    And I didn't mean to interrupt you. If at any
22 time I interrupt you and you need to complete an answer,
23 please tell me to be quiet. I thought you were through
24 with your answer. I apologize.
25        The safety program that you have for the

## Page 26

1 structural integrity of the building on the outside is a
2 visual inspection program?
3    A    Yes.
4    Q    How often do you conduct these visual
5 inspections?
6    A    It's ongoing. Just whenever I'm out.
7    Q    Okay. How do you — tell me about your safety
8 program for the structural integrity of the internal
9 components of the building?
10    A    There again, ongoing, making sure that there is
11 no tripping hazards out in the walkway, there's nothing
12 on the walls that protrude out.
13    Q    More or less looking for problems?
14    A    Yes. I mean, it's just observe as you go.
15    Q    If you see a crack in the wall, that makes you
16 think there's a problem with the foundation, for
17 example?
18    A    Yes.
19    Q    If you see someone has left something out in
20 the hallway, you know that needs to be moved, so no one
21 trips over it?
22    A    Yes.
23    Q    Okay. Any other types of general upkeeping of
24 a commercial building programs that you learned about at
25 this seminar in Houston?

## Page 27

1    A    Can you ask the question again?
2    Q    Sure. With respect to the seminar that you
3 attended in Houston in 1997 or 1998, you told me about
4 the safety programs with respect to the structural
5 integrity of the building both internally and
6 externally. Did you learn about any other maintenance
7 or general upkeep programs while you were at that
8 seminar?
9    A    Yes.
10    Q    What were those?
11    A    Well, basically keeping, you know, keeping
12 current on such things as fire inspections and the —
13 what the rules and regulations were along with ADA,
14 which could go back as far as safety and —
15    Q    By ADA you mean American's Disability Act?
16    A    Right.
17    Q    Okay. It sounds like it was a safety oriented
18 course.
19    A    Part of it was.
20    Q    What were the other parts?
21    A    How to deal with the people within the
22 building, meet their needs, just a general —
23    Q    Okay. And it may sound like a stupid question.
24 If it is, I apologize. I don't understand what you mean
25 by meeting the needs of the people in the building.

## Page 28

1    A    Well, part of maintenance, I mean, the people
2 within a facility are the ones at hand that see the
3 first problems and they report, and, you know, how to
4 coordinate that, prioritize, to meet those demands.
5    Q    Would you say that your maintenance program
6 could generally be described as one in which you hear of
7 a problem and then you address that problem?
8    A    Yes.
9    Q    It's more of a reactive program; is that fair?
10    A    Yes.
11    Q    Okay. Anything else, any other general
12 categories that you recall from that management training
13 seminar in Houston?
14    A    No, that's about it.
15    Q    Okay. Other than the Captain's License, do you
16 hold any other licenses or certifications, excluding of
17 course a Texas driver's license, assuming you have one
18 of those?
19    A    Yes.
20    Q    Okay. You have a Texas driver's license. What
21 other — do you have any other licenses other than —
22    A    Yes.
23    Q    — Captain's License? What are your other
24 licenses or certifications?
25    A    I have a Private Applicator's License in

ORAL DEPOSITION OF KEITH HOLM

July 31, 2003

## Page 29

1 pesticides.
2   Q   That means you can spray for bugs in commercial
3 facilities?
4   A   No.
5   Q   What does that mean?
6   A   It's a Private Applicator's License. I can,
7 for my own use, on my property use licensed pesticides
8 and fungicides, that type of stuff.
9   Q   Okay. Your house where you live, house with
10 acreage or house on a lot?
11   A   Small acreage.
12   Q   Okay. You use pesticides and herbicides on
13 your property?
14   A   Yes.
15   Q   Okay. To control weeds and bugs?
16   A   Yes.
17   Q   Okay. How many bathrooms do you have in your
18 home?
19   A   Two.
20   Q   Do you know the manufacturers of the toilets in
21 your home?
22   A   No.
23   Q   In addition to the driver's license, Captain's
24 License and Private Applicator License for the
25 pesticides, any other licenses or certifications that

## Page 30

1 you hold?
2   A   No.
3   Q   How many employees are there within the
4 maintenance department of Valley Diagnostic Clinic?
5   A   Two.
6   Q   You and who else?
7   A   Richard Lowe.
8   Q   Mr. Lowe reports directly to you?
9   A   Yes.
10   Q   Does he have a title?
11   A   Maintenance.
12   Q   Okay. Do you report directly to Mr. Miller?
13   A   Yes.
14   Q   What is Mr. Miller's title? Boss?
15   A   Boss, executive director.
16   Q   Executive director. Do you have any meetings
17 with Mr. Miller on a regular basis to talk about your --
18 the maintenance program or the general status of
19 maintenance in the building?
20   A   Yes.
21   Q   Tell me about that.
22   A   We have weekly managers meetings where all of
23 the managers meet.
24   Q   When you say all of the managers, how many
25 different managers get together and meet?

## Page 31

1   A   I'm not sure of the exact number. There's
2 several.
3   Q   Give me titles, other titles, please, sir.
4   A   There's medical records manager, there's
5 radiology manager, laboratory manager, business office
6 manager.
7   Q   Managers of all of the various departments --
8   A   Yes.
9   Q   -- within the clinic? How big is this
10 building?
11   A   42,000 square foot.
12   Q   Does it consist of two floors?
13   A   Yes.
14   Q   Each floor is about 20, 21,000 square feet?
15   A   Yes.
16   Q   Do you use any outside contractors for
17 maintenance work?
18   A   Yes.
19   Q   Who do you use?
20   A   The name of the contractor or the types of
21 contractors?
22   Q   Good point. Let's start with the types of the
23 contractors.
24   A   Okay. I use of course plumbing, electrical,
25 cabinet builders, general contractors for construction,

## Page 32

1 air conditioning contractors. That pretty much covers
2 it.
3   Q   Who is your plumbing contractor?
4   A   I use two, Roman's Plumbing and Bud's Plumbing.
5   Q   Roman's, is that R-a-m-o-n-s?
6   A   R-a-m -- I mean R-o-m-a-n-s, yes.
7   Q   Why do you use two different plumbing
8 contractors?
9   A   If one is busy I can use the other. Some --
10 well, okay, one is more convenient to use in the
11 evenings. The other one is more convenient to use
12 during daylight -- you know, the day hours and just --
13   Q   It's more of a --
14   A   -- just having two at hand is a benefit.
15   Q   An availability issue?
16   A   Yes.
17   Q   Who is your electrical contractor?
18   A   Borcher Electric.
19   Q   I'm sorry.
20   A   Borcher Electric.
21   Q   How do you spell that, please?
22   A   B-o-r-c-h-e-r.
23   Q   Who is your general contractor, cabinet builder
24 guy?
25   A   Several. There's Border Construction, Val's

## Page 33

1  Cabinet Shop.
2   Q    V-a-l?
3   A    V-a-l, apostrophe S.
4   Q    Anyone else?
5   A    At the moment I'm using Ortega Construction.
6   Q    Anyone else?
7   A    I believe that's it.  That --
8   Q    Who is your HVAC or AC contractor?
9   A    There again, I use more than one.  I use
10  Coastal Engineering, the Trane Company, Central Air &
11  Heat.
12  Q    Are your HVAC systems Trane?  Are the air
13  conditioning systems Trane systems?
14  A    Oh, Trane system.  The -- there's -- there's a
15  combination of brands.
16  Q    Okay.  What are your brands?
17  A    Okay.  We have Trane, Engineered Air.  I'm
18  sorry, I can't remember.  It's right on the tip of my
19  tongue.  I can't remember the name.
20  Q    That's fine.  Generally speaking, at what point
21  would you call an outside contractor to do a repair or
22  maintenance item as opposed to you or Mr. Lowe doing a
23  maintenance item?
24  A    When it involves the sealed system, the
25  pressurized system in any way.

## Page 34

1   Q    What do you mean by sealed system or
2  pressurized system?
3   A    The compressors, the coils, the -- you know,
4  anything that would have to do with leaks or the
5  compressors themselves, the motors.
6   Q    That all sounds more mechanical rather than
7  plumbing.  Are you also talking about plumbing?
8   A    On the AC systems.
9   Q    Oh, okay.  I meant in general for plumbing,
10  electric, general construction and your AC systems, when
11  is it that you would call an outside contractor?
12  A    Okay.  I thought you were talking about AC
13  system.
14  Q    Right.
15  A    Any new installation I would use a contractor.
16  As far as plumbing, any leaks that involve changing out
17  a pipe, call a contractor.  As I was saying on the ACs,
18  anything to do with the sealed system, the electrical
19  system on the ACs would be, you know, for a contractor.
20  Q    Okay.  For calling in a plumber to change a
21  pipe, are you talking about like in the wall pipe, water
22  supply pipe, or are you including even the drain pipe
23  from the sink?
24  A    In the wall type pipe.
25  Q    Okay.  What type of plumbing maintenance do you

## Page 35

1  and Mr. Lowe do?
2   A    We would change like the traps under the sinks,
3  repair the faucets on the sinks, repair -- you know,
4  change -- change out any exterior valves that may have
5  stem packing leaking or whatever, if it needs to be
6  changed, just the general maintenance on the -- on the
7  toilets, change out the fill valves, the flappers, the
8  flush handles.
9   Q    I'm sorry, I'm writing.
10          Any other general types of plumbing
11  maintenance that you and Mr. Lowe do?
12  A    Change out sprinkler heads when they need to be
13  changed.
14  Q    Sprinkler heads for the --
15  A    Lawn sprinkler.
16  Q    What about for the fire prevention?
17  A    We don't have that type system.
18  Q    Any other general plumbing type maintenance
19  that you do?
20  A    Unstopping drains.
21  Q    When you call an outside contractor, do you
22  have to get approval from Mr. Miller to do that or is
23  that a decision that you make on your own?
24  A    If it's an emergency I do it, otherwise, I try
25  to run everything by him first.

## Page 36

1   Q    Let's talk about your general -- before we go
2  to that, does Mr. Lowe have any licenses that you know
3  of --
4   A    Not that I know of.
5   Q    -- or certifications?
6          Do you know what his experience was before
7  he came to work at Valley Diagnostic Clinic?
8   A    No.
9   Q    How long has he been working here?
10  A    18 years approximately, a long time.
11  Q    Okay.  So twice as long as you?
12  A    Yes.
13  Q    Okay.  Do you have an in-house shop where you
14  do work on certain types of items?
15  A    No.
16  Q    Do you have an in-house storage facility where
17  you keep, for example, extra plumbing parts?
18  A    Yes.
19  Q    Okay.  What type of plumbing parts do you keep
20  there?
21  A    Keep repair kits for the sink faucets, usually
22  keep an extra fill valve, toilet flapper on hand, just
23  a -- well, a few parts for the sprinkler system,
24  generally keep a wax gasket, bowl gasket for under the
25  commode on hand, flush handles, that type stuff.

ORAL DEPOSITION OF KEITH HOLM

BSA                                          July 31, 2003                                          XMAX(10/10)

### Page 37

1   Q   Generally the items that you change yourself?
2   A   Yes.
3   Q   Basically try to keep one on hand --
4   A   Yes.
5   Q   -- just in case?
6       How many toilets are there in this
7   building? Or I'll make it a little easier. How many
8   bathrooms are there in this building?
9   A   I'm not sure. There's -- there's 30 plus.
10  Q   Toilets?
11  A   Yes.
12  Q   Okay. I just did --
13  A   20 or 30, somewhere in --
14  Q   Okay. I just did a walk-through of the
15  building and there are, that I was shown, 24 different
16  bathrooms.
17  A   Yes.
18  Q   And some of those bathrooms have more than one
19  toilet or have a toilet and a urinal, and does that
20  sound about right?
21  A   Yes.
22  Q   Are all of the sinks in all of the 24 bathrooms
23  American Standard?
24  A   I couldn't say.
25  Q   Do you know if most of the toilets in this

### Page 38

1   building are American Standard products?
2   A   Most, yes.
3   Q   Do you know if all of the urinals in this
4   building are American Standard products?
5   A   No, I don't know.
6   Q   Do you know how many of the toilets in this
7   building have what would be considered a commercial
8   grade flush valve as opposed to a residential type
9   toilet with a tank sitting on the back of it?
10  A   Okay. What was the beginning of that question
11  again?
12  Q   Sure. Do you know how many toilets in this
13  building have a commercial valve on it, Sloan or Zern
14  valve, as opposed to a tank sitting on the back of it?
15  A   Toilets, one.
16  Q   Okay. And where is that one located?
17  A   It's in cardiology.
18  Q   Does it also have a special device on it that
19  allows for cleaning of bed pans?
20  A   Yes.
21  Q   Why is that the only toilet in this building
22  with a commercial grade valve on it?
23  A   I don't know.
24      MR. GRINKE:   Objection, form.
25  Q   (By Mr. Holidy) Do you or does the clinic have

### Page 39

1   charge accounts with any plumbing supply businesses or
2   even a Home Depot in the area that you use on a regular
3   basis?
4   A   Yes.
5   Q   What are those?
6   A   Home Depot.
7   Q   Any others?
8   A   Bush Supply.
9   Q   Any others?
10  A   Johnny's True Value Hardware.
11  Q   Any others?
12  A   I believe that's it.
13  Q   Home Depot would be a credit card or charge
14  card?
15  A   Yes.
16  Q   Bush Supply and Johnny's True Value are local
17  businesses, where you go in and you just have a charge
18  account?
19  A   Yes.
20  Q   Do you buy plumbing supplies at each of these
21  three facilities?
22  A   Yes.
23  Q   Is there a typical brand of replacement
24  plumbing supplies that you like to use?
25  A   No.

### Page 40

1   Q   Do you know the brand of ball cock assemblies
2   that you generally use to replace ones that are being
3   replaced?
4   A   Yes.
5   Q   What is that?
6   A   Fluid Master.
7   Q   Is that a plastic type product?
8   A   Yes.
9   Q   And why is it that you use Fluid Master?
10  A   They work well. That's what's generally
11  available.
12  Q   Home Depot carries Plumbing Master -- I mean
13  Fluid Master?
14  A   Yes.
15  Q   Does Bush Supply carry Fluid Master?
16  A   I'm not sure.
17  Q   Does Johnny's True Value carry Fluid Master?
18  A   Yes.
19  Q   Before you go out and purchase any of these
20  supplies do you have to get purchase orders okayed
21  through Mr. Miller's office?
22  A   No.
23  Q   You have the authority to spend up to a certain
24  limit without his approval?
25  A   Yes.

## Page 41

1  Q   And what is that limit?
2  A   I -- it's not a specific limit as such.
3  Q   If you have a big repair job you let him know
4  you're going --
5  A   Yes.
6  Q   -- to have a big repair job?
7      If you have to go out and replace a ball
8  cock assembly, you just go buy a ball cock assembly?
9  A   Yes.
10 Q   Okay.  Do you have any relatives who are
11 plumbers?
12 A   No.
13 Q   Do you have any friends who are plumbers?
14 A   No.
15 Q   Have you ever worked with a plumber?
16 A   Define work with a plumber.
17 Q   Have you ever been employed by a plumber?
18 A   No.
19 Q   Have you ever been paid by a plumber in any
20 way?
21 A   No.
22 Q   Have you ever worked side by side with a
23 plumber?
24 A   Yes.
25 Q   Okay.  Tell me about that.

## Page 42

1  A   Well, when I have the plumbers in here I'm
2  generally available to help.  I oversee what they are
3  doing.  Just help them in any way that I can.
4  Q   Has anyone from Roman's or Bud's recommended to
5  you a plumbing maintenance program that you should have?
6  A   No.
7  Q   Okay.  I want to talk specifically to you about
8  your plumbing maintenance program.  What is it?
9  A   Repair as needed.
10 Q   So if a toilet is clogged, you go unclog the
11 toilet?
12 A   Yes.
13 Q   If a faucet is leaking, you go fix the faucet?
14 A   Yes.
15 Q   Do you have a program where you go around and
16 you check the condition of any of the internal
17 components to any of the toilet tanks that are in these
18 24 bathrooms?
19 A   Not as such.
20 Q   Okay.  So unless there's a leak, the toilet is
21 not getting attention from a maintenance standpoint?
22 A   Yes.
23 Q   Who cleans the toilets?
24 A   Housekeeping.
25 Q   Do they use any in-tank cleaners?

## Page 43

1  A   No.
2  Q   So they don't put any like, say, for example, a
3  2000 flush tablet into the tank?
4  A   No.
5  Q   How are the tanks cleaned?
6  A   Wipe off the outside.
7  Q   Okay.  Is there any cleaning done to the inside
8  of the tanks?
9  A   No.
10 Q   So the lid on the tank is never removed unless
11 there is a leak?
12 A   Yes.
13 Q   Do you know what types of cleaners are used on
14 the bowls?
15 A   A bowl cleaner that's labeled as a bowl
16 cleaner.
17 Q   It's just something you squirt in there and
18 they scrub around with a brush to keep the bowls clean?
19 A   Yes.  They use a concentrate that is diluted.
20 Q   Okay.  Have there been any changes in your --
21 the way that you maintain the plumbing systems of this
22 building since the March 4th, 2001 leak?
23 A   Ask the question again.
24 Q   Have there been any changes in the way you
25 maintain the plumbing systems of this building since the

## Page 44

1  March 4th, 2001 leak?
2  A   No.
3  Q   Have you had anyone from Roman's or Bud's come
4  out to assess the condition of any of the ball cock
5  assemblies in any of the 23 bathrooms in this building
6  that have ball cock assemblies?
7  A   Okay.  Ask the question again.
8  A   Sure.  The 24 bathrooms in the building, one of
9  them has a commercial grade flush valve --
10 A   Yes.
11 Q   -- on it.  So there's 23 bathrooms in the
12 building that have toilets with tanks on the back that
13 have ball cock assemblies in them.  And just so the jury
14 can understand what it is that we're talking about when
15 we say a ball cock assembly, we're talking about this
16 plastic device that I'm showing you, that has the metal
17 rod coming out of it with the float on the end of it,
18 correct?
19 A   Yes.
20 Q   That's the ball cock assembly?
21 A   Yes.
22 Q   That's what the water comes up in to and fills
23 the tank, correct?
24 A   Yes.
25 Q   This hose coming off that goes into that tube,

ORAL DEPOSITION OF KEITH HOLM
BSA                                         July 31, 2003                                    XMAX(12/12)

## Page 45

1  that's the wire that runs back into the tank, right?
2      A    Yes.
3      Q    Okay. This ball here floats up and closes off
4  the fill valve to the ball cock assembly, correct?
5      A    Yes. It --
6      Q    That's the way it all --
7      A    It shuts off the water, yes.
8      Q    Okay. So that our terminology is correct, ball
9  cock assembly and then we have the flush valve?
10     A    Yes.
11     Q    Okay. And the flush valve includes this little
12 flapper thing; is that right?
13     A    Yes.
14     Q    And when you said that you keep certain things
15 on hand, one of the things you said was a fill valve,
16 did you mean that to be the ball cock assembly?
17     A    Yeah, the ball cock assembly, yes.
18     Q    You also said that you keep the flapper on hand
19 and that's the little rubber thing right here?
20     A    Yes.
21     Q    And do you keep any entire flush valves on
22 hand, which would include the tube and the flapper
23 assembly?
24     A    No.
25     Q    Okay. Do you keep any float arms and floats on

## Page 46

1  hand, which would be the, in this case, brass rod and
2  the float?
3      A    No.
4      Q    If you need any of those items you go to Home
5  Depot, True Value or Bush Supply?
6      A    Yes.
7      Q    Have you had anyone from Roman's or Bud's come
8  out and check the water pressure in each toilet, to make
9  sure that each toilet was getting adequate water supply?
10     A    No.
11     Q    Back to the question on the ball cock assembly.
12 Have you had anyone from Bud's or Roman's come out to
13 check the condition of the ball cock assembly after the
14 March 4th, 2001 leak in the 23 bathrooms that have
15 those?
16     A    No.
17     Q    Have you gone around and checked the condition
18 of the ball cock assemblies in the 23 bathrooms in this
19 building that have those since the March 4th, 2001 leak?
20     A    Yes.
21     Q    Okay. Tell me what you did.
22     A    Well, any time there's a complaint, I mean, if
23 I open a tank, I check it.
24     Q    Okay.
25     A    I mean, that's just a normal routine --

## Page 47

1      Q    Okay. Aside from --
2      A    -- type thing. Specifically, that's what
3  you're looking for, right? Yes, I have paid more
4  attention in that regard.
5      Q    Okay. And in that, you mean you've paid more
6  attention to the ball cock assembly when you've gone to
7  check toilets that had a problem?
8      A    Right.
9      Q    As opposed to, we've had a leak, I'm going to
10 go check the condition of all the other ball cock
11 assemblies in the facility at one time?
12     A    I -- I can't say that I specifically went for
13 that reason, checked every one.
14     Q    Okay. Do you know the age of the toilet that
15 was involved in the leak?
16     A    Yes.
17     Q    How old was it?
18     A    I'm trying to remember. I believe -- I mean,
19 this is what I -- I only know what I've been told as far
20 as --
21     Q    Okay.
22     A    -- the age and I believe.
23     Q    What have you been told with respect to the
24 age?
25     A    It was manufactured I believe in '83 or --

## Page 48

1      Q    Do you know when this building was built?
2      A    '82.
3      Q    Do you know when the section in which this one
4  toilet, which was in the cardiology department, right?
5      A    When that section was built or --
6      Q    Well, let's back up. That was a bad question.
7  The toilet that leaked was in the cardiology department;
8  is that right?
9      A    Yes.
10     Q    That's on the second floor?
11     A    Yes.
12     Q    Do you know when that section of the building
13 was completed?
14     A    The cardiology department was approximately
15 '90.
16     Q    Okay. Do you -- do you have any explanation
17 for why a 1983 toilet was installed in a 1990
18 construction?
19     A    No.
20     Q    Since this March 4th, 2001 leak, and you've
21 been paying more attention to the ball cock assemblies,
22 have you replaced any of the ball cock assemblies?
23     A    Yes.
24     Q    How many ball cock assemblies have you replaced
25 since March 4th, 2001?

ORAL DEPOSITION OF KEITH HOLM
July 31, 2003

BSA                                                        XMAX(13/13)

## Page 49

1  A   I'm not sure of the number.  We had one second
2  floor changed, and beyond that, as needed.
3  Q   Okay.  Is it more or less than 10, do you
4  think, have been -- more or less than 10 in the last two
5  years?
6  A   More.
7  Q   More than 10.  Do you maintain records of what
8  ball cocks are changed?
9  A   No.
10  Q   Do you maintain records of what flush levers
11  are changed?
12  A   No.
13  Q   Do you maintain records of what flush valves
14  are changed?
15  A   No.
16  Q   What was it about the ball cock assemblies that
17  caused you to change the ones that you've changed since
18  March 4th, 2001?
19  A   Just general change-out on part of them, just
20  due to just upgrading, keeping, you know, the --
21  Q   Was there leaks so you changed it out?
22  A   Change it out some of them due to leaks -- I
23  mean, some due to the fact they malfunctioned for
24  whatever reason.
25  Q   Okay.

## Page 50

1  A   And some of them just as a maintenance,
2  preventive maintenance type.
3  Q   By malfunction, what do you mean?
4  A   Okay.  On the ball cock, if any of the parts --
5  I mean, many of them that we have are brass, due to
6  corrosion, that type thing, not being able to take them
7  apart to replace the -- the seals in them, things like
8  that.
9  Q   Do you take the ball cocks apart to replace the
10  plunger seals from time to time?
11  A   On some, on some brands.
12  Q   Okay.  What brands do you do that?
13  A   I'm not sure what the brand is.  Of course --
14  well, like I said, I'm not sure what the brand is.
15  Q   Did you do it on the ball cock assembly
16  involved in this lawsuit?
17  A   No.
18  Q   Did you ever do any work on the ball cock
19  assembly involved in this lawsuit?
20  A   No.
21  Q   Did you ever do any work on the toilet tank or
22  any of its internal components --
23  A   No.
24  Q   -- of the toilet involved in this lawsuit?
25  A   No.

## Page 51

1  Q   And by -- I want to be clear by what I mean on
2  internal components.  I mean the ball cock assembly, the
3  flush valve, including the flapper, and the flush lever.
4  A   No, I did not work on those on that toilet.
5  Q   Did Mr. Lowe do any work on that toilet?
6  A   Not to my knowledge.
7  Q   So, as far as you know, there was no work done
8  to the internal components, including the flush lever,
9  from the time that toilet was installed in 1990 until
10  the time of this leak in 2001?
11  A   Not to my knowledge.
12  Q   Okay.  So that's correct?
13  A   Yes.
14  Q   Is that a yes?
15  A   Yes, that's --
16      MR. LAWS:    Are you at a break point?
17      MR. HOLIDY:    Sure.
18      VIDEOGRAPHER:    Off the record, 11:27 a.m.
19      (A recess was taken.)
20      VIDEOGRAPHER:    Back on record at
21  a.m.
22  Q   (By Mr. Holidy)  Mr. Holm, at the time of the
23  leak in March 4 -- on March 4th, 2001 did the bathroom
24  in which the toilet was located have a floor drain?
25  A   No.

## Page 52

1  Q   Does it now have a floor drain?
2  A   Yes.
3  Q   Why was that floor drain installed?
4  A   General precaution during, you know,
5  reconstruction of the area.
6  Q   Do you know if the floor was completely redone,
7  so that the floor drain sits at a lower elevation than
8  the rest of the floor?
9  A   No.
10  Q   Do all of the bathrooms or restrooms in this
11  building have floor drains?
12  A   No.
13  Q   Is there any plan to go in and install floor
14  drains in all of the rest of the restrooms?
15  A   No.
16  Q   Some restrooms, in addition to the one that was
17  in the cardiology department, do have floor drains?
18  A   Yes.
19  Q   After this incident occurred in March 2001, did
20  Mr. Miller sit down with you at any point in time and
21  say, "What is our maintenance program?  What do we need
22  to do to prevent something like this from occurring in
23  the future?"
24  A   No.
25  Q   When you have a toilet that is leaking, let's

ORAL DEPOSITION OF KEITH HOLM

BSA                                July 31, 2003                          XMAX(14/14)

## Page 53

1 say you hear after the flush drip, drip, drip, or you
2 hear the sound of a water still running ever so
3 slightly; do you know what I'm talking about?
4   A   Yes.
5   Q   What do you do to determine what is the cause
6 of that leak and then how do you fix it?
7   A   Well, first of all, determine the cause.
8   Q   Okay.
9   A   And then adjust or replace parts accordingly.
10  Q   Tell me about adjusting parts.
11  A   Okay.  On the ball cock, with the float and the
12 rod, sometimes the float would need to be adjusted.
13  Q   Okay.  If you would, show me how you would go
14 about adjusting the float?
15  A   On this one, okay, you got the screw right
16 here.
17  Q   Okay.
18  A   The blue one.
19  Q   Yes, sir.
20  A   You would screw it in, therefore, it would shut
21 off at a lower level --
22  Q   Okay.
23  A   -- the water level --
24  Q   If they --
25  A   -- or the other way, accordingly.

## Page 54

1   Q   If they don't have screws so that you can
2 adjust the level of the float arm and float itself, how
3 would you adjust the float?
4   A   You can bend the rod.
5   Q   How -- can you show the ladies and gentlemen of
6 the jury how you would go about doing that?
7   A   You want me to --
8   Q   Yes, sir.
9   A   The best way is if you unscrew it and take it
10 out --
11  Q   Okay.
12  A   -- if you can, otherwise, you just reach in and
13 make sure that you -- okay, I just bent it down just a
14 little bit right here --
15  Q   Okay.
16  A   -- taking caution to only have pressure on the
17 rod itself, not any other parts.
18  Q   And you do that by trying to hold one end of
19 the rod with one hand and keep the ball cock assembly
20 itself still; is that right?
21  A   Yes.  I mean, you can tell when you got tension
22 on it, you keep it in between, you're not --
23  Q   Okay.  Just try to be as careful as you can?
24  A   Right.
25  Q   Any other types of adjustments that you would

## Page 55

1 do on the internal components of the toilet to stop a
2 leak?
3   A   Yes.
4   Q   What?
5   A   It depends on the type it is, what type of
6 seals it has in it.  Sometimes you can change out the
7 diaphragm rubbers in them.
8   Q   Do you mean the flapper?
9   A   No.  In the ball cock itself.
10  Q   Okay.  On the ball cock that we have in front
11 of you there, to change out the diaphragm rubbers, how
12 would you do that?
13  A   On this particular one, these four screws, the
14 top would come off, I -- and you would change out the
15 internal -- actually, I would have parts on hand for it,
16 or take it down to get parts, either way, while it was
17 shut off.
18  Q   Do you know how much a ball cock assembly
19 costs?
20  A   Approximately.
21  Q   How much?
22  A   7, 8, $10.
23  Q   Okay.  In terms of time, is it easier to turn
24 the water off at the wall to the toilet, take out the
25 ball cock assembly and put in a new ball cock assembly

## Page 56

1 than it is to undo all of the screws, remove the
2 diaphragms, go get new diaphragms and put in those
3 diaphragms?
4   A   Okay.  Specifically what was the question?
5   Q   Is it easier to change out the whole ball cock
6 assembly than it is to change out the diaphragms?
7   A   No.
8   Q   Why not?
9   A   Well, to change out the whole assembly you need
10 to go get a pan to put underneath it to catch the water.
11 When you take it out there will be water remaining in
12 the tank.
13  Q   Okay.
14  A   Disconnect the line going to it.  It's --
15  Q   That's just one nut though, right?
16  A   Right.  It's --
17  Q   Then there's only one nut on the bottom that
18 holds the ball cock --
19  A   Right.
20  Q   -- assembly in place?
21  A   Well, some types of ball cock assemblies are
22 easier to repair than others also.
23  Q   Okay.  What types are those that are easier to
24 repair?
25  A   The easiest ones to repair would be, okay, the

ORAL DEPOSITION OF KEITH L. _M

BSA                                    July 31, 2003                              XMAX(18/18)

## Page 57

1  Fluid Master. It's a simple twist --
2      Q    Okay.
3      A    -- of the top and it's open. I don't know the
4  brand. There's another variety we have here that has
5  a -- it's just a plastic or nylon nut in the top, you
6  just unscrew it and keep spares on hand and screw the
7  other one back in. Much quicker and simpler than
8  changing out the ball cock.
9      Q    Did you ever replace the diaphragms in the ball
10  cock assembly that was in the toilet involved in the
11  incident in question?
12     A    No.
13     Q    Do you know if they were ever repaired or
14  replaced?
15     A    Not to my knowledge.
16     Q    You would be the person with the most knowledge
17  concerning that, would you not, since you're head of
18  maintenance?
19     A    Yes.
20     Q    If Mr. Lowe replaces the diaphragms in a ball
21  cock assembly or replaces a ball cock assembly, he tells
22  you about it, doesn't he?
23     A    Generally, yes.
24     Q    And generally if you hear or if someone
25  complains of a leaking toilet, they complain to you; is

## Page 58

1  that right?
2      A    To me or him, to maintenance.
3      Q    If Mr. Lowe hears about a complaint first, does
4  he tell you about it, since he reports to you?
5      A    He has the authority to go ahead with general
6  things, just go and do it. He does not have to come to
7  me with everything.
8      Q    Is it your practice though to discuss with him
9  what he has done during the day if he encountered any
10  problems?
11     A    Yes.
12     Q    And fixing a leaky toilet would be a type of
13  problem that he would tell you about, right?
14     A    Yes.
15     Q    So he if he fixed a toilet, you're going to
16  know about it, right?
17     A    Yes.
18     Q    Has anyone from Roman's or Bob's suggested to
19  you any particular type of replacement ball cock
20  assembly that you should use? I'm sorry, Bud's, not
21  Bob's.
22     A    Okay. Have they suggested to me any type I
23  should use?
24     Q    Yes, sir.
25     A    No.

## Page 59

1      Q    Have they suggested to you -- have you ever
2  discussed with anyone from Roman's or Bud's the fact
3  that you change out the diaphragms in the ball cock
4  assembly rather than just replacing the ball cock
5  assembly?
6      A    No.
7      Q    Have you ever asked them what they do?
8      A    Not that I remember.
9      Q    Have you ever talked to a master plumber about
10  what a master plumber would recommend doing if you have
11  a leaking ball cock because of the diaphragm?
12     A    No.
13     Q    When you go out and you purchase a flush lever
14  or ball cock assembly or flush valve, is there any
15  record kept of any type of that purchase?
16     A    Only accounting records.
17     Q    Are there any records of any type that you keep
18  regarding replacement of any internal components to a
19  toilet?
20     A    No.
21     Q    Has there ever been a time that you kept
22  records of any type?
23     A    Yes.
24     Q    When was that?
25     A    Oh, when I first started working here I kept

## Page 60

1  a -- a book in my pocket that I just kept general notes
2  in.
3      Q    Okay. Why did you stop doing that?
4      A    As I became more comfortable with what I was
5  doing and the routines, I -- I didn't really need that
6  for a reference anymore.
7      Q    Because your memory is a good reference of
8  what's been done?
9      A    I count on it, yes.
10     Q    Okay. Since you've been here have any
11  toilets -- complete toilets been replaced?
12     A    Yes.
13     Q    What brands do you use for replacement?
14     A    I can't remember the brand.
15     Q    Okay. What's your opinion of American Standard
16  products?
17     A    By my opinion --
18     Q    What do you think of them?
19     A    I think they're -- I just look at it as another
20  product. I have no problems with them or -- basically
21  not one way or the other. It's --
22     Q    You have no preference between American
23  Standard and Kohler or any other manufacturer, do you?
24     A    No.
25     Q    Do you know why the entire commode was removed

ORAL DEPOSITION OF KEITH HOLM

**Page 61**

1 from that bathroom in the cardiology department instead
2 of just the tank?
3    A   My understanding it's what they -- it was asked
4 for to be sent in.
5    Q   It had nothing to do with the operation of the
6 toilet or maintenance of the toilet from your
7 standpoint, it was what the lawyers wanted to do?
8    A   Yes.
9    Q   Okay. When you were talking about a toilet
10 leaking and you would determine what it was that was
11 leaking, how would you determine if a ball cock was
12 leaking?
13    A   Okay. In other words, if the ball cock was
14 leaking, if the float was up to where there was tension
15 on the diaphragms and there was water still running
16 through, it's leaking.
17    Q   Okay. If the flapper is leaking, how do you
18 determine if the flapper is leaking?
19    A   You can see movement in water in the bowl. You
20 can watch your fluid level in the tank. It would
21 generally go down a little bit before the ball cock will
22 refill. It will be an intermittent. Another thing, if
23 the ball cock valve is leaking, and this could be for a
24 number of reasons, for whatever reason, it will be
25 running over the overflow tube as opposed to the

**Page 62**

1 flapper, it's leaking from the bottom.
2    Q   For flappers, do they have -- they're rubber,
3 aren't they?
4    A   Yes.
5    Q   Do they have a tendency to get hard over time?
6    A   Hard or soft, either way.
7    Q   When they get hard do they not work as well?
8    A   Yes.
9    Q   So that's one reason to replace them?
10    A   Yes.
11    Q   When they get soft, do they kind of get ripply
12 or wavy like a potato chip?
13    A   Yes.
14    Q   And that's another reason to replace them?
15    A   Yes.
16    Q   Any procedure that you have in place to go
17 around looking on a regular basis of the condition of
18 flappers to see if they need replacing?
19    A   No.
20    Q   If the flush lever is the cause of the leak,
21 how would you know that?
22    A   The flush lever to cause the leak?
23    Q   The handle, yeah.
24    A   I don't know that the handle causes the leak as
25 such. The chain off the handle sometimes will get

**Page 63**

1 wrapped around the end or an extra link of chain hung on
2 the hook that it hangs from and hold the flapper up.
3    Q   That's just from the general up and down of the
4 lever; is that right?
5    A   Yes.
6    Q   Why would you replace a flush lever?
7    A   Why would I replace a flush lever? If it's
8 broke.
9    Q   Okay. How does a flush lever generally get
10 broken?
11    A   I'm not sure, other than if you -- I'm not
12 sure, because I haven't watched them break.
13    Q   You just know that they've broken from time to
14 time and when they do you have to replace them; is that
15 right?
16    A   Yes.
17         (Holm Exhibit No. 1 was marked.)
18    Q   I'm going to show you what we've marked as
19 Exhibit No. 1 to your deposition. Can you identify that
20 for the ladies and gentlemen of the jury? What is that?
21    A   That's a toilet.
22    Q   Okay. Could you turn that around so that our
23 videographer can get a picture of it? When you say
24 that's the toilet, that's the toilet that this lawsuit
25 is about; is that right?

**Page 64**

1    A   Well, I said that's a toilet.
2    Q   Oh, okay. Do you know if it's the one that
3 this lawsuit is about?
4    A   It appears to be.
5    Q   Okay. That's the toilet that was located in
6 the bathroom in the cardiology department on the second
7 floor; is that right?
8    A   Right.
9    Q   Now you were the one who discovered water in
10 the building; is that right?
11    A   Yes.
12    Q   Tell me how you came about discovering that.
13    A   We were moving the registration department from
14 one side of the lobby to the other. We came in Sunday
15 afternoon to finish the move to be ready for Monday.
16    Q   Had you been there on Saturday also?
17    A   I believe I was in on Saturday. I can't say
18 positively now.
19    Q   Okay.
20    A   I --
21    Q   No indications of a leak on Saturday, was
22 there?
23    A   Not that I know of. As I say, I can't
24 positively say I was in here.
25    Q   Okay.

ORAL DEPOSITION OF KEITH HOLM

July 31, 2003

### Page 65

1    A    Anyway, we were moving the registration
2  department. I had done something earlier, I don't know
3  if it was Friday, on -- you know, changing out some
4  light bulbs or something. All's I know, I remembered I
5  wanted to check a breaker in the electrical room, make
6  sure I had turned it on. I went into cardiology. The
7  area was flooded. The electrical room is in the back of
8  cardiology. You want how --
9    Q    Step by step, please.
10   A    Step by step what happened?
11   Q    Yes, sir.
12   A    Immediately located the source of the water.
13   Q    Which was that toilet as depicted in Exhibit
14  No. 1?
15   A    Yes.
16   Q    Where was the water coming from?
17   A    The top of the tank.
18   Q    Okay. Could you show that to the ladies and
19  gentlemen of the jury what you mean by the top of the
20  tank?
21   A    It was running over at the top of the tank,
22  between the lid and the top of the tank.
23   Q    Was there any water coming out of the bowl?
24   A    No.
25   Q    And when you discovered the source of the leak

### Page 66

1  what did you do?
2    A    Took the lid off the tank and immediately
3  turned off the angle stop on the wall, the valve on the
4  wall that was supplying the toilet.
5    (Holm Exhibit No. 2 was marked.)
6    Q    I'm going to show you what's been marked as
7  Exhibit No. 2, and ask if you can describe that for the
8  ladies and gentlemen of the jury?
9    A    It's a picture from the top of the tank with
10  the lid off.
11   Q    Is that -- other than the fact that there's
12  only --
13       VIDEOGRAPHER:    Sir, can you please hold it
14  up?
15       (Witness complies.)
16       VIDEOGRAPHER:    Thank you.
17   Q    (By Mr. Holidy)  Other than the fact that
18  there's very little water in that tank right now, is
19  that how it appeared at the time that you saw it that
20  day?
21   A    To the best of my memory.
22   Q    Do you see the pin in the ball cock assembly
23  that holds the float arm in place?
24   A    Yes.
25   Q    It's almost completely out of place, isn't it?

### Page 67

1    A    Yes. I hadn't noticed that a minute ago.
2    Q    Do you know if that pin was in place partially
3  or completely out of place when you took the lid off on
4  the day of the incident?
5    A    I don't know.
6    Q    Just don't remember?
7    A    I don't remember.
8       (Holm Exhibit No. 3 was marked.)
9    Q    Okay. I'm going to show you what's been --
10  show you what's been marked as Exhibit No. 3. If you
11  could show that to the ladies and gentlemen of the jury.
12  What is that?
13   A    That's the shutoff valve supplying the toilet.
14   Q    That's what you turned off to stop the water
15  flow; is that right?
16   A    Yes.
17   Q    Okay. Now after you stopped the water flow --
18  thank you, you can put it down -- what was it that you
19  did?
20   A    Immediately went down to check underneath, the
21  floor underneath, which was radiology.
22   Q    What did you find?
23   A    Found it wetter than cardiology, water running
24  through, dripping through the ceiling, you know,
25  throughout the department, and the floor covered with

### Page 68

1  water.
2    Q    Earlier you were telling us about house
3  cleaning and that that's a separate department from
4  maintenance.
5    A    Yes.
6    Q    Does house cleaning come in over the weekend?
7    A    No.
8    Q    Do they just work Monday through Friday?
9    A    Monday through Friday, right.
10   Q    Does the clinic close at 5:00 o'clock on
11  Friday?
12   A    5:30.
13   Q    How late does house cleaning generally stay on
14  Friday to clean the clinic after all of the patients
15  have left?
16   A    Approximately 1:00 o'clock in the morning.
17   Q    So house cleaning probably would have been the
18  last ones in the building until you came back in on that
19  Sunday?
20   A    Yes.
21   Q    Did anyone in house cleaning ever report to you
22  about a leaking toilet that weekend?
23   A    No.
24   Q    Are the house cleaning employees employees of
25  Valley Diagnostic or an outside contractor?

---

## Page 69

1    A    Employees of Valley Diagnostic.

2    Q    Now, back to looking at Exhibit No. 2, when you

3 took the lid off the toilet, it was before you turned

4 the water off at the wall, correct?

5    A    Yes.

6    Q    Did water spray up at you or was it more of a

7 controlled flow?

8    A    It -- no, it did not spray up at me. It was --

9 it wasn't -- you want me to describe it or --

10    Q    Please.

11    A    Or -- there was a -- it was rough, wavy on top.

12 I mean, it was kind of -- it was circulating basically

13 around the tank and just running over the edges, I mean,

14 just like those waves over here or over there, just

15 running over all the way around the top of the tank.

16    Q    All four sides?

17    A    Yes.

18    Q    Did you -- could you tell where the water was

19 coming from?

20    A    At that moment, no.

21    Q    At a later point in time did you determine

22 where the water was coming from?

23    A    Yes.

24    Q    And where did you determine that the water was

25 coming from?

## Page 70

1    A    From a break in the tube.

2    Q    Where was this break located?

3    A    Well, it was in the tube of the ball cock

4 assembly, down probably a little under halfway up,

5 approximately.

6    Q    Was it a horizontal crack?

7    A    I believe it was cracked both directions.

8    Q    Horizontally and vertically?

9    A    Yes, I -- to the best of my memory.

10    Q    Was the crack just on one side or was it a

11 complete crack?

12    A    Mostly to one side.

13    Q    And which side was it? And let me give you the

14 model again to be able to show us basically where was

15 the crack from the bottom of the tank --

16    A    Okay.

17    Q    -- and on what side.

18    A    If I turn it around it will be the same as the

19 picture I'm looking at in front of me.

20    Q    That will be fine.

21    A    Okay. If this is the tank --

22    Q    Yes, sir.

23    A    -- the crack, I believe, to have been somewhere

24 in this area (indicating).

25    Q    Okay.

## Page 71

1    A    And that's to the best of my memory. That was

2 awhile back.

3    Q    And was it on the float side or the back side?

4    A    You know, I can't say if I can tell you for

5 sure at this point.

6      (Holm Exhibit No. 9 was marked.)

7    Q    I'm going to show you what I'm marking as

8 Exhibit No. 9, and ask you if that's what the crack

9 looked like at the time that you saw it, or do you

10 remember?

11    A    I remember -- I mean, actually I looked at it a

12 little -- I remember there being cracks up and down

13 the -- the picture shows one crack, is all you can see.

14 I also remember there was cracks that may not have been

15 open, but it was, to my memory, cracked a little bit the

16 other way too, but, yeah, basically this is --

17    Q    Okay. And that crack on the model would be on

18 the back side, on the opposite side of the float on it,

19 correct?

20    A    Correct.

21      MR. LAWS:    Can I see the picture, please,

22 of the exhibit?

23      (Witness complies.)

24      MR. LAWS:    Thank you.

25    Q    (By Mr. Holidy) So you looked at the inside of

## Page 72

1 the tank, saw water was coming out, and turned off the

2 water, went downstairs, looked at the radiology

3 department that was directly under the cardiology

4 department; is that right?

5    A    Yes.

6    Q    And what did you see in the cardiology

7 department?

8    A    Ceiling tile wet, falling through, water

9 dripping throughout the department, water on the floor.

10    Q    How deep was the water on the floor?

11    A    Oh, an inch or so.

12    Q    Was the water in any other department other

13 than the cardiology department and radiology department

14 under the cardiology department?

15    A    No.

16    Q    Was the water going -- exiting the building in

17 any way?

18    A    Yes, I determined later there was some seeping

19 through the wall to the outside of the building.

20    Q    Like running under a door in any location?

21    A    No.

22      (Holm Exhibit No. 5 was marked.)

23    Q    I'm going to show you what's been marked as

24 Exhibit No. 5 to your deposition, and is that the

25 flapper that was in the toilet? You can compare it to

ORAL DEPOSITION OF KEITH HOLM
July 31, 2003

BSA                                                                          XMAX(19/19)

## Page 73

1  Exhibit No. 2.
2     A    They look the same.
3     Q    Okay. Is there anything that you're able to
4  tell about the condition of the flapper by looking at
5  that picture?
6     A    By the condition of it.
7     Q    It's a black, rubber flapper, isn't it?
8     A    Right.
9     Q    It's got white on it. What does that mean?
10        MR. GRINKE:    Objection, form.
11     A    I don't know. I'd have to speculate. It could
12  be if this was taken after things were dry.
13     Q    (By Mr. Holidy) Well, looking at the --
14     A    That would be --
15     Q    -- Exhibit 2, the flapper has white on it,
16  doesn't it?
17     A    Yes.
18     Q    And there's also water in the tank, correct?
19     A    Possibly.
20     Q    You can see the glimmer and the shimmer down
21  there?
22     A    It's just due to age or whatever. It's got --
23  it's got some white. I mean, that's not uncommon as
24  such.
25     Q    Generally it means they're getting hard also,

## Page 74

1  doesn't it?
2     A    Possibly. I don't --
3     Q    When you see a flapper with white on it, is it
4  your practice to normally replace that flapper?
5     A    No, not as such.
6        (Holm Exhibit Nos. 7 and 8 were marked.)
7     Q    I'm going to show you what's been marked as
8  Exhibit 7 and Exhibit 8. Are those rough diagrams of
9  the layouts of the first and second floors of the Valley
10  Diagnostic Clinic?
11        MR. LAWS:    Excuse me. Could we look at
12  the last exhibit you were looking at?
13        (Witness complies.)
14        MR. LAWS:    Thank you very much.
15     A    Yeah, these are pretty much the basic layout.
16     Q    (By Mr. Holidy) And on that layout RR stands
17  for restroom?
18     A    Yes.
19     Q    Now after this incident happened did Mr. Miller
20  ask you about any maintenance that had been done on the
21  toilet?
22     A    Not that I remember.
23     Q    Did he ask you anything about the toilet?
24     A    Not that I specifically remember.
25     Q    Did he question you at any point in time since

## Page 75

1  March 4th, 2001 about the maintenance on that toilet?
2     A    Question me about the maintenance on that
3  toilet? Yes.
4     Q    Tell me about that.
5     A    I know we discussed, I can't specifically
6  remember when we discussed, whether we changed anything
7  in it or done anything to it.
8     Q    And if you had discussed whether you had
9  changed anything in it or done anything to it, your
10  answer would have been no?
11     A    Right. No, did not.
12     Q    You understand that since this has happened
13  water can cause quite a bit of damage if it's left
14  uncontrolled; is that right?
15     A    Yes.
16     Q    Yet, there's been no change in your maintenance
17  program in any way, has there?
18     A    No.
19     Q    Would it surprise you to know that there's at
20  least five toilet tanks in this building that have
21  in-tank bowl cleaners?
22     A    Would it surprise me to know? No.
23     Q    Earlier you told us that no one used in-bowl
24  tank cleaners, yet, there are in-bowl tank cleaners.
25     A    Those are in phlebotomy --

## Page 76

1        MR. LAWS:    Excuse me. I'm going to object
2  to the form of the question. I think that
3  mischaracterizes the witness' testimony, what he said
4  earlier. Go ahead and respond.
5     Q    (By Mr. Holidy) You can still answer the
6  question.
7     A    We -- they are not used as bowl cleaners, those
8  tank cleaners. They're used in the restrooms where
9  samples are taken, urine samples for drug screening and
10  such, to dye the water, that the water is not used to
11  dilute the urine samples by the patient.
12     Q    Would you agree with me that when in-bowl tank
13  cleaners are used, the disk types, they normally leave a
14  mark at the bottom of the toilet?
15     A    I haven't specifically -- the disk type, what
16  are you --
17     Q    2000 flushes, for example, little drop-in
18  tablets, where the tablet sits usually looks different
19  from the rest of the bottom of the toilet tank.
20     A    Well, I don't recall using tablets at any time.
21  So I really don't know.
22     Q    Have you ever used them at home?
23     A    No.
24     Q    Have you ever seen them used in any form or
25  fashion?

ORAL DEPOSITION OF KEITH HOLM

July 31, 2003

### Page 77

1  A    Not that I can recollect.
2       (Holm Exhibit No. 4 was marked.)
3  Q    I'm going to show you what's been marked as
4  Exhibit No. 4 to your deposition.  Can you identify for
5  the ladies and gentlemen of the jury what that is?
6  A    It's a flush handle on a toilet tank.
7  Q    Can you compare that to Exhibit No. 2?  Does
8  Exhibit 2 show the flush handle?
9  A    Yes.
10 Q    Is it the same as Exhibit No. 4?  If you need
11 to compare --
12 A    I can't -- I can't tell.  They're two different
13 angles.
14 Q    Look at Exhibit No. 1 to do the comparison.
15 Are you able to tell there if it's the same?
16 A    It looks the same.
17 Q    Do you know if that's an American Standard
18 flush handle?
19 A    No, I don't.
20      (Holm Exhibit No. 6 was marked.)
21 Q    I'm going to show you what will be marked as
22 Exhibit No. 6 to your deposition.  Can you identify for
23 the ladies and gentlemen of the jury what that is?
24 A    It's a toilet tank with the top off.
25 Q    Is it the same as the one in Exhibit No. 2?

### Page 78

1  A    It looks the same.
2  Q    Can you show that picture to the ladies and
3  gentlemen of the jury, Exhibit No. 6?
4  A    (Witness complies.)
5  Q    Is the rod bent in any way?
6  A    It looks like it, yes.
7  Q    It looks like it's bent down some?
8  A    Yes.
9  Q    And rods are normally bent so that they -- to
10 adjust the water level in the tank, correct?
11 A    Yes.
12 Q    Or to shut off or apply more pressure to the
13 ball cock which may be leaking?
14 A    Or change the fluid level, yes.
15 Q    Going back to Exhibit No. 4, if I were to tell
16 you that that's a Fluid Master lever, would you have any
17 basis to dispute that?
18 A    No.
19 Q    Do you know when that lever was changed?
20 A    No.
21 Q    Do you know who changed it?
22 A    No.
23 Q    Do you know why it was changed?
24 A    No.
25 Q    Going back to Exhibit No. 6, do you know who

### Page 79

1  bent the rod to -- on the float arm?
2  A    No.
3  Q    Do you know when it was bent?
4  A    No.
5  Q    Do you know why it was bent?
6  A    No.
7  Q    Looking at Exhibit No. 2, which is the overview
8  of the tank showing the pin partially displaced, do you
9  know how that pin became displaced?
10 A    No.
11 Q    Have you ever seen a pin become displaced?
12 A    Not on that type.
13 Q    Do you know why you've never seen a pin become
14 displaced on that type of ball cock?
15 A    No, I don't know why.  Just not on that type I
16 haven't.
17      (Holm Exhibit No. 10 was marked.)
18 Q    I'm going to show you what we will mark as
19 Exhibit No. 10, which is a blowup of the top of the ball
20 cock assembly.  In that picture -- if you could show it
21 to the ladies and gentlemen of the jury.  That picture
22 shows the pin completely in place, doesn't it?
23 A    Yes.
24 Q    Do you see that little -- you can turn it back
25 around now.  Do you see that little tab next to the end

### Page 80

1  of the pin?
2  A    Yes.
3  Q    Do you know why the bottom portion of that tab
4  is broken off?
5  A    No.
6  Q    Do you know how the bottom portion of that tab
7  was broken?
8  A    No.
9  Q    Do you know when the bottom portion of that tab
10 was broken?
11 A    No.
12 Q    If we can turn the picture back around, when
13 we're talking about the bottom portion of the tab, we're
14 talking about this, aren't we?
15 A    Yes.
16 Q    And that would be the mechanism that keeps the
17 pin in place, correct?
18 A    It appears that it would be, yes.
19 Q    So you have no explanation for how that tab was
20 broken, correct?
21      MR. LAWS:    Excuse me.  Could I see the
22 exhibit?
23 A    No, I don't.
24 Q    (By Mr. Holidy)  You have no explanation for
25 how the rod was bent, do you?

ORAL DEPOSITION OF KEITH H__M
July 31, 2003

BSA    XMAX(21/21)

## Page 81

1    A    No.
2    Q    And you have no explanation for why there is a
3 Fluid Master valve -- flush lever on that toilet, do
4 you?
5    A    No.
6    Q    Is there anyone else we can talk to who might
7 know any of these things?
8    A    Basically it's me and Richard to take care of
9 things. Beyond that --
10    Q    And if Richard worked on this toilet he would
11 have told you, correct?
12    A    Probably. As I said, we discussed things. We
13 don't get detail of every little thing.
14        (Holm Exhibit No. 11 was marked.)
15    Q    I'm going to show you what's been marked as
16 Exhibit No. 11 to your deposition. That's an overview
17 shot of the toilet with many of the internal components
18 removed, correct?
19    A    Yes.
20    Q    Could you show that to the ladies and gentlemen
21 of the jury?
22    A  ·  (Witness complies.)
23    Q    If you would turn that back around. The lower
24 right portion of the tank you see two circles, correct?
25    A    Yes.

## Page 82

1    Q    Do you know what caused those?
2    A    No.
3    Q    Do you have any explanation for what might have
4 caused those?
5    A    I really couldn't say for sure.
6    Q    What's your guess?
7        MR. LAWS:    Objection.
8        MR. GRINKE:    Objection, form.
9        MR. LAWS:    He doesn't have to guess.
10    Q    (By Mr. Holdy) You can answer.
11    A    Huh?
12    Q    You can answer.
13        MR. GRINKE:    Same objection.
14        MR. LAWS:    If you don't have a guess, you
15 don't have to give a guess.
16    A    That's just it. I, you know --
17    Q    (By Mr. Holdy) Just really don't know, no
18 clue? Okay.
19        How long does it take you to replace the
20 diaphragms in a ball cock assembly?
21    A    It depends on the type.
22    Q    Okay. It depends on whether you have to remove
23 four screws from the ball cock assembly or whether you
24 can adjust some clips and remove a cap; is that right?
25    A    Right.

## Page 83

1    Q    So that affects time. Anything else that goes
2 into the changing out of the diaphragms that is
3 different that would affect the time based on the type?
4    A    Basically if it's a type that I'm familiar
5 with, work with quite a bit, or as compared to something
6 that -- if it's something that I don't know, don't have
7 parts on hand, if I don't have parts on hand, sometimes
8 it's just quicker to change it out if I have a
9 replacement for it.
10    Q    By change it out, you mean change out the
11 entire ball cock assembly?
12    A    Change out the entire ball cock, right.
13    Q    Are the Fluid Masters the one with which you
14 have the most familiarity?
15    A    Probably.
16    Q    Now diaphragms and valves cost about 7 or $8
17 for the repair kit; is that right?
18    A    The repair kit, no. It's -- I can't remember
19 offhand, but it's -- they're cheap.
20    Q    Really?
21    A    Just to change the diaphragm in it.
22    Q    Is that for a Fluid Master repair kit or some
23 other type of repair kit?
24    A    The Fluid Master repair kit, I mean it's not --
25 I don't get a repair kit as such. There's, like I say,

## Page 84

1 a diaphragm rubber in there and I buy those
2 individually. There is another type, and I can't tell
3 you the brand right offhand, that I keep parts for. As
4 I explained earlier, there's a nylon or plastic nut in
5 the top, those are a couple of dollars to repair.
6    Q    So, generally speaking, how long does it take
7 you to do the diaphragm repair?
8    A    Just a few minutes.
9    Q    How long does it take to replace a ball cock?
10    A    An hour, something like that, I mean, time you
11 get everything there together to do it and --
12    Q    And everything there to do it would be a ball
13 cock and a wrench?
14    A    A wrench and a pan to catch the water, you know,
15 clean up afterwards.
16    Q    And clean up is just wipe up the water?
17    A    (Witness motions.)
18    Q    To replace the ball cock there's two nuts that
19 have to be loosened, one, the water supply and, two, the
20 nut on the bottom of the tank for the --
21    A    Yes.
22    Q    -- ball cock; is that right?
23    A    Yes.
24    Q    And then you just slip the new one in, correct,
25 and tighten the nuts back?

ORAL DEPOSITION OF KEITH HOLM

July 31, 2003

## Page 85

1    A    Generally. There can be more. I mean, if it's
2  got a solid brass tube going to it, sometimes you have
3  to take loose from both ends.
4    Q    So you're talking about the water supply?
5    A    Yes.
6    Q    And this water supply in particular had a solid
7  brass tube going to it? I think it's Exhibit No. 3.
8    A    Too many pictures. Yes.
9    Q    So in that instance you would need to replace
10 both?
11   A    No, you wouldn't need to replace. Just one
12 more connection to take loose.
13   Q    You would agree with me that over time
14 materials break down or weaken?
15   A    Yes.
16   Q    I mean, you can look at the brass float arm in
17 the pictures there and see that it has corrosion on it,
18 correct?
19   A    Yes.
20   Q    You can walk around to your 24 restrooms and
21 see corrosion on any brass internal components, correct?
22   A    Yes.
23   Q    You can see changes in plastics in any of the
24 materials that are in any of the toilets that are in
25 this building, correct, if you're looking?

## Page 86

1    A    What do you mean by changes in plastic? I
2  mean, it's -- plastic -- I mean, generally, yeah, you
3  can look at things and tell.
4    Q    And because you know things change over time,
5  it's a good idea to replace things over time, isn't it?
6    A    It depends.
7    Q    If you can tell that a brass piece has
8  corrosion on it, it's a good idea to replace it, isn't
9  it?
10   A    Not necessarily.
11   Q    It's not as strong as it used to be, wouldn't
12 you think it's a good idea to replace it?
13   A    It does not take long for the corrosion to
14 appear. I mean, you could be changing them every two or
15 three months. They don't -- corrosion itself is not an
16 indication and --
17   Q    But you don't have any program in place to
18 test, to determine when a component part needs
19 replacing, do you?
20   A    No.
21   Q    You don't -- not even as simple as the flapper,
22 when they get hard, as you can tell by the white
23 materials on them, you don't replace them, correct?
24   A    Replace them if they need it. If they're
25 working fine and no reason to do anything with it, no,

## Page 87

1  we don't replace them.
2    Q    And it only needs it if it's leaking?
3    A    That's kind of a -- it needs it if it's
4  malfunctioning in any way. It --
5    Q    The only way for you to know it's
6  malfunctioning is if it's leaking, correct?
7    A    It may be holding, but it may not be dropping
8  back in place right every time, in which case it's
9  letting water by, we would change it out. It's not
10 necessarily just if it was leaking.
11   Q    Do you have any plans to change the cracked
12 toilet lid that's in one of the bathrooms on the first
13 floor?
14   A    As a matter of fact, yes, I do. I brought one
15 in from storage yesterday. It's on there now, after
16 y'all were there.
17        MR. HOLIDY:    I believe that those are the
18 questions I have for you at this time. I pass the
19 witness.
20        MR. LAWS:    Let's take a break.
21        VIDEOGRAPHER:    Off the record at
22 p.m.
23        (A recess was taken.)
24        VIDEOGRAPHER:    Back on record at
25 p.m.

## Page 88

1        EXAMINATION
2  BY MR. GORDON D. LAWS:
3    Q    Mr. Holm, I just have a couple of questions for
4  you. During your visit with Mr. Holidy a few minutes
5  ago he asked you the question of whether after this
6  incident happened on March 4, 2001 you had a plumber
7  come out and do an assessment of toilets in the
8  building, and I believe you answered that a plumber did
9  not come out to do an assessment. Did a plumber come
10 out and do anything else with regard to the toilets in
11 the building after March 4, 2001?
12   A    Yes.
13   Q    What did he do?
14   A    Changed out the ball cocks on the toilet -- in
15 the toilets, all toilets second floor.
16   Q    Were the ball cock assemblies on all toilets on
17 the second floor changed after March 4, 2001?
18   A    Yes.
19   Q    Okay. What kind of assemblies were put in?
20   A    I don't remember the brand name, but they were
21 brass, copper assemblies.
22        MR. LAWS:    Okay. That's all I have.
23 Thank you.
24        MR. GRINKE:    I will reserve my questions
25 for the time of trial.

ORAL DEPOSITION OF KEITH HOLM
July 31, 2003

BSA                                                                                           XMAX(23/23)

## Page 89

FURTHER EXAMINATION

BY MR. HOLIDY:

Q   Mr. Holm, who was the plumber who came out and replaced these ball cock assemblies?

A   Bud's Plumbing.

Q   Do you recall when that was done?

A   Not the exact date.

Q   Do you recall the timeframe?

A   No.

Q   Approximate?

A   Some -- within several months. I'm not exactly sure.

Q   And it's your understanding that all of the toilets on the second floor have metal ball cock assemblies in them now?

A   The ones that were in use at that time. During that time we were doing renovation work still.

Q   Isn't it also true that many of them have a plastic type ball cock assembly in them now?

A   Many of them?

Q   Yes.

A   Are we speaking second floor or throughout the building.

Q   Second floor.

A   That would be toilets that have been replaced.

## Page 90

Q   So you believe that all of the ones that were in place now have metal ball cock assemblies in them?

A   Okay. What was the question exactly?

Q   You testified that all of the toilets on the second floor have metal ball cock assemblies in them.

A   We replaced them with metal ball cock assemblies, yes.

Q   Okay. Well, for example, the -- unless toilets themselves were replaced, is what you're saying?

A   Yes.

Q   And --

A   Since that time.

Q   -- toilets would have been replaced after March of 2001, is that what you're saying?

A   Yes. Any toilets replaced after that was done have the ball cock that came with the toilet.

MR. HOLIDY:   Those are the questions I have for you. I appreciate your time.

THE WITNESS:   Thank you.

VIDEOGRAPHER:   Going off the record at 12:45 p.m.

## Page 91

CHANGES AND SIGNATURE

PAGE     LINE     CHANGE                              REASON
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I, KEITH HOLM, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted herein.

                    KEITH HOLM
                    Job No. 41971

STATE OF TEXAS *

BEFORE ME_____ on this day personally appeared KEITH HOLM, known to me (proved to me on the oath of_____ or through _____(description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me same was executed for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this _____ day of _____, A.D., 2003.

                    Notary Public in and for
                    the State of Texas

My commission expires: _____

## Page 92

COUNTY OF HARRIS
STATE OF TEXAS

REPORTER'S CERTIFICATE

I, SUSAN A. SWANTNER, Certified Shorthand Reporter in and for the State of Texas, hereby certify that this transcript is a true record of the testimony given.

I further certify that I am neither attorney nor counsel for, related to, nor employed by any of the parties to the action in which this testimony was taken. Further, I am not a relative or employee of any attorney of record in this cause, nor do I have a financial interest in the action.

Subscribed and sworn to on this the 12th day of August, 2003.

                    SUSAN A. SWANTNER
                    Certified Shorthand Reporter
                    In and for the State of Texas

Certification No. 2150
Expiration Date: 12-31-2004

ORAL DEPOSITION OF KEITH HOLM
July 31, 2003

BSA                                                                                    XMAX(24/24)

## Page 93

```
 1  COUNTY OF HARRIS
 2  STATE OF TEXAS
 3              REPORTER'S FURTHER CERTIFICATE
 4
 5      I hereby certify that the witness was notified on
 6  _____ that the witness has 30 days
 7  (_____ days per agreement of councel) after being
 8  notified by the officer that the transcript is available
 9  for review by the witness and if there are changes in
10  form or substance to be made, then the witness will sign
11  a statement reciting such changes and the reasons given
12  by the witness for making them;
13      That the witness signature was/was not returned as
14  of _____.
15      Subscribed and sworn to on this the _____ day of
16  _____, 2003.
17
18
19              _____
20              SUSAN A. SWANTNER
21              Certified Shorthand Reporter
22              In and for the State of Texas
23  Certification No. 2150
24  Expiration Date:  12-31-2004
25
```

# ORAL DEPOSITION OF RICHARD LOWE

## August 1, 2003



CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:

**Sunbelt Reporting & Litigation Services**
**(713) 667-0763 Houston**
**(214) 747-0763 Dallas**



## Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE SOUTHERN DISTRICT OF TEXAS
 3                BROWNSVILLE DIVISION
 4   TRANSCONTINENTAL INSURANCE    \
 5   COMPANY                       \
 6              Plaintiff,         \
 7                                 \
 8   VS.              \CIVIL ACTION NO.B-02-205
 9                                 \
10   AMERICAN STANDARD, INC.,      \
11              Defendant.         \
12   ***************************************
13     THE VIDEOTAPED AND ORAL DEPOSITION OF
14                RICHARD LOWE
15                AUGUST 1, 2003
16   ***************************************
17        Reported By:  Susan A. Swantner
18                      Job No. 41973
19
20
21
22
23
24
25
```

## Page 2

```
 1                    INDEX
 2                                        PAGE
 3   APPEARANCES                            3
 4   PRELIMINARY PROCEEDINGS                4
 5   EXAMINATION BY MR. DALE M. "RETT" HOLIDY  4
 6   CHANGE/CORRECTION AND WITNESS' SIGNATURE PAGE  29
 7   REPORTER'S CERTIFICATE                 30
 8   REPORTER'S FURTHER CERTIFICATION       31
 9                  * * * * * *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1        THE VIDEOTAPED AND ORAL DEPOSITION OF RICHARD LOWE,
 2   produced as a witness at the instance of the DEFENDANT,
 3   and duly sworn, was taken in the above-styled and
 4   numbered cause on the 1st of August, 2003, from 9:18
 5   a.m. to 9:43 a.m., before Susan A. Swantner, CSR in and
 6   for the State of Texas, reported at the offices of
 7   Valley Diagnostic Clinic, 2200 Haine Drive, Harlingen,
 8   Texas, pursuant to the Federal Rules of Civil Procedure
 9   and the provisions stated in the record or attached
10   hereto.
11             A P P E A R A N C E S
12   FOR THE PLAINTIFF:
13        PAUL A. GRINKE
             Cozen & O'Connor
14        1717 Main Street, Suite 2300
             Dallas, Texas  75201-7335
15
     ATTORNEY FOR THE INTERVENOR:
16
          MR. GORDON D. LAWS
17        Gary, Thomasson, Hall & Marks
             210 S. Carancahua, Suite 500
18        Corpus Christi, Texas 78401-3042
19   FOR THE DEFENDANT:
20        MR. DALE M. "RETT" HOLIDY
             Germer Gertz
21        333 Clay Street, Suite 4105
             Houston, Texas  77002
22
     VIDEOGRAPHER:  MS. DALIA GARZA
23             Sunbelt Reporting & Litigation Services
24   OTHER APPEARANCES:  MR. ROD MILLER
                      Valley Diagnostic Clinic
25
```

## Page 4

```
 1        PRELIMINARY PROCEEDINGS
 2        COURT REPORTER:   Per the Federal Rules?
 3   MR. HOLIDY:   Yes.
 4   MR. LAWS:   Yes.
 5   VIDEOGRAPHER:   On record at 9:18 a.m.
 6        COURT REPORTER:   Would you raise your
 7   right hand?  Do you honestly swear or affirm the
 8   testimony you're about to give today will be the truth,
 9   the whole truth and nothing but the truth?
10        THE WITNESS:   I do.
11             EXAMINATION
12   QUESTIONS BY MR. DALE M. "RETT" HOLIDY:
13   Q    Mr. Lowe, could you please state your full name
14   for the record?
15   A    Richard Allen Lowe.
16   Q    Mr. Lowe, my name is Rett Holidy and I
17   represent American Standard in this lawsuit that's been
18   brought by Transcontinental Insurance Company, which is
19   the insurance company for Valley Diagnostic.  You're an
20   employee of Valley Diagnostic Clinic?
21   A    Yes.
22   Q    What is your date of birth?
23   A    January 30th, 1966.
24   Q    How long have you been an employee of Valley
25   Diagnostic Clinic?
```

ORAL DEPOSITION OF RICHARD LOWE

August 1, 2003

BSA                                                                            XMAX(2/2)

## Page 5

1   A   About 20 years.
2   Q   I'm sorry?
3   A   About 20 years.
4   Q   You think you started roughly in 1983?
5   A   Yes.
6   Q   We're here to talk about a toilet that had a
7   leak on March 4th, 2001. Are you familiar with that
8   toilet?
9   A   I'm familiar with which one it was, yes.
10  Q   Okay. Were you here at the time that the
11  cardiology department was built out, more or less?
12  A   Yes.
13  Q   Was that toilet installed at that time?
14  A   It was installed when the department was
15  constructed, yes.
16  Q   And that was 1990?
17  A   Yes.
18  Q   Had that toilet been in use in any other
19  location in the building prior to that?
20  A   No.
21  Q   What is your educational background?
22  A   High school.
23  Q   Where did you go to high school?
24  A   Harlingen High.
25  Q   What year did you graduate?

## Page 6

1   A   '86.
2   Q   So you started working here while you were
3   still in high school?
4   A   I started working here when I was in 9th grade.
5   Q   Okay. What type of work did you do when you
6   first started?
7   A   I took care of the lawn, the outside services
8   at that time.
9   Q   Okay. What is your -- just tell me your
10  general history with the clinic.
11  A   Clinic. Started in '83 doing the lawn. My
12  grandfather was facility director at that time. So when
13  I went -- got into high school, 10th grade, I worked in
14  the co-op, ICT. I worked here a half a day, worked on
15  maintenance during the day and worked in housekeeping at
16  night, and kept up with the floors on that one -- on
17  that part. And when I got out of high school I started
18  working in the maintenance department.
19  Q   So full-time in maintenance since 1986 until
20  the present?
21  A   Yes.
22  Q   Your supervisor is Keith Holm?
23  A   Yes.
24  Q   Do you have any direct reporting to Mr. Rod
25  Miller?

## Page 7

1   A   Occasionally we report back to him, let him
2   know what's going on.
3   Q   Okay. And what types of things do you let him
4   know what's going on?
5   A   When some project needs repairs and we discuss
6   financial matters on the cost of the repairs.
7   Q   How big do the repairs have to be for you to
8   involve Mr. Miller?
9   A   Usually over $100.
10  Q   Okay. If you want to replace a ball cock,
11  that's something that you can do because it's only 6 or
12  $8?
13  A   Right.
14  Q   Have you ever replaced any ball cocks at this
15  facility?
16  A   Yes.
17  Q   And by ball cock, can you explain to the ladies
18  and gentlemen of the jury what that is?
19  A   Fill valve. It lets the water into the
20  commode, shuts on and off as the commode is used.
21  Q   Have you ever replaced a water control valve in
22  any toilet here?
23  A   Water control valve?
24  Q   That would be the part that has the overflow
25  and the flapper connected to it.

## Page 8

1   A   Oh, yes.
2   Q   Have you ever changed any flush levers here at
3   the clinic?
4   A   Yes.
5   Q   Okay. That's the handle --
6   A   Right.
7   Q   -- with the little chain connected to it?
8   A   Right.
9   Q   Okay. Did you ever do any maintenance work on
10  the toilet that had the leak in the cardiology
11  department on March 4th, 2001?
12  A   I never replaced a fill valve, flush valve,
13  handle. The only thing we've done -- I have done to
14  that is open clogs line -- clog lines.
15  Q   Okay. Do you know if the line was clogged on
16  March 4th, 2001?
17  A   No, it was not.
18  Q   I'm going to show you some pictures that were
19  attached as exhibits to Mr. Holm's deposition. Holm
20  Exhibit No. 1, do you recognize that as being a
21  photograph of the toilet after the incident in question?
22  A   Yes.
23  Q   And there's duck tape on the lid, so that the
24  lid cannot be taken off; is that right?
25  A   Right. Correct.

ORAL DEPOSITION OF RICHARD    WE

**August 1, 2003**

## Page 9

1    Q    After the leak occurred did you have occasion
2 to look at the internal components of the toilet?
3    A    No.
4    Q    Other than just see the toilet in the bathroom
5 after the leak occurred, did you have any other
6 observations of it?
7    A    No.
8    Q    Did you help remove the toilet?
9    A    No.
10    Q    Were you present when the toilet was removed?
11    A    I was in the clinic, but I was not in that
12 vicinity.
13    Q    Okay. Do you know if any records of any type
14 were maintained with respect to this toilet and
15 maintenance of that toilet?
16    A    No.
17    Q    Do you and Mr. Holm comprise the entire
18 maintenance department --
19    A    Yes.
20    Q    -- of Valley Diagnostic?
21    A    Yes, we do.
22    Q    With respect to plumbing products, is it the
23 maintenance policy that if something is broken you fix
24 it?
25    A    Yes.

## Page 10

1    Q    There is no proactive policy where you go
2 around with respect to toilets looking to see if there's
3 a problem or a problem which may occur?
4    A    No.
5    Q    Okay. And usually what you hear about first is
6 a leak with the toilet?
7    A    Yeah.
8    Q    Is that -- that's how you know if there's a
9 problem?
10    A    Right.
11    Q    Someone within the clinic reports that to you?
12    A    Either housekeeping reports it to us or another
13 employee.
14    Q    Okay. I had the opportunity to inspect all of
15 the toilets yesterday with a couple of people. Would
16 you like to know what we found were problems with all of
17 the toilets that had problems --
18    A    Sure.
19    Q    -- in the clinic? You know the float on the
20 end of the float arm is what controls the water,
21 correct?
22    A    Yes.
23    Q    And if that ball breaks off, it's an
24 uncontrolled flow into the tank, correct?
25    A    Correct.

## Page 11

1    Q    So that is something you would want to fix, is
2 it not?
3    A    Yes.
4    Q    In the women's restaurant right outside this
5 conference room the ball is cracked and about to fall
6 off.
7    A    Okay.
8    Q    Were you aware of that?
9    A    No, I wasn't.
10    Q    Are you aware that in that toilet the ball cock
11 assembly was replaced within the last two years?
12    A    No, I am not aware.
13    Q    Are you aware of the toilet in the cardiology
14 department that has a commercial valve on it?
15    A    Which one?
16    Q    The one that has the metal flush valve coming
17 directly out of the wall?
18    A    Oh, yes. Yes.
19    Q    Are you aware that the flush handle on that
20 toilet is leaking?
21    A    No, I am not.
22       MR. GRINKE:    Objection, form. I should
23 have asked it. Can I just have the same running
24 objection that I had yesterday?
25       MR. HOLIDY:    If your objection is form,

## Page 12

1 sure.
2    Q    (By Mr. Holidy) With respect to the downstairs
3 toilet, are you aware in the public women's restroom
4 that the Fluid Master hose is not properly connected to
5 the over-fill valve?
6    A    No, I am not.
7    Q    In the public men's restroom are you aware that
8 the ball cock in the Kohler toilet is leaking on the
9 side?
10    A    No, I am not.
11    Q    In the area where samples are taken for
12 patients, the three restrooms that are together, are you
13 aware that in the first one there's a loose toilet seat?
14    A    I wasn't aware until yesterday.
15    Q    Has that since been repaired?
16    A    Yes.
17    Q    Are you aware -- were you aware that in the
18 restroom next to it that there is a cracked toilet lid?
19    A    No, I was not aware.
20    Q    Is it your understanding that that has been
21 repaired?
22    A    It has been replaced.
23    Q    Do you know that in that toilet there's an
24 improper ball cock and handle configuration, such that
25 the ball cock float, which is a Fluid Master, can get

ORAL DEPOSITION OF RICHARD LOWE

**August 1, 2003**

### Page 13

1 caught on the handle and not allowed to properly go up
2 and down, closing off the --
3 　A　I wasn't aware.
4 　Q　In the dermatology department are you aware of
5 the Kohler toilet that has a hardened flapper, so that
6 it can't properly close and it's leaking?
7 　A　I'm not aware of that.
8 　Q　Are you aware also in the dermatology
9 department an American Standard toilet that has a
10 degraded gasket with a concave flapper that's leaking?
11 　A　I wasn't aware of that either.
12 　Q　In the family practice area are you aware of a
13 degraded gasket and toilet that has a retarded flush,
14 because the flapper is releasing too early and it's
15 closing, not allowing enough water to go into the tank?
16 　A　I wasn't aware of that either.
17 　Q　In the rheumatology department are you aware of
18 the ball cock that needs replacing and low pressure in
19 that toilet, causing a retarded flush?
20 　A　No, I wasn't aware of that.
21 　Q　By retarded flush, do you know what I mean?
22 　A　Slow flush.
23 　Q　What's the problem with having a slow flush?
24 　A　Improper water flow to the -- clean out the
25 tank -- the tank or the bottom of the base.

### Page 15

1 　A　No.
2 　Q　There's 24 bathrooms in this facility; is that
3 right?
4 　A　Yes.
5 　Q　Would you agree with me that it's important to
6 have a good maintenance program, so that all of these
7 toilets are functioning properly?
8 　　　MR. GRINKE:　Objection, form.
9 　A　We should -- if -- like I said, if it's
10 reported there's a problem with the restroom, we check
11 it out --
12 　Q　(By Mr. Holidy)　Okay.
13 　A　-- but we have -- we get to what's priorities
14 first and --
15 　Q　How do you prioritize?
16 　A　Go by tuition.　In other words, if it's -- if
17 it's reported that there's a problem with the restroom,
18 we -- we go look at it.　We figure out what the problem
19 is and fix it.
20 　Q　Okay.
21 　A　If it's not reported to us, we tend to get into
22 other projects and that takes our hands off, takes our
23 time.
24 　Q　We reported these problems to Mr. Miller last
25 night during his -- or yesterday afternoon during his

### Page 14

1 　Q　It also allows for clogs more easily, doesn't
2 it?
3 　A　Yes.
4 　Q　Is that -- a retarded flush, is that something
5 that you look for when you're going around doing your
6 maintenance?
7 　A　If it's reported to us that it's running slow,
8 we do, we check it.
9 　Q　Other than checking the toilet when you're
10 using the toilet, do you have a program where you go
11 around and check toilets to make sure they're flushing
12 properly?
13 　A　No.
14 　Q　In the radiology department are you aware of an
15 American Standard toilet that has low pressure and a
16 retarded flush?
17 　A　No, I am not.
18 　Q　In the radiology department, specifically in
19 the CT Scan room, the bathroom that is off that, are you
20 aware that there's no siphon and extremely low pressure,
21 which can allow sewer gas to come back in it?
22 　A　No, I am not.
23 　Q　Also in the radiology department are you aware
24 of another toilet with low pressure and a retarded
25 flush?

### Page 16

1 deposition.　Did he relay any of these problems to you?
2 　A　Not to me.
3 　　　MR. GRINKE:　Objection, form.
4 　A　He might have reported it to Keith.
5 　Q　(By Mr. Holidy)　Did Mr. Holm tell you that you
6 needed to go and repair any of these toilets that we
7 just discussed?
8 　　　MR. GRINKE:　Objection, form.
9 　A　Not at this time.　We haven't really talked
10 this morning.
11 　Q　(By Mr. Holidy)　Okay.　I saw you out in the
12 hallway visiting with Mr. Holm earlier this morning.
13 Did he relay to you any problems with these toilets that
14 we just discussed?
15 　A　Not yet.
16 　　　MR. GRINKE:　Objection, form.
17 　Q　(By Mr. Holidy)　And Mr. Miller has had an
18 opportunity to speak with you this morning prior to the
19 deposition, correct?
20 　A　We just said good morning and talked small
21 talk.
22 　Q　But he didn't discuss with you any of these
23 problems that we advised him of last -- yesterday?
24 　A　No.　No.
25 　　　MR. GRINKE:　Objection, form.

ORAL DEPOSITION OF RICHARD ___WE
BSA
August 1, 2003
XMAX(5/5)

## Page 17

1  Q    (By Mr. Holidy)  For someone who has been
2  involved in maintenance for 19 years, 18 years, you
3  would agree that mechanical parts wear down over time?
4  A    Yes.
5  Q    And that's part of normal wear and tear,
6  correct?
7  A    Yes.
8  Q    Because that's part of normal wear and tear,
9  it's good to check on the condition in the mechanical
10 parts, isn't it?
11     MR. GRINKE:    Objection, form.
12 A    Depending on the equipment, and as I said
13 before, if it's reported, we get to it --
14 Q    (By Mr. Holidy)  Sure.
15 A    -- but we have other projects we're in.
16 Q    I understand that y'all are busy all of the
17 time trying to maintain all of the aspects of the
18 building.
19 A    Uh-huh.
20 Q    Is that -- is that a yes?
21 A    Yes.
22 Q    And I understand because of that, with respect
23 to toilets, your program is if there's a problem, let's
24 go fix it.
25 A    Right.

## Page 18

1  Q    What I'm asking is, you would agree that since
2  things wear down over time, it would be good to go out
3  and check to make sure things are okay before a problem
4  develops?
5      MR. GRINKE:    Objection, form.
6  A    I agree with you to a fact that we have -- like
7  I said, we have other projects and we can't just drop
8  what's one thing to check on another.
9  Q    (By Mr. Holidy)  Sure.
10 A    So as we get -- work our way down to it,
11 we'll -- we'll get to it.
12 Q    Sure.  We'll use the women's restroom that is
13 right outside this doorway, for example, with the
14 cracked float.
15 A    Uh-huh.
16 Q    You know that if a float comes off, it's going
17 to be a leak?
18 A    Right.
19     MR. GRINKE:    Objection, form.
20 Q    (By Mr. Holidy)  And with your experience of
21 the leak from this toilet, you don't want that to
22 happen, do you?
23 A    No.
24 Q    You would not know about this cracked float
25 because no one goes around and regularly takes the lids

## Page 19

1  off the toilets to see if there's a problem?
2  A    Correct.
3      MR. GRINKE:    Objection, form.
4  Q    (By Mr. Holidy)  Now that you know about the
5  cracked float, what do you intend to do?
6  A    Fix it.
7  Q    And that means you're going to be able to
8  prevent a leak from happening?
9  A    Yes.
10 Q    With all of these other problems that I've told
11 you about, what do you intend to do?
12 A    Fix them.
13     MR. GRINKE:    Objection, form.
14 Q    (By Mr. Holidy)  And you know that by fixing
15 these things, that can prevent clogs, leaks, other
16 problems with the toilets, right?
17 A    Correct.
18     MR. GRINKE:    Objection, form.
19 Q    (By Mr. Holidy)  So it's good to know and it's
20 good to go around and take a look at these things to
21 check their general condition?
22 A    As I said, we have other projects, and as we
23 can get to them, we will.  If they -- if they break,
24 we'll -- they report it and we fix it.
25 Q    But you would agree with me it's good to go

## Page 20

1  around and check the general condition?
2  A    Yes.
3      MR. GRINKE:    Objection, form.
4  Q    (By Mr. Holidy)  I understand that you have
5  time constraints and --
6  A    Right.
7  Q    -- that makes it difficult; is that right?
8  A    Correct.
9  Q    No one prior to March 4th, 2001 took the lid
10 off of this toilet that had the overflow to check the
11 condition of the internal components, did they?
12     MR. GRINKE:    Objection, form.
13 A    I did not.  I do not -- can't speak for Mr.
14 Holm.
15 Q    (By Mr. Holidy)  And you have no knowledge that
16 Mr. Holm did that, do you?
17 A    No, I don't.
18 Q    And if Mr. Holm's testimony was that he's not
19 aware of any repairs that were done to this toilet prior
20 to the overflow on March 4th, 2001, you have no basis to
21 dispute that; in fact, you agree with him, correct?
22 A    Right.
23 Q    I'm going to show you Holm Exhibit No. 6, which
24 shows the top of the ball cock assembly from the toilet
25 that was involved with the leak.  Do you see where the

ORAL DEPOSITION OF RICHARD LOWE
**August 1, 2003**

BSA                                                                                          XMAX(8/8)

## Page 21

1  pin that connects the float arm to the top of the ball
2  cock assembly has worked itself at least halfway out?
3  A   Yes.
4  Q   Have you ever seen something like that occur
5  before?
6  A   I've seen it on a different type of ball cock.
7  Q   Okay.  But not on an American Standard ball
8  cock?
9  A   I've seen it on the brass ones, not the plastic
10 ones.
11 Q   Do you know how it is that this pin could work
12 its way out?
13 A   Usage.
14 Q   I'm going to show you what was marked as Holm
15 Exhibit No. 10.  That's a closeup of the top of that
16 ball cock assembly, correct?
17 A   Correct.
18 Q   And that shows the pin all the way in.
19 A   Yes.
20 Q   Could you hold that picture up so the ladies
21 and gentlemen of the jury can see it --
22 A   Sure.
23 Q   -- for the camera?
24 A   (Witness complies.)
25 Q   And also hold up Exhibit No. 6, so they can see

## Page 22

1  where the pin is halfway out.
2  A   (Witness complies.)
3  Q   Thank you.  I appreciate that.
4      In looking at Exhibit No. 10, do you see
5  the little tab that's there next to the pin?
6  A   Which tab?  This (indicating)?
7  Q   This tab right here.
8  A   Okay.  This right here.
9  Q   And for the purposes of the jury, this is the
10 tab to which I'm pointing, and this is the tab that
11 we're talking about.  Can you see from that --
12 A   Yes.
13 Q   -- picture how the bottom of that tab is broken
14 off?
15 A   It looks like it's broken, but without a
16 definite -- a definite look at it, a different angle, I
17 can't tell.
18 Q   Okay.  Do you know how that tab was broken?
19 A   No, I do not.
20 Q   Do you know that the purpose of that tab is to
21 keep the pin in place?
22 A   I -- as I said, I can't tell, but it would look
23 like it had an end sticking out, it would hold in place.
24 Q   And unless someone goes in and does something
25 to that tab, it's -- it's not just going to break off,

## Page 23

1  is it?
2  A   No.
3  Q   And if the tab is in place, the pin is not
4  going to work itself off --
5  A   Right.
6  Q   -- out?  So you have no idea how that occurred,
7  do you?
8  A   No, I do not.
9  Q   I'm going to show you Holm Exhibit No. 2.  If
10 you could hold that up for the ladies and gentlemen of
11 the jury, so that they can see it.
12 A   (Witness complies.)
13 Q   That's a picture of the internal components of
14 the toilet shortly after the leak occurred.  As a matter
15 of fact, the photo is dated, is it not, March 19th,
16 2001?
17 A   Okay.
18 Q   Do you see the flush lever?
19 A   Yes.
20 Q   Shiny and black, appears to be new?
21 A   Yes.
22 Q   I'm going to show you Exhibit No. 4.  If you
23 could show that to the ladies and gentlemen of the jury.
24 A   (Witness complies.)
25 Q   Thank you.

## Page 24

1      VIDEOGRAPHER:   Can you hold it up again?
2      (Witness complies.)
3  Q   (By Mr. Holidy)  Do you recognize that as being
4  a Fluid Master flush handle?
5  A   No, I cannot.
6  Q   Do you recognize it as not being an American
7  Standard flush handle?
8  A   I can't really tell the difference.
9  Q   It appears to be new though, doesn't it?
10 A   The flush handle, yes.
11 Q   Do you know when or who -- or excuse me.  Do
12 you know when that flush handle was replaced?
13 A   No, I do not.
14 Q   Do you know who replaced it?
15 A   No, I do not.
16 Q   And looking --
17     MR. LAWS:   Can I look at the one you're --
18 are you going to use it?
19     MR. HOLIDY:   Sure.
20     MR. LAWS:   Thank you.
21 Q   (By Mr. Holidy)  Looking back at Exhibit No. 6,
22 if you could show that to the ladies and gentlemen of
23 the jury.
24 A   (Witness complies.)
25 Q   That again is a picture of the internal

ORAL DEPOSITION OF RICHAR⎯ ⎯OWE

BSA                    **August 1, 2003**                    XMAX(7/7)

## Page 25

1  components of the toilet that was involved in the leak
2  on March 4, 2001. The rod, the float rod is bent, is it
3  not?
4      A    It seems to be, yes.
5      Q    Do you know how it was bent?
6      A    I do not know how it was bent, but I do know
7  the reason why they bend them down.
8      Q    Okay. Why do you bend the rod down?
9      A    To adjust the float, water level.
10     Q    Do you know when that rod was bent?
11     A    No, I do not.
12     Q    Do you know how it got bent?
13     A    No, I do not. I would assume it was done when
14  the toilet was installed.
15     Q    When you buy a new ball cock that has a rod
16  attached to it the rod is straight, isn't it?
17     A    Correct.
18     Q    That rod is made out of brass, isn't it?
19     A    Yes.
20     Q    They are pretty strong, aren't they?
21     A    Yes.
22     Q    It takes quite a bit of force to be able to
23  bend them?
24     A    Yes, it does.
25     Q    When you go to try to bend a rod to adjust the

## Page 26

1  water level within the tank, you can exert pressure on
2  the ball cock assembly, can you not?
3      A    Usually you stabilize it and then you bend it
4  down.
5      Q    You stabilize it with one hand and try to —
6      A    Right.
7      Q    — bend it with the other?
8      A    Right.
9      Q    So you do the best you can to not put pressure
10  on the ball cock?
11     A    That's correct.
12     Q    But certainly you would agree that pressure can
13  be put on the ball cock during the bending?
14     A    Yes. You do not want to put enough pressure
15  where you're going to break the, you know, commode.
16  Then you would have a disaster.
17     Q    When this toilet was installed in 1990 did you
18  assist with the installation?
19     A    No, I did not.
20     Q    Do you know who installed it?
21     A    No. It was a subcontractor that was working
22  for Marshall Urban.
23     Q    Working for who?
24     A    Marshall Urban.
25     Q    Was Marshall Urban the general contractor?

## Page 27

1      A    Yes, they were.
2      Q    Do you know where this toilet came from?
3      A    No, I do not.
4      Q    Is it your understanding that this toilet was
5  manufactured in 1983?
6      A    I was told that, yes.
7      Q    Do you know where this toilet was between 1983
8  and 1990?
9      A    I do not.
10     Q    Does it seem very odd to you that Marshall
11  Urban would install or have its subcontractor install a
12  toilet that was seven years old for new construction?
13     A    It seems odd, but not totally out of character,
14  due to the fact that there was always surplus material
15  out there that warehouses have in storage, in stock.
16     Q    Are you aware of any warehouses in the
17  Harlingen area that stock toilets for longer than seven
18  years?
19     A    I do not keep up with their inventory.
20     Q    Do you know where this toilet was purchased?
21     A    No, I do not.
22     Q    Do you know if the clinic would have any record
23  of the purchase?
24     A    No, I do not.
25     Q    Do you know if the toilet, when it was

## Page 28

1  installed, was in the same condition as it was when it
2  left American Standard's control?
3      A    I do not know that.
4      Q    And you don't have any way of knowing that, do
5  you?
6      A    No, I don't.
7      Q    Have you understood all of my questions today?
8      A    Yes.
9      Q    And do you feel you need to change or add to
10  any of your answers?
11     A    No, I don't.
12         MR. HOLIDY:    Sir, I appreciate your time,
13  and I pass the witness.
14         MR. LAWS:    I don't have anything to ask.
15  Guess that's it.
16         MR. HOLIDY:    I guess we're done.
17         MR. LAWS:    I just — I would just like to
18  note for the record that the questions asked of Mr.
19  Miller about the alleged deficiencies in the toilets
20  were asked between 6:00 and 7:00 p.m. last night, at the
21  end of his deposition.
22         MR. HOLIDY:    And I would object to the
23  sidebar.
24         VIDEOGRAPHER:    Off record at 9:43.
25

---

ORAL DEPOSITION OF RICHARD LOWE
**August 1, 2003**

BSA                                                                          XMAX(8/8)

## Page 29

CHANGES AND SIGNATURE

1
2  PAGE    LINE    CHANGE                    REASON
3  _____
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12
13    I, RICHARD LOWE, have read the foregoing
   deposition and hereby affix my signature that same is
14 true and correct, except as noted herein.
15
                        RICHARD LOWE
16                      Job No. 41973
   STATE OF TEXAS *
17
      BEFORE ME_____ on this day
18 personally appeared RICHARD LOWE, known to me (proved to
   me on the oath of_____ or through
19 _____ (description of identity card or
   other document) to be the person whose name is
20 subscribed to the foregoing instrument and acknowledged
   to me same was executed for the purposes and
21 consideration therein expressed.
      GIVEN UNDER MY HAND AND SEAL OF OFFICE this _____
22 day of _____, A.D., 2003.
23
                        Notary Public in and for
24                      the State of Texas
   My commission expires: _____
25

## Page 30

1  COUNTY OF HARRIS
2  STATE OF TEXAS
3
4        REPORTER'S CERTIFICATE
5      I, SUSAN A. SWANTNER, Certified Shorthand
6  Reporter in and for the State of Texas, hereby certify
7  that this transcript is a true record of the testimony
8  given.
9      I further certify that I am neither attorney
10 nor counsel for, related to, nor employed by any of the
11 parties to the action in which this testimony was taken.
12 Further, I am not a relative or employee of any attorney
13 of record in this cause, nor do I have a financial
14 interest in the action.
15      Subscribed and sworn to on this the 12th day of
16 August, 2003.
17
18
19                      _____
20                      SUSAN A. SWANTNER
21                      Certified Shorthand Reporter
22                      In and for the State of Texas
23
24 Certification No. 2150
25 Expiration Date: 12-31-2004

## Page 31

1  COUNTY OF HARRIS
2  STATE OF TEXAS
3        REPORTER'S FURTHER CERTIFICATE
4
5      I hereby certify that the witness was notified on
6  _____ that the witness has 30 days
7  (_____ days per agreement of councel) after being
8  notified by the officer that the transcript is available
9  for review by the witness and if there are changes in
10 form or substance to be made, then the witness will sign
11 a statement reciting such changes and the reasons given
12 by the witness for making them;
13      That the witness signature was/was not returned as
14 of _____.
15      Subscribed and sworn to on this the _____ day of
16 _____, 2003.
17
18
19                      _____
20                      SUSAN A. SWANTNER
21                      Certified Shorthand Reporter
22                      In and for the State of Texas
23 Certification No. 2150
24 Expiration Date: 12-31-2004
25