IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 9 2003

Michael N. Milby
Clerk of Court

| TRANSCONTINENTAL INSURANCE COMPANY | § § § | |
|---|---|---|
| VS. | § § § | CIVIL ACTION NO. B-02-205<br>JUDGE ANDREW S. HANEN<br>(JURY) |
| AMERICAN STANDARD, INC. | § | |

**AMERICAN STANDARD INC.'S**
**SUPPLEMENTAL JOINT PRETRIAL REPORT**

11.  **WITNESSES:**

   B.  *Defendant*

| Name | Address | Proposed Testimony |
|---|---|---|
| Mr. Drew Yuhas | American Standard Inc.<br>One Centennial Avenue<br>Piscataway, New Jersey 08855<br>(732) 369-4038 | Has knowledge of the manufacturing process of internal component parts for toilets, the selection of materials for internal component parts for toilets and the operation of internal component parts for toilets. He also has knowledge of failure analysis and causation, and he inspected the subject ballcock assembly. |
| Ms. Anita Krentar | American Standard Inc.<br>One Centennial Avenue<br>Piscataway, New Jersey 08855<br>(732) 369-4038 | Custodian of records. |
| Mr. Dave Meisner | American Standard Inc.<br>One Centennial Avenue<br>Piscataway, New Jersey 08855<br>(732) 369-4038 | Former American Standard engineer in reliability with some knowledge of selection of the materials. |
| Dr. Lawrence J. Broutman | Bodycote Broutman, Inc.<br>1975 Ruby Street<br>Melrose Park, Illinois 60160<br>(708) 236-5360 | Retained expert. Has opinions concerning the cause of the crack in the ballcock assembly. See his previously produced report. |
| Mr. Fred Delgado | Delgado Plumbing<br>P. O. Box 4192<br>Brownsville, Texas 78521<br>(956) 546-8252 | Retained expert. Has opinions concerning proper plumbing procedures and the cause of the crack in the ballcock assembly. See his previously produced report. |
| Mr. Dennis Nickeloff | GAB Robins North America, Inc.<br>632 Ed Carey Drive, Suite 700<br>Harlingen, TX 78550-7965<br>(956) 423-0770 | Non-retained expert. Has knowledge concerning his investigation of the leak and cause of the leak. He acted as Transcontinental's agent. |
| Rod Miller, M.B.A., CMPE | Valley Diagnostic Clinic, P.A.<br>2200 Haine Drive<br>Harlingen, TX 78550-8599<br>(956) 425-7200 | Executive director of Valley Diagnostic Clinic and has knowledge of the damages sustained at the clinic and maintenance policies and procedures. |
| Robert Dudek | CNA Insurance<br>10 N. Marvine Avenue<br>P.O. Box 185<br>Auburn, NY 13021<br>(315) 258-6962 | Adjuster for Transcontinental. Has knowledge of adjustment of claim, damage to building and contents, business interruption losses. |

| | | |
|---|---|---|
| Ruben Flores, C.M.R.T. | Valley Diagnostic Clinic, P.A.<br>2200 Haine Drive<br>Harlingen, TX 78550-8599<br>(956) 425-7200 | Ruben Flores is the radiology manager at Valley Diagnostic Clinic and has knowledge of the damages sustained at the clinic. |
| Mr. Keith Holm | Valley Diagnostic Clinic, P.A.<br>2200 Haine Drive<br>Harlingen, TX 78550-8599<br>(956) 425-7200 | Has knowledge of the maintenance policies and procedures at Valley Diagnostic and the maintenance performed on the subject toilet. |
| Mr. Richard Lowe | Valley Diagnostic Clinic, P.A.<br>2200 Haine Drive<br>Harlingen, TX 78550-8599<br>(956) 425-7200 | Has knowledge of the maintenance policies and procedures at Valley Diagnostic and the maintenance performed on the subject toilet. |
| Mr. Paul Carper | Verite Forensic Engineering<br>P. O. Box 909<br>Humble, TX 77347<br>(281) 548-3561 | Plaintiff's retained expert. See Plaintiff's expert designation. |
| Ivars Rudzitis | CNA Dallas Claim Service Ctr.<br>600 North Pearl Street<br>Suite 1800<br>Dallas, TX 75201<br>(214) 220-5515 | Adjuster has knowledge of adjustment of claim, damage to building and contents, business interruption losses. |
| Hentze McKissic | CNA Dallas Claim Service Ctr.<br>600 North Pearl Street<br>Suite 1800<br>Dallas, TX 75201<br>(214) 220-5515 | Assurance Inspector has knowledge of adjustment of claim damage to building and contents, business interruption losses. |
| Hal Arnold | Benke/Adjusters International<br>16225 Park Ten Place Drive,<br>Suite 500<br>Houston, TX 77084<br>(281) 433-0421 | Valley Diagnostic public adjuster has knowledge of damage to building and contents, business interruption losses. |
| Adam Garcia | All Valley Restoration<br>Rt. 10, Box 15A<br>Harlingen, TX 78552 | Has knowledge of damage to the building and contents. |
| Kurt Harms, CPA | Buchanan Clarke Schlader LLP<br>2550 Renaissance Tower<br>1201 Elm Street<br>Dallas, TX 75270<br>(214) 760-0300 | Plaintiff's retained expert. See Plaintiff's expert designation. |
| Jim Jenkins | Marshall, Erdman & Associates<br>3001 Summit Avenue, Suite 200<br>Plano, TX 75047<br>(972) 881-0882 | Has knowledge of damage to the building. |
| Mark Mellen<br>Jeff M. Falcone | Diagnostic Imaging, Inc.<br>4646 Perrin Creek, Suite 220<br>San Antonio, TX 78217<br>(210) 655-2160 | Has knowledge of damaged medical equipment and the respective repair or replacement costs. |
| Edward Lee C. Friederichs | Siemens Medical Systems, Inc.<br>2002 North Highway 360<br>Grand Prairie, TX 75050-1423<br>(972) 660-2700 | Has knowledge of damaged medical equipment and the respective repair or replacement costs. |
| Douglas Rice, Ph.D. | Colorado State University<br>1600 West Plum Street #24-F<br>Fort Collins, CO 80521<br>(970) 491-8837 | Has knowledge of damages to building. |

| Kevin Jones | Belfor USA<br>2425 Blue Smoke South Court<br>Fort Worth, TX 76105<br>(817) 535-6193 | Has knowledge of damaged contents. |
|---|---|---|
| Rachelle Gillis | Belfor USA<br>2425 Blue Smoke South Court<br>Fort Worth, TX 76105<br>(817) 535-6193 | Has knowledge of damaged contents. |
| Palma Sales | MF Bank<br>10631 Harwin Avenue,<br>Suite 616<br>Houston, TX 77036<br>(713) 988-8818 | Has knowledge of damaged equipment. |
| Jack Schwartz | NBD International, Inc.<br>241 Myrtle Street<br>P.O. Box 1003<br>Ravenna, OH 44266<br>(330) 296-0221 | Has knowledge of damaged medical equipment and the respective repair or replacement costs. |
| Jamie Murdock | NBD International, Inc.<br>241 Myrtle Street<br>P.O. Box 1003<br>Ravenna, OH 44266<br>(330) 296-0221 | Has knowledge of damaged medical equipment and the respective repair or replacement costs. |
| Jeff Wilson | NBD International, Inc.<br>241 Myrtle Street<br>P.O. Box 1003<br>Ravenna, OH 44266<br>(330) 296-0221 | Has knowledge of damaged medical equipment and the respective repair or replacement costs. |
| William H. Newman | Medical Equipment Transport Specialist<br>1508 "C" Street<br>Floresville, TX 78114<br>(210) 602-9269 | Has knowledge of damaged medical equipment. |
| Mike Koch | Flagship Reconstruction<br>10661 Haddington, Suite 110<br>Houston, TX 77088<br>(713) 827-8888 | Has knowledge of damages to building. |
| David Hanawa | Chemical Response & Remediation Contractors, Inc.<br>P.O. Box 2686<br>Harlingen, TX 78551<br>(956) 365-4252 | Has knowledge of damages to building. |
| Dr. Carlos Maldonado | Valley Diagnostic Clinic, P.A.<br>2200 Haine Drive<br>Harlingen, TX 78550<br>(956) 425-7200 | Has knowledge of damages to real and personal property. |
| Dr. Thomas W. Eager | 77 Massachusetts Avenue<br>Building 4-136<br>Cambridge, MA 02139<br>(617) 253-3229 | Plaintiff's retained expert. See Plaintiff's expert designation. |
| Records custodian and Corporate representative | Border Construction Company<br>1605 Highway 77 West<br>P.O. Box 521<br>San Benito, TX 78586 | Has knowledge of damages to building |

**UNITED STATES DISTRICT JUDGE**

**Approved:**

**Date: October 28, 2003**

_[signature]_

**JAMES R. OLD, JR.**
State Bar No. 15242500
Federal ID No. 10751
GERMER GERTZ, L.L.P.
550 Fannin, 7th Floor
Beaumont, Texas 77701
(409) 654-6700 – Telephone
(409) 835-2115 – Facsimile
**ATTORNEY IN CHARGE FOR DEFENDANT,
AMERICAN STANDARD INC.**