United States District Court
Southern District of Texas
FILED

OCT 2 9 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY | § § § | |
| Plaintiff, | § § | |
| AND | § § | |
| VALLEY DIAGNOSTIC CLINIC, P.A. | § § | CIVIL ACTION NO. B-02-205 |
| Intervenor, | § § | |
| v. | § § | |
| AMERICAN STANDARD, INC. | § § | |
| Defendant. | § | |

### PLAINTIFF'S MOTION IN LIMINE

COMES NOW Plaintiff TRANSCONTINENTAL INSURANCE COMPANY ("Transcontinental") and moves this Court for an order in limine to exclude Defendant AMERICAN STANDARD, INC. ("ASI"), Defendant's counsel and any witness appearing on behalf of ASI from making during *voir dire*, trial, opening statement and closing argument any statements, references, comments, questions or interrogation, directly or indirectly, regarding any of the matters enumerated herein without first approaching the bench and obtaining a ruling from the Court on the admissibility of such matters, outside the presence of all prospective jurors or jurors ultimately selected in this case.

Transcontinental submits that any mention, reference, inference, testimony or offer of the following matters should be excluded:

1. Disputes between Transcontinental and Valley Diagnostic Clinic, P.A. ("VDC");

2. Reports or opinions prepared or offered by Dennis Nickoloff

3. Post event examinations of other toilets in the building.

4. "Tort reform";

5. Testimony of witnesses not previously disclosed;

6. Testimony of expert witnesses not previously disclosed;

7. Documents not previously produced;

8. *Ex parte* statements;

9. Probable testimony of unavailable or uncalled witnesses;

10. Settlement negotiations and mediation; and

11. This Motion in Limine.,

For the reasons more fully described in the attached memorandum, Defendant should be precluded from mentioning or referring to any of the aforementioned matters.

WHEREFORE, PREMISES CONSIDERED, Transcontinental prays that this Motion in Limine is granted.

Respectfully submitted,

_____
C. WESLEY VINES
Texas Bar No. 20580050
RICHARD M. MUNOZ
Texas Bar No. 24018212
**COZEN AND O'CONNOR**
2300 BankOne Center
1717 Main Street
Dallas, Texas 75201-7335
214-462-3000 - telephone
214-462-3299 - facsimile

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on all parties to this lawsuit, by and through their counsel of record, on the 27th day of October, 2003, addressed as follows:

*Via Federal Express*
James R. Old, Jr., Esq.
GERMER GERTZ, L.L.P.
550 Fannin, suite 700
Beaumont, TX 77701

*Via Federal Express*
Dale M. "Rhett" Holidy, Esq.
GERMER, GERTZ, L.L.P.
Three Allen Center
333 Clay, Suite 4105
Houston, TX 77002

_____
C. WESLEY VINES

DALLAS1\120915\1 112639.000