IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY § § § § § § | |
| VS. | CIVIL ACTION NO. B-02-205<br>JUDGE ANDREW S. HANEN,<br>(JURY) |
| AMERICAN STANDARD INC. | |

### AMERICAN STANDARD INC.'S
### FIRST SUPPLEMENTAL MOTION IN LIMINE

Defendant, American Standard Inc. (hereinafter "American Standard"), submits the following First Supplemental Motion in Limine:

American Standard incorporates by reference all requests set forth in its original Supplemental Motion in Limine filed on October 28, 2003. In addition, American Standard submits this Second Supplemental Motion in Limine and requests that the Court exclude *in Limine* the evidence and any related testimony enumerated below.

1. <u>STATEMENTS CONCERNING THE INTERUPTION OF PATIENT CARE</u>

Any mention of, or reference to, or attempt to introduce evidence (whether written or by oral testimony) any statements by any witness, whether fact or expert, that the water leak giving rise to this action delayed, interrupted, or prevented Valley Diagnostic Clinic, P.A. from providing patient care in the normal course of business, or prevented, or may in the future prevent patients from obtaining health care or medical services.

GRANTED: _____     DENIED: _____

Respectfully submitted,

**GERMER GERTZ, L.L.P.**
550 FANNIN, 7TH FLOOR
BEAUMONT, TEXAS 77701
(409) 654-6700 - TELEPHONE
(409) 835-2115 - FACSIMILE

By: _____
JAMES R. OLD, JR.
STATE BAR NO. 15242500
FEDERAL ID NO. 10751

ATTORNEY-IN-CHARGE FOR DEFENDANT,
AMERICAN STANDARD INC.

OF COUNSEL:
DALE M. "RETT" HOLIDY
STATE BAR NO. 00792937
FEDERAL ID NO. 21382
GERMER GERTZ, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served by telecopy and certified mail, return receipt requested, postage pre-paid and properly addressed on counsel of record as listed below on this the 7th day of November 2003.

C. Wesley Vines
COZEN O'CONNOR
1717 Main Street, Suite 2300
Dallas, Texas 75201

_____
JAMES R. OLD, JR.