IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY | § § § |
| VS. | § CIVIL ACTION NO. B-02-205 § JUDGE ANDREW S. HANEN § (JURY) |
| AMERICAN STANDARD INC. | § |

### AMERICAN STANDARD INC.'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING PLAINTIFF'S CLAIMS FOR ECONOMIC DAMAGES

Defendant, American Standard Inc. (hereinafter "American Standard"), files this Motion to Withdraw its Motion for Partial Summary Judgment Regarding Plaintiff's Claims for Economic Damages. On October 28, 2003, the parties stipulated to damages rendering American Standard's Motion for Partial Summary Judgment Regarding Plaintiff's Claims for Economic Damages moot. Consequently, American Standard seeks to withdraw the motion. Presumptively, Transcontinental does not oppose this motion.

Respectfully submitted,

GERMER GERTZ, L.L.P.
550 FANNIN, 7TH FLOOR
BEAUMONT, TEXAS 77701
(409) 654-6700 - TELEPHONE
(409) 835-2115 - FACSIMILE

By: _____
JAMES R. OLD, JR.
STATE BAR NO. 15242500
FEDERAL ID NO. 10751

ATTORNEY-IN-CHARGE FOR DEFENDANT,
AMERICAN STANDARD INC.

OF COUNSEL:
DALE M. "RETT" HOLIDY
STATE BAR NO. 00792937
FEDERAL ID NO. 21382
GERMER GERTZ, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served by telecopy and certified mail, return receipt requested, postage pre-paid and properly addressed on counsel of record as listed below on this the 7th day of November 2003.

C. Wesley Vines
COZEN O'CONNOR
1717 Main Street, Suite 2300
Dallas, Texas 75201

JAMES R. OLD, JR.