United States District Court
Southern District of Texas
FILED

NOV 1 2 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

HEARING ON PENDING MOTIONS

CIVIL ACTION NO. B-02-205   DATE & TIME 11/12/03 @ 1:49 - 3:30 pm

COUNSEL:

TRANSCONTINENTAL INSURANCE CO   §   Charles Wesley Vines

VS                              §

AMERICAN STANDARD, INC          §   James Old Jr./ Allison Miller

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              Tony Yanez

Case called on the docket.

Charles Wesley Vines appeared in person & for Plaintiff . James Old, Jr. and Allison appeared in person and for Deft.

Court addresses pending motions:

Defendant's DE #30-1 - GRANTED in part
Defendant's DE #36-1 - MOOT
Defendant's DE #37-1 - PENDING
Defendant's DE #38-1 - WITHDRAWN
Defendant's DE #39-1 & #39-2 - PENDING

Plaintiff's DE # 42-1 - GRANTED in part; DENIED in part

Pending summary judgment motion and Daubert motion will be taken up at pretrial.

Court is adjourned.