IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY § § § | |
| Plaintiff, § § | |
| AND § § | |
| VALLEY DIAGNOSTIC CLINIC, P.A. § § | CIVIL ACTION NO. B-02-205 |
| Intervenor, § § | |
| v. § § | |
| AMERICAN STANDARD, INC. § § | |
| Defendant. § | |

## PROTECTIVE ORDER

Be advised that on the 12th day of November, 2003 the above styled and numbered cause of action was called to trial and trial of this matter has begun. The Defendant, American Standard Inc. is represented by James R. Old, Jr. of Germer Gertz, L.L.P. as its attorney-in-charge. The Plaintiff, Transcontinental Insurance Company is represented by attorney Wesley Vines of the firm Cozen & O'Connor. Counsel in this case are hereby ordered to trial and to attend hearings and pretrial matters, including evidentiary hearings on December 2, 2003 and *voir dire* on December 4, 2003. Evidence begins on December 8, 2003.

Further, this Court enters a Protective Order with respect to Mr. Vines and Mr. Old. It is hereby ORDERED that Mr. Vines and Mr. Old are protected from participating in any hearings, depositions, mediations or other matters in any court that will or could interfere with the orderly

progression of the trial in this cause of action. This Order includes protection from being called to trial in any court. This Court's Order is intended to preserve the constitutional rights of litigants appearing before it and so that justice may done.

SIGNED this 25th day of November, 2003.

_____
Hon. Andrew S. Hanen, Judge Presiding