THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

IN CHAMBERS CONFERENCE
(TELEPHONICALLY)

United States District Court
Southern District of Texas
FILED

DEC 0 1 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-02-205    DATE & TIME: 12/1/03 @ 10:45-10:51 am

COUNSEL:

TRANSCONTINENTAL INSURANCE CO.   §   CHARLES WESLEY VINES

VS                               §

AMERICAN STANDARD INC.           §   JAMES OLD

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:

Case called on the docket. Charles Wesley Vines appeared for the Plaintiff and James Old appeared for the Defendant. Parties appeared telephonically.

Court is informed that case has settled and waive Pretrial Conference set for 12/2/03 @ 1:30 pm. Parties will inform the Court by writing of settlement before jury selection day.

Court is adjourned.