IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-02-205 (JURY) |
| AMERICAN STANDARD INC. | § § | |

**ORDER**

All pending motions in this case are hereby denied without prejudice. The Court hereby orders a status hearing be set for **April 6, 2004** at **8:30 a.m.** All counsel of record must be present.

Signed this 26th day of March, 2004.

_____
Honorable Andrew S. Hanen
United States District Judge