United States District Court
Southern District of Texas
FILED

APR 0 5 2004

Michael N. Milby
Clerk of Court

63

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY | § § § | |
| | § | CIVIL ACTION NO. B-02-205 |
| VS. | § | JUDGE ANDREW S. HANEN |
| | § | (JURY) |
| AMERICAN STANDARD INC. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Transcontinental Insurance Company, and Defendant, American Standard Inc., pursuant to FED. R. CIV. P. 41(a)(1)(ii) stipulate to the dismissal of all claims in the above styled action. This case is not governed by any federal statute that requires and order of the court for dismissal of the case. The dismissal is <u>with prejudice</u>.

Respectfully submitted,

COZEN O=CONNOR
1717 MAIN STREET, SUITE 2300
DALLAS, TEXAS 75201
(214) 462-3008 - TELEPHONE
(214) 462-3299 - FACSIMILE

By: _____
C. WESLEY VINES
STATE BAR NO. 20586050

ATTORNEY IN CHARGE FOR PLAINTIFF,
TRANSCONTINENTAL INSURANCE COMPANY

GERMER GERTZ, L.L.P.
550 FANNIN, 7TH FLOOR
BEAUMONT, TEXAS 77701
(409) 654-6700 - TELEPHONE
(409) 835-2115 - FACSIMILE

DISMISSAL – Page 1

By: _____
JAMES R. OLD, JR.
STATE BAR NO. 15242500
FEDERAL ID NO. 10751

**ATTORNEY-IN-CHARGE FOR DEFENDANT, AMERICAN STANDARD INC.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was served by certified mail, return receipt requested, postage pre-paid and properly addressed on counsel of record as listed below on this the 1st day of April 2004.

C. Wesley Vines
COZEN O'CONNOR
1717 Main Street, Suite 2300
Dallas, Texas 75201

_____
JAMES R. OLD, JR.