United States District Court
Southern District of Texas
ENTERED

APR 0 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TRANSCONTINENTAL INSURANCE COMPANY | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-205<br>JUDGE ANDREW S. HANEN<br>(JURY) |
| AMERICAN STANDARD INC. | § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

ON THIS day, after due and proper notice, came on to be considered Transcontinental Insurance Company and American Standard Inc.'s Stipulation of Dismissal with Prejudice, and the Court, after having considered said Stipulation of Dismissal, is of the opinion that the action should be DISMISSED WITH PREJUDICE.

IT IS, therefore, ORDERED, ADJUDGED and DECREED that Transcontinental Insurance Company's claims against American Standard Inc. are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that all costs of court are to be borne by the party incurring same.

SIGNED THIS 5th day of April, 2004.

HONORABLE ANDREW S. HANEN